# EXHIBIT A

1 Brian S. Kabateck, SBN 152054
  bsk@kbklawyers.com
2 Christopher Noyes, SBN 270094
  cn@kbklawyers.com
3 Marina R. Pacheco, SBN 296485
  mrp@kbklawyers.com
4 **KABATECK LLP**
  633 W. Fifth Street, Suite 3200
5 Los Angeles, CA  90071
  Telephone: (213) 217-5000
6 Facsimile: (213) 217-5010

7

8 Attorneys for Plaintiff

9 **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

10 **COUNTY OF LOS ANGELES**

11

12 PEZ SEAFOOD DTLA, LLC, dba PEZ
   CANTINA and PEZ POWDER, a Limited
13 Liability Company;

14         Plaintiff,

15     vs.

16 THE TRAVELERS INDEMNITY
   COMPANY, a Corporation; MUNTU
17 DAVIS, an individual; and DOES 1
   through 25;

18

19         Defendants.

20

| | |
|---|---|
| CASE NO. 20STCV15111 | |
| *Assigned to Hon. Rafael A. Ongkeko, Dept. 73* | |
| **FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** | |
| Complaint filed: April 20, 2020 Trial Date: None Set | |

21

22

23

24

25

26

27

28

Plaintiff PEZ SEAFOOD DTLA, LLC dba PEZ CANTINA and PEZ POWDER, a Limited Liability Company, ("Plaintiff"), by their undersigned counsel, allege as follows:

## PARTIES

1.     At all relevant times, Plaintiff PEZ SEAFOOD DTLA, LLC dba Pez Cantina and Pez Powder, ("Pez Cantina" or "Plaintiff"), is a limited liability company, authorized to do business in the State of California, County of Los Angeles. PEZ SEAFOOD DTLA, LLC owns, operates, manages, and/or controls the restaurant Pez Cantina located at 401 S. Grand Avenue, Los Angeles, CA 90071 ("Insured Property").

2.     At all relevant times, Defendant THE TRAVELERS INDEMNITY COMPANY, ("TRAVELERS"), is a Connecticut corporation doing business in the State of California, County of Los Angeles, subscribing to Policy Number 680-9M304995-20-42. TRAVELERS issued the policy for Plaintiff's property located at 401 S. Grand Avenue, Los Angeles, CA 90071 for the period of January 29, 2020 to January 29, 2021.

3.     At all relevant times, Defendant MUNTU DAVIS, ("DAVIS"), is an individual residing in the County of Los Angeles, State of California. DAVIS is the Health Officer of the County of Los Angeles and is being named in his official capacity.

4.     TRAVELERS is transacting the business of insurance in the state of California and the basis of this suit arises out of such conduct.

5.     At all relevant times mentioned herein, the true names and capacities, whether individual, corporate, associate or otherwise, of Defendants and DOES 1 through 25, inclusive, are currently unknown to Plaintiff, who therefore brings suit against these Defendants by their fictitious names and capacities. Plaintiff is informed and believes and thereupon alleges that each fictitiously named Defendant, whether acting for itself or as an agent, corporation, association, or otherwise, is liable or responsible to Plaintiff and proximately caused injuries and damages to Plaintiff as alleged herein. While at this time Plaintiff is unaware of the true names and capacities of the DOE Defendants, Plaintiff will amend its Complaint to show the true names and capacities of DOES 1 through 25, inclusive, when those identities have been ascertained.

6.      At all relevant times mentioned herein, Defendants were the agents, employees, supervisors, servants and joint venturers of each other, and in doing the things hereafter alleged, were acting within the course, scope and authority of such agency, employment and joint venture and with the consent and permission of each of the other Defendants. All actions of each Defendant alleged in the causes of action into which this paragraph is incorporated by reference were ratified and approved by the officers or managing agents of every other Defendant.

7.      All allegations in this Complaint are based on information and belief and/or are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.  Whenever allegations in this Complaint are contrary or inconsistent, such allegations shall be deemed alternative.

## JURISDICTION AND VENUE

8.   Jurisdiction is proper pursuant to Cal. Code Civ. Proc. §§ 410.10, 410.50 and 1060.

9.   Venue is proper in this judicial district pursuant to Cal. Code Civ. Proc. § 395.

## FACTUAL BACKGROUND

10.      On or around January 7, 2020, TRAVELERS entered into a contract of insurance with Plaintiff in the event of a covered of loss or damage.

11.      Under said contract, Plaintiff agreed to make cash payments to TRAVELERS in exchange for TRAVELERS' promise to indemnify the Plaintiff for losses including, but not limited to, business income losses at the Insured Property located at 401 S. Grand Avenue, Los Angeles, CA 90071 ("Insured Property").

12.      The Insured Property is a well-known restaurant and bar called Pez Cantina, which is located in Bunker Hill in Downtown Los Angeles. Pez Cantina is owned, leased by, managed, and/or controlled by the Plaintiff.

13.      Pez Cantina is located at 401 S. Grand Avenue, Los Angeles, CA 90071. This address is listed as an Insured Property under the Policy.

14.      The Insured Property is covered under a policy issued by TRAVELERS with policy number believed to be 680-9M304995-20-42 (hereinafter "Policy"). A true and correct copy of the Policy is attached hereto as Exhibit 1.

- 2 -

FIRST AMENDED COMPLAINT

Exhibit A, Page 7

15. The policy is currently in full effect, providing property, business personal property, business income and extra expense, and additional coverages between the period of January 29, 2020 to January 29, 2021.

16. The insurance applies to the actual loss of business income sustained and necessary and reasonable extra expenses incurred when the operations of the business are suspended due to the direct physical loss of or damage to the Insured Premises that is not excluded or limited.

17. Under "Civil Authority" coverage is provided to pay for the actual loss of business income and necessary extra expense caused by an action of civil authority that prohibits access to the insured property due to direct physical loss of or damage unless the loss is otherwise excluded or limited.

18. The Policy further provides for additional coverages regarding "Claim Data Expense." This includes expenses incurred in "preparing claim data to show the extent of loss" in the amount of $25,000.

19. Plaintiff faithfully paid policy premiums to TRAVELERS to specifically provide all risk coverage, including the actual loss of business income due to the necessary interruption of business operations due to direct physical loss of or direct physical damage to property as well as a civil authority shutdown.

20. As now commonly known, an unprecedented event in the form of a world pandemic is occurring. By March 11, 2020, the World Health Organization officially recognized the COVID-19 pandemic.

21. It is the public policy intent and intent of each county to close businesses including Plaintiff's for the public good, welfare, and benefit.

22. In order to protect the public, on March 15, 2020, Mayor Eric Garcetti of Los Angeles issued an order placing restrictions on certain establishments throughout the City of Los Angeles. Within this order included the prohibition of dine-in food service. A true and correct copy of Mayor Eric Garcetti's Order ("Garcetti Order") is attached hereto as Exhibit 2.

23. On April 1, 2020, Mayor Garcetti issued a revised order ("Revised Garcetti Order"). The Revised Order specifically acknowledges that COVID-19 is "physically causing property loss

- 3 -

or damage due to its tendency to attach to surfaces for prolonged periods of time." A true and correct copy of Mayor Eric Garcetti's Revised Order is attached hereto as Exhibit 3.

24.   On April 10, 2020, Mayor Garcetti issued a further order extending the Revised Garcetti Order to May 15, 2020. ("Garcetti Extension Order"). A true and correct copy of Mayor Eric Garcetti's Extension Order is attached hereto as Exhibit 4.

25.   In order to protect the public, on March 16, 2020, the Health Officer of Los Angeles County, Defendant Muntu Davis, M.D., MPH, issued an order directing all individuals living in the county to stay at home except that they may leave to provide or receive certain essential services or engage in certain essential activities ("Los Angeles Order"). A true and correct copy of the Los Angeles Order is attached hereto as Exhibit 5.

26.   It is the public policy intent and intent of each county and state to close businesses including Plaintiff's for the public good, welfare, and benefit. The Garcetti Order, Revised Garcetti Order, Garcetti Extension Order, and Los Angeles Order (collectively "Orders") were reasonably necessary to protect the public good, welfare, and benefit. The Orders were specifically tailored to the nature of the COVID-19 pandemic.

27.   As a result of the Orders Plaintiff has had to completely shut down its business operations and access to the insured property is specifically prohibited. Plaintiff has incurred expenses due to the necessary interruption of its business operations at the Insured Property.

28.   Plaintiff has sustained an actual loss of business income due to the necessary suspension of Plaintiff's business ("the loss"). The suspension of Plaintiff's business was caused by the Orders that prohibited access to the Insured Property.

29.   A declaratory judgment interpreting the impact of the Orders on the insurance coverage provided by TRAVELERS will prevent the Plaintiff from being left without vital coverage acquired to ensure the survival of its business due to the shutdown caused by the civil authorities' response is necessary. As a result of this order, Plaintiff has incurred, and continues to incur, a substantial loss of business income and additional expenses.

30.   On April 30, 2020 TRAVELERS denied Plaintiff's claim as not being covered by The Policy. The denial of the claim is attached hereto as Exhibit 6.

- 4 -

FIRST AMENDED COMPLAINT

31.     Although requested to do so, to date, TRAVELERS has and continues to fail and refuse to pay Plaintiff for the full amount due and owing under the Policy for all of its losses and damages.

**FIRST CAUSE OF ACTION**

**DECLARATORY RELIEF**

**(Against All Defendants and DOES 1 to 25)**

32.     Plaintiff re-alleges and incorporates by reference into this cause of action each and every allegation set forth in each and every paragraph of this Complaint.

33.     Under California Code of Civil Procedure §1060 et seq., the court may declare rights, status, and other legal relations whether or not further relief is or could be claimed.

34.     An actual controversy has arisen between Plaintiff, TRAVELERS, and DAVIS as to their rights, duties, responsibilities and obligations of the parties under the Policy as a result of the Orders. Resolution of the duties, responsibilities and obligation of the parties is necessary as no adequate remedy at law exists and a declaration of the Court is needed to resolve the dispute and controversy.

35.     Plaintiff seeks a Declaratory Judgment to determine whether the necessary suspension of Plaintiff's business operations caused by the Orders constitute a direct physical loss as defined in The Policy.

36.     Plaintiff seeks a Declaratory Judgement to determine whether the Orders constitute a prohibition of access to Plaintiff's Insured Premises by a Civil Authority as defined in the Policy.

37.     Plaintiff further seeks a Declaratory Judgement to determine whether the Orders trigger coverage under the Policy if Plaintiff can prove that there has been a direct physical loss of or damage to the property.

38.     Plaintiff further seeks a Declaratory Judgment to determine whether claim data expense coverage is available for making a claim under the Policy.

**SECOND CAUSE OF ACTION**

**BREACH OF CONTRACT**

**(Against TRAVELERS and DOES 1 to 25)**

39.     Plaintiff re-alleges and incorporates by reference into this cause of action each and every allegation set forth in each and every paragraph of this Complaint.

40.     Pursuant to The Policy, TRAVELERS has a contractual obligation to fully investigate and adjust the loss, and pay the full amount of Plaintiff's covered losses, including the actual loss sustained for the necessary interruption of Plaintiff's businesses, including, but not limited to, loss of business income and extra expense, less the applicable deductible.

41.     The Policy is an insurance contract under which TRAVELERS was paid premiums in exchange for its promise to pay Plaintiff's losses for claims covered by The Policy, such as business losses incurred as a result of the Orders forcing Plaintiff to suspend their businesses.

42.     Plaintiff has performed all conditions precedent to their right to recovery under The Policy.

43.     TRAVELERS has refused and continues to refuse to pay for all of the benefits under the Policy including, but not limited to, loss of business income and extra expenses, forcing Plaintiff to litigate.

44.     TRAVELERS' refusal to pay the full amount of Plaintiff's loss is in breach of The Policy.

45.     TRAVELERS further breached its contract with Plaintiff by:

    a.     failing to fully investigate the loss;

    b.     conducting a biased and outcome-oriented investigation of the loss;

    c.     not promptly paying Plaintiff all benefits owed as a result of the covered loss;

    d.     failing to pay for all consequential damage; and

    e.     not putting Plaintiff in the position it would have been in had TRAVELERS timely performed all of its contractual duties.

46.     As a direct and proximate result of TRAVELERS' breach of contract, Plaintiff:

- 6 -

a.   suffered and will continue to suffer loss of business income and extra expenses;

b.   incurred and will incur in the future loss of business income and extra expenses;

c.   suffered and will continue to suffer consequential damages;

d.   is entitled to an award of prejudgment interest, taxable costs, and investigatory fees; and

e.   incurred other expenses as a result of TRAVELERS' breach of contract.

## THIRD CAUSE OF ACTION

**(For Breach of the Implied Covenant of Good Faith and Fair Dealing (Insurance Bad Faith)**

**As to TRAVELERS and DOES 1 to 25)**

47.   Plaintiff hereby re-alleges and incorporates the preceding paragraphs as though set forth in full herein.

48.   Plaintiff is informed and believes and thereon alleges that the Policy was executed, issued and approved in the State of California.

49.   Plaintiff is informed and believe and thereon alleges that the Policy was administered in, and intended to be discharged in, the State of California.

50.   The Policy was issued in exchange for good and valuable consideration, and the Subject Policy was in full force and effect at all relevant times mentioned herein.

51.   In every contract of insurance, there is an implied duty of good faith and fair dealing that the insurance company will not do anything to unfairly interfere with the rights of the insured, like Plaintiff, to receive the benefit of the Subject Policy.

52.   Defendant TRAVELERS, having issued the Policy to Plaintiff, was at all times materially bound to said implied covenant of good faith and fair dealing

53.   Defendant breached its duty of good faith and fair dealing owed to Plaintiff, including but not limited to, the following respects:

a.   Unreasonably and in bad faith, placed its own financial interests ahead of its insured in violation of California's statutory, regulatory and common law;

b.      Unreasonably and in bad faith failed and refused to give at least as much consideration to the interests of its insured as it gave its own interests;

c.      Unreasonably and in bad faith withheld payment of sums due and owing Plaintiff;

d.      Unreasonably and in bad faith failed to reasonably investigate and process Plaintiff's claim for benefits;

54.    Plaintiff was entitled to benefits from Defendant under the Policy for full coverage of the Insured Property .

55.    Defendant denied Plaintiff's claim and failed to pay benefits owed to Plaintiff owed under the Policy.

56.    In the course of failing and/or refusing to provide benefits to Plaintiff under the Policy, TRAVELERS acted unreasonably and without good cause.

57.    By its actions and inactions, TRAVELERS has breached the covenant of good faith and fair dealing implied in the Policy.

58.    Plaintiff is informed, believes, and alleges that Defendant breached its duty of good faith and fair dealing by other acts and omissions of which they are presently unaware of but which will be showing according to proof at trial.

59.    As a direct and proximate result of Defendant's breach, Plaintiff has sustained damages in an amount according to proof at trial for amounts paid out of pocket, unpaid interest thereon, consequential damages, and past and future attorneys' fees and costs incurred by Plaintiff in pursuing Defendants to recover, among other sums, its unpaid benefits as set forth above.

60.    Defendant acted with reckless, willful or callous disregard for Plaintiff's rights and with malice, fraud or oppression toward Plaintiff, thereby entitling Plaintiff to an award of punitive damages in accordance with proof at trial.

61.    To date, Defendant consciously disregarded Plaintiff's interests by refusing to provide coverage under the Policy, even though Plaintiff has fulfilled all of its obligations.

62.    As alleged herein, TRAVELERS' conduct with respect to Plaintiff was with willful disregard of Plaintiff's rights and an attempt by them to take positions which were inconsistent with interpretations of other policies, based coverage decisions on misinterpretations of the policy,

1  or in an effort to cover up for their own failures to place the proper policy for Plaintiffs.

2  TRAVELERS also delayed responding to Plaintiff's demands for coverage under the Subject

3  Policy, has never been forthcoming as to its position on coverage, and/or has failed to rectify its

4  failure to place the proper policy. Consequently, Plaintiff is entitled to recover punitive damages

5  both to punish TRAVELERS' transgressions and to deter others from engaging in similar wrongful

6  conduct.

7      63.     Upon information and belief, Plaintiff alleges that the conduct described herein was

8  authorized and ratified by Defendant.

9      64.     Based on the preceding paragraphs, Defendant acted with reckless, willful or callous

10  disregard for Plaintiff's rights and with malice, fraud or oppression toward Plaintiff, thereby

11  entitling Plaintiff to an award of punitive damages in accordance with proof at trial.

12      65.     On information and belief, Defendant has engaged in a continued pattern and

13  practice of unjustly and unreasonably delaying and withholding policy benefits due to their

14  insureds, of which the instant action is only one example.

15

16                         **PRAYER FOR RELIEF**

17      Wherefore, Plaintiff herein, PEZ SEAFOOD DTLA, LLC, dba PEZ CANTINA and PEZ

18  POWDER, a Limited Liability Company, prays as follows:

19      1)  For a declaration that the necessary suspension of Plaintiff's business operations caused

20          by the Orders constitute a direct physical loss as defined in the Policy.

21      2)  For a declaration that the Orders constitute a prohibition of access to Plaintiff's Insured

22          Premises by a Civil Authority as defined in the Policy.

23      3)  For a declaration that the Orders trigger coverage under The Policy if Plaintiff can

24          prove that there has been a direct physical loss of or damage to the property.

25      4)  For a declaration that claim expense coverage is available in the amount of $25,000 for

26          making a claim under The Policy.

27      5)  For such other relief as the Court may deem proper.

28      6)  Compensatory damages;

- 9 -

FIRST AMENDED COMPLAINT

7) General damages;

8) Pre-judgment and post-judgment interest as allowed by law;

9) Costs according to proof;

10) For exemplary and/or punitive damages against Defendant as to the Second Cause of Action for Insurance Bad Faith;

11) Attorneys' fees pursuant to *Brandt v. Superior Court (Standard Ins. Co.)*, (1985) 37 Cal.3d 813, 817; and

12) Such other and further legal and equitable relief as the Court deems just and proper.

DATED:  May 20, 2020

**KABATECK LLP**

By: _____
Brian S. Kabateck
Christopher B. Noyes
Marina R. Pacheco
Attorneys for Plaintiff

FIRST AMENDED COMPLAINT

Exhibit A, Page 15

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff hereby demands a jury trial for all claims and issues so triable.

3

4

DATED:  May 20, 2020

5

**KABATECK LLP**

6

By: _____

7

Brian S. Kabateck

8

Christopher B. Noyes
Marina R. Pacheco

9

Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT

# EXHIBIT 1

# CERTIFIED POLICY

This certification is affixed to a policy consisting of the renewal certificate for the policy period identified below along with any prior renewal certificate(s) or new business policy containing additional applicable policy forms and endorsements which, together, is a true and accurate copy of the document in the company's business records as of the date shown below.

## No additional insurance is afforded by this copy.

Travelers Property Casualty Company of America

**Name of Insuring Company(ies)**

680 9M304995                    1/29/20 to 1/29/21                    4/18/20

**Policy Number(s)**        **Policy Period(s)**                    **Date**

Kenneth Kupec, Second Vice President
BI Document Management


# TRAVELERS J

One Tower Square, Hartford, Connecticut 06183

---

### RENEWAL CERTIFICATE

**COMMON POLICY DECLARATIONS**
RESTAURANT PAC PLUS
BUSINESS: FINE DINING

**POLICY NO.:** 680-9M304995-20-42
**ISSUE DATE:** 01/07/2020

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. **NAMED INSURED AND MAILING ADDRESS:**
   PEZ SEAFOOD DTLA, LLC
   AND AS PER IL T8 00
   ATTN BRET THOMPSON
   400 S HOPE ST STE 120
   LOS ANGELES CA 90071

2. **POLICY PERIOD:** From 01/29/2020 to 01/29/2021 12:01 A.M. Standard Time at your mailing address.

3. **LOCATIONS:**

| PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) | | |
|-----------|-----------|-----------|---------|---|---|
| 001 | 001 | FINE DINING | 401 S GRAND AVE | | |
| | | | LOS ANGELES | CA | 90071 |

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES**

| COVERAGE PARTS AND SUPPLEMENTS | INSURING COMPANY |
|---|---|
| Businessowners Coverage Part | TIL |

5. The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorse-ments for which symbol numbers are attached on a separate listing.

6. **SUPPLEMENTAL POLICIES:** Each of the following is a separate policy containing its complete provisions.

| POLICY | POLICY NUMBER | INSURING COMPANY |
|---|---|---|

DIRECT BILL

7. **PREMIUM SUMMARY:**                          SUBJECT TO AUDIT

| | | |
|---|---|---|
| Provisional Premium | $ | 11,754.00 |
| Due at Inception | $ | |
| Due at Each | $ | |

NAME AND ADDRESS OF AGENT OR BROKER

E BROOX RANDALL & SONS         73044
4751 WILSHIRE BLVD STE 350

LOS ANGELES                    CA 90010

IL T0 25 08 01   (Page 1 of 01)
Office: BREA/LA/ORANGE CA  DOWN

COUNTERSIGNED BY:

_____
Authorized Representative

DATE: 01/07/2020



**TRAVELERS**

**Report Claims Immediately by Calling\***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

# RESTAURANT PAC

**FINE DINING**



**A Custom Insurance Policy Prepared for:**

**PEZ SEAFOOD DTLA, LLC**
**AND AS PER IL T8 00**
**ATTN BRET THOMPSON**
**400 S HOPE ST STE 120**
**LOS ANGELES CA 90071**

**Presented by:  E BROOX RANDALL & SONS**

POLICY NUMBER: 680-9M304995-20-42                    ISSUE DATE: 01/07/2020

Dear Valued Policyholder:

We are excited to inform you about changes to the structure of your commercial general liability (CGL) insurance. We are implementing a new proprietary CGL Coverage Form that will update and further simplify our approach to that coverage. Our new CGL coverage form is more closely aligned with ISO's current CGL coverage form, and it includes numerous provisions previously contained in our proprietary mandatory endorsements and several coverage enhancements that have been provided in our commonly used XTEND[TM] endorsements. In addition, we have updated many of our CGL endorsements for improved readability and consistency across our portfolio of policy forms.

To complement these CGL policy form changes, we are also transitioning our Liquor Liability (LL) coverage to ISO's current LL coverage form, modified by a proprietary Liquor Liability Amendatory Endorsement. This transition will improve consistency and coordination of CGL and LL coverages.

Your new Travelers CGL policy will contain coverage terms and conditions substantially similar to those in your expiring Travelers CGL policy. Also, in order to make this transition to our new proprietary policy forms as easy as possible for you, we will adjust any claims for CGL coverage under your new policy based upon the terms and conditions of either your expiring policy or your new policy, **whichever are broader**. Likewise, if your expiring policy includes LL coverage and you are renewing that coverage with us, we will adjust any claims for LL coverage under your new policy based upon the terms and conditions of either your expiring policy or your new policy, **whichever are broader**. However, this approach to adjustment of claims for CGL and LL coverage is **subject to the following exceptions:**

- Any differences in the insured locations or insurance schedules, or the identity of named insureds or additional insureds.

- Any reductions in coverage that have been requested by you or your agent or broker or to which you or your agent or broker have agreed during renewal negotiations, or any exposures you have elected to insure elsewhere.

- Any reduction in the amount of the limits of insurance shown in any Declarations or endorsement for your new policy from the amount shown for substantially similar coverage in any Declarations or endorsement for your expiring policy.

- Any increase in the amount of any deductible, self-insured retention, retrospective loss limitation, or coinsurance obligation shown in any Declarations or endorsement for your new policy from the amount shown for substantially similar coverage in any Declarations or endorsement for your expiring policy, or any change from a loss-sensitive to guaranteed-cost rating plan or vice versa.

- Any other exceptions shown below.

We will apply this approach to claims adjusted under your first new Travelers policy. Any claim adjusted under a subsequent Travelers policy will be adjusted based only upon the terms and conditions of that policy.

Please review your expiring and new Travelers policies carefully, retain your expiring policy, and contact your agent or broker if you have any questions about this letter. We appreciate your business and thank you for choosing to insure with us.

© 2019 The Travelers Indemnity Company. All rights reserved.

Travelers Doc Mgmt  5 of 395

Exhibit A, Page 22

 **TRAVELERS**⌃                    One Tower Square, Hartford, Connecticut  06183

**BUSINESSOWNERS COVERAGE PART DECLARATIONS**
RESTAURANT PAC PLUS                    **POLICY NO.:**  680-9M304995-20-42
                                       **ISSUE DATE:** 01/07/2020

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

POLICY PERIOD:
From 01-29-20 to 01-29-21 12:01 A.M. Standard Time at your mailing address

FORM OF BUSINESS:  LIMITED LIAB CORP

COVERAGES AND LIMITS OF INSURANCE:  Insurance applies only to an item for which a
"limit" or the word "included" is shown.

COMMERCIAL GENERAL LIABILITY COVERAGE

| OCCURRENCE FORM | LIMITS OF INSURANCE |
|---|---|
| General Aggregate (except Products-Completed Operations Limit) | $  2,000,000 |
| Products-completed Operations Aggregate Limit | $  2,000,000 |
| Personal and Advertising Injury Limit | $  1,000,000 |
| Each Occurrence Limit | $  1,000,000 |
| Damage to Premises Rented to You | $    300,000 |
| Medical Payments Limit (any one person) | $      5,000 |

BUSINESSOWNERS PROPERTY COVERAGE

DEDUCTIBLE AMOUNT:  Businessowners Property Coverage:  $  1,000 per occurrence.
                    Building Glass:                   $  1,000 per occurrence.


BUSINESS INCOME/EXTRA EXPENSE LIMIT:   Actual loss subject to a maximum limit of
                                       $  1,050,000
Period of Restoration-Time Period:     Immediately

ADDITIONAL COVERAGE:
ADDITIONAL COVERAGE:
   Fine Arts:                 $        25,000


Other additional coverages apply and may be changed by an endorsement.   Please
read the policy.




SPECIAL PROVISIONS:

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 02 05     (Page 1 of 2  )

BUSINESSOWNERS PROPERTY COVERAGE

**PREMISES LOCATION NO.:**  001        **BUILDING NO.:**  001

|  | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|
| COVERAGE | | | | |
| BUSINESS PERSONAL PROPERTY $ | 455,120 | RC* | N/A | 0.0% |
| *Replacement Cost | | | | |

COVERAGE EXTENSIONS:
   Accounts Receivable   $     25,000
   Valuable Papers       $     25,000

Other  coverage extensions apply and may be changed by an endorsement.  Please read
the policy.

**MP T0 01 02 05**      (Page 2 of 2  )

POLICY NUMBER:  680-9M304995-20-42

EFFECTIVE DATE:  01/29/2020

ISSUE DATE:  01/07/2020

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

```
*   PN U3 20 04 19     LIBERALIZATION LETTER - GENERAL LIABILITY PRODUCT
                       MODERNIZATION
    IL T0 19 02 05     COMMON POLICY DECLARATIONS
*   IL T0 25 08 01     RENEWAL CERTIFICATE
*   MP T0 01 02 05     BUSINESSOWNERS COVERAGE PART DECLARATIONS
*   IL T8 01 01 01     FORMS ENDORSEMENTS AND SCHEDULE NUMBERS
    IL T3 15 09 07     COMMON POLICY CONDITIONS
```

BUSINESSOWNERS

```
*   MP T0 25 02 05     SPECIAL PROVISIONS - LOSS PAYEE
*   CP 12 18 10 12     LOSS PAYABLE PROVISIONS
    MP T1 30 02 05     TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART -
                       DELUXE PLAN
    MP T1 02 02 05     BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM
*   MP T3 27 07 03     CAUSES OF LOSS - EARTHQUAKE SPRINKLER LEAKAGE
*   MP T3 66 08 15     RESTAURANT AND PERISHABLE GOODS PREMIER ENDORSEMENT
*   MP T3 07 03 97     PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED
                       LOCATIONS AND RESTAURANTS
    MP T3 25 01 15     FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE
*   MP T3 41 02 05     THEFT OF MONEY AND SECURITIES LIMITATION
    MP T3 49 10 06     BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL
                       DOLLAR LIMIT ENDORSEMENT
    MP T3 50 11 06     EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION
    MP T3 56 02 08     AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS
                       PERSONAL PROP COV ENHANCEMENTS
*   MP T3 17 02 05     UTILITY SERVICES - TIME ELEMENT
*   MP T3 18 02 05     UTILITY SERVICES - DIRECT DAMAGE
*   MP T9 73 02 05     SPOILAGE COVERAGE
    MP T4 90 05 10     LIMIT OF INS/OCCURRENCE ENDT - CALIFORNIA
    MP T5 08 01 06     CALIFORNIA CHANGES - REPLACEMENT COST
```

COMMERCIAL GENERAL LIABILITY

```
*   CG T0 07 04 09     DECLARATIONS PREMIUM SCHEDULE
    CG T0 08 07 86     KEY TO DECLARATIONS PREMIUM SCHEDULE
*   CG T0 34 02 19     TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY
                       COVERAGE FORM CG T1 00 02 19
*   CG T1 00 02 19     COMMERCIAL GENERAL LIABILITY COVERAGE FORM
*   CG D3 09 02 19     AMENDATORY ENDORSEMENT - PRODUCTS-COMPLETED OPERATIONS
                       HAZARD
    CG D2 03 12 97     AMEND - NON CUMULATION OF EACH OCC
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:  1  OF  3

POLICY NUMBER:  680-9M304995-20-42

EFFECTIVE DATE:  01/29/2020

ISSUE DATE:  01/07/2020

COMMERCIAL GENERAL LIABILITY (CONTINUED)

|   | CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
|---|---|---|
| * | CG T4 91 11 88 | ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION |
| * | CG D8 42 02 19 | XTEND ENDORSEMENT FOR SMALL BUSINESSES |
| * | MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
|   | CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
|   | CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| * | CG D1 42 02 19 | EXCLUSION - DISCRIMINATION |
|   | CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |

CYBERFIRST ESSENTIALS LIABILITY ENDORSEMENTS

|   | PR T0 22 02 12 | CYBERFIRST ESSENTIALS COVERAGE PART DECLARATIONS |
|---|---|---|
| * | PR T1 13 02 12 | CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM |
|   | PR T1 14 02 12 | CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM |
|   | PR T5 21 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN INSURED ORGANIZATIONS-CYBERFIRST ESSENTIALS |
| * | PR T4 97 03 15 | BREACH ESSENTIALS ENDORSEMENT |
|   | PR T5 14 01 15 | AMEND OF AI AND PI DEFINITIONS - INFORMATION SECURITY LIABILITY |
|   | PR F3 46 02 12 | CALIFORNIA MANDATORY ENDORSEMENT |

LIQUOR LIABILITY

| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |
|---|---|

MULTIPLE SUBLINE ENDORSEMENTS

| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |
|---|---|

INTERLINE ENDORSEMENTS

|   | IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
|---|---|---|
|   | IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
|   | IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
|   | IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| * | IL T8 00 01 20 | GENERAL PURPOSE ENDORSEMENT |
|   | IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
|   | IL 01 04 09 07 | CALIFORNIA CHANGES |
|   | IL 02 70 09 12 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   2   OF   3

```
                    POLICY NUMBER:  680-9M304995-20-42
                    EFFECTIVE DATE:  01/29/2020
                       ISSUE DATE:  01/07/2020


     POLICY HOLDER NOTICES
       *   PN T4 54 01 08    IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND
                             BROKER COMPENSATION
       *   PN MP 57 04 17    IMP NOT PROT SAFEGUARDS SPRK AND REST
           PN MP 38 01 11    IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01                              PAGE:    3   OF   3

# TRAVELERS PROPERTY

# TRAVELERS PROPERTY

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

**SPECIAL PROVISIONS:**
**LOSS PAYEE:**

**POLICY NO.:**  680-9M304995-20-42
**ISSUE DATE:**  01/07/2020

| PREMISES LOCATION NUMBER | BUILDING NUMBER | LOSS PAYEE NAME AND MAILING ADDRESS |
|---|---|---|
| 001 | 001 | LEAF CAPITAL FUNDING, LLC ISAOA C/O INSURANCE SERVICE CE PO BOX 979127 |
|  |  | MIAMI                    FL 33197 |

**MP T0 25 02 05**    (Page 1  of 1  )

POLICY NUMBER:  680-9M304995-20-42

COMMERCIAL PROPERTY
ISSUE DATE: 01/07/2020

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

    BUILDERS' RISK COVERAGE FORM
    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    CONDOMINIUM ASSOCIATION COVERAGE FORM
    CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
    STANDARD PROPERTY POLICY

## SCHEDULE

| Location Number: 001 | Building Number: 001 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): C.1 |
|---|---|---|
| **Description Of Property:** BPP - LEASE EQUIPEMENT | | |
| **Loss Payee Name:** LEAF CAPITAL FUNDING, LLC ISAOA C/O INSURANCE SERVICE CE **Loss Payee Address:** PO BOX 979127 MIAMI FL 33197 | | |
| **Location Number:** | **Building Number:** | **Applicable Clause** (Enter C.1., C.2., C.3. or C.4.): |
| **Description Of Property:** | | |
| **Loss Payee Name:** **Loss Payee Address:** | | |
| **Location Number:** | **Building Number:** | **Applicable Clause** (Enter C.1., C.2., C.3. or C.4.): |
| **Description Of Property:** | | |
| **Loss Payee Name:** **Loss Payee Address:** | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

CP 12 18 10 12            © Insurance Services Office, Inc., 2011           Page 1 of 3

COMMERCIAL PROPERTY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

  **1.** **Loss Payable Clause**

    For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

    **a.** Adjust losses with you; and

    **b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

  **2.** **Lender's Loss Payable Clause**

    **a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

      **(1)** Warehouse receipts;

      **(2)** A contract for deed;

      **(3)** Bills of lading;

      **(4)** Financing statements; or

      **(5)** Mortgages, deeds of trust, or security agreements.

    **b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

      **(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

      **(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

      **(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

        **(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

        **(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

        **(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

      All of the terms of this Coverage Part will then apply directly to the Loss Payee.

      **(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

        **(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

        **(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

      At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

    **c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

      **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

      **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

    **d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

Travelers Doc Mgmt   15 of 395

Exhibit A, Page 32

COMMERCIAL PROPERTY

3. **Contract Of Sale Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

   b. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

      (1) Adjust losses with you; and

      (2) Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   c. The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

   b. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   c. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

© Insurance Services Office, Inc., 2011

Travelers Doc Mgmt  16 of 395

Exhibit A, Page 33

POLICY NUMBER: 680-9M304995-20-42

BUSINESSOWNERS
ISSUE DATE: 01/07/2020

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAUSES OF LOSS – EARTHQUAKE
# SPRINKLER LEAKAGE

This endorsement modifies insurance provided under the following:
    BUSINESSOWNERS COVERAGE PART

<b>SCHEDULE</b>

**A.  LIMITS OF INSURANCE**

| Premises/Bldg. No. | LIMITS OF INSURANCE | |
| --- | --- | --- |
| | Occurrence Limit | Annual Aggregate Limit |
| 001/001 | $ 300,000 | $ 300,000 |

If more than one Annual Aggregate Limit applies, the most we will pay during any one policy year is the largest of the Annual Aggregate Limits shown.

**B.  DEDUCTIBLES**

| Premises/Bldg. No. | | |
| --- | --- | --- |
| 001/001 | $ 5,000 | In any occurrence |
| | $ | In any one occurrence at each Premises Location |

BUSINESSOWNERS

## C. COVERED CAUSES OF LOSS

Covered Causes of Loss and "specified cause of loss" is revised to include the following only for the premises locations, building number(s) shown in the schedule above:

EARTHQUAKE SPRINKLER LEAKAGE, meaning loss or damage to Covered Property resulting from sprinkler leakage caused by:

1. Earthquake, meaning a shaking or trembling of the earth's crust, caused by underground volcanic or tectonic forces or by breaking or shifting of rock beneath the surface of the ground from natural causes.

2. Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

All losses due to earthquake shock or volcanic eruptions that occur within any 168-hour period will constitute a single occurrence. The expiration of this policy will not reduce the 168-hour period. We will not pay for loss or damage caused by earthquakes or volcanic eruptions which began before the effective date of this insurance.

## D. PROVISIONS THAT DO NOT APPLY TO THIS ENDORSEMENT

1. The provisions of the Earth Movement Exclusion do not apply to the coverage specifically provided by this endorsement. All other exclusions and limitations continue to apply.

2. The following provisions of forms and endorsements that may be attached to this policy do not apply to this endorsement:

   a. The Additional Condition – Coinsurance;

   b. Deductible; or

   c. Limits of Insurance.

## E. DEDUCTIBLES

The following deductible provisions apply to the Premises Locations, Building Number(s) which are shown in the Schedule above:

1. When a dollar amount is shown in the Schedule the following applies:

   a. We will not pay for loss or damage in any one occurrence until the total amount of loss or damage for all coverages exceeds

the Deductible shown in the Schedule. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limits of Insurance; or

   b. When stated in the Schedule above we will not pay for loss or damage in any one occurrence at each premises location until the total amount of loss or damage for all coverages at each premises location exceeds the applicable Deductible shown in the Schedule up to the applicable Limit of Insurance.

2. When Business Income coverage is included, Business Income coverage is included in the occurrence Deductible shown in the Schedule above.

3. No Deductible applies to Extra Expense.

## F. LIMITS OF INSURANCE

The most we will pay for loss caused by any earthquake sprinkler leakage is:

1. The Limit(s) of Insurance that applies to any occurrence stated in the Schedule above, even if the loss or damage involves more than one coverage. Amounts payable under any Additional Coverage or Coverage Extensions do not increase the Limit(s) of Insurance. This limit is part of, and does not increase, the Limits of Insurance that apply under this policy.

2. The Limit(s) of Insurance in the Schedule above that applies to any one occurrence subject to the Annual Aggregate Limit(s) for all losses occurring in any one policy year commencing with the inception or anniversary date of this endorsement, whichever is less.

3. If more than one Annual Aggregate limit applies in any one occurrence, the most we will pay during the policy period is the largest of the Annual Aggregate Limits shown.

## G.

The most we will pay for loss or damage for Newly Acquired or Constructed Property or Newly Acquired Property Coverage Extensions under this endorsement is a total of $100,000 in any one occurrence and in any one policy year.

Copyright, The Travelers Indemnity Company, 2003
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
**MP T3 27 07 03**

Travelers Doc Mgmt   18 of 395

Exhibit A, Page 35

POLICY NUMBER: 680-9M304995-20-42

BUSINESSOWNERS
ISSUE DATE: 01/07/2020

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# Restaurant and Perishable Goods Premier Endorsement

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

### SCHEDULE

Computer Fraud and Funds Transfer Fraud Limit of Insurance: $ 10,000

Food Contamination Costs Limit of Insurance: $ 25,000

The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

1. The following **Additional Coverage** is added to paragraph **A.6.:**

   **Blanket Coverage Limit of Insurance**

   We will pay up to $250,000 in any one occurrence as a Blanket Coverage Limit of Insurance for the sum of all covered loss at each described premises under the coverages described in paragraphs **a.** through **c.** below. You may apportion this limit among these coverages as you choose.

   Unless otherwise stated, this Blanket Coverage Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for the following coverages.

   **a. Accounts Receivable**

   Within the Blanket Coverage Limit of Insurance, when a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, we will pay for direct physical loss of or damage to your records of accounts receivable (including those on electronic data processing media) on or away from each described premises, including while in transit, caused by or resulting from a Covered Cause of Loss. Credit card company media will be considered accounts receivable until delivered to the credit card company.

   This coverage applies as described in Paragraphs **A.7.a.(2)** and **A.7.a.(3)** and is subject to the provisions that apply to those Paragraphs.

   **b. Excess Debris Removal**

   **(1)** Within the Blanket Coverage Limit of Insurance, we will pay your expense to remove debris of Covered Property, other than outdoor trees, shrubs, plants and lawns as described in the Outdoor Trees, Shrubs, Plants and Lawns Coverage Extension, caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   **(2)** Debris Removal does not apply to costs to:

   **(a)** Extract "pollutants" from land or water; or

   **(b)** Remove, restore or replace polluted land or water.

   **(3)** When the debris removal expense exceeds the 25% limitation in **Additional Coverage – Debris Removal** in **Section A.6.c.(3)** or when the sum of the debris removal expense and the amount we pay for the direct physical loss of or damage to Covered Property exceeds the applicable Limit of Insurance, we will pay up to the Blanket Coverage Limit of Insurance for debris removal expense in any one occurrence, at each described premises.

   **c. Valuable Papers and Records**

   Within the Blanket Coverage Limit of Insurance, when a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, we will pay for direct physical loss of or damage to "valuable papers and records" that:

   **(a)** You own; or

   **(b)** Are owned by others, but in your care, custody or control;

   caused by or resulting from a Covered Cause of Loss.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BUSINESSOWNERS

This coverage applies as described in Paragraphs **A.7.s.(2)** and **A.7.s.(3)** and is subject to the provisions that apply to those Paragraphs.

With respect to property of others covered under this Additional Coverage, the owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary and not to contribute with such other insurance.

2. With respect to **Extended Business Income,** the time frame referenced in Paragraph **A.3.c.(2)(b)** is increased from sixty consecutive days to ninety consecutive days.

3. The limit applicable to the **Additional Coverage-Arson and Theft Reward** is increased by $25,000.

4. The limit applicable to the **Additional Coverage-Claim Data Expense** is increased from $5,000 to $25,000.

5. The limit applicable to the **Additional Coverage-Newly Acquired or Constructed Property** for Building is increased from $500,000 to $1,000,000.

6. The limit applicable to the **Additional Coverage-Newly Acquired or Constructed Property** for Business Personal Property is increased from $250,000 to $500,000.

7. With respect to the **Additional Coverage-Ordinance or Law,** coverage is extended to include tenant improvements and betterments as described in Paragraph **A.1.b.(3)** if:

   (1) You are a tenant; and

   (2) A Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises.

8. The limit applicable to the **Additional Coverage-Outdoor Trees, Shrubs, Plants and Lawns** is increased from $3,000 to $5,000.

9. The following **Additional Coverages** are added to Paragraph **A.6.**:

   a. **Brands or Labels**

   If a limit of insurance is shown in the Declarations for Business Personal Property and if branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or part of the property at an agreed or appraised value. If so, you may:

   (1) Stamp the word Salvage on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

   (2) Remove the brands and labels, if doing so will not physically damage the merchandise or its containers to comply with the law.

   We will pay reasonable costs you incur to perform the activity described in Paragraphs **(1)** and **(2)** above.

   Payments under this Additional Coverage are subject to and not in addition to the applicable Limits of Insurance.

   b. **Contract Penalty Clause**

   (1) We will pay contract penalties you incur as a result of your failure to deliver your products or services within the time required under the terms of a written contract. But this Additional Coverage only applies if the failure is solely due to direct physical loss of or damage to property at the described premises caused by or resulting from a Covered Cause of Loss.

   (2) The most we will pay under this Additional Coverage is $1,000 for the sum of all covered contract penalties arising out of all Covered Causes of Loss occurring during each separate 12 month period of this policy beginning with the effective date of this endorsement.

   c. **Identity Fraud Expense**

   (1) We will pay for Expenses incurred by an Insured Person as a direct result of any one Identity Fraud first discovered or learned of by such Insured Person during the policy period.

   Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others against an Insured Person, is considered to be one Identity Fraud, even if a series of acts continues into a subsequent policy period.

   (2) With respect to this Additional Coverage:

   (a) Expenses means:

   (i) Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies;

---

Page 2 of 16

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**MP T3 66 08 15**

**(ii)** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors;

**(iii)** Lost income resulting from:

**a)** Time taken off work to complete fraud affidavits; or

**b)** Meeting with or talking to law enforcement agencies, credit agencies or legal counsel;

up to a total payment of $5,000, subject to a maximum of $200 per day;

**(iv)** Loan application fees for reapplying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information;

**(v)** Reasonable attorney fees to:

**a)** Defend lawsuits brought against an Insured Person by merchants, vendors, suppliers, financial institutions or their collection agencies;

**b)** Remove any criminal or civil judgments wrongly entered against an Insured Person; or

**c)** Challenge the accuracy or completeness of any information in a consumer credit report;

**(vi)** Charges for long distance telephone calls to:

**a)** Merchants;

**b)** Law enforcement agencies;

**c)** Financial institutions or similar credit grantors; or

**d)** Credit agencies; or

**(vii)** Reasonable fees for professional financial advice or professional credit advice.

**(b)** Identity Fraud means:

The act of knowingly transferring or using, without lawful authority, a means of identification of an Insured Person with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law; and

**(c)** Insured Person means:

**(i)** For sole proprietorships;

The individual who is the sole proprietor of the Named Insured shown in the Declarations;

**(ii)** For partnerships;

Any individual that is a partner of the Named Insured shown in the Declarations;

**(iii)** For corporations or any other type of organization;

The Chief Executive Officer, and any individual who has an ownership interest of at least 20% of the Named Insured shown in the Declarations; or

**(iv)** For religious institutions;

The individual who is the senior pastoral "employee" of the Named Insured shown in the Declarations.

**(3)** The following additional exclusions apply to this Additional Coverage:

We will not pay for:

**(a)** Expenses incurred due to any fraudulent, dishonest or criminal act by:

**(i)** An Insured Person;

**(ii)** Any person aiding or abetting an Insured Person; or

**(iii)** Any authorized representative of an Insured Person;

whether acting alone or in collusion with others;

**(b)** Expenses incurred that are not related to the identity of an individual; or

**(c)** Loss other than Expenses. Account balances which arise out of fraudulent or unauthorized charges would be one example of Loss other than Expenses.

**(d)** An Identity Fraud discovered during such time that an individual was not

BUSINESSOWNERS

an Insured Person.

**(4)** This Additional Coverage does not apply to Expenses otherwise covered under the Unauthorized Business Card Use Additional Coverage.

**(5)** Regardless of the amount of the Businessowners Property Coverage Deductible shown in the Declarations, the most we will deduct from any claim for Expenses under this Additional Coverage for any one Identity Fraud is $250.

**(6)** The most we will pay under this Additional Coverage is $15,000 for the sum of all covered Expenses arising out of all Identity Fraud against an Insured Person discovered during each separate 12 month period of this policy beginning with the effective date of this endorsement.

**(7)** In order for coverage to be provided under this Additional Coverage, you must:

Send to us, within 60 days after our request, receipts, bills or other records that support your claim for Expenses under Identity Fraud coverage.

**d.  Lease Assessment**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, we will pay for your share of any assessment charged:

**(a)** To all tenants by the building owner;

**(b)** Pursuant to a written lease agreement; and

**(c)** As a result of direct physical loss or damage by a Covered Cause of Loss to building property you occupy.

**(2)** The most we will pay for loss under this Additional Coverage is $2,500 in any one occurrence.

**e.  Lost Key Consequential Loss**

**(1)** We will pay for consequential loss to keys and locks if a master key to buildings, rooms or compartments that are Covered Property, or house Covered Property, at the described premises is lost or damaged from a Covered Cause of Loss. We will pay for the necessary costs you incur to:

**(a)** Replace keys; and

**(b)** Either:

**(i)** Readjust existing locks to accept new keys; or

**(ii)** Replace existing locks, but only if necessary or less expensive than the cost of adjusting the existing locks.

**(2)** Paragraph **B.2.h.** does not apply to this Additional Coverage, except with respect to dishonest or criminal act by you or any of your partners, directors or trustees.

**(3)** Paragraph **B.2.m.** does not apply to this Additional Coverage.

**(4)** The most we will pay for loss or damage under this Additional Coverage is $2,500 at each described premises.

**f.  Theft of Clients' Property Coverage**

**(1)** If **Additional Coverage – Employee Dishonesty** is provided within this Coverage Form, the following coverage is added and is subject to the **Additional Coverage – Employee Dishonesty** provisions:

**Theft Of Clients' Property Coverage**

We will also pay for loss of or damage to "money", "securities" and "other property" sustained by your "client" resulting directly from "theft" committed by any of your "employees", acting alone or in collusion with other persons.

The property covered under this coverage is limited to property:

**(a)** That your "client" owns or leases; or

**(b)** That your "client" holds for others;

while the property is on your "client's" premises. However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization, including your "client". Any claim for loss that is covered under this coverage must be presented by you.

**(2)** With respect to the coverage provided by this Additional Coverage, Paragraph **A.6.d.(6)** under **Additional Coverage – Employee Dishonesty** is replaced with the following:

The most we will pay for the coverage provided under this Additional Coverage in any one occurrence is $10,000.

**(3)** With respect to the coverage provided by

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**MP T3 66 08 15**

this Additional Coverage, Paragraph **D. DEDUCTIBLES** is replaced by the following:

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $500. We will then pay the amount of loss or damage in excess of the deductible subject to the limit in paragraph **(2)** above. No other deductible applies to theft of clients' property coverage.

**(4)** With respect to the coverage provided by this Additional Coverage, Paragraph **A.2.b.** and **A.2.c.** is replaced with the following:

**b.** Automobiles, motortrucks and other vehicles subject to motor vehicle registration.

**(5)** With respect to coverage provided under this Additional Coverage Paragraph **A.2. Property Not Covered** does not apply, except for Subparagraphs **a., b., e., g.** and **j.**

**(6)** With respect to coverage provided under this Additional Coverage the following definitions are added to Paragraph **G. PROPERTY DEFINITIONS**:

**(a)** **"Other property"** means any tangible property other than "money" and "securities" that has intrinsic value.

**(b)** **"Client"** means any entity for whom you perform services under a written agreement.

**g. Unauthorized Business Card Use**

**(1)** We will pay for your loss of "money" or charges and costs you incur that result directly from the unauthorized use of credit, debit or charge card accounts issued in your business name, including:

**(a)** Fund transfer cards;

**(b)** Charge plates; or

**(c)** Telephone cards.

**(2)** With respect to this Additional Coverage, occurrence means an act or series of related acts involving one or more persons; or an act or event, or a series of related acts or events not involving any person is considered one occurrence.

**(3)** The most we will pay under this

Additional Coverage in any one occurrence is $5,000, regardless of the number of premises involved.

**h. Utility Services – Direct Damage**

**(1)** We will pay for loss of or damage to Covered Property caused by the interruption of services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

**(a)** "Water Supply Services";

**(b)** "Communication Supply Services"; or

**(c)** "Power Supply Services".

**(2)** With respect to this Additional Coverage, Paragraphs **G.3.b.** and **G.22.b** are deleted.

**(3)** The most we will pay for loss or damage under this Additional Coverage is $25,000 at each described premises, but we will not pay more than $100,000 in any one occurrence, regardless of the number of premises involved.

**(4)** Payments under this Additional Coverage are subject to and not in addition to the applicable Limit of Insurance.

**10.** The following Additional Coverage is added, but only with respect to described premises to which no Ordinance or Law – Coverage A applies other than as provided under Paragraph **A.6.k.**:

**Ordinance or Law – Coverage A – Coverage For Loss to the Undamaged Portion of the Building**

**(1)** If a Limit of Insurance is shown in the Declarations for Building, in the event of damage by a Covered Cause of Loss we will pay for loss in value of the undamaged portion of the building as a consequence of enforcement of the minimum requirements of any ordinance or law that requires the demolition of undamaged parts of the same building.

**(2)** The coverage provided by this Additional Coverage apply only if both **(2)(a)** and **(2)(b)** are satisfied and are then subject to the qualifications set forth in **(3).**

**(a)** The ordinance or law:

**(i)** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BUSINESSOWNERS

premises; and

(ii) Is in force at the time of loss.

But coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this Additional Coverage.

(b) (i) The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

(ii) The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

(iii) But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Additional Coverage even if the building has also sustained covered direct physical damage.

(3) In the situation described in (2)(b)(ii) above, we will not pay the full amount of loss otherwise payable under the terms of this Additional Coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of this Additional Coverage.

(4) We will not pay under this Additional Coverage for:

(a) Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot; or

(b) The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet rot or dry rot.

(5) **Specific or Blanket Insurance**

(a) **Specific Insurance**

With respect to the building insured on a "specific insurance" basis that has sustained covered direct physical damage, we will pay under this Additional Coverage for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building as described in paragraph **(6)(b)(i)** and **(6)(b)(ii)** below.

(b) **Blanket Insurance**

With respect to the building insured on a "blanket insurance" basis that has sustained covered direct physical damage, we will pay under this Additional Coverage for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building as described in paragraph **(6)(c)** and **(6)(d)** below.

(c) As used in this Additional Coverage, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance.

(d) This Additional Coverage is included in the Limit of Insurance shown in the Declarations as applicable to the covered building. This Additional Coverage does not increase the Limit of Insurance.

(6) **Loss Payment**

(a) The following loss payment provision is subject to the apportionment procedures set forth in Paragraphs **(2)** and **(3)** above.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

MP T3 66 08 15

BUSINESSOWNERS

**(b)** When there is a loss in value of an undamaged portion of a building to which this Additional Coverage applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**Specific Insurance**

**(i)** If Replacement Cost coverage applies on a "specific insurance" basis and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

**a)** The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**b)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(ii)** If Replacement Cost coverage applies on a "specific insurance" basis and the property is not repaired or replaced, or if the optional Actual Cash Value is applicable on a "specific insurance" basis to real property, we will not pay more than the lesser of:

**a)** The actual cash value of the building at the time of loss; or

**b)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(c) Blanket Insurance**

If Replacement Cost coverage applies on a "blanket insurance" basis and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

**(i)** The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable

quality of the original property insured; or

**(ii)** The value individually stated for the covered building on the latest statement of values on file with us. If, at the time of loss, there is no statement of values on file with us or the value for the covered building or structure is not individually stated on the latest statement of values on file with us, the value of the building or structure will be determined by multiplying:

**a)** The total reported building and structure value; by

**b)** The proportion that the square footage of the individual building or structure bears to the total square footage of all buildings and structures contemplated in the total reported building and structure value.

**(d)** If Replacement Cost coverage applies on a "blanket insurance" basis and the property is not repaired or replaced, or if the optional Actual Cash Value is applicable on a "blanket insurance" basis to real property, we will not pay more than the lesser of:

**(i)** The actual cash value of the building at the time of loss; or

**(ii)** The value individually stated for the covered building on the latest statement of values on file with us. If, at the time of loss, there is no statement of values on file with us or the value for the covered building or structure is not individually stated on the latest statement of values on file with us, the value of the building or structure will be determined by multiplying:

**a)** The total reported building and structure value; by

**b)** The proportion that the square footage of the individual building or structure bears to the total

Travelers Doc Mgmt  25 of 395
Exhibit A, Page 42

BUSINESSOWNERS

square footage of all buildings and structures contemplated in the total reported building and structure value.

(7) The terms of this Additional Coverage apply separately to each building to which this Additional Coverage applies.

(8) Under this Additional Coverage we will not pay for loss due to any ordinance or law that:

(a) You were required to comply with before the loss, even if the building was undamaged; and

(b) You failed to comply with.

11. The following **Coverage Extensions** under Paragraph **A.7.** are changed as follows:

a. **Business Income and Extra Expense From Dependent Property**

(1) Paragraph **A.7.d.(4)(a)** is replaced by the following:

Applies to Dependent Property premises located worldwide; and

(2) The limit applicable to the **Coverage Extension – Business Income and Extra Expense From Dependent Property** is increased from $10,000 to $50,000.

b. The limit applicable to the **Coverage Extension – Business Income and Extra Expense – Newly Acquired Premises** is increased from $250,000 to $500,000.

c. The expiration days applicable to the **Coverage Extension – Newly Acquired or Constructed Property** for Business Income and Extra Expense is increased from 90 days to 180 days.

d. Two of the limits applicable to the **Coverage Extension – Electronic Data Processing** are changed as follows:

(1) The limit applicable to "Electronic Data Processing Equipment" and to "Electronic Data Processing Data and Media" while in transit or at premises other than the described premises is increased from $25,000 to $75,000.

(2) The limit applicable to loss or damage to "Electronic Data Processing Data and Media" caused by or resulting from "electronic vandalism" is increased from

$25,000 to $50,000.

e. The limit applicable to the **Coverage Extension – Non-owned Detached Trailers** is increased from $5,000 to $25,000.

f. The limit applicable to the **Coverage Extension – Ordinance or Law – Increased "Period of Restoration"** is increased from $25,000 to $50,000.

12. The following **Coverage Extensions** are added to Paragraph **A.7.**:

a. **Business Income and Extra Expense –Boil-Water Order**

(1) When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur due to the "suspension" of your "operations" at the described premises caused by or resulting from a "boil-water order" due to a Covered Cause of Loss.

(2) The most we will pay under this Coverage Extension is $10,000 at each described premises for the sum of all covered loss of Business Income and Extra Expense arising out of all "boil-water orders" occurring during each separate 12 month period of this policy beginning with the effective date of this endorsement.

(3) The coverage for Business Income and Extra Expense will begin 24 hours after the time the "boil-water order" goes into effect and will apply for a period of seven consecutive days after coverage begins.

(4) This Coverage Extension does not apply to any "boil-water order" while access to the described premises is prohibited by action of civil authority.

(5) With respect to this Coverage Extension, the following definition is provided:

**"Boil-water order"** means an advisory, notice, order or other communication issued by a governmental, health or water authority, requiring that water at the described premises should be boiled before consumption or use, due to actual or potential contamination.

b. **Business Income and Extra Expense at Client or Virtual Office Premises**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**MP T3 66 08 15**

**(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur due to the "suspension" of your business activities occurring at a "client or virtual office premises" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage caused by or resulting from a Covered Cause of Loss at a "client or virtual office premises".

**(2)** With respect to this Coverage Extension, the "period of restoration" definition under Paragraph **G. PROPERTY DEFINITIONS** is replaced by the following:

**"Period of Restoration"** means the period of time that:

**(a)** Begins 24 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the "client or virtual office premises"; and

**(b)** Ends on the earlier of:

**(i)** The date when the property at the "client or virtual office premises" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(ii)** The date when "client or virtual office premises" is resumed at a new permanent location; and

**(c)** Does not include any increased period required due to the enforcement of any ordinance or law that:

**(i)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(ii)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**(3)** This Coverage Extension applies to "client or virtual office premises" located

within the Coverage Territory.

**(4)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume your business activities at a "client or virtual office premises" in whole or in part, by using any other available:

**(a)** Source of materials; or

**(b)** Outlet for your products.

**(5)** This Coverage Extension does not apply to loss caused by or resulting from loss or damage to property:

**(a)** At the premises of a "dependent property";

**(b)** At any location to which the Business Income and Extra Expense Newly Acquired Premises Coverage Extension applies; or

**(c)** In the due course of transit.

**(6)** The most we will pay under this Coverage Extension for the sum of Business Income and Extra Expense you incur in any one occurrence is $25,000 regardless of the number of "client or virtual office premises" involved.

**(7)** Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

**c.  Business Personal Property at Client or Virtual Office Premises**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at any described premises; you may extend that insurance to apply to direct physical loss of or damage to Business Personal Property caused by or resulting from a Covered Cause of Loss while such property is located at a "client or virtual office premises".

**(2)** This Coverage Extension also applies to personal property that is:

**(a)** Owned by an "employee"; and

**(b)** Used for your business;

while such property is located at a "client or virtual office premises" and sustains direct physical loss or damage caused by or resulting from a Covered Cause of Loss.

**(3)** This Coverage Extension does not apply to property:

**MP T3 66 08 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Travelers Doc Mgmt  27 of 395

Exhibit A, Page 44

BUSINESSOWNERS

    **(a)** Otherwise covered under the following Additional Coverages;

        **(i)** Blanket Coverage Limit of Insurance – Accounts Receivable;

        **(ii)** Blanket Coverage Limit of Insurance Valuable Papers and Records; or

        **(iii)** Fine Arts.

    **(b)** Otherwise covered under the following Coverage Extensions:

        **(i)** Accounts Receivable;

        **(ii)** Business Personal Property Off Premises;

        **(iii)** Electronic Data Processing;

        **(iv)** Sales Representative's Samples; or

        **(v)** Valuable Papers and Records.

**(4)** The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $25,000 regardless of the number of "client or virtual office premises" involved.

**(5)** Payments under this Coverage Extension are in addition to the applicable Limits of Insurance.

**d.**  **Civil Authority – Homicide or Suicide**

**(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur caused by action of civil authority that prohibits access to the described premises due to a homicide or suicide occurring at such premises.

**(2)** The coverage for Business Income and Extra Expense will begin immediately after the time of that action and will apply for a period of one week after coverage begins.

**e.**  **Computer Fraud and Funds Transfer Fraud**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to:

    **(a)** Loss of or damage to Business Personal Property resulting directly from the use of any computer to fraudulently cause a transfer of that property from inside the building at the described premises or "banking premises":

        **(i)** To a person (other than a "messenger") outside those premises; or

        **(ii)** To a place outside those premises.

    **(b)** Loss of "money" and "securities" resulting directly from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "money" and "securities" from your "transfer account".

**(2)** With respect to the coverage provided by this Coverage Extension, Paragraph **B. Exclusions** is amended as follows:

    **(a)** Paragraph **B.2.o.** does not apply.

    **(b)** Paragraph **B.2.i.** does not apply.

    **(c)** The following exclusion is added:

      We will not pay for loss or damage caused by or resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such car**ds.**

**(3)** With respect to this Coverage Extension, occurrence means an act or series of related acts involving one or more persons; or an act or event, or a series of related acts or events not involving any person is considered one occurrence.

**(4)** The most we will pay under this Coverage Extension in any one occurrence is the limit of insurance shown in the above schedule, regardless of the number of premises involved.

**f.**  **Covered Leasehold Interest – Undamaged Improvements and Betterments**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to your interest as tenant in improvements and betterments, as defined in Section **A.1.b.(3)** of this Coverage Form, which are not damaged or destroyed, but which you lose due to the cancellation of your lease by your landlord. The cancellation

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**MP T3 66 08 15**

of your lease by your landlord must:

    **(a)** Result from direct physical loss of or damage to property at the described premises where your improvements and betterments are located, caused by or resulting from a Covered Cause of Loss; and

    **(b)** Be permitted in accordance with the conditions of your written lease agreement.

  **(2)** The most we will pay in any one occurrence under this Coverage Extension is:

    **(a)** The applicable Business Personal Property Limit of Insurance; or

    **(b)** $25,000;

    whichever is less.

**g. Deferred Payments**

  **(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to your interest in such business personal property that is sold by you under an installment plan, conditional sale, trust agreement or other deferred payment plan when, as a result of direct physical loss of or damage to such property:

    **(a)** Occurring within the Coverage Territory at any location, or in transit, after delivery to buyers; and

    **(b)** Caused by a Covered Cause of Loss;

    the buyer refuses to continue payments owed to you for such property and, as a result, you repossess the remaining damaged property of value, if any.

  **(2)** The value of your loss under this Coverage Extension will be determined as follows:

    **(a)** In the event of partial loss to property, the value of your loss will be:

      **(i)** The unpaid balance shown on your books as due from the buyer for such property, excluding any interest or fees due; minus

      **(ii)** The actual cash value of the repossessed damaged property.

    **(b)** In the event of a total loss to property, the value of your loss will

be the unpaid balance shown on your books as due from the buyer for such property, excluding any interest or fees due.

  **(3)** The following is added to **A.2. Property And Costs Not Covered**, but only with respect to this Coverage Extension.

    Personal property sold by you under an installment plan, conditional sale, trust agreement or other deferred payment plan after delivery to the purchasers ex-cept as provided in the Deferred Pay-ments Coverage Extension;

  **(4)** The most we will pay in any one occurrence under this Coverage Extension is $25,000.

**h. Food Contamination Costs**

  **(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary "food contamination expense" you incur due to the "suspension" of your "operations" during the "period of restoration". The "suspension" must be required by a "Public Health Authority" due to discovery of, suspicion of, or exposure to "food contamination" at the described premises.

  **(2)** The following exclusions do not apply to this Coverage Extension if such excluded causes of loss result in any "food contamination" to which this Coverage Extension applies:

    **(a)** Exclusion **B.2.d.(7)(d)**, changes in flavor, color, texture or finish;

    **(b)** Exclusion **B.2.d.(8)**, contamination by other than "pollutants";

    **(c)** Exclusion, **B.2.k.,** Pollution; and

    In addition, any Exclusion of Loss Due to Virus or Bacteria endorsement which is applicable to this Coverage Form does not apply to "food contamination" that results from a "communicable disease" to which this Coverage Extension applies.

  **(3)** We will not pay any fines or penalties levied against you by the "Public Health Authority" as a result of the discovery or suspicion of "food contamination" at the described premises.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BUSINESSOWNERS

**(4)** The most we will pay under this Coverage Extension for the sum of all covered loss and expenses during each separate 12 month period of this policy beginning with the effective date of this endorsement is the Limit of Insurance shown in the Schedule above for Food Contamination.

**(5)** Payments under this Coverage Extension are in addition to the applicable Limits of Insurance.

**(6)** The following **PROPERTY DEFINITIONS** are added with respect to this Coverage Extension:

**(a)** **"Communicable Diseases"** a viral or bacterial micro-organism that induces or is capable of inducing physical illness or disease.

**(b)** **"Food Contamination"** means a condition in your food which has caused, or is suspected of causing, food poisoning of one or more of your patrons. Such "food contamination" must result from:

**(i)** Tainted food purchased by you;

**(ii)** Food which has been improperly processed, stored, handled or prepared in the course of your "operations"; or

**(iii)** A "Communicable Disease" transmitted by one or more of your "employees".

**(c)** **"Food Contamination Expense"** means:

**(i)** Your costs to clean and sanitize your machinery and equipment as directed by the "Public Health Authority";

**(ii)** Your costs to replace your food declared contaminated by the "Public Health Authorities";

**(iii)** Your extra costs of advertising including, but not limited to, the expense of telephone, radio, television, newspaper and other media announcements.

**(iv)** Your expense to provide necessary medical tests or vaccinations for your "employees" who are potentially infected by the "food

contamination". However, we will not pay for any expense that is otherwise covered under a Workers' Compensation policy.

**(d)** **"Public Health Authority"** means any governmental authority having jurisdiction over your "operations" relating to health and hygiene standards necessary to protect the general public.

**(e)** **"Period of Restoration"**

With respect to this Coverage Extension means the period of time that:

**(i)** Begins 24 hours after you receive notification from the "Public Health Authority" that your "operations" are to be temporary closed; and

**(ii)** Ends with the notifications from the same "Public Health Authority" that your "operations" can be resumed.

**i.** **Limited Building Coverage – Tenant Obligation**

**(1)** If:

**(a)** You are a tenant;

**(b)** A Limit of Insurance is shown in the Declarations for Business Personal Property; and

**(c)** You are contractually obligated to repair or replace that part of a building you occupy as a tenant;

at the described premises, you may extend that insurance to apply to direct physical loss of or damage to that part of a building you occupy as a tenant caused by or resulting from a Covered Cause of Loss other than "theft" or attempted "theft".

**(2)** This Coverage Extension does not apply to any otherwise covered:

**(a)** Building glass; or

**(b)** Tenants improvements and betterments as described in Paragraph **A.1.b.(3)**.

**(3)** The most we will pay under this Coverage Extension in any one occurrence is $50,000 at each described premises.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**MP T3 66 08 15**

**j.   Property in Transit**

(1) When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur due to the "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage caused by or resulting from a Covered Cause of Loss to Covered Property while in the due course of transit at your risk within the Coverage Territory.

(2) This Coverage Extension does not apply to loss caused by or resulting from loss or damage to:

(a) Shipments by a government postal service, except by registered mail;

(b) Export shipments once:

(i) The shipment is loaded onboard the export conveyance; or

(ii) Coverage under an Ocean Marine or other insurance policy covering the shipment begins;

whichever is earlier;

(c) Import shipments until:

(i) The shipment is unloaded from the importing conveyance; or

(ii) Coverage under an Ocean Marine or other insurance policy covering the property ends;

whichever is later;

(d) Property of others for which you are responsible while acting as a common or contract carrier, freight forwarder, freight consolidator, or freight broker or public warehouseman;

(e) Property within a conveyance or container caused by "theft" while the conveyance or container is unattended unless the portion of the conveyance or container containing the property is fully enclosed and securely locked, and the "theft" is by forcible entry of which there is visible evidence; or

(f) The transporting conveyance.

(3) With respect to this Coverage Extension,

the "period of restoration" definition under Paragraph **G. PROPERTY DEFINITIONS** is replaced by the following:

**"Period of Restoration"** means the period of time that:

(a) Begins 24 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss in the due course of transit;

(b) Ends on the date when the property in the due course of transit should be repaired, rebuilt or replaced with reasonable speed and similar quality; and

(c) Does not include any increased period required due to the enforcement of any ordinance or law that:

(i) Regulates the construction, use or repair, or requires the tearing down of any property; or

(ii) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

(4) We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume your business activities in the due course of transit in whole or in part, by using any other available:

(a) Source of materials; or

(b) Outlet for your products.

(5) This Coverage Extension does not apply to loss caused by or resulting from loss or damage to property:

(a) At the premises of a "dependent property";

(b) At any location to which the Business Income and Extra Expense at Client or Virtual Office Premises Coverage Extension applies; or

(c) At any location to which the Business Income and Extra Expense Newly Acquired Premises Coverage Extension applies.

© 2015 The Travelers Indemnity Company. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BUSINESSOWNERS

**(6)** The most we will pay under this Coverage Extension for the sum of Business Income and Extra Expense you incur in any one occurrence is $25,000. This limit applies regardless of the number of locations involved.

**(7)** Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

**k.  Sales Representative's Samples**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property, you may extend that insurance to apply to:

**(a)** Samples of your stock in trade (including containers); and

**(b)** Similar property of others;

while such property is in the custody of your sales representatives, or agents, or yourself while acting as a sales representative, including while in transit.

**(2)** We will not pay for loss or damage caused by "theft" of Covered Property from an unattended vehicle. But we will pay for "theft" of Covered Property from an unattended vehicle if at the time of the "theft", all the vehicle's doors, windows and compartments were closed and locked and there are visible signs that the "theft" was a result of forced entry.

**(3)** The most we will pay for loss or damage for property in the custody of any one sales representative in any one occurrence is $25,000.

**l.  Spoilage Coverage**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to Perishable Stock caused by or resulting from a covered cause of loss described in Paragraph **(3)** below and not excluded in Paragraph **(4)** below.

**(2)** This Coverage Extension does not apply to Perishable Stock while located:

**(a)** On buildings;

**(b)** In the open; or

**(c)** In vehicles.

**(3)** With respect to this Coverage Extension,

covered cause of loss means the following:

**(a) Breakdown or Contamination**, meaning:

**(i)** Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; or

**(ii)** Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the described premises; or

**(b) Power Outage**, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

**(4)** The following exclusions apply to this Coverage Extension:

**(a)** We will not pay for loss or damage caused directly or indirectly by any of the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

**(i)** Manual disconnecting of any refrigeration, cooling, heating or humidity control system from the source of electric power;

**(ii)** Terminating of electric power due to throwing or turning off any switch or other device usual to the shutting off of electric power, on the described premises; or

**(iii)** Intentional decision of an electric utility company or other source of electric power not to provide sufficient power or the inability of such company or source to provide sufficient power, due to lack of fuel, governmental order or lack of generating capacity to meet the demand.

**(b)** Paragraph **B.1.b.** Earth Movement;

**(c)** Paragraph **B.1.c.** Governmental Action;

**(d)** Paragraph **B.1.d.** Nuclear Hazard;

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**MP T3 66 08 15**

(e) Paragraph **B.1.f.** War and Military Action;

(f) Paragraph **B.1.g.** Water; and

(g) Paragraph **B.1.h.** Neglect.

No other exclusions in Paragraph **B. Exclusions** apply to this Coverage Extension. However, if any exclusions are added by endorsement to this Coverage Form, such exclusions will apply to this Coverage Extension.

(5) With respect to this Coverage Extension, Perishable Stock means personal property:

(a) Maintained under controlled conditions for its preservation; and

(b) Susceptible to loss or damage if the controlled temperature or humidity conditions change.

(6) The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $10,000, regardless of the number of premises involved.

**m. Undamaged Parts of Stock in Process**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to the reduction in value of the undamaged remaining parts of "stock" which becomes unmarketable when the reduction is caused by direct physical loss or damage from a Covered Cause of Loss to other parts of "stock".

(2) The most we will pay under this Coverage Extension in any one occurrence is $25,000.

**n. Utility Services – Time Element**

(1) When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the loss of Business Income or Extra Expense caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

(a) "Water Supply Services";

(b) "Communication Supply Services"; or

(c) "Power Supply Services".

(2) We will only pay for loss of Business Income you sustain and Extra Expense you incur after 48 consecutive hours following the direct physical loss or damage to the following property not on the described premises;

(a) "Water Supply Services";

(b) "Communication Supply Services"; or

(c) "Power Supply Services".

This Coverage Extension does not apply to any reduction of income after service has been restored to your premises.

(3) With respect to this Coverage Extension, Paragraphs **G.3.b** and **G.22.b** are deleted.

(4) The most we will pay for loss under this Coverage Extension is $50,000 at each described premises, but we will not pay more than $100,000 in any one occurrence, regardless of the number of premises involved.

**o. Water or Sewage Back Up and Sump Overflow**

(1) When the Declarations show that you have coverage for Building or Business Personal Property, you may extend that insurance to apply to direct physical loss of or damage to Covered Property at the described premises caused by or resulting from water or sewage that backs up or overflows from a sewer, drain or sump that is inside a building at the described premises.

(2) When the Declarations show that you have coverage for Business Income and Extra Expense, you may also extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur caused by or resulting from water or sewage that backs up or overflows from a sewer, drain or sump that is inside a building at the described premises.

(3) Paragraph **B.1.g.(3)** does not apply to this Coverage Extension.

(4) The most we will pay under this Coverage Extension in any one occurrence is $50,000, regardless of the number of described premises involved. Amounts payable under any coverage, including any Additional Coverage or

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BUSINESSOWNERS

Coverage Extension, do not increase this limit.

**13.** The following is added to Paragraph **E. PROPERTY LOSS CONDITIONS:**

**Pairs, sets or parts:**

(1) In case of loss to any part of a pair or set we may at our option:

(a) Repair or replace any part to restore the pair or set to its value before the loss; or

(b) Pay the difference between the value of the pair or set before and after the loss.

(2) In case of loss to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**14.** The following is added to Paragraph **F. COMMERCIAL PROPERTY CONDITIONS:**

**Unintentional Errors In Description**

Your error in how you describe the address of a location in the Location Schedule shall not prejudice coverage afforded by this policy, provided such error is not intentional. Any such error shall be reported and corrected when discovered and appropriate premium charged.

**15.** The following definitions are added to Paragraph **G. PROPERTY DEFINITIONS:**

**a.** **"Client or Virtual Office Premises"** means the interior of that portion of any building occupied by an "employee", including:

(1) An "employee's" residence; or

(2) A client's business location.

Client or virtual office premises does not include any location that is described in the Declarations or reported to or accepted by us for coverage under this Coverage Form.

**b.** **"Fraudulent instruction"** means:

(1) An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted

by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

(2) A written instruction (other than those described in Paragraph **A.6.i.**) issued by you, which was forged or altered by someone other than you without your knowledge or consent or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

(3) An electronic, telegraphic, cable, teletype, telefacsimile, telephone or written instruction initially received by you which purports to have been transmitted by an "employee" but which was in fact fraudulently transmitted by someone else without your or the "employee's" knowledge or consent.

**c.** **"Fungus"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**d.** **"Messenger"** means you, or a relative of yours, or any of your partners or "members", or any "employee" while having care and custody of property outside the premises.

**e.** **"Transfer account"** means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "money" and "securities":

(1) By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

(2) By means of written instructions (other than those described in Paragraph **A.6.i.**) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**MP T3 66 08 15**

POLICY NUMBER: 680-9M304995-20-42

BUSINESSOWNERS
ISSUE DATE: 01/07/2020

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

## SCHEDULE*

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable | Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|---|---|---|
| 001 | 001 | P-1,P-9 | | | |

1. The following is added to the:

   BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM
   BUSINESSOWNERS PROPERTY COVERAGE STANDARD FORM

   **PROTECTIVE SAFEGUARDS**

   a. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

   b. The protective safeguards to which this endorsement applies are identified by the following symbols:

   **"P-1"** Automatic Sprinkler System, including related supervisory services

   Automatic Sprinkler System means:

   (1) Any automatic fire protective or extinguishing system, including connected:

   (a) Sprinklers and discharge nozzles;

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations

BUSINESSOWNERS

(b) Ducts, pipes, valves and fit-
tings;

(c) Tanks, their component parts
and supports; and

(d) Pumps and private fire pro-
tection mains.

(2) When supplied from an automat-
ic fire protective system:

(a) Non-automatic fire protective
systems; and

(b) Hydrants, standpipes and
outlets.

**"P-9"** Protective system covering cooking
surface as described in application
for insurance on file with the
company

2. The following is added to the EXCLUSION sec-
tion of:

BUSINESSOWNERS PROPERTY COVERAGE
SPECIAL FORM
BUSINESSOWNERS PROPERTY COVERAGE
STANDARD FORM

We will not pay for loss or damage caused by or
resulting from fire if, prior to the fire, you:

a. Knew of any suspension or impairment in any
protective safeguard listed in the Schedule
above and failed to notify us of that fact; or

b. Failed to maintain any protective safeguard
listed in the Schedule above, and over which
you had control, in complete working order.

If part of an Automatic Sprinkler System is shut
off due to breakage, leakage, freezing conditions
or opening of sprinkler heads, notification to us
will not be necessary if you can restore full
protection within 48 hours.

Includes Material Copyrighted by Insurance Services Office, Inc.
ISO Commercial Risk Services, Inc.

**MP T3 07 03 97**

Travelers Doc Mgmt  36 of 395

Exhibit A, Page 53

POLICY NUMBER: 680-9M304995-20-42

BUSINESSOWNERS
ISSUE DATE: 01/07/2020

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# THEFT OF MONEY AND SECURITIES LIMITATION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

**A. Schedule**

Theft of Money and Securities Limit: $ 25,000

**B.** The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

1. The following is added to Paragraph **A.5.** :

a. If "money" and "securities" is otherwise covered at any described premises, the most we will pay for loss or damage by "theft" of any "money" and "securities" in any one occurrence is the limit shown in the schedule above. This limitation does not apply to any otherwise covered loss or damage under the Employee Dishonesty or Forgery or Alteration Additional Coverages.

---

**MP T3 41 02 05**
Copyright, The Travelers Indemnity Company, 2004
Page 1 of 1

POLICY NUMBER: 680-9M304995-20-42

BUSINESSOWNERS
ISSUE DATE: 01/07/2020

**THIS ENDORSEMENT CHANGES THE POLICY. PLE ASE READ IT CAREFULLY.**

# UTILITY SERVICES – TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

## SCHEDULE

| Prem. Loc. No. | Bldg. No. | Utility Services Limit of Insurance | Water Supply | Communication Supply Property (**not** including overhead transmission lines) | Communication Supply Property (including overhead transmission lines) | Power Supply Property (**not** including overhead transmission lines) | Power Supply Property (including overhead transmission lines) |
|---|---|---|---|---|---|---|---|
| 001 | 001 | 25,000 | X | | X | | X |

A. The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

1. The following is added to Paragraph **A.7.**:

   **Utility Services – Time Element**

   (1) When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the loss of Business Income or Extra Expense caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises if such property is indicated by an "X" in the schedule above:

   (a) "Water Supply Services";

   (b) "Communication Supply Services"; or

   (c) "Power Supply Services".

   (2) We will pay the actual loss sustained from the initial time of service(s) failure at the described premises but only when the service interruption at the described premises exceeds 24 hours immediately following the direct physical loss or damage. Coverage does not apply to any reduction of income after service has been restored to your premises.

   (3) If there is an "X" in the schedule above under Communication Supply Property (including overhead transmission lines) for the described premises, then Paragraph **G.3.b.** is deleted with respect to this endorsement for such described premises.

   (4) If there is an "X" in the schedule above under Power Supply Property (including overhead transmission lines) for the described premises, then Paragraph **G.22.b.** is deleted with respect to this endorsement for such described premises.

   (5) The most we will pay for loss under this Coverage Extension in any one occurrence for the described premises is the Utility Services Limit of Insurance shown in the schedule above for such described premises.

**MP T3 17 02 05**

Copyright, The Travelers Indemnity Company, 2004

Page 1 of 1

POLICY NUMBER: 680-9M304995-20-42

BUSINESSOWNERS
ISSUE DATE: 01/07/2020

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES – DIRECT DAMAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

## SCHEDULE

| Prem. Loc. No. | Bldg. No. | Covered Property | Utility Services Limit of Insurance | Water Supply | Communication Supply Property (**not** including overhead transmission lines) | Communication Supply Property (including overhead transmission lines) | Power Supply Property (**not** including overhead transmission lines) | Power Supply Property (including overhead transmission lines) |
|---|---|---|---|---|---|---|---|---|
| 001 | 001 | BPP | $25,000 | X | | X | | X |

A. The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

1. The following is added to Paragraph **A.6.**:

   **Utility Services – Direct Damage**

   (1) We will pay for loss of or damage to Covered Property as indicated in the schedule above, caused by the interruption of services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises if such property is indicated by an "X" in the schedule above:

   (a) "Water Supply Services";

   (b) "Communication Supply Services"; or

   (c) "Power Supply Services".

   (2) If there is an "X" in the schedule above under Communication Supply Property (including overhead transmission lines) for the described premises, then Paragraph **G.3.b.** is deleted with respect to this endorsement for such described premises.

   (3) If there is an "X" in the schedule above under Power Supply Property (including overhead transmission lines) for the described premises, then Paragraph **G.22.b.** is deleted with respect to this endorsement for such described premises.

   (4) The most we will pay for loss under this Additional Coverage in any one occurrence for the described premises is the Utility Services Limit of Insurance shown in the schedule above for such described premises.

   (5) Payments under this Additional Coverage are subject to and not in addition to the applicable Limit of Insurance.

**MP T3 18 02 05**          Copyright, The Travelers Indemnity Company, 2004          Page 1 of 1

POLICY NUMBER: 680-9M304995-20-42

BUSINESSOWNERS
ISSUE DATE: 01/07/2020

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

### SCHEDULE

| Premises Location Number | Building Number | Description of Property |
|---|---|---|
| 001 | 001 | ALL PERISHABLE GOODS |

| Limit of Insurance | Deductible | Refrigeration Maintenance Agreement | Causes of Loss: Breakdown or Contamination | Power Outage | Selling Price |
|---|---|---|---|---|---|
| $50,000 | $ 500 | X | X | X | X |

A. The BUSINESSOWNERS PROPERTY COVER-AGE SPECIAL FORM is changed as follows:

1. The following is added to Paragraph **A.7.**:

   **Spoilage Coverage**

   (1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises and such described premises is shown in the schedule above, you may extend that insurance to apply to direct physical loss of or damage to Perishable Stock caused by or resulting from a covered cause of loss described in Paragraph **(3)** below and not excluded in Paragraph **(4)** below.

   (2) This Coverage Extension does not apply to Perishable Stock while located:

      (a) On buildings;

      (b) In the open; or

      (c) In vehicles.

   (3) With respect to this Coverage Extension, covered cause of loss means the follow-

ing only if indicated by an "X" in the schedule above:

   (a) **Breakdown or Contamination,** meaning:

      (i) Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; or

      (ii) Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the described premises shown in the schedule; or

   (b) **Power Outage,** meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

MP T9 73 02 05

Copyright, The Travelers Indemnity Company, 2004

Page 1 of 3

BUSINESSOWNERS

**(4)** The following exclusions apply to this Coverage Extension:

**(a)** We will not pay for loss or damage caused directly or indirectly by any of the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

**(i)** Manual disconnecting of any refrigeration, cooling, heating or humidity control system from the source of electric power;

**(ii)** Terminating of electric power due to throwing or turning off any switch or other device usual to the shutting off of electric power, on the premises shown in the schedule above; or

**(iii)** Intentional decision of an electric utility company or other source of electric power not to provide sufficient power or the inability of such company or source to provide sufficient power, due to lack of fuel, governmental order or lack of generating capacity to meet the demand.

**(b)** Paragraph **B.1.b.** Earth Movement;

**(c)** Paragraph **B.1.c.** Governmental Action;

**(d)** Paragraph **B.1.d.** Nuclear Hazard;

**(e)** Paragraph **B.1.f.** War and Military Action;

**(f)** Paragraph **B.1.g.** Water; and

**(g)** Paragraph **B.1.h.** Neglect.

No other exclusions in Paragraph **B.** Exclusions apply to this Coverage Extension. However, if any exclusions are added by endorsement to this Coverage Form, such exclusions will apply to this Coverage Extension.

**(5)** Under this Coverage Extension, the following coverages also apply:

**(a)** **Claim Mitigation Expense**

We will pay the reasonable expenses you incur to prevent or reduce loss or damage to the extent that such loss or damage is reduced, but such payment will not increase the applicable Limit of Insurance.

**(b)** **Clean-up and Disposal**

We will pay your expenses to clean-up and dispose of spoiled Covered Property. Payment for Clean-up and Disposal is included within the Limit of Insurance shown in the schedule above.

**(6)** With respect to this Coverage Extension, if Selling price is indicated by an "X" in the schedule above, the following is added to Paragraph **E.4.**:

We will determine the value of finished Perishable Stock in the event of loss or damage at:

**(a)** The selling price, as if no loss or damage had occurred;

**(b)** Less discounts and expenses you otherwise would have had.

**(7)** With respect to this Coverage Extension, Perishable Stock means personal property:

**(a)** Maintained under controlled conditions for its preservation; and

**(b)** Susceptible to loss or damage if the controlled temperature or humidity conditions change.

**(8)** Subject to Paragraph **(9)** below, the most we will pay for loss or damage under this Coverage Extension in any one occurrence is the Limit of Insurance shown in the schedule above.

**(9)** Regardless of the amount of the Businessowners Property Coverage Deductible, we will not pay for loss or damage under this Coverage Extension in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the schedule above. We will then pay the amount of loss or damage in excess of this Deductible, up to the applicable Limit of Insurance.

**(10)** Paragraph **C.2.** does not apply to this Coverage Extension.

**(11)** **Refrigeration Maintenance Agreement**

**(a)** If:

**(i)** Breakdown or Contamination is designated by an "X" as a covered cause of loss in the schedule above; and

**(ii)** Refrigeration Maintenance Agreement is shown as applica-

Copyright, The Travelers Indemnity Company, 2004

MP T9 73 02 05

ble by an "X" in the schedule above;

then the following condition applies:

You must maintain a Refrigeration Maintenance Agreement as described in Paragraph **(b)** below. If you voluntarily terminate this agreement and do not notify us, the insurance provided by this endorsement under the Breakdown or Contamination covered cause of loss will be automatically suspended at the described premises involved.

**(b)** Refrigeration Maintenance Agreement means a written service contract, between you and the refrigeration service organization, which provides for regular periodic inspection of the refrigeration equipment at the insured location, and the servicing and repair of equipment, including emergency response at the insured location.

# GENERAL LIABILITY

# GENERAL LIABILITY

**DECLARATIONS PREMIUM SCHEDULE**
**Issue Date:** 01/07/2020

**Policy Number:** 680-9M304995-20-42

This Schedule applies to the Declarations for the period of 01/29/2020 to 01/29/2021.

It shows all of your known rating classes as of the effective date.  Any exceptions will be so noted.  This includes all locations you own, rent or occupy.

| STATE | ZIP | CLASS DESCRIPTION/CODE NUMBER | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|-------|-----|-------------------------------|------------------------|-------|-----------------|
| CA | 90071 | FRUITS, VEGETABLES AND PROCESSED FOODS-L | s 25,000 | .467 | 12 |
| CA | 90071 | FINE DINING | s 2,100,000 | 3.272 | 6,872 |
| CA | 90071 | Liquor Liab - Subject to Premium Audit | s 540,750 | 4.211 | 2,277 |

*Subject to Audit

**Rate Computation:** The rate change shown may change any time there is a change in exposure or risk charecteristic during the policy period  or at audit

**Premium Base Legend:**

| Premium Base | How Rates Apply | Premium Base | How Rates Apply |
|--------------|-----------------|--------------|-----------------|
| a = area | per 1000 sq. feet | s = gross sales | per $1000 of gross sales |
| c = cost | per $1000 of total cost | u = units | per unit |
| e = employees | per employee | t = | This premium base is reserved |
| m = admissions | per 1000 of admissions | | for unusual applications. Base |
| p = payroll | per $1000 of payroll | | and how rates apply are shown |
| r = receipts | per $1000 of receipts | | above. |

**CG T0 07 04 09**

Page  1   of 1

## TABLE OF CONTENTS

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM
## CG T1 00 02 19

SECTION I – COVERAGES                                                     Beginning on Page

Coverage A –
   **Bodily Injury and Property**          Insuring Agreement ........................................................1
   **Damage Liability**
                                          Exclusions ................................................................. 2

Coverage B –
   **Personal and Advertising**          Insuring Agreement ........................................................6
   **Injury Liability**
                                            Exclusions ................................................................6

Coverage C –
   **Medical Payments**          Insuring Agreement ........................................................9
                                            Exclusions ................................................................. 9

Supplementary Payments ...........................................................................10

SECTION II – WHO IS AN INSURED ...................................................................11

SECTION III – LIMITS OF INSURANCE ...............................................................13

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS ..........................13

   Bankruptcy ............................................................................................13
   Duties In The Event Of Occurrence, Offense, Claim Or Suit .............................13
   Legal Action Against Us ............................................................................14
   Other Insurance ..................................................................................... 15
   Premium Audit ........................................................................................16
   Representations ......................................................................................16
   Separation Of Insureds ............................................................................16
   Transfer Of Rights Of Recovery Against Others To Us .....................................16
   When We Do Not Renew ...........................................................................16

SECTION V – DEFINITIONS ...............................................................................16

CG T0 34 02 19

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**CG T1 00 02 19**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG T1 00 02 19

Travelers Doc Mgmt  48 of 395

Exhibit A, Page 65

COMMERCIAL GENERAL LIABILITY

is used to heat, cool or dehumidify the building, or produced by or originating from equipment that is used to heat water for personal use by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) If such "pollutants" are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible;

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed

to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are or were at any time performing operations to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

 © 2017 The Travelers Indemnity Company. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants";

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

  **(a)** 50 feet long or less; and

  **(b)** Not being used to carry any person or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(5)** "Bodily injury" or "property damage" arising out of:

  **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify as "mobile equipment" under the definition of "mobile equipment" if such land vehicle were not subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged; or

  **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment"; or

**(6)** An aircraft that is:

  **(a)** Chartered with a pilot to any insured;

  **(b)** Not owned by any insured; and

  **(c)** Not being used to carry any person or property for a charge.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity

**i. War**

"Bodily injury" or "property damage" arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CG T1 00 02 19**

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "premises damage". A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and

accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data".

However, this exclusion does not apply to liability for damages because of "bodily injury".

**q. Unsolicited Communication**

"Bodily injury" or "property damage" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**r. Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**s. Asbestos**

**(1)** "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "bodily injury" or "property damage" is caused or contributed to by the hazardous properties of asbestos.

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**(2)** "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "bodily injury" or "property damage" described in Paragraph **(1)** above.

**(3)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos, asbestos fibers or products containing asbestos.

**t. Employment-Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "bodily injury".

Exclusions **c.** through **n.** do not apply to "premises damage". A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of Section III – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CG T1 00 02 19**

Travelers Doc Mgmt  52 of 395

Exhibit A, Page 69

COMMERCIAL GENERAL LIABILITY

This exclusion does not apply to "personal injury" caused by malicious prosecution.

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Or Used Prior To Policy Period**

(1) "Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

(2) "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Because of "personal injury" assumed by you in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "personal injury", provided that:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party

against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**f. Breach Of Contract**

"Advertising injury" arising out of a breach of contract.

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Intellectual Property**

"Personal and advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

(1) Copyright;

(2) Patent;

(3) Trade dress;

(4) Trade name;

(5) Trademark;

(6) Trade secret; or

(7) Other intellectual property rights or laws.

This exclusion does not apply to:

(1) "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

(2) Any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" caused by an offense committed by an insured whose business is:

(1) Advertising, "broadcasting" or publishing;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Travelers Doc Mgmt  53 of 395

Exhibit A, Page 70

COMMERCIAL GENERAL LIABILITY

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a.(1)**, **(2)** and **(3)** of the definition of "personal injury".

For the purposes of this exclusion:

**(1)** Creating and producing correspondence written in the conduct of your business, bulletins, financial or annual reports, or newsletters about your goods, products or services will not be considered the business of publishing; and

**(2)** The placing of frames, borders or links, or advertising, for you or others anywhere on the Internet will not, by itself, be considered the business of advertising, "broadcasting" or publishing.

**k.** **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts or owns, or over which the insured exercises control.

**l.** **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.** **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n.** **Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or

neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o.** **War**

"Personal and advertising injury" arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p.** **Unsolicited Communication**

"Personal and advertising injury" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**q.** **Access Or Disclosure Of Confidenital Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**r.** **Asbestos**

**(1)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "personal and advertising injury" is caused or contributed to by the hazardous properties of asbestos.

**(2)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "personal and advertising injury" described in Paragraph **(1)** above.

**(3)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CG T1 00 02 19

Travelers Doc Mgmt  54 of 395

Exhibit A, Page 71

COMMERCIAL GENERAL LIABILITY

assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos, asbestos fibers or products containing asbestos.

**s.  Employment-Related Practices**

"Personal injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "personal injury".

## COVERAGE C – MEDICAL PAYMENTS

**1.  Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:
   **(1)** On premises you own or rent;
   **(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2.  Exclusions**

We will not pay expenses for "bodily injury":

**a.  Any Insured**

To any insured, except "volunteer workers".

**b.  Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.  Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d.  Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.  Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f.  Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g.  Coverage A Exclusions**

Excluded under Coverage A.

Travelers Doc Mgmt  55 of 395

Exhibit A, Page 72

COMMERCIAL GENERAL LIABILITY

**SUPPLEMENTARY PAYMENTS**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $2,500 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been

assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the "suit";

         (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) Provides us with written authorization to:

         (a) Obtain records and other information related to the "suit"; and

         (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverages – Coverage **A** – Bodily Injury And Property Damage Liability or Paragraph **2.e.** of Section **I** – Coverages – Coverage **B** – Personal And Advertising Injury Liability, such payments will not be deemed to be damages for "bodily injury", "property damage" or "personal injury", and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG T1 00 02 19

Travelers Doc Mgmt  56 of 395

Exhibit A, Page 73

COMMERCIAL GENERAL LIABILITY

a. We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer

workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

         Unless you are in the business or occupation of providing professional health care services, Paragraphs **(1)(a)**, **(b)**, **(c)** and **(d)** above do not apply to "bodily injury" arising out of providing or failing to provide first aid or "Good Samaritan services" by any of your "employees" or "volunteer workers", other than an employed or volunteer doctor. Any such "employees" or "volunteer workers" providing or failing to provide first aid or "Good Samaritan services" during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by;

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization, while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**e.** Any person or organization that, with your express or implied consent, either uses or is responsible for the use of a watercraft that you do not own that is:

**(1)** 50 feet long or less; and

**(2)** Not being used to carry any person or property for a charge.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and of which you are the sole owner or in which you maintain an ownership interest of more than 50%, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

For the purposes of Paragraph **1.** of Section **II –** Who Is An Insured, each such organization will be deemed to be designated in the Declarations as:

**a.** An organization, other than a partnership, joint venture or limited liability company; or

**b.** A trust;

as indicated in its name or the documents that govern its structure.

**4.** Any person or organization that is a premises owner, manager or lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" that:

**a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Arises out of the ownership, maintenance or use of that part of any premises leased to you.

The insurance provided to such premises owner, manager or lessor is subject to the following provisions:

**a.** The limits of insurance provided to such premises owner, manager or lessor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such premises owner, manager or lessor does not apply to:

**(1)** Any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense that is committed, after you cease to be a tenant in that premises; or

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such premises owner, manager or lessor.

**5.** Any person or organization that is an equipment lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", or "personal and advertising injury" that:

**a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Is caused, in whole or in part, by your acts or omissions in the maintenance, operation or use of equipment leased to you by such equipment lessor.

The insurance provided to such equipment lessor is subject to the following provisions:

**a.** The limits of insurance provided to such equipment lessor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

**b.** The insurance provided to such equipment lessor does not apply to any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense that is committed, after the equipment lease expires.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG T1 00 02 19

COMMERCIAL GENERAL LIABILITY

venture or limited liability company that is not shown as a Named Insured in the Declarations. This paragraph does not apply to any such partnership, joint venture or limited liability company that otherwise qualifies as an insured under Section II – Who Is An Insured.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a. Insureds;

    b. Claims made or "suits" brought; or

    c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

    a. Medical expenses under Coverage **C**;

    b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury" and "advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a. Damages under Coverage **A**; and

    b. Medical expenses under Coverage **C**;

    because of all "bodily injury" and "property damage" arising out of any one "occurrence".

    For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in providing or failing to provide first aid or "Good Samaritan services" to any one person will be deemed to be one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "premises damage" to any one premises. The Damage To Premises Rented To You Limit will be:

    a. The amount shown for the Damage To Premises Rented To You Limit in the Declarations of this Coverage Part; or

    b. $300,000 if no amount is shown for the Damage To Premises Rented To You Limit in the Declarations of this Coverage Part.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

        (1) How, when and where the "occurrence" or offense took place;

        (2) The names and addresses of any injured persons and witnesses; and

        (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

    b. If a claim is made or "suit" is brought against any insured, you must:

        (1) Immediately record the specifics of the claim or "suit" and the date received; and

        (2) Notify us as soon as practicable.

        You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    c. You and any other involved insured must:

        (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**e.** The following provisions apply to Paragraph **a.** above, but only for purposes of the insurance provided under this Coverage Part to you or any insured listed in Paragraph **1.** or **2.** of Section II – Who Is An Insured:

**(1)** Notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known to you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your "executive officers" or directors (if you are an organization other than a partnership, joint venture, or limited liability company), any of your trustees who is an individual (if you are a trust) or any "employee" authorized by you to give notice of an "occurrence" or offense.

**(2)** If you are a partnership, joint venture, limited liability company or trust, and none of your partners, joint venture members, managers or trustees are individuals, notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by:

**(a)** Any individual who is:

**(i)** A partner or member of any partnership or joint venture;

**(ii)** A manager of any limited liability company;

**(iii)** An executive officer or director of any other organization; or

**(iv)** A trustee of any trust;

that is your partner, joint venture member, manager or trustee; or

**(b)** Any employee authorized by such partnership, joint venture, limited liability company, trust or other organization to give notice of an "occurrence" or offense.

**(3)** Notice to us of such "occurrence" or offense will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us of the "occurrence" or offense as soon as practicable after any of the persons described in Paragraph **e.(1)** or **(2)** above discovers that the "occurrence" or offense may result in sums to which the insurance provided under this Coverage Part may apply.

However, if this policy includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph **e.** does not affect that requirement.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CG T1 00 02 19**

Travelers Doc Mgmt   60 of 395

Exhibit A, Page 77

COMMERCIAL GENERAL LIABILITY

**4. Other Insurance**

If valid and collectible other insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as described in Paragraphs **a.** and **b.** below.

As used anywhere in this Coverage Part, other insurance means insurance, or the funding of losses, that is provided by, through or on behalf of:

(i) Another insurance company;

(ii) Us or any of our affiliated insurance companies, except when the Non cumulation of Each Occurrence Limit provision of Paragraph **5.** of Section **III** – Limits Of Insurance or the Non cumulation of Personal and Advertising Injury Limit provision of Paragraph **4.** of Section **III** – Limits of Insurance applies because the Amendment – Non Cumulation Of Each Occurrence Limit Of Liability And Non Cumulation Of Personal And Advertising Injury Limit endorsement is included in this policy;

(iii) Any risk retention group; or

(iv) Any self-insurance method or program, in which case the insured will be deemed to be the provider of other insurance.

Other insurance does not include umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

As used anywhere in this Coverage Part, other insurer means a provider of other insurance. As used in Paragraph **c.** below, insurer means a provider of insurance.

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below, except when Paragraph **d.** below applies.

**b. Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is insurance for "premises damage";

(iii) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to any exclusion in this Coverage Part that applies to aircraft, "autos" or watercraft;

(iv) That is insurance available to a premises owner, manager or lessor that qualifies as an insured under Paragraph **4.** of Section **II** – Who Is An Insured, except when Paragraph **d.** below applies; or

(v) That is insurance available to an equipment lessor that qualifies as an insured under Paragraph **5.** of Section **II** – Who Is An Insured, except when Paragraph **d.** below applies.

(b) Any of the other insurance, whether primary, excess, contingent or on any other basis, that is available to the insured when the insured is an additional insured, or is any other insured that does not qualify as a named insured, under such other insurance.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

d. **Primary And Non-Contributory Insurance If Required By Written Contract**

If you specifically agree in a written contract or agreement that the insurance afforded to an insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such insured which covers such insured as a named insured, and we will not share with that other insurance, provided that:

(1) The "bodily injury" or "property damage" for which coverage is sought occurs; and

(2) The "personal and advertising injury" for which coverage is sought is caused by an offense that is committed;

subsequent to the signing of that contract or agreement by you.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws or regulations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG T1 00 02 19

COMMERCIAL GENERAL LIABILITY

2. "Advertising injury":

   a. Means injury caused by one or more of the following offenses:

     (1) Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

     (2) Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

       (a) Appropriates a person's name, voice, photograph or likeness; or

       (b) Unreasonably places a person in a false light; or

     (3) Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

   b. Includes "bodily injury" caused by one or more of the offenses described in Paragraph a. above.

3. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

4. "Bodily injury" means:

   a. Physical harm, including sickness or disease, sustained by a person; or

   b. Mental anguish, injury or illness, or emotional distress, resulting at any time from such physical harm, sickness or disease.

5. "Broadcasting" means transmitting any audio or visual material for any purpose:

   a. By radio or television; or

   b. In, by or with any other electronic means of communication, such as the Internet, if that material is part of:

     (1) Radio or television programming being transmitted;

     (2) Other entertainment, educational, instructional, music or news programming being transmitted; or

     (3) Advertising transmitted with any of such programming.

6. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

   c. All other parts of the world if the injury or damage arises out of:

     (1) Goods or products made or sold by you in the territory described in Paragraph a. above;

     (2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

     (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph a. above, or in a settlement we agree to.

7. "Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

8. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

9. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

10. "Good Samaritan services" means any emergency medical services for which no compensation is demanded or received.

11. "Hostile fire" means a fire which becomes uncontrollable or breaks out from where it was intended to be.

12. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

13. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for "premises damage" is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

      Paragraph f. does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle,

   tracks, roadbeds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph (2) above and supervisory, inspection, architectural or engineering activities.

14. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

15. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

16. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG T1 00 02 19**

Travelers Doc Mgmt  64 of 395

Exhibit A, Page 81

COMMERCIAL GENERAL LIABILITY

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **(1)** Power cranes, shovels, loaders, diggers or drills; or

   **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

     **(a)** Snow removal;

     **(b)** Road maintenance, but not construction or resurfacing; or

     **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged. Such land vehicles are considered "autos".

**17.** "Occurrence" means:

**a.** An accident, including continuous or repeated exposure to substantially the same general harmful conditions; or

**b.** An act or omission committed in providing or failing to provide first aid or "Good Samaritan services" to a person, unless you are in the business or occupation of providing professional health care services.

**18.** "Personal and advertising injury" means "personal injury" or "advertising injury".

**19.** "Personal injury":

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses:

   **(1)** False arrest, detention or imprisonment;

   **(2)** Malicious prosecution;

   **(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

   **(4)** Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

   **(5)** Oral or written publication, including publication by electronic means, of material that:

     **(a)** Appropriates a person's name, voice, photograph or likeness; or

     **(b)** Unreasonably places a person in a false light.

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**20.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

CG T1 00 02 19

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

21. "Premises damage" means:

   **a.** With respect to the first paragraph of the exceptions in Exclusion **j.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, "property damage" to any premises while rented to you for a period of seven or fewer consecutive days, including the contents of such premises; or

   **b.** With respect to the exception to Exclusions **c.** through **n.** in the last paragraph of Paragraph **2.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, "property damage" to any premises while rented to you for a period of more than seven consecutive days, or while temporarily occupied by you with permission of the owner, caused by:

      **(1)** Fire;

      **(2)** Explosion;

      **(3)** Lightning;

      **(4)** Smoke resulting from fire, explosion or lightning; or

      **(5)** Water.

   But "premises damage" under this Paragraph **b.** does not include "property damage" to any premises caused by:

      **(1)** Rupture, bursting, or operation of pressure relief devices;

      **(2)** Rupture or bursting due to expansion or swelling of the contents of any building or structure caused by or resulting from water; or

      **(3)** Explosion of steam boilers, steam pipes, steam engines or steam turbines.

22. "Products-completed operations hazard":

   **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      **(1)** Products that are still in your physical possession; or

      **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         **(a)** When all of the work called for in your contract has been completed.

         **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   **b.** Does not include "bodily injury" or "property damage" arising out of:

      **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

      **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

23. "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use will be deemed to occur at the time of the "occurrence" that caused it.

   For the purposes of this insurance, "electronic data" is not tangible property.

24. "Slogan":

   **a.** Means a phrase that others use for the purpose of attracting attention in their advertising.

   **b.** Does not include a phrase used as, or in, the name of:

      **(1)** Any person or organization, other than you; or

      **(2)** Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CG T1 00 02 19**

Travelers Doc Mgmt  66 of 395

Exhibit A, Page 83

COMMERCIAL GENERAL LIABILITY

**25.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**26.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**27.** "Title" means a name of a literary or artistic work.

**28.** "Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

**29.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**30.** "Your product":

    **a.** Means:

        **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)** You;

            **(b)** Others trading under your name; or

            **(c)** A person or organization whose business or assets you have acquired; and

        **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        **(2)** The providing of or failure to provide warnings or instructions.

    **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**31.** "Your work":

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

        **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

        **(2)** The providing of or failure to provide warnings or instructions.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDATORY ENDORSEMENT – PRODUCTS-COMPLETED OPERATIONS HAZARD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Paragraph **b.(3)** of the definition of "products-completed operations hazard" in the **DEFINITIONS** Section:

**(3)** Products or operations for which the classification, listed in the Declarations, in a policy Schedule or in our manual of rules, states that the products-completed operations are subject to the General Aggregate Limit.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  01/07/2020

POLICY NUMBER:  680-9M304995-20-42

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
   COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of person or organization:**

```
LANCE AND AIME LINDSAY AND THE LINDSAY REVOCABLE TRUST, THEIR MANAGING
 MEMBERS, AGENT AND REPRESENTATIVES



6219 PORTERDALE AVENUE
MALIBU                   CA 90265
```

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

POLICY NUMBER:  680-9M304995-20-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  01/07/2020

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

MSM PRODUCTIONS LLC AND IMAGE LOCATIONS, INC

6219 POTERDALE DR.
MALIBU                    CA 90265

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**                Copyright, Insurance Services Office, Inc., 1984                Page 1 of 1

POLICY NUMBER:   680-9M304995-20-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  01/07/2020

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED—DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
    COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Name of person or organization:**

IMG COLLEGE, LLC, AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, RBO
C; THE CITY OF PASADENA ("CITY"), AND RG CANNING ENTERPRISES.

540 NORTH TRADE STREET
WINSTON-SALEM          NC 27101

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of  1

POLICY NUMBER:   680-9M304995-20-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  01/07/2020

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Name of person or organization:**

FSP-SOUTH FLOWER STREET ASSOCIATES, LLC. THE STATE OF CALIFORNIA PUBLIC
  EMPLOYEES RETIREMENT SYSTEM, AGENCY OF THE STATE OF CALIFORNIA COMMON
WEALTH PARTNERS MANAGEMENT SERVICES, L.P FIFTH STREET PROPERTIES LLC C
OMMONWEALTH PACIFIC, LLC

C/O COMMONWEALTH PARTNERS, ATTN: BATZY.
515 SOUTH FLOWER STREET, SUITE 3220
LOS ANGELES              CA 90071

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

POLICY NUMBER:  680-9M304995-20-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  01/07/2020

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of person or organization:**

SKYLIGHT CALIFORNIA, LLC ITS PARENT AND ALL OTHER AFFILIATES ATLAS CAP
ITAL GROUP, LLC ITS OFFICERS, AGENTS AND EMPLOYEES ROW DTLA EVENTS, LL
C DTLA PARENT JV, LLC ACG PROPERTY MANAGEMENT, LLC ALAMEDA SQUARE OWNE
R, LLC ALAMADA SQUARE MEZZ, LL

90 CHURCH STREET
PO BOX 3454
NEW YORK                    NY 10008

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

POLICY NUMBER:   680-9M304995-20-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  01/07/2020

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Name of person or organization:**

ALTAMED HEALTH SERVICES CORPORATION ALTAMED FOOD AND WINE FESTIVAL 2019

2040 CAMFIELD AVE
LOS ANGELES            CA 90040

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

POLICY NUMBER:  680-9M304995-20-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  01/07/2020

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Name of person or organization:**

SONY PICTURES STUDIOS INC., SONY PICTURES ENTERTAINMENT INC., AND THEIR PARENT COMPANIES, SUBSIDIARIES, RELATED AND AFFILIATED COMPANIES AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, REPRESENTATIVES, ASSIGNS, AND SUBCONTRACTO

10202 WEST WASHINGTON BLVD.
CULVER CITY          CA 90232

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# XTEND ENDORSEMENT FOR SMALL BUSINESSES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE** – This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

**A.** Who Is An Insured – Unnamed Subsidiaries

**B.** Who Is An Insured – Employees And Volunteer Workers – Bodily Injury To Co-Employees And Co-Volunteer Workers

**C.** Who Is An Insured – Newly Acquired Or Formed Limited Liability Companies

**D.** Incidental Medical Malpractice

**E.** Blanket Waiver Of Subrogation

## PROVISIONS

**A. WHO IS AN INSURED – UNNAMED SUBSIDIARIES**

The following is added to **SECTION II – WHO IS AN INSURED:**

Any of your subsidiaries, other than a partnership or joint venture, that is not shown as a Named Insured in the Declarations is a Named Insured if:

**a.** You are the sole owner of, or maintain an ownership interest of more than 50% in, such subsidiary on the first day of the policy period; and

**b.** Such subsidiary is not an insured under similar other insurance.

No such subsidiary is an insured for "bodily injury" or "property damage" that occurred, or "personal and advertising injury" caused by an offense committed:

**a.** Before you maintained an ownership interest of more than 50% in such subsidiary; or

**b.** After the date, if any, during the policy period that you no longer maintain an ownership interest of more than 50% in such subsidiary.

For purposes of Paragraph **1.** of Section II – Who Is An Insured, each such subsidiary will be deemed to be designated in the Declarations as:

**a.** A limited liability company;

**b.** An organization other than a partnership, joint venture or limited liability company; or

**c.** A trust;

as indicated in its name or the documents that govern its structure.

**B. WHO IS AN INSURED – EMPLOYEES AND VOLUNTEER WORKERS – BODILY INJURY TO CO-EMPLOYEES AND CO-VOLUNTEER WORKERS**

The following is added to Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED:**

Paragraphs **(1)(a)**, **(b)** and **(c)** above do not apply to "bodily injury" to a co-"employee" while in the course of the co-"employee's" employment by you or performing duties related to the conduct of your business, or to "bodily injury" to your other "volunteer workers" while performing duties related to the conduct of your business.

**C. WHO IS AN INSURED – NEWLY ACQUIRED OR FORMED LIMITED LIABILITY COMPANIES**

**1.** The following replaces the first sentence of Paragraph **3.** of **SECTION II – WHO IS AN INSURED:**

Any organization you newly acquire or form, other than a partnership or joint venture, and of which you are the sole owner or in which you maintain an ownership interest of more than 50%, will qualify as a Named Insured if

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY

**2.** The following replaces the last sentence of Paragraph **3.** of **SECTION II – WHO IS AN INSURED:**

For the purposes of Paragraph **1.** of Section II – Who Is An Insured, each such organization will be deemed to be designated in the Declarations as:

**a.** A limited liability company;

**b.** An organization other than a partnership, joint venture or limited liability company; or

**c.** A trust;

as indicated in its name or the documents that govern its structure.

**D. INCIDENTAL MEDICAL MALPRACTICE**

**1.** The following replaces Paragraph **b.** of the definition of "occurrence" in the **DEFINITIONS** Section:

**b.** An act or omission committed in providing or failing to provide "incidental medical services", first aid or "Good Samaritan services" to a person, unless you are in the business or occupation of providing professional health care services.

**2.** The following replaces the last paragraph of Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED:**

Unless you are in the business or occupation of providing professional health care services, Paragraphs **(1)(a), (b), (c)** and **(d)** above do not apply to "bodily injury" arising out of providing or failing to provide:

**(a)** "Incidental medical services" by any of your "employees" who is a nurse, nurse assistant, emergency medical technician, paramedic, athletic trainer, audiologist, dietician, nutritionist, occupational therapist or occupational therapy assistant, physical therapist or speech-language pathologist; or

**(b)** First aid or "Good Samaritan services" by any of your "employees" or "volunteer workers", other than an employed or volunteer doctor. Any such "employees" or "volunteer workers" providing or failing to provide first aid or "Good Samaritan services" during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.

**3.** The following replaces the last sentence of Paragraph **5.** of **SECTION III – LIMITS OF INSURANCE:**

For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in providing or failing to provide "incidental medical services", first aid or "Good Samaritan services" to any one person will be deemed to be one "occurrence".

**4.** The following exclusion is added to Paragraph **2., Exclusions,** of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

**Sale Of Pharmaceuticals**

"Bodily injury" or "property damage" arising out of the violation of a penal statute or ordinance relating to the sale of pharmaceuticals committed by, or with the knowledge or consent of, the insured.

**5.** The following is added to the **DEFINITIONS** Section:

"Incidental medical services" means:

**a.** Medical, surgical, dental, laboratory, x-ray or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages; or

**b.** The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances.

**6.** The following is added to Paragraph **4.b., Excess Insurance,** of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:**

This insurance is excess over any valid and collectible other insurance, whether primary, excess, contingent or on any other basis, that is available to any of your "employees" for "bodily injury" that arises out of providing or failing to provide "incidental medical services" to any person to the extent not subject to Paragraph **2.a.(1)** of Section II – Who Is An Insured.

**E. BLANKET WAIVER OF SUBROGATION**

The following is added to Paragraph **8., Transfer Of Rights Of Recovery Against Others To Us,**

there is no other similar insurance available to that organization.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG D8 42 02 19

of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:**

If the insured has agreed in a contract or agreement to waive that insured's right of recovery against any person or organization, we waive our right of recovery against such person or organization, but only for payments we make because of:

**a.** "Bodily injury" or "property damage" that occurs; or

**b.** "Personal and advertising injury" caused by an offense that is committed;

subsequent to the execution of the contract or agreement.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 01/07/2020

POLICY NUMBER: 680-9M304995-20-42

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NONOWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE**

Insurance is provided only with respect to those coverages for which a specific premium charge is shown:

| COVERAGE | ADDITIONAL PREMIUM |
|---|---|
| Hired Auto Liability | $ INCLUDED |
| Nonowned Auto Liability | $ INCLUDED |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**PROVISIONS**

**A. COVERAGE**

If a premium charge is shown in the SCHEDULE above, the insurance provided under **Section I – Coverage A – Bodily Injury And Property Damage Liability** applies to "bodily injury" and "property damage" arising out of the maintenance or use of a "hired auto" or "nonowned auto". Maintenance or use of a "nonowned auto" includes test driving in connection with an "auto business".

**B. EXCLUSIONS**

With respect to the insurance provided by this endorsement:

1. The exclusions, under **Section I – Coverage A – Bodily Injury And Property Damage Liability**, other than exclusions **a., b., d., e., f.** and **i.** and the Nuclear Energy Liability Exclusion (Broad Form) are deleted and replaced by the following:

   a. "Bodily injury" to:

      (1) Any fellow "employee" of the insured arising out of and in the course of:

         (a) Employment by the insured; or

         (b) Performing duties related to the conduct of the insured's business.

   b. "Property damage" to:

      (1) Property owned or being transported by, or rented or loaned to the insured; or

      (2) Property in the care, custody or control of the insured.

**C. WHO IS AN INSURED**

**Section II – Who Is An Insured** is replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

1. You;

2. Anyone else including any partner or "executive officer" of yours while using with your permission a "hired auto" or a "nonowned auto" except:

   a. The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner or lessee of a "nonowned auto" or any agent or "employee" of any such owner or lessee;

   b. Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household;

   c. Your "employee" if the covered "auto" is leased, hired or rented by him or her or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

   d. Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

   e. Any partner or "executive officer" with respect to any "auto" leased or rented to such partner or officer or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

**MP T1 25 11 03**        Copyright, The Travelers Indemnity Company, 2003        Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY

**f.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**g.** Anyone other than your "employees", partners, a lessee or borrower or any of their "employees", while moving property to or from a "hired auto" or a "nonowned auto"; or

**3.** Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under **1.** or **2.** above.

**D. AMENDED DEFINITIONS**

The Definition of "insured contract" of **Section V – Definitions** is amended by the addition of the following exceptions to paragraph **f.**:

Paragraph **f.** does not include that part of any contract or agreement:

**(4)** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**(5)** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**E. ADDITIONAL DEFINITIONS**

**Section V – Definitions** is amended by the addition of the following definitions:

**1.** "Auto Business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include:

**a.** Any "auto" you lease, hire or rent under a lease or rental agreement for a period of 180 days or more, or

**b.** Any "auto" you lease, hire, rent or borrow from any of your "employees", partners, stockholders, or members of their households.

**3.** "Nonowned auto" means any "autos" you do not own, lease, hire, rent or borrow that are being used in the course and scope of your business at the time of an "occurrence". This includes "autos" owned by your "employees" or partners or members of their households but only while being used in the course and scope of your business at the time of an "occurrence".

If you are a sole proprietor, "nonowned auto" means any "autos" you do not own, lease, hire, rent or borrow that are being used in the course and scope of your business or personal affairs at the time of an "occurrence".

Copyright, The Travelers Indemnity Company, 2003
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**MP T1 25 11 03**

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

**Discrimination**

"Bodily injury" arising out of discrimination based upon a person's sex, sexual orientation, marital status, pregnancy, race, color, creed, religion, national origin, citizenship, veteran status, age, genetic information or physical or mental disability, or any other characteristic, attribute, trait, condition or status that qualifies a person for protection against discrimination under federal, state or local law.

**2.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY:**

**Discrimination**

"Personal injury" arising out of discrimination based upon a person's sex, sexual orientation, marital status, pregnancy, race, color, creed, religion, national origin, citizenship, veteran status, age, genetic information or physical or mental disability, or any other characteristic, attribute, trait, condition or status that qualifies a person for protection against discrimination under federal, state or local law.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# CYBERFIRST ESSENTIALS

# CYBERFIRST ESSENTIALS




**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

CYBERFIRST ESSENTIALS
COVERAGE PART DECLARATIONS

POLICY NO.: 680-9M304995-20-42
ISSUE DATE: 01-07-20

# THIS COVERAGE IS PROVIDED ON A CLAIMS-MADE BASIS. DEFENSE EXPENSES ARE PAYABLE WITHIN, AND ARE NOT IN ADDITION TO, THE LIMITS OF INSURANCE.

**INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**Policy Period:**   **From** 01-29-20 **to** 01-29-21     12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

**Information Security Retroactive Date:** 01-29-19

The CyberFirst Essentials Coverage Part consists of these Declarations, the CyberFirst Essentials General Provisions Form and the Coverage Form shown below.

| ITEM 1. | COVERAGE | |
| --- | --- | --- |
| | CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM | |

| ITEM 2. | LIMITS OF INSURANCE: | |
| --- | --- | --- |
| | Aggregate Limit | $ 25,000 |
| | Each Wrongful Act Limit | $ 25,000 |

| ITEM 3. | DEDUCTIBLE: | |
| --- | --- | --- |
| | Each Wrongful Act Deductible | $ 0 |

ITEM 4.    NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.

PR T0 22 02 12

Page 1 of 1

POLICY NUMBER: 680-9M304995-20-42

CYBER LIABILITY
ISSUE DATE: 01-07-20

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BREACH ESSENTIALS ENDORSEMENT

This endorsement modifies insurance provided under the following:
CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM
CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM

### SCHEDULE OF CYBER FIRST-PARTY LIMIT AND DEDUCTIBLE

| | Limit | Deductible |
|---|---|---|
| **Cyber First-Party Limit and Deductible** | $ 10,000 | $ 0 |

## PROVISIONS

### A. INTRODUCTION

The following is added to the Introductory Note in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

**THE LIMITS OF INSURANCE WILL BE REDUCED BY THE PAYMENT OF YOUR SECURITY BREACH NOTIFICATION AND REMEDIATION EXPENSES, YOUR PAYMENT CARD EXPENSES AND YOUR CRISIS MANAGEMENT SERVICE EXPENSES COVERED BY YOUR CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM.**

### B. CYBER FIRST-PARTY COVERAGES

1. The following is added to Paragraph **1.**, **Insuring Agreement**, of **SECTION I – INFORMATION SECURITY LIABILITY COVERAGE** in the **CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM**:

**Security Breach Notification And Remediation Expenses And Payment Card Expenses Coverage**

We will reimburse you for loss to which this insurance applies that is "your security breach notification and remediation expenses" or "your payment card expenses" directly attributed to a "security breach" that:

(1) Is caused by an "information security wrongful act" committed on or after the Information Security Retroactive Date shown in the Declarations of this Coverage Part and before the end of the policy period;

(2) Occurs during the policy period; and

(3) Is first reported to us during the policy period or within 90 days after the end of the policy period.

But we will not reimburse you for "your payment card expenses" that are "payment card contract penalties" or "chargebacks" unless you have agreed to pay such "payment card contract penalties" or "chargebacks" in a "merchant service agreement" you entered into before such "security breach" occurred.

Each "security breach" in a series of "related security breaches" will be deemed to occur on the date the first "security breach" in that series occurs.

A "security breach" will be deemed to have been first reported to us on the date that we first receive a written notice of such "security breach" from any insured or any authorized government entity.

In the event of a "foreign cyber first-party loss" that is "your security breach notification and remediation expenses" or "your payment card expenses" incurred and paid by a "foreign insured organization", we will reimburse the first Named Insured, or any other Named Insured that is not a "foreign insured organization", for such "foreign cyber first-party loss" because of its "financial interest" in that "foreign insured organization". For purposes of this insurance:

(1) "Your security breach notification and remediation expenses" that we reimburse as "foreign cyber first-party loss" will be deemed to be "your security breach notification and remediation expenses";

**PR T4 97 03 15**

© 2014 The Travelers Indemnity Company. All rights reserved.

Page 1 of 6

CYBER LIABILITY

**(2)** "Your payment card expenses" that we reimburse as "foreign cyber first-party loss" will be deemed to be "your payment card expenses";

under this **Security Breach Notification and Remediation Expenses And Payment Card Expenses Coverage**.

**Crisis Management Service Expenses Coverage**

We will reimburse you for "your crisis management service expenses" that:

**(1)** Arise out of loss to which this insurance applies that is caused by an "information security wrongful act" committed on or after the Information Security Retroactive Date shown in the Declarations of this Coverage Part and before the end of the policy period;

**(2)** Are first incurred by you during the policy period; and

**(3)** Are reported to us during the policy period or within 90 days after the end of the policy period.

Each "information security wrongful act" in a series of "related information security wrongful acts" will be deemed to have been committed on the date the first "information security wrongful act" in that series is committed.

Any of "your crisis management service expenses" that:

**(1)** Are first incurred by you after the end of the policy period; and

**(2)** Relate to any of "your crisis management service expenses" that are first incurred by you during the policy period;

will be deemed to have been incurred by you during the policy period.

In the event of a "foreign cyber first-party loss" that is "your crisis management service expenses" incurred and paid by a "foreign insured organization", we will reimburse the first Named Insured, or any other Named Insured that is not a "foreign insured organization", for such "foreign cyber first-party loss" because of its "financial interest" in that "foreign insured organization". For purposes of this insurance, "your crisis management service expenses" that we reimburse as "foreign cyber first-party loss" will be deemed to be "your crisis management service expenses"

under this **Crisis Management Service Expenses Coverage**.

**2.** The following replaces the third paragraph of Paragraph **1.a.**, **Defense Of Claims Or Suits**, of **SECTION I – COVERAGE** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

We may, at our discretion, investigate any "wrongful act" or "claim" and settle any "claim" or "suit". But our right and duty to defend ends when we have used up the:

**a.** Aggregate Limit in the payment of:

**(1)** Judgments, settlements or "defense expenses"; and

**(2)** Loss that is "your cyber first-party loss"; or

**b.** Each Wrongful Act Limit in the payment of judgments, settlements or "defense expenses".

**3.** The following replaces the last paragraph of Paragraph **2.**, **Supplementary Payments**, of **SECTION I – COVERAGE** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

Our duty to make such payments ends when we have used up the:

**a.** Aggregate Limit in the payment of:

**(1)** Judgments, settlements or "defense expenses"; and

**(2)** Loss that is "your cyber first-party loss"; or

**b.** Each Wrongful Act Limit in the payment of judgments, settlements or "defense expenses".

**4.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – INFORMATION SECURITY LIABILITY COVERAGE** in the **CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM**:

**PCI Attestation Of Compliance**

"Your payment card expenses" if:

**(1)** You have not attested compliance with the "payment card security standards" by completing and signing a "PCI attestation of compliance" within the twelve months immediately preceding the "security breach"; or

© 2014 The Travelers Indemnity Company. All rights reserved.

**PR T4 97 03 15**

CYBER LIABILITY

**(2)** You fraudulently or intentionally misrepresent that you are in compliance with the "payment card security standards" in completing the "PCI attestation of compliance".

## C. LIMITS OF INSURANCE

**1.** The following is added to **SECTION III – LIMITS OF INSURANCE** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

Subject to the Aggregate Limit, the Cyber First-Party Limit shown in the Schedule Of Cyber First-Party Limit And Deductible is the most we will pay for the sum of all loss that is "your cyber first-party loss."

**2.** The following replaces the first paragraph of Paragraph **2.** of **SECTION III – LIMITS OF INSURANCE** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

The Aggregate Limit is the most we will pay for the sum of all:

**a.** "Damages" and "defense expenses" for the combined total of all "claims" or "suits" for loss; and

**b.** Loss that is "your cyber first-party loss";

to which the insurance provided under one or more of "your cyber liability coverage forms" applies.

## D. DEDUCTIBLE

**1.** The following is added to the last sentence of Paragraph **1.** of **SECTION IV – DEDUCTIBLE** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

The Each Wrongful Act Deductible does not apply to payments we make for loss that is "your cyber first-party loss".

**2.** The following is added to **SECTION IV – DEDUCTIBLE** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

We will not reimburse you for any of "your cyber first-party loss" to which this insurance applies until the amount of such loss exceeds the deductible shown in the Schedule Of Cyber First-Party Limit And Deductible. We will then reimburse you for the amount of such loss in excess of the deductible, up to the limit of insurance shown in the Schedule.

## E. CYBER LIABILITY CONDITIONS

**1.** The following is added to Paragraph **14., Currency**, of **SECTION V – CYBER LIABILITY**

**CONDITIONS** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

Payments for loss that is "your cyber first-party loss" will be in currency of the United States of America. At our sole option, we may make these payments in a different currency. Any necessary currency conversion for such payments will be calculated based on the rate of exchange published in the Wall Street Journal immediately preceding the date the payment is processed.

**2.** The following is added to **SECTION V – CYBER LIABILITY CONDITIONS** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

**Duties In The Event Of A Security Breach**

**a.** You must see to it that we are notified in writing as soon as practicable of a "security breach" which may result in "your security breach notification and remediation expenses" or "your payment card expenses". Such notice should include:

**(1)** How, when and where the "security breach" occurred; and

**(2)** The nature and extent of fees, costs or expenses incurred and paid by you which can be directly attributed to a "security breach".

**b.** You must:

**(1)** Authorize us to obtain records and other information;

**(2)** Cooperate with us in the investigation of the "security breach"; and

**(3)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of loss to which this insurance may also apply.

**Duties In The Event Of An Information Security Wrongful Act That Causes A Foreign Cyber First-Party Loss**

In the event an "information security wrongful act" causes a "foreign cyber first-party loss", the first Named Insured must comply with all conditions of this policy as if the insured that incurred and paid such "foreign cyber first-party loss" is not a "foreign insured organization".

© 2014 The Travelers Indemnity Company. All rights reserved.

CYBER LIABILITY

## F. DEFINITIONS

The following is added to the **DEFINITIONS** Section in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM:**

"Chargebacks":

a. Means "payment card" charge reversals because of the fraudulent use of "payment cards" or "identity information".

b. Includes transaction fees assessed to process such "payment card" charge reversals.

"Merchant service agreement" means a contract between you and an acquiring bank or other acquiring institution that establishes the terms and conditions for accepting and processing "payment card" transactions.

"Payment card" means a credit card, debit card or charge card issued by a financial institution.

"Payment card contract penalties":

a. Means fines or penalties incurred by you after a "security breach" because of non-compliance with the "payment card security standards".

b. Does not include:

(1) Fines or penalties assessed because of not promptly reporting a "security breach";

(2) Fines or penalties assessed because of failure to properly validate system security according to the "payment card security standards"; or

(3) Any interchange fees or changes in interchange fee schedules.

"Payment card security standards" means:

a. The most current edition of security standards contained in:

(1) The Payment Card Industry Data Security Standards program (PCI DSS);

(2) Visa's Cardholder Information Security Program (CISP);

(3) MasterCard's Site Data Protection program (SDP);

(4) American Express's Data Security Operating Policy; or

(5) Discover's Information Security and Compliance program (DISC); or

b. Other security standards similar to those in Paragraphs **a.(1)** through **a.(5)** above that

you have agreed to in a "merchant service agreement" with a financial institution;

that apply to you.

"PCI attestation of compliance" means the declaration of compliance status with the Payment Card Industry Data Security Standards program found in the "PCI self-assessment questionnaire" that applies to you.

"PCI forensic investigation" means a professional review of your computer systems by a "qualified forensic investigator" to determine your compliance with the "payment card security standards".

"PCI self-assessment questionnaire" means the questionnaire, developed by the Payment Card Industry Security Standards Council, that assists you in self-evaluation of your compliance with the "payment card security standards".

"Qualified forensic investigator" means an organization approved by the applicable "payment card" issuing bank to conduct forensic investigations after a "security breach".

"Qualified security assessor" means a person or organization certified by the Payment Card Industry Security Standards Council to assess compliance with "payment card security standards".

"Related security breaches" means two or more "security breaches" that have as a common connection, tie, or link any fact, circumstance, situation, event, transaction, cause, or series of related facts, circumstances, situation, events, transactions, or causes.

"Security breach" means unauthorized access to, or acquisition of, "identity information" owned, licensed, maintained or stored by you.

"Security breach notification law" means any law or regulation that requires an organization to notify persons that their nonpublic personal information was or may have been accessed or acquired without their authorization.

"Software and hardware upgrade and scanning services expenses" means:

a. Fees, costs or expenses for a "PCI forensic investigation" arising out of a written notification by a "payment card" issuing bank, merchant bank, acquiring bank or other acquiring institution that you are a likely common point of purchase source of a "security breach" or otherwise involved in a "security breach" to determine if you are in compliance with the "payment card security standards";

© 2014 The Travelers Indemnity Company. All rights reserved.

PR T4 97 03 15

**b.** Costs or expenses to purchase and install anti-virus software, point-of-sale systems software, firewall protection software, or firewall protection hardware that satisfies the requirements of the "payment card security standards", if, after a "security breach", it is determined through a "PCI forensic investigation" that you are out of compliance with the "payment card security standards"; or

**c.** Costs for the scanning services of a "qualified security assessor" to certify that your upgraded software and hardware systems meet the requirements of the "payment card security standards", but only for the first such scanning services after your software or hardware systems, or both, are upgraded.

"Your crisis management service expenses":

**a.** Means the reasonable fees, costs or expenses incurred and paid by you in:

   **(1)** Retaining a public relations consultant or firm, or a crisis management consultant or firm; or

   **(2)** Planning or executing your public relations campaign;

to mitigate any actual or potential negative publicity generated from loss to which this insurance applies.

**b.** Does not include fees, costs or expenses you incur to comply with any law or regulation.

"Your cyber first-party loss" means loss that is:

**a.** "Your security breach notification and remediation expenses";

**b.** "Your payment card expenses"; or

**c.** "Your crisis management service expenses".

"Your payment card expenses":

**a.** Means any of the following reasonable fees, costs or expenses incurred and paid by you which are directly attributed to a "security breach":

   **(1)** "Software and hardware upgrade and scanning services expenses";

   **(2)** "Payment card contract penalties"; or

   **(3)** "Chargebacks".

**b.** Does not include:

   **(1)** Remuneration paid to your regular "employees" for work beyond their normal scheduled hours;

   **(2)** Fees, costs, or expenses of outside consultants retained by you, unless we agree to reimburse you for such fees, costs, or expenses;

   **(3)** Amounts that you voluntarily agree to pay to any person whose "identity information" was accessed or acquired without his or her authorization;

   **(4)** Fees, costs, or expenses in:

     **(a)** Retaining a public relations consultant or firm, or a crisis management consultant or firm; or

     **(b)** Planning or executing your public relations campaign;

to mitigate any actual or potential negative publicity generated from the "security breach"; or

   **(5)** "Your security breach notification and remediation expenses".

"Your security breach notification and remediation expenses":

**a.** Means any of the following reasonable fees, costs or expenses incurred and paid by you which can be directly attributed to a "security breach":

   **(1)** Forensic fees, costs or expenses to determine the cause of the "security breach" and the persons whose "identity information" was accessed or acquired without their authorization.

   **(2)** Fees, costs or expenses to develop documents or materials to notify the persons whose "identity information" was accessed or acquired without their authorization.

   **(3)** Costs of mailings or other communications required to notify the persons whose "identity information" was accessed or acquired without their authorization.

   **(4)** Costs of providing 365 days of credit monitoring services to persons whose "identity information" was accessed or acquired without their authorization, starting with the date that you first notify such persons of the "security breach".

   **(5)** Costs of establishing and maintaining a call center to be used by persons whose "identity information was accessed or acquired without their authorization.

© 2014 The Travelers Indemnity Company. All rights reserved.

CYBER LIABILITY

(6) Any other fees, costs, or expenses necessary to comply with any "security breach notification law" that applies to you.

b. Does not include:

(1) Remuneration paid to your regular "employees" for work beyond their normal scheduled hours.

(2) Fees, costs, or expenses of outside consultants retained by you, unless we agree to reimburse you for such fees, costs, or expenses.

(3) Fines or penalties imposed by law or that any insured has agreed to pay for any reason.

(4) Amounts that you voluntarily agree to pay to any person whose "identity information" was accessed or acquired without his or her authorization.

(5) "Your crisis management service expenses".

© 2014 The Travelers Indemnity Company. All rights reserved.

**PR T4 97 03 15**

GENERAL PURPOSE ENDORSEMENT                     POLICY NUMBER:  680-9M304995-20-42

**RESTAURANT PAC PLUS**                          ISSUE DATE:       01/07/2020

The Named Insured is amended to read:

PEZ SEAFOOD DTLA, LLC
DBA: PEZ CANTINA
DBA: PEZ POWDER
THOMPSON RESTAURANT GROUP, LLC

# POLICYHOLDER NOTICES



# POLICYHOLDER NOTICES

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

**PN T4 54 01 08**

Page 1 of 1

# IMPORTANT NOTICE

## PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS
## (MP T3 07 03 97)

**PLEASE READ THIS NOTICE CAREFULLY.**

**YOUR POLICY INCLUDES A PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS (MP T3 07 03 97).**

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR LOCAL COMPANY REPRESENTATIVE IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND ANY NOTICE YOU RECEIVE FROM US, THE PROVISIONS OF YOUR POLICY PREVAIL.**

The Protective Safeguards Endorsement included as part of your policy indicates that the building you own or occupy has an Automatic Sprinkler System or a protective system covering a cooking surface, or both. It is important to understand that, as a building owner or a tenant, you have certain duties as described within the Protective Safeguards Endorsement with respect to any protective device identified in the Protective Safeguards Endorsement schedule. Our obligation to pay for loss or damage caused by or resulting from fire is subject to the terms and conditions of the Protective Safeguards Endorsement.

Please review the terms and conditions of the Protective Safeguards Endorsement carefully.

**PN MP 57 04 17**          © 2017 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1



# IMPORTANT INFORMATION FOR MASTER PAC POLICYHOLDERS

Dear Policyholder:

Enclosed is your Travelers Master Pac Renewal Certificate. An asterisk on the Listing of Forms, Endorsements and Schedule Numbers, IL T8 01, indicates forms that are included with this year's renewal. Any forms previously attached to your policy that are not shown on that listing no longer apply.

Please put the Certificate and the attached forms with your policy as soon as possible. If you have misplaced your policy, please contact your agent for a copy.

 **TRAVELERS J**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

|  |  |
|---|---|
| Named Insured: | PEZ SEAFOOD DTLA, LLC |
|  | AND AS PER IL T8 00 |
| Policy Number: | 680-9M304995-20-42 |
| Policy Effective Date: | 01/29/2020 |
| Policy Expiration Date: | 01/29/2021 |
| Issue Date: | 04/02/2020 |
| RETURN    Premium $ | -4,131.00 |

Effective from 04/02/20 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

Under the Businessowners Coverage Part Declarations, Utility Services
Time Element, Communication Services Business Income coverage
is changed per the attached MP T3 17.

Under the Businessowners Coverage Part declarations, Utility Services
Time Element, Power Services Coverage Business Income Coverage
is changed per the attached  MP T3 17.

Under the Businessowners Coverage Part Declarations, Utility Services
Time Element, Water Supply coverage is changed per the attached MP T3 17.

Premium Basis and/or Rates are changed. Exposures are changed.

A revised Declarations Premium Schedule is attached.

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing
on the policy:
CG T0 07 04 09
IL T0 07 09 87

Rates and/or premiums have been changed to reflect a change in the exposure
and/or rating procedure

NAME AND ADDRESS OF AGENT OR BROKER

E BROOX RANDALL & SONS
4751 WILSHIRE BLVD STE 350

LOS ANGELES                    CA   90010

Countersigned by

_____
Authorized Representative

DATE: 04/02/2020

IL T0 07 09 87    (Page 1 of 1 )                     Office: BREA/LA/ORANGE CA

POLICY NUMBER:  680-9M304995-20-42

EFFECTIVE DATE:  01/29/2020

ISSUE DATE:  04/02/2020


LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS


```
*   IL T0 07 09 87    CHANGE ENDORSEMENT
    PN U3 20 04 19    LIBERALIZATION LETTER - GENERAL LIABILITY PRODUCT
                      MODERNIZATION
    IL T0 19 02 05    COMMON POLICY DECLARATIONS
    IL T0 25 08 01    RENEWAL CERTIFICATE
    MP T0 01 02 05    BUSINESSOWNERS COVERAGE PART DECLARATIONS
*   IL T8 01 01 01    FORMS ENDORSEMENTS AND SCHEDULE NUMBERS
    IL T3 15 09 07    COMMON POLICY CONDITIONS


BUSINESSOWNERS

    MP T0 25 02 05    SPECIAL PROVISIONS - LOSS PAYEE
    CP 12 18 10 12    LOSS PAYABLE PROVISIONS
    MP T1 30 02 05    TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART -
                      DELUXE PLAN
    MP T1 02 02 05    BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM
    MP T3 27 07 03    CAUSES OF LOSS - EARTHQUAKE SPRINKLER LEAKAGE
    MP T3 66 08 15    RESTAURANT AND PERISHABLE GOODS PREMIER ENDORSEMENT
    MP T3 07 03 97    PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED
                      LOCATIONS AND RESTAURANTS
    MP T3 25 01 15    FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE
    MP T3 41 02 05    THEFT OF MONEY AND SECURITIES LIMITATION
    MP T3 49 10 06    BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL
                      DOLLAR LIMIT ENDORSEMENT
    MP T3 50 11 06    EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION
    MP T3 56 02 08    AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS
                      PERSONAL PROP COV ENHANCEMENTS
    MP T3 17 02 05    UTILITY SERVICES - TIME ELEMENT
    MP T3 18 02 05    UTILITY SERVICES - DIRECT DAMAGE
    MP T9 73 02 05    SPOILAGE COVERAGE
    MP T4 90 05 10    LIMIT OF INS/OCCURRENCE ENDT - CALIFORNIA
    MP T5 08 01 06    CALIFORNIA CHANGES - REPLACEMENT COST


COMMERCIAL GENERAL LIABILITY

*   CG T0 07 04 09    DECLARATIONS PREMIUM SCHEDULE
    CG T0 08 07 86    KEY TO DECLARATIONS PREMIUM SCHEDULE
    CG T0 34 02 19    TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY
                      COVERAGE FORM CG T1 00 02 19
    CG T1 00 02 19    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    CG D3 09 02 19    AMENDATORY ENDORSEMENT - PRODUCTS-COMPLETED OPERATIONS
                      HAZARD
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**POLICY NUMBER:** 680-9M304995-20-42

**EFFECTIVE DATE:** 01/29/2020

**ISSUE DATE:** 04/02/2020

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | |
|---|---|
| CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |
| CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
| CG T4 91 11 88 | ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION |
| CG D8 42 02 19 | XTEND ENDORSEMENT FOR SMALL BUSINESSES |
| MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D1 42 02 19 | EXCLUSION - DISCRIMINATION |
| CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |

CYBERFIRST ESSENTIALS LIABILITY ENDORSEMENTS

| | |
|---|---|
| PR T0 22 02 12 | CYBERFIRST ESSENTIALS COVERAGE PART DECLARATIONS |
| PR T1 13 02 12 | CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM |
| PR T1 14 02 12 | CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM |
| PR T5 21 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN INSURED ORGANIZATIONS-CYBERFIRST ESSENTIALS |
| PR T4 97 03 15 | BREACH ESSENTIALS ENDORSEMENT |
| PR T5 14 01 15 | AMEND OF AI AND PI DEFINITIONS - INFORMATION SECURITY LIABILITY |
| PR F3 46 02 12 | CALIFORNIA MANDATORY ENDORSEMENT |

LIQUOR LIABILITY

| | |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL T8 00 01 20 | GENERAL PURPOSE ENDORSEMENT |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 04 09 07 | CALIFORNIA CHANGES |
| IL 02 70 09 12 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE: 2 OF 3

POLICY NUMBER: 680-9M304995-20-42

EFFECTIVE DATE: 01/29/2020

ISSUE DATE: 04/02/2020

POLICY HOLDER NOTICES

| | |
|---|---|
| PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |
| PN MP 57 04 17 | IMP NOT PROT SAFEGUARDS SPRK AND REST |
| PN MP 38 01 11 | IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   3   OF   3

# GENERAL LIABILITY

# GENERAL LIABILITY

**DECLARATIONS PREMIUM SCHEDULE**
**Issue Date:** 04/02/2020

**Policy Number:** 680-9M304995-20-42

This Schedule applies to the Declarations for the period of 01/29/2020 to 01/29/2021.

It shows all of your known rating classes as of the effective date.  Any exceptions will be so noted.  This includes all locations you own, rent or occupy.

| STATE | ZIP | CLASS DESCRIPTION/CODE NUMBER | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|-------|-----|-------------------------------|------------------------|-------|-----------------|
| CA | 90071 | FRUITS, VEGETABLES AND PROCESSED FOODS-L | s 25,000 | .467 | |
| CA | 90071 | FINE DINING | s 1,059,679 | 3.272 | -2,808 |
| CA | 90071 | Liquor Liab - Subject to Premium Audit | s 160,000 | 4.211 | -1,323 |

*Subject to Audit

**Rate Computation:** The rate change shown may change any time there is a change in exposure or risk charecteristic during the policy period  or at audit

**Premium Base Legend:**

| Premium Base | How Rates Apply | Premium Base | How Rates Apply |
|--------------|-----------------|--------------|-----------------|
| a = area | per 1000 sq. feet | s = gross sales | per $1000 of gross sales |
| c = cost | per $1000 of total cost | u = units | per unit |
| e = employees | per employee | t = | This premium base is reserved |
| m = admissions | per 1000 of admissions | | for unusual applications. Base |
| p = payroll | per $1000 of payroll | | and how rates apply are shown |
| r = receipts | per $1000 of receipts | | above. |

**CG T0 07 04 09**

Page  1   of 1



**TRAVELERS**

## Report Claims Immediately by Calling*
### 1-800-238-6225
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

# RESTAURANT PAC

**FINE DINING**



## A Custom Insurance Policy Prepared for:

PEZ SEAFOOD DTLA, LLC
DBA: PEZ CANTINA
ATTN BRET THOMPSON
400 S HOPE ST STE 120
LOS ANGELES CA 90071

**Presented by:  E BROOX RANDALL & SONS**

**TRAVELERS⌐**

One Tower Square, Hartford, Connecticut  06183

**COMMON POLICY DECLARATIONS**
RESTAURANT PAC PLUS
**BUSINESS:**FINE DINING

**POLICY NO.:**  680-9M304995-19-42
**ISSUE DATE:** 02/01/2019

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. **NAMED INSURED AND MAILING ADDRESS:**
   PEZ SEAFOOD DTLA, LLC
   DBA: PEZ CANTINA
   ATTN BRET THOMPSON
   400 S HOPE ST STE 120
   LOS ANGELES CA 90071

2. **POLICY PERIOD:** From 01/29/2019 to 01/29/2020 12:01 A.M. Standard Time at your mailing address.

3. **DESCRIPTION OF PREMISES:**

| PREM. LOC. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) |
|---|---|---|---|
| 001 | 001 | FINE DINING | 401 S GRAND AVE |
| | | | LOS ANGELES          CA  90071 |

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES**

| COVERAGE PARTS and SUPPLEMENTS | INSURING COMPANY |
|---|---|
| Businessowners Coverage Part | TIL |

5. The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorse-ments for which symbol numbers are attached on a separate listing.

6. **SUPPLEMENTAL POLICIES:**  Each of the following is a separate policy containing its complete provisions.

| POLICY | POLICY NUMBER | INSURING COMPANY |
|---|---|---|

DIRECT BILL

7. **PREMIUM SUMMARY:**          SUBJECT TO AUDIT

| | | |
|---|---|---|
| Provisional Premium | $ | 11,645.00 |
| Due at Inception | $ | |
| Due at Each | $ | |

NAME AND ADDRESS OF AGENT OR BROKER

COUNTERSIGNED BY:

E BROOX RANDALL & SONS          73044
4751 WILSHIRE BLVD STE 350

LOS ANGELES                    CA 90010

_____
Authorized Representative

IL T0 19 02 05   (Page 1 of  01)
Office: BREA/LA/ORANGE CA  DOWN

DATE: 02/01/2019

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**BUSINESSOWNERS COVERAGE PART DECLARATIONS**
RESTAURANT PAC PLUS

POLICY NO.:  680-9M304995-19-42
ISSUE DATE:  02/01/2019

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

POLICY PERIOD:
From 01-29-19 to 01-29-20 12:01 A.M. Standard Time at your mailing address

FORM OF BUSINESS:  LIMITED LIAB CORP

COVERAGES AND LIMITS OF INSURANCE:  Insurance applies only to an item for which a "limit" or the word "included" is shown.

### COMMERCIAL GENERAL LIABILITY COVERAGE

| OCCURRENCE FORM | LIMITS OF INSURANCE |
|---|---|
| General Aggregate (except Products-Completed Operations Limit) | $ 2,000,000 |
| Products-completed Operations Aggregate Limit | $ 2,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to You | $ 300,000 |
| Medical Payments Limit (any one person) | $ 5,000 |

### BUSINESSOWNERS PROPERTY COVERAGE

DEDUCTIBLE AMOUNT:  Businessowners Property Coverage:  $ 1,000 per occurrence.
Building Glass:  $ 1,000 per occurrence.

BUSINESS INCOME/EXTRA EXPENSE LIMIT:   Actual loss subject to a maximum limit of
$ 1,050,000
Period of Restoration-Time Period:   Immediately

ADDITIONAL COVERAGE:
ADDITIONAL COVERAGE:
   Fine Arts:                    $      25,000

Other additional coverages apply and may be changed by an endorsement.   Please read the policy.

SPECIAL PROVISIONS:

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 02 05  (Page 1 of 2)

BUSINESSOWNERS PROPERTY COVERAGE

**PREMISES LOCATION NO.:**   001        **BUILDING NO.:**   001

| COVERAGE | | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|---|
| BUSINESS PERSONAL PROPERTY | $ | 438,000 | RC* | N/A | 0.0% |
| *Replacement Cost | | | | | |

COVERAGE EXTENSIONS:

| | | | |
|---|---|---|---|
| Accounts Receivable | $ | 25,000 | |
| Valuable Papers | $ | 25,000 | |

Other  coverage extensions apply and may be changed by an endorsement.  Please read the policy.

**MP T0 01 02 05   (Page 2 of 2)**

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  02/01/2019


LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

```
        IL T0 19 02 05     COMMON POLICY DECLARATIONS
        MP T0 01 02 05     BUSINESSOWNERS COVERAGE PART DECLARATIONS
        IL T8 01 01 01     FORMS ENDORSEMENTS AND SCHEDULE NUMBERS
        IL T3 15 09 07     COMMON POLICY CONDITIONS
```

BUSINESSOWNERS

```
        MP T1 30 02 05     TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART -
                           DELUXE PLAN
        MP T1 02 02 05     BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM
        MP T3 27 07 03     CAUSES OF LOSS - EARTHQUAKE SPRINKLER LEAKAGE
        MP T3 66 08 15     RESTAURANT AND PERISHABLE GOODS PREMIER ENDORSEMENT
        MP T3 07 03 97     PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED
                           LOCATIONS AND RESTAURANTS
        MP T3 25 01 15     FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE
        MP T3 41 02 05     THEFT OF MONEY AND SECURITIES LIMITATION
        MP T3 49 10 06     BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL
                           DOLLAR LIMIT ENDORSEMENT
        MP T3 50 11 06     EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION
        MP T3 56 02 08     AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS
                           PERSONAL PROP COV ENHANCEMENTS
        MP T3 17 02 05     UTILITY SERVICES - TIME ELEMENT
        MP T3 18 02 05     UTILITY SERVICES - DIRECT DAMAGE
        MP T9 73 02 05     SPOILAGE COVERAGE
        MP T4 90 05 10     LIMIT OF INS/OCCURRENCE ENDT - CALIFORNIA
        MP T5 08 01 06     CALIFORNIA CHANGES - REPLACEMENT COST
```

COMMERCIAL GENERAL LIABILITY

```
        CG T0 07 04 09     DECLARATIONS PREMIUM SCHEDULE
        CG T0 08 07 86     KEY TO DECLARATIONS PREMIUM SCHEDULE
        CG T0 34 11 03     TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY
                           COVERAGE FORM CG 00 01 10 01
        CG 00 01 10 01     COMMERCIAL GENERAL LIABILITY COVERAGE FORM
        CG D2 55 11 03     AMENDMENT OF COVERAGE - POLLUTION
        CG D3 09 11 03     AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD
        CG D4 71 01 15     AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING
                           INJURY LIABILITY
        CG D0 37 04 05     OTHER INSURANCE - ADDITIONAL INSUREDS
        CG D1 86 11 03     XTEND ENDORSEMENT
        CG D2 03 12 97     AMEND - NON CUMULATION OF EACH OCC
        CG M3 01 02 05     PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED -
                           CHANGES
        CG D4 13 04 08     AMEND COVG - POLLUTION-EQUIP EXCEPTION
```

IL T8 01 01 01                                    PAGE:   1  OF  3

POLICY NUMBER: 680-9M304995-19-42

EFFECTIVE DATE: 01/29/2019

ISSUE DATE: 02/01/2019

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | |
|---|---|
| MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |

CYBERFIRST ESSENTIALS LIABILITY ENDORSEMENTS

| | |
|---|---|
| PR T0 22 02 12 | CYBERFIRST ESSENTIALS COVERAGE PART DECLARATIONS |
| PR T1 13 02 12 | CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM |
| PR T1 14 02 12 | CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM |
| PR T5 21 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN INSURED ORGANIZATIONS-CYBERFIRST ESSENTIALS |
| PR T4 97 03 15 | BREACH ESSENTIALS ENDORSEMENT |
| PR T5 14 01 15 | AMEND OF AI AND PI DEFINITIONS - INFORMATION SECURITY LIABILITY |
| PR F3 46 02 12 | CALIFORNIA MANDATORY ENDORSEMENT |

LIQUOR LIABILITY

| | |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 04 09 07 | CALIFORNIA CHANGES |

IL T8 01 01 01

PAGE:   2   OF   3

**POLICY NUMBER:**  680-9M304995-19-42

**EFFECTIVE DATE:**  01/29/2019

**ISSUE DATE:**  02/01/2019

INTERLINE ENDORSEMENTS (CONTINUED)

    IL 02 70 09 12    CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL

POLICY HOLDER NOTICES

    PN T4 54 01 08    IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND
                         BROKER COMPENSATION
    PN MP 57 04 17    IMP NOT PROT SAFEGUARDS SPRK AND REST
    PN MP 38 01 11    IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS

IL T8 01 01 01

PAGE:   3   OF   3

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

Travelers Doc Mgmt  111 of 395
Exhibit A, Page 128

**2.** We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. BUSINESSOWNERS COVERAGE PART – REFERENCES TO FORMS AND ENDORSEMENTS**

In some instances, the Common Policy Declarations may list endorsements included in the Businessowners Coverage Part that reference:

**1.** The Commercial Property Coverage Part;

**2.** The Commercial General Liability or Liquor Liability Coverage Part; or

**3.** Standard Property forms including, but not limited to, the following:

**a.** Building and Personal Property Coverage Form;

**b.** Business Income Coverage Form;

**c.** Commercial Property Conditions;

**d.** Condominium Association Coverage Form;

**e.** Condominium Commercial Unit-Owners Coverage Form;

**f.** Causes of Loss Basic Form;

**g.** Causes of Loss Special Form; and

**h.** Causes of Loss Earthquake Form.

Endorsements referencing the Commercial Property Coverage Part or the Standard Property Forms referenced above apply to the Businessowners Property Coverage Special Form in the same manner as they apply to the forms they reference.

Endorsements referencing the Commercial General Liability Coverage Part apply to the Commercial General Liability Coverage Form (included in the Businessowners Coverage Part) in the same manner as they apply to the form they reference.

**H. INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)
The Phoenix Insurance Company (PHX)
The Charter Oak Fire Insurance Company (COF)
Travelers Property Casualty Company of America (TIL)
The Travelers Indemnity Company of Connecticut (TCT)
The Travelers Indemnity Company of America (TIA)
Travelers Casualty Insurance Company of America (ACJ)

Secretary

President

Page 2 of 2     Includes the copyrighted material of Insurance Services Office, Inc. with its permission.   **IL T3 15 09 07** (Rev. 03-11)

Travelers Doc Mgmt  112 of 395

Exhibit A, Page 129

**BUSINESSOWNERS**

# BUSINESSOWNERS

# TABLE OF CONTENTS

## BUSINESSOWNERS COVERAGE PART
## DELUXE PLAN

The following indicates the contents of the principal forms which may be attached to your policy. It contains no reference to the Declarations or Endorsements which also may be attached.

## BUSINESSOWNERS PROPERTY COVERAGE
## SPECIAL FORM MP T1 02

Beginning on Page

| | |
|---|---|
| COVERAGE | 1 |
| Covered Property | 1 |
| Property Not Covered | 2 |
| Business Income and Extra Expense | 2 |
| Covered Causes of Loss | 3 |
| Limitations | 3 |
| Additional Coverages | 4 |
| Coverage Extensions | 11 |
| EXCLUSIONS | 22 |
| LIMITS OF INSURANCE | 26 |
| Inflation Guard | 26 |
| Business Personal Property Limit — Seasonal Increase | 27 |
| DEDUCTIBLES | 27 |
| PROPERTY LOSS CONDITIONS | 27 |
| Abandonment | 27 |
| Appraisal | 27 |
| Duties in the Event of Loss or Damage | 27 |
| Loss Payment — Building and Personal Property | 28 |
| Loss Payment — Business Income and Extra Expense | 31 |
| Recovered Property | 32 |
| Noncumulative Limit | 32 |
| COMMERCIAL PROPERTY CONDITIONS | 32 |
| Concealment, Misrepresentation or Fraud | 32 |
| Control of Property | 32 |
| Insurance Under Two or More Coverages | 33 |
| Legal Action Against Us | 33 |
| Liberalization | 33 |
| No Benefit to Bailee | 33 |
| Other Insurance | 33 |
| Policy Period, Coverage Territory | 33 |
| Transfer of Rights of Recovery Against Others to Us | 33 |
| Coinsurance | 33 |
| Mortgageholders | 34 |
| PROPERTY DEFINITIONS | 35 |

# BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph G – PROPERTY DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Form, means the type of property described in this Paragraph **A.1.**, and limited in Paragraph **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a.** **Building**, meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fences;

(3) Fixtures, including outdoor fixtures;

(4) Retaining walls, whether or not attached;

(5) Permanently attached:

  (a) Machinery; and

  (b) Equipment;

(6) Outdoor swimming pools;

(7) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

  (a) Fire extinguishing equipment;

  (b) Outdoor furniture;

  (c) Floor coverings;

  (d) Lobby and hallway furnishings;

  (e) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

  (f) Lawn maintenance and snow removal equipment; and

  (g) Alarm systems; and

(8) If not covered by other insurance:

  (a) Additions under construction, alterations and repairs to the building or structure; and

  (b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b.** **Business Personal Property** located in or on the buildings described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises, including:

(1) Property owned by you and used in your business;

(2) Property of others that is in your care, custody or control;

(3) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

  (a) Made a part of the building or structure you rent, lease or occupy but do not own; and

  (b) You acquired or made at your expense but are not permitted to remove; and

(4) "Money" and "Securities".

### 2. Property Not Covered

Unless the following is added by endorsement to this Coverage Form, Covered Property does not include:

BUSINESSOWNERS

a. Aircraft;

b. Automobiles held for sale;

c. Vehicles or self-propelled machines that are:

   (1) Licensed for use on public roads; or

   (2) Operated principally away from the described premises;

This paragraph does not apply to:

   (1) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

   (2) Vehicles or self-propelled machines, other than autos, you hold for sale; or

   (3) Trailers or semi-trailers, except as provided in the Non-Owned Detached Trailers Coverage Extension.

d. Dams or dikes;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavating, grading, backfilling or filling (except those costs made necessary due to repair of buildings insured under this Coverage Form from a Covered Cause of Loss), reclaiming or restoring land or water;

g. Water or land whether in its natural state or otherwise (including land on which the property is located), land improvements, growing crops or standing timber;

h. Outdoor trees, shrubs, plants and lawns, other than "stock" except as provided in the Outdoor Trees, Shrubs, Plants and Lawns Coverage Extension.

i. The following property while outside of the buildings:

   (1) Bridges, walks, roadways, patios or other paved surfaces; or

   (2) Outdoor radio or television antennas, (including satellite dishes) and including their lead-in wiring, masts or towers;

except as provided in the Outdoor Property Coverage Extension;

j. Watercraft (including motors, equipment and accessories) while afloat;

k. Accounts and bills, except as provided in the Accounts Receivable Coverage Extension;

l. "Valuable Papers and Records", except as provided in the Valuable Papers and Records Coverage Extension;

m. Property that is covered under another Coverage Form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

n. "Fine Arts" except as provided in the Fine Arts Additional Coverage;

o. Bullion, gold, silver, platinum and other precious alloys or metals, except if they are used in your "operations" (theft limitation applies);

p. "Electronic Data Processing Equipment" (not including "stock") except as provided in the Electronic Data Processing Coverage Extension;

q. "Electronic Data Processing Data and Media" (not including "stock") except as provided in the Electronic Data Processing Coverage Extension or in the Accounts Receivable Coverage Extension; or

r. Outdoor signs, except as provided in the Signs Coverage Extension.

3. **Business Income and Extra Expense**

Business Income and Extra Expense is provided at the premises described in the Declarations when the Declarations show that you have coverage for Business Income and Extra Expense.

a. **Business Income**

   (1) Business Income means:

      (a) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred, including:

         (i) "Rental Value"; and

         (ii) "Maintenance Fees", if you are a condominium association; and

      (b) Continuing normal operating expenses incurred, including payroll.

   (2) We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be

Copyright, The Travelers Indemnity Company, 2004

caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

**(3)** With respect to the requirements set forth in Paragraph **(2)** above, if you rent, lease or occupy only part of the site at which the described premises are located, the described premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**b. Extra Expense**

**(1)** Extra Expense means reasonable and necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property caused by or resulting from a Covered Cause of Loss.

**(2)** We will pay Extra Expense (other than the expense to repair or replace property) to:

**(a)** Avoid or minimize the "suspension" of business and to continue "operations" at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement premises or temporary locations; or

**(b)** Minimize the "suspension" of business if you cannot continue "operations".

**(3)** We will also pay Extra Expense (including Expediting Expenses) to repair or replace the property, but only

to the extent it reduces the amount of loss that otherwise would have been payable under Paragraph **a.** Business Income, above.

**c. Extended Business Income**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under Paragraph **a.** Business Income above, we will also pay for the actual loss of Business Income you sustain during the period that:

**(1)** Begins on the date property is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(2)** Ends on the earlier of:

**(a)** The date you could restore your "operations" with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage occurred; or

**(b)** Sixty consecutive days after the date determined in Paragraph **(1)** above.

However, this extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

**d.** If the Declarations show for Business Income and Extra Expense:

**(1)** Actual loss for 12 consecutive months, then we will pay for loss of Business Income and Extra Expense that occurs within 12 consecutive months following the date of direct physical loss or damage; or

**(2)** Actual loss up to 12 consecutive months subject to a maximum dollar limit, then we will pay for loss of Business Income and Extra Expense that occurs within 12 consecutive months following the date of direct physical loss or damage, subject to the limit shown in any one occurrence.

**4. Covered Causes of Loss**

RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

BUSINESSOWNERS

   **a.** Limited in Paragraph **A.5.**, Limitations; or

   **b.** Excluded in Paragraph **B.**, Exclusions.

**5. Limitations**

  **a.** We will not pay for loss of or damage to:

    **(1)** The "interior of any building or structure" or to personal property in the building or structure, caused by rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      **(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      **(b)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

    **(2)** Steam boilers, steam pipes, steam engines, or steam turbines, caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    **(3)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than explosion.

  **b.** We will not pay for loss of or damage to the following types of property unless caused by any of the "specified causes of loss" or building glass breakage:

    **(1)** Live animals, birds or fish, and then only if they are killed or their destruction is made necessary.

    **(2)** Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This limitation does not apply to:

      **(a)** Glass that is part of the exterior or interior of a building or structure;

      **(b)** Containers of property held for sale; or

      **(c)** Photographic or scientific instrument lenses.

  **c.** For loss or damage by "theft", the most we will pay in any one occurrence for the following types of property is:

    **(1)** $2,500 for all furs, fur garments and garments trimmed with fur.

    **(2)** $5,000 for all jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $500 or less per item.

    **(3)** $2,500 for all patterns, dies, molds and forms.

  **d.** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss, if the building where loss or damage occurs has been "vacant" for more than 60 consecutive days before that loss or damage occurs:

    **(1)** Vandalism;

    **(2)** Sprinkler Leakage, unless you have protected the system against freezing;

    **(3)** Building glass breakage;

    **(4)** Discharge or leakage of water;

    **(5)** "Theft"; or

    **(6)** Attempted "theft".

    With respect to Covered Causes of Loss other than those listed in Paragraphs **(1)** through **(6)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

  **e.** Coverage for Business Income and Extra Expense does not apply to any loss or increase in loss caused by direct physical loss of or damage to "Electronic Data Processing Data and Media", except as provided in the Interruption of Computer Operations Coverage Extension.

**6. Additional Coverages**

  Unless otherwise stated, payments made under the following Additional Coverages are in addition to the applicable Limits of Insurance.

Copyright, The Travelers Indemnity Company, 2004

**MP T1 02 02 05**

Travelers Doc Mgmt  119 of 395

Exhibit A, Page 136

a. **Arson and Theft Reward**

(1) We will pay for reasonable expenses you incur for rewards that lead to:

(a) An arson conviction in connection with a covered fire or explosion loss, or

(b) A "theft" conviction in connection with a covered "theft" loss.

(2) The most we will pay under this Additional Coverage in connection with a particular loss is $5,000.

b. **Claim Data Expense**

(1) We will pay the reasonable expenses you incur in preparing claim data when we require such data to show the extent of loss. This includes the cost of taking inventories, making appraisals, preparing income statements, and preparing other documentation.

(2) Under this Additional Coverage, we will not pay for:

(a) Any expenses incurred, directed, or billed by or payable to attorneys, insurance adjusters or their associates or subsidiaries;

(b) Any costs in connection with Paragraph **E.2.**, Appraisal; or

(c) Any expenses incurred, directed, or billed by or payable to insurance brokers or agents, or their associates or subsidiaries, without our written consent prior to such expenses being incurred.

(3) The most we will pay for preparation of claim data under this Additional Coverage in any one occurrence is $5,000 regardless of the number of premises involved.

c. **Debris Removal**

(1) We will pay your expense to remove debris of Covered Property, other than outdoor trees, shrubs, plants and lawns as described in the Outdoor Trees, Shrubs, Plants and Lawns Coverage Extension, caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(3) Except as provided in Paragraph **(4)** below, payment for Debris Removal is included within the applicable Limit of Insurance shown in the Declarations. The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct physical loss or damage to Covered Property; plus

(b) The deductible in this Coverage Form applicable to that loss or damage.

(4) When the debris removal expense exceeds the 25% limitation in Paragraph **(3)** above or when the sum of the debris removal expense and the amount we pay for the direct physical loss of or damage to Covered Property exceeds the applicable Limit of Insurance, we will pay up to an additional $25,000 for debris removal expense in any one occurrence, at each described premises.

d. **Employee Dishonesty**

(1) We will pay for loss of or damage to Covered Property resulting directly from "employee dishonesty".

We will pay for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates year to year or period to period.

(2) Paragraphs **B.2.h.** and **B.2.o.** do not apply to this Additional Coverage.

(3) We will not pay for loss resulting from the dishonest acts of any "employee" if coverage for that "employee" was either cancelled or excluded from any previous insurance policy of yours

BUSINESSOWNERS

providing "employee dishonesty" coverage.

**(4)** This Additional Coverage is cancelled as to any "employee" immediately upon discovery by:

**(a)** You; or

**(b)** Any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee",

of any fraudulent dishonest act committed by that "employee" before or after being employed by you.

**(5)** We will pay for covered loss or damage only if discovered no later than one year from the end of the Policy Period.

**(6)** The most we will pay for loss or damage under this Additional Coverage in any one occurrence is $25,000.

**(7)** With respect to this Additional Coverage, occurrence means all loss or damage caused by or involving the same "employee(s)" whether the result of a single act or series of acts.

**(8)** If, during the period of any prior "Employee Dishonesty" insurance, you (or any predecessor in interest) sustained loss or damage that you could have recovered under that insurance, except that the time within which to discover loss or damage has expired, we will pay for it under this Additional Coverage, subject to the following:

**(a)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

**(b)** The loss or damage would have been covered by this insurance had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**(9)** The insurance provided under Paragraph **(8)** above is part of, not in addition to the Limit of Insurance described in Paragraph **(6)** above and is limited to the lesser of the amount recoverable under:

**(a)** This Additional Coverage, as of its effective date; or

**(b)** The prior "Employee Dishonesty" insurance, had it remained in effect.

**e. Expediting Expenses**

**(1)** In the event of direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss, we will pay for the reasonable and necessary additional expenses you incur to make temporary repairs, expedite permanent repairs, or expedite permanent replacement, at the premises sustaining loss or damage. Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation. Expediting expenses do not include expenses you incur for the temporary rental of property or temporary replacement of damaged property.

**(2)** With respect to this Additional Coverage, "breakdown" to "covered equipment" will not be considered a Covered Cause of Loss, even if otherwise covered elsewhere in this Coverage Form.

**(3)** The most we will pay under this Additional Coverage in any one occurrence is $25,000, regardless of the number of premises involved.

**f. Fine Arts**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at any described premises, we will pay for direct physical loss of or damage to "fine arts" which are owned by:

**(a)** You; or

**(b)** Others and in your care, custody, or control;

caused by or resulting from a Covered Cause of Loss, including while on exhibit, anywhere within the Coverage Territory.

**(2)** The breakage limitation under Paragraph **A.5.b.(2)** does not apply to this Additional Coverage.

Copyright, The Travelers Indemnity Company, 2004

MP T1 02 02 05

**(3)** The following exclusions apply to this Additional Coverage:

**(a)** We will not pay for loss or damage caused by or resulting from wear and tear, any quality in the property that causes it to damage or destroy itself, gradual deterioration, insects, birds, rodents or other animals;

**(b)** We will not pay for loss or damage caused by or resulting from dampness or dryness of atmosphere, or changes in or extremes of temperature;

**(c)** We will not pay for loss or damage caused by or resulting from any repairing, restoration or retouching process;

**(d)** We will not pay for loss or damage caused by or resulting from faulty packing;

**(e)** Paragraph **B.1.b.** Earth Movement;

**(f)** Paragraph **B.1.c.** Governmental Action;

**(g)** Paragraph **B.1.d.** Nuclear Hazard;

**(h)** Paragraph **B.1.f.** War and Military Action;

**(i)** Paragraph **B.1.g.** Water;

**(j)** Paragraph **B.1.h.** Neglect; and

**(k)** Paragraph **B.2.g.**

No other exclusions in Paragraph **B.** Exclusions apply to this Additional Coverage. However, if any exclusions are added by endorsement to this Coverage Form, such exclusions will apply to this Additional Coverage.

**(4)** The most we pay for loss or damage under this Additional Coverage in any one occurrence is $25,000, or the amount shown in the Declarations for "fine arts", whichever is greater. This limit applies regardless of the number of premises involved.

**g. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 in any one occurrence for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**h. Fire Protective Equipment Discharge**

**(1)** If fire protective equipment discharges accidentally or to control a Covered Cause of Loss we will pay your cost to:

**(a)** Refill or recharge the system with the extinguishing agents that were discharged; and

**(b)** Replace or repair faulty valves or controls which caused the discharge.

**(2)** The most we will pay under this Additional Coverage in any one occurrence is $10,000, regardless of the number of premises involved.

**i. Forgery or Alteration**

**(1)** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in money that are made or drawn by or drawn upon you, or made or drawn by one acting as an agent or purported to have been so made or drawn.

We will consider signatures that are produced or reproduced electronically, mechanically or by facsimile the same as handwritten signatures.

We will pay for loss that you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**(2)** We will not pay for loss resulting from any dishonest or criminal acts committed by you or any of your partners, "employees", "members", "managers", officers, directors or trustees whether acting alone or in collusion with other persons.

BUSINESSOWNERS

**(3)** We will pay for covered loss discovered no later than one year from the end of the Policy Period.

**(4)** The most we will pay for loss under this Additional Coverage in any one occurrence is $25,000, regardless of the number of premises involved.

**(5)** With respect to this Additional Coverage, occurrence means all loss caused by any person, or in which that person is concerned or implicated, either resulting from a single act or any number of such acts, whether the loss involves one or more instruments.

**(6)** If, during the period of any prior Forgery or Alteration insurance, you (or any predecessor in interest) sustained loss or damage that you could have recovered under that insurance, except that the time within which to discover loss or damage has expired, we will pay for it under this Additional Coverage provided:

**(a)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

**(b)** The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

**(7)** The insurance provided under Paragraph **(6)** above is part of, and not in addition to the limit described in Paragraph **(4)** above and is limited to the lesser of the amount recoverable under:

**(a)** This Additional Coverage up to the applicable Limit of Insurance under this Coverage Form, as of its effective date; or

**(b)** The prior Forgery or Alteration insurance, had it remained in effect.

**(8)** If you are sued for refusing to pay any covered instrument described in Paragraph **(1)** above on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount we will pay for these legal expenses will be part of and not in addition to the limit described in Paragraph **(4)** above.

**j.  Newly Acquired or Constructed Property**

**(1) Buildings**

**(a)** We will pay for direct physical loss of or damage to the following property caused by or resulting from a Covered Cause of Loss:

**(i)** Your:

**a)** New buildings while being built on a premises shown in the Declarations;

**b)** New buildings while being built on newly acquired premises; and

**c)** Materials, equipment, supplies and temporary structures used in connection with such buildings while they are being built; or

**(ii)** Buildings you acquire by purchase or lease at any premises, including those premises shown in the Declarations.

**(b)** The most we will pay for loss of or damage to newly constructed buildings or newly acquired buildings under this Additional Coverage in any one occurrence is $500,000 at each premises.

**(2) Business Personal Property**

**(a)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at any described premises, we will pay for direct physical loss of or damage to the following property caused by or resulting from a Covered Cause of Loss:

**(i)** Business Personal Property, including such property that you newly acquire, at a build-

Copyright, The Travelers Indemnity Company, 2004

Travelers Doc Mgmt   123 of 395

Exhibit A, Page 140

BUSINESSOWNERS

ing you acquire by purchase or lease at any premises, including those premises shown in the Declarations; and

(ii) Business Personal Property that you newly acquire at a described premises.

(b) The most we will pay for loss of or damage to Business Personal Property under this Additional Coverage in any one occurrence is $250,000 at each premises.

(3) **Period Of Coverage**

(a) With respect to insurance under this Additional Coverage, coverage will end when any of the following first occurs:

(i) This policy expires;

(ii) 180 days expire after you acquire the property or begin to construct the property;

(iii) You report values to us; or

(iv) The property is more specifically insured.

(b) We will charge you additional premium for values reported to us from the date construction begins or you acquire the property.

k. **Ordinance or Law**

(1) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay for:

(a) Loss in value of the undamaged portion of the building as a consequence of enforcement of the minimum requirements of any ordinance or law that requires the demolition of undamaged parts of the same building;

(b) Demolition cost, meaning the cost to demolish and clear the site of undamaged parts of the same building as a consequence of enforcement of the minimum requirements of any ordinance or law that required demolition of such undamaged property; and

(c) The increased cost of construction, meaning the increased cost to repair, rebuild or construct the property as a consequence of enforcement of the minimum requirements of any ordinance or law. This increased cost of construction coverage applies only if:

(i) The building is insured for replacement cost;

(ii) The building is repaired, rebuilt or reconstructed; and

(iii) The repaired, rebuilt or reconstructed building is intended for similar occupancy as the current building, unless otherwise required by zoning or land use ordinance or law.

(2) The ordinance or law referred to in this Additional Coverage is an ordinance or Law that:

(a) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(b) Is in force at the time of the loss.

(3) We will not pay under this Additional Coverage for:

(a) Loss due to any ordinance or law that:

(i) You were required to comply with before the loss, even if the building was undamaged; and

(ii) You failed to comply with; or

(b) Costs associated with the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(4) Paragraph **B.1.a.** does not apply to this Additional Coverage.

(5) Subject to the limit described in Paragraph **(6)** below:

(a) The insurance provided under this Additional Coverage for loss in value to the undamaged portion of the building is limited as follows:

BUSINESSOWNERS

**(i)** If Replacement Cost Coverage applies and the building is repaired or replaced on the same or another premises, we will not pay more than the lesser of:

   **a)** The amount you actually spend to repair, rebuild or reconstruct the undamaged portion of the building; or

   **b)** The amount it would cost to restore the undamaged portion of the building on the same premises and to the same height, floor area, style and comparable quality of the original undamaged portion of the building; or

**(ii)** If Replacement Cost Coverage applies and the building is not repaired or replaced, or if Replacement Cost Coverage does not apply, we will not pay more than the actual cash value of the undamaged portion of the building at the time of loss.

**(b)** We will not pay more for demolition costs than the amount you actually spend to demolish and clear the site of the described premises.

**(c)** The insurance provided under this Additional Coverage for increased cost of construction is limited as follows:

**(i)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay is the increased cost of construction at the same premises; or

**(ii)** If the ordinance or law requires relocation to another premises, the most we will pay is the increased cost of construction at the new premises.

**(6)** The most we will pay for loss under this Additional Coverage for the total of all coverages described in Paragraph **(1)** above in any one occurrence is $25,000 at each described premises.

**l.** **Outdoor Trees, Shrubs, Plants and Lawns**

**(1)** We will pay for direct physical loss of or damage to outdoor trees, shrubs, plants (other than "stock" of trees, shrubs or plants) and lawns located at the described premises caused by or resulting from a Covered Cause of Loss.

**(2)** The most we will pay for loss or damage under this Additional Coverage in any one occurrence is $3,000 at each described premises.

**(3)** Debris removal, because of covered loss or damage to outdoor trees, shrubs, plants and lawns, is included within the limits described in Paragraph **(2)** above.

**m.** **Pollutant Cleanup and Removal**

**(1)** We will pay your necessary and reasonable expense to extract "pollutants" from land or water at the described premises, if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a "specified cause of loss" which occurs:

   **(a)** At the described premises;

   **(b)** To Covered Property; and

   **(c)** During the policy period.

**(2)** The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the "specified cause of loss" occurs.

**(3)** This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

**(4)** The most we will pay under this Additional Coverage is $25,000 for the sum of all covered expenses arising

Copyright, The Travelers Indemnity Company, 2004

MP T1 02 02 05

BUSINESSOWNERS

out of all Covered Causes of Loss occurring during each separate 12 month period of this policy beginning with the effective date of this policy. This amount applies regardless of the number of premises involved.

**n. Preservation of Property**

(1) If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for:

(a) Any direct physical loss of or damage to such property while:

(i) Being moved; or

(ii) Temporarily stored at another location only if the loss or damage occurs within 90 days after the property is first moved; and

(b) The costs incurred to:

(i) Remove such property from the described premises; and

(ii) Return such property to the described premises.

(2) Coverage under this Additional Coverage will end when any of the following first occurs:

(a) When the policy is amended to provide insurance at the new location;

(b) The property is returned to the original described premises;

(c) 90 days expire after the property is first moved; or

(d) This policy expires.

(3) Payments under this Additional Coverage are subject to and not in addition to the applicable Limit of Insurance.

**o. Temporary Relocation of Property**

(1) If Covered Property is removed from the described premises and stored temporarily at a location you own, lease or operate while the described premises is being renovated or remodeled, we will pay for direct physical loss of or damage to that stored property:

(a) Caused by or resulting from a Covered Cause of Loss;

(b) Up to $50,000 at each temporary location in any one occurrence; and

(c) During the storage period of up to 90 consecutive days but not beyond expiration of this policy.

(2) This Additional Coverage does not apply if the stored property is more specifically insured.

**p. Water Damage, Other Liquids, Powder or Molten Material Damage**

(1) If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

(2) We will not pay the cost to repair any defect to a system or appliance from which the water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(a) Results in discharge of any substance from an automatic fire protection system; or

(b) Is directly caused by freezing.

(3) Payments under this Additional Coverage are subject to and not in addition to the applicable Limit of Insurance.

**7. Coverage Extensions**

Unless otherwise stated, payments made under the following Coverage Extensions are subject to and not in addition to the applicable Limits of Insurance.

**a. Accounts Receivable**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to loss, as described in Paragraph **(2)** below, due to direct physical loss of or damage to your

BUSINESSOWNERS

records of accounts receivable (including those on electronic data processing media) caused by or resulting from a Covered Cause of Loss. Credit card company media will be considered accounts receivable until delivered to the credit card company.

**(2)** We will pay for:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable.

**(3)** The following exclusions apply to this Coverage Extension:

**(a)** We will not pay for loss caused by or resulting from bookkeeping, accounting or billing errors or omissions;

**(b)** We will not pay for loss that requires an audit of records or any inventory computation to prove its factual existence;

**(c)** We will not pay for loss caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property. But this exclusion applies only to the extent of the wrongful giving, taking or withholding;

**(d)** Paragraph **B.1.b.** Earth Movement;

**(e)** Paragraph **B.1.c.** Governmental Action;

**(f)** Paragraph **B.1.d.** Nuclear Hazard;

**(g)** Paragraph **B.1.f.** War and Military Action;

**(h)** Paragraph **B.1.g.** Water;

**(i)** Paragraph **B.1.h.** Neglect; and

**(j)** Paragraph **B.2.g.**

No other exclusions in Paragraph **B.** Exclusions apply to this Coverage Extension. However, if any exclusions are added by endorsement to this Coverage Form, such exclusions will apply to this Coverage Extension.

**(4)** The most we will pay under this Coverage Extension for loss of or damage to records of accounts receivable in any one occurrence while in transit or at a premises other than the described premises is $25,000.

**(5)** The most we will pay under this Coverage Extension for loss of or damage to records of accounts receivable in any one occurrence at each described premises is $25,000 or the amount shown in the Declarations for Accounts Receivable, whichever is greater.

**(6)** Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

**b. Appurtenant Buildings and Structures**

**(1)** When a Limit of Insurance is shown in the Declarations for Building at the described premises, you may extend that insurance to apply to direct physical loss of or damage to incidental appurtenant buildings or structures, within 1,000 feet of that described premises, caused by or resulting from a Covered Cause of Loss.

**(2)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to Business Personal Property within incidental appurtenant buildings or structures within 1,000 feet of that described premises, caused by or resulting from a Covered Cause of Loss.

 Copyright, The Travelers Indemnity Company, 2004 **MP T1 02 02 05**

Travelers Doc Mgmt  127 of 395

Exhibit A, Page 144

(3) Incidental appurtenant buildings or structures include:

(a) Storage buildings;

(b) Carports;

(c) Garages;

(d) Pump houses; or

(e) Above ground tanks;

which have not been specifically described in the Declarations.

(4) The most we will pay for loss or damage under this Coverage Extension in any one occurrence for any combination of loss of or damage to Building and Business Personal Property is $50,000, regardless of the number of described premises involved.

(5) Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

c. **Building Glass**

(1) If:

(a) You are the building owner; and

(b) A Limit of Insurance is shown in the Declarations for Building at the described premises;

you may extend that insurance to apply to direct physical loss of or damage to all exterior and interior building glass caused by or resulting from a Covered Cause of Loss, including glass breakage and damage to glass by chemicals accidentally or maliciously applied to glass.

(2) If:

(a) You are a tenant;

(b) A Limit of Insurance is shown in the Declarations for Building or Business Personal Property at the described premises; and

(c) You are contractually obligated to repair or replace building glass at the described premises;

you may extend that insurance to apply to direct physical loss of or damage to all exterior and interior building glass caused by or resulting from a Covered Cause of Loss, including glass breakage and damage to glass

by chemicals accidentally or maliciously applied to glass.

(3) We will also pay for necessary expenses in connection with loss or damage covered in Paragraphs **(1)** or **(2)** above, incurred by you to:

(a) Put up temporary plates or board up openings;

(b) Repair or replace encasing frames; and

(c) Remove or replace obstructions.

(4) The following exclusions apply to this Coverage Extension:

(a) We will not pay for loss or damage caused by or resulting from:

(i) Wear and tear;

(ii) Hidden or latent defect;

(iii) Corrosion; or

(iv) Rust;

(b) Paragraph **B.1.b.** Earth Movement;

(c) Paragraph **B.1.c.** Governmental Action;

(d) Paragraph **B.1.d.** Nuclear Hazard;

(e) Paragraph **B.1.f.** War and Military Action; and

(f) Paragraph **B.1.g.** Water.

No other exclusions in Paragraph **B.** Exclusions apply to this Coverage Extension. However, if any exclusions are added by endorsement to this Coverage Form, such exclusions will apply to this Coverage Extension.

d. **Business Income and Extra Expense From Dependent Property**

(1) When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur due to the "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage at the premises of a Dependent Property, caused

BUSINESSOWNERS

by or resulting from a Covered Cause of Loss.

**(2)** Dependent Property means property operated by others whom you depend on to:

**(a)** Deliver materials or services (other than "water supply services", "communication supply services" or "power supply services") to you, or to others for your account (Contributing Locations);

**(b)** Accept your products or services (Recipient Locations);

**(c)** Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

**(d)** Attract customers to your business (Leader Locations).

**(3)** With respect to this Coverage Extension, the "period of restoration":

**(a)** Begins 24 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the Dependent Property;

**(b)** Ends on the date when the property at the premises of the Dependent Property should be repaired, rebuilt or replaced with reasonable speed and similar quality; and

**(c)** Does not include any increased period required due to the enforcement of any ordinance or law that:

**(i)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(ii)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(4)** This Coverage Extension:

**(a)** Applies to Dependent Property premises located within the Coverage Territory; and

**(b)** Does not apply when you have more specific insurance under any other policy.

**(5)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations" in whole or in part, by using any other available:

**(a)** Source of materials; or

**(b)** Outlet for your products.

**(6)** The most we will pay for Business Income and Extra Expense under this Coverage Extension in any one occurrence is $10,000, regardless of the number of described premises or number of Dependent Properties involved.

**(7)** Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

**e. Business Income and Extra Expense -- Newly Acquired Premises**

**(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur due to the "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage caused by or resulting from a Covered Cause of Loss at any premises you newly acquire by purchase or lease (other than at fairs, trade shows or exhibitions).

**(2)** The most we will pay under this Coverage Extension for the sum of Business Income and Extra Expense you incur in any one occurrence is $250,000 at each newly acquired premises.

**(3)** Insurance under this Coverage Extension for each newly acquired

Copyright, The Travelers Indemnity Company, 2004    **MP T1 02 02 05**

BUSINESSOWNERS

premises will end when any of the following first occurs:

(a) This policy expires;

(b) 90 days expire after you acquire that premises;

(c) You report that premises to us; or

(d) The Business Income or Extra Expense is more specifically insured.

We will charge you additional premium for premises reported from the date you acquire that premises.

(4) Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

**f.   Business Personal Property Off Premises**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to such property caused by or resulting from a Covered Cause of Loss while:

(a) In the course of transit to or from the described premises; or

(b) Temporarily away from the described premises, and:

(i) At a premises you do not own, lease or operate; or

(ii) At any fair, trade show or exhibition at a premises you do not own or regularly occupy.

(2) This Coverage Extension does not apply to property:

(a) While in the custody of the United States Postal Service;

(b) Rented or leased to others;

(c) After delivery to customers;

(d) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition;

(e) Temporarily at a premises for more than 60 consecutive days, except "money" and "securities" at a "banking premises";

(f) Otherwise covered under the Fine Arts Additional Coverage; or

(g) Otherwise covered under the following Coverage Extensions:

(i) Accounts Receivable;

(ii) Electronic Data Processing;

(iii) Personal Effects; or

(iv) Valuable Papers and Records.

**g.   Civil Authority**

(1) When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur caused by action of civil authority that prohibits access to the described premises. The civil authority action must be due to direct physical loss of or damage to property at locations, other than described premises, that are within 100 miles of the described premises, caused by or resulting from a Covered Cause of Loss.

(2) The coverage for Business Income will begin 24 hours after the time of that action and will apply for a period of three consecutive weeks after coverage begins.

(3) The coverage for Extra Expense will begin immediately after the time of that action and will end when your Business Income coverage ends for this Coverage Extension.

**h.   Electronic Data Processing**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to "Electronic Data Processing Equipment" and to "Electronic Data Processing Data and Media", caused by or resulting from a Covered Cause of Loss.

(2) Worldwide coverage is provided under this Coverage Extension. The coverage territory as described in

BUSINESSOWNERS

Paragraph **F.8.b.** does not apply to this Coverage Extension.

**(3)** This Coverage Extension does not apply to:

**(a)** "Stock"; or

**(b)** Property that is leased or rented to others.

**(4)** The following exclusions as described in Paragraph **B.** Exclusions do not apply to this Coverage Extension:

**(a)** Paragraph **1.e.** Utility Services;

**(b)** Paragraph **2.a.**; or

**(c)** Paragraph **2.d.(6).**

**(5)** The following additional exclusions apply to this Coverage Extension:

**(a)** We will not pay for loss or damage caused by or resulting from any of the following:

**(i)** Programming errors, omissions or incorrect instructions to a machine. But if programming errors, omissions or incorrect instructions to a machine results in a "specified cause of loss" or mechanical breakdown of "Electronic Data Processing Equipment", we will pay for the loss or damage caused by that "specified cause of loss" or mechanical breakdown of "Electronic Data Processing Equipment";

**(ii)** Unauthorized viewing, copying or use of "Electronic Data Processing Data and Media" (or any proprietary or confidential information or intellectual property) by any person, even if such activity is characterized as "theft";

**(iii)** Errors or deficiency in design, installation, maintenance, repair or modification of your computer systems or any computer system or network to which your system is connected or on which your system depends (including electronic data). But if errors or

deficiency in design, installation, maintenance, repair or modification of your computer system or any computer system or network to which your system is connected or on which your system depends (including electronic data) results in a "specified cause of loss" or mechanical breakdown of "Electronic Data Processing Equipment", we will pay for the loss or damage caused by that "specified cause of loss" or mechanical breakdown of "Electronic Data Processing Equipment";

**(iv)** Unexplained or indeterminable failure, malfunction or slowdown of a computer system, including "Electronic Data Processing Data and Media" or the inability to access or properly manipulate "Electronic Data Processing Data and Media"; or

**(v)** "Electronic Vandalism" except as provided in Paragraph **(9)** below.

**(6)** The most we will pay under this Coverage Extension for loss of or damage to "Electronic Data Processing Equipment" and to "Electronic Data Processing Data and Media", while in transit or at a premises other than the described premises, in any one occurrence, is $25,000.

**(7)** The most we will pay under this Coverage Extension for loss of or damage to duplicates of your "Electronic Data Processing Data and Media" while stored at a separate premises from where your original "Electronic Data Processing Data and Media" are kept, in any one occurrence, is $25,000.

**(8)** The most we will pay under this Coverage Extension for loss or damage to "Electronic Data Processing Equipment", including such property you newly acquire in any one occurrence is $25,000 at each newly acquired premises. With respect to insurance

Copyright, The Travelers Indemnity Company, 2004
MP T1 02 02 05

under this Coverage Extension on newly acquired "Electronic Data Processing Equipment", coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 180 days expire after you acquire the "Electronic Data Processing Equipment"; or

(c) You report values to us.

(9) The most we will pay under this Coverage Extension for loss of or damage to "Electronic Data Processing Data and Media" caused by or resulting from "electronic vandalism", in any one occurrence is $25,000, regardless of the number of the number of premises involved. Such limit also applies to any otherwise covered loss of Business Income or Extra Expense.

(10) The most we will pay under this Coverage Extension for loss of or damage to "Electronic Data Processing Equipment" and to "Electronic Data Processing Data and Media", at the described premises, in any one occurrence, is the Limit of Insurance shown in the Declarations for Business Personal Property at such premises or $50,000, whichever is less.

**i. Equipment Breakdown**

(1) When a Limit of Insurance is shown in the Declarations for Building or Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to Covered Property at the described premises caused by or resulting from a "breakdown" to "covered equipment".

With respect to otherwise covered Business Income and Extra Expense, "breakdown" to "covered equipment" will be considered a Covered Cause of Loss.

If an initial "breakdown" causes other "breakdowns", all will be considered one "breakdown". All "breakdowns" that manifest themselves at the same

time and are the result of the same cause will also be considered one "breakdown".

(2) Under this Coverage Extension, the following coverages also apply:

(a) Expediting Expenses

(i) In the event of direct physical loss of or damage to Covered Property caused by or resulting from a "breakdown" to "covered equipment", we will pay for the reasonable additional expenses you necessarily incur to make temporary repairs to, or expedite the permanent repair or replacement of, the lost or damaged Covered Property.

(ii) Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation.

(iii) The most we will pay under this Coverage Extension for all Expediting Expenses arising out of any one "breakdown" is $25,000. This limit is part of and not in addition to the Limit of Insurance that applies to lost or damaged Covered Property.

(b) "Pollutants"

(i) In the event of direct physical loss of or damage to Covered Property caused by or resulting from a "breakdown" to "covered equipment", we will pay for the additional cost to repair or replace Covered Property because of contamination by "pollutants". This includes the additional expenses to clean up or dispose of such property. Additional costs mean those beyond what would have been required had no "pollutants" been involved.

(ii) The most we will pay under this Coverage Extension for loss or damage to Covered Property caused by contamination by "pollutants" arising

BUSINESSOWNERS

out of any one "breakdown" is $25,000. This limit is subject to and not in addition to the Limit of Insurance that applies to lost or damaged Covered Property.

**(c)** Service Interruption

When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to loss caused by or resulting from a "breakdown" to equipment that is owned, operated or controlled by a local public or private utility or distributor that directly generates, transmits, distributes or provides the following utility services:

**(i)** "Water Supply Services";

**(ii)** "Communication Supply Services"; or

**(iii)** "Power Supply Services".

**(3)** We will not pay under this Coverage Extension for loss or damage caused by or resulting from any of the following tests:

**(a)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

**(b)** An insulation breakdown test of any type of electrical equipment.

**(4)** We will not pay under this Coverage Extension for loss or damage caused by or resulting from a change in:

**(a)** Temperature; or

**(b)** Humidity;

as a consequence of "breakdown" to "covered equipment".

**(5)** The following limitations in Paragraph **A.5.** do not apply to this Coverage Extension:

**(a)** Paragraph **a.(2)**; and

**(b)** Paragraph **a.(3)**.

**(6)** The following exclusions in Paragraph **B.** Exclusions do not apply to this Coverage Extension:

**(a)** Paragraph **2.a.**;

**(b)** Paragraph **2.d.(6)**; and

**(c)** Paragraph **2.e.**

**(7)** With respect to this Coverage Extension, the following condition is added to Paragraph **F.** Commercial Property Conditions:

**Suspension**

If any "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance provided by this Coverage Form for loss or damage caused by or resulting from a "breakdown" to that "covered equipment". This can be done by delivering or mailing a notice of suspension to:

**1.** Your last known address; or

**2.** The address where the "covered equipment" is located.

Once suspended in this way, such insurance can only be reinstated by a written endorsement issued by us. If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment". But the suspension will be effective even if we have not yet made or offered a refund.

**(8)** The most we will pay under this Coverage Extension for all direct physical loss of or damage to:

**(a)** "Diagnostic Equipment";

**(b)** "Power Generating Equipment"; or

**(c)** "Production Equipment";

caused by or resulting from a "breakdown" to "covered equipment" in any one occurrence is $100,000.

**j.** **Interruption of Computer Operations**

**(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to a "suspension" of "operations" caused by an interruption of computer operations due to direct physical loss of or damage to "Electronic Data Processing Data and Media" at the described premises caused by or resulting from a Covered Cause of Loss.

(2) The most we will pay under this Coverage Extension is $25,000 for the sum of all covered interruptions arising out of all Covered Causes of Loss occurring during each separate 12 month period of this policy beginning with the effective date of this policy.

(3) Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

**k. Money Orders and Counterfeit Paper Currency**

When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to loss due to the good faith acceptance of:

(1) Any U.S. or Canadian post office or express money order, issued or purporting to have been issued by any post office or express company, if the money order is not paid upon presentation; or

(2) Counterfeit United States or Canadian paper currency;

in exchange for merchandise, "money" or services or as part of a normal business transaction.

**l. Non-Owned Detached Trailers**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to trailers or semi-trailers that you do not own, provided that:

(a) The trailer or semi-trailer is used in your business;

(b) The trailer or semi-trailer is in your care, custody or control at the described premises; and

(c) You have a contractual responsibility to pay for loss of or damage to the trailer or semi-trailer.

(2) We will not pay for loss or damage that occurs:

(a) While the trailer or semi-trailer is attached to any motor vehicle or motorized conveyance, whether

or not the motor vehicle or motorized conveyance is in motion; or

(b) During hitching or unhitching operations, or when a trailer or semi-trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $5,000 regardless of the number of described premises, trailers or semi-trailers involved.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**m. Ordinance or Law – Increased Period of Restoration**

(1) When:

(a) A Covered Cause of Loss occurs to property at the described premises; and

(b) The Declarations show that you have coverage for Business Income and Extra Expense;

you may extend that insurance to apply to the amount of actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur during the increased period of "suspension" of "operations" caused by or resulting from the enforcement of any ordinance or law that:

(a) Regulates the construction, repair or replacement of any property;

(b) Requires the tearing down or replacement of any parts of property not damaged by a Covered Cause of Loss; and

(c) Is in force at the time of loss.

(2) This Coverage Extension applies only to the period that would be required, with reasonable speed, to reconstruct, repair or replace the property to comply with the minimum requirements of the ordinance or law.

(3) This Coverage Extension does not apply to:

BUSINESSOWNERS

(a) Loss due to an ordinance or law that:

(i) You were required to comply with before the loss, even if the property was undamaged; and

(ii) You failed to comply with; or

(b) Costs associated with the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(4) Paragraph **B.1.a.**, does not apply to this Coverage Extension.

(5) The most we will pay for loss under this Coverage Extension in any one occurrence is $25,000 at each described premises.

(6) Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

**n. Outdoor Property**

(1) When a Limit of Insurance is shown in the Declarations for Building or Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to the following types of outdoor property at that described premises caused by or resulting from a Covered Cause of Loss:

(a) Radio or television antennas (including microwave or satellite dishes) and their lead-in wiring, masts or towers; or

(b) Bridges, walks, roadways, patios and other paved surfaces.

(2) The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $10,000 at each described premises.

**o. Personal Effects**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance

to apply to direct physical loss of or damage to personal effects owned by:

(a) You; or

(b) Your officers, partners, "members", "managers", "employees", directors or trustees;

caused by or resulting from a Covered Cause of Loss.

(2) Such property must be located at a described premises.

(3) The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $25,000 at each described premises.

(4) Payments under this Coverage Extension are in addition to the applicable Limits of Insurance.

**p. Signs**

(1) If:

(a) You are the building owner; and

(b) A Limit of Insurance is shown in the Declarations for Building;

at the described premises, you may extend that insurance to apply to direct physical loss of or damage to outdoor signs attached to the building, or on or within 1,000 feet of the described premises, caused by or resulting from a Covered Cause of Loss.

(2) If:

(a) You are a tenant;

(b) A Limit of Insurance is shown in the Declarations for Business Personal Property; and

(c) You own or are contractually obligated to repair or replace outdoor signs;

at the described premises, you may extend that insurance to apply to direct physical loss of or damage to outdoor signs attached to the building, or on or within 1,000 feet of the described premises, caused by or resulting from a Covered Cause of Loss.

Copyright, The Travelers Indemnity Company, 2004

MP T1 02 02 05

**q. Spoilage – Consequential Loss**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to consequential loss to your Business Personal Property caused by a change in:

(a) Temperature; or

(b) Humidity;

caused by or resulting from a Covered Cause of Loss to any of the following types of equipment situated within the building at the described premises:

(a) Refrigerating;

(b) Cooling;

(c) Humidifying;

(d) Air-conditioning;

(e) Heating;

(f) Generating or converting power; or

(g) Connections, supply or transmission lines and pipes associated with the above equipment.

(2) With respect to this Coverage Extension, "breakdown" to "covered equipment" will not be considered a Covered Cause of Loss, even if otherwise covered elsewhere in this Coverage Form.

(3) Paragraphs **B.2.d.(7)(a)** and **B.2.d.(7)(b)** do not apply to this Coverage Extension.

**r. Theft Damage to Rented Property**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to the following caused by or resulting by "theft" or attempted "theft":

(a) That part of a building you occupy, but do not own, which contains Covered Property; and

(b) Property within such non-owned building used for maintenance or

service of such non-owned building.

(2) We will not pay under this Coverage Extension for loss or damage:

(a) Caused by or resulting from fire or explosion; or

(b) To glass (other than glass building blocks) or to any lettering, ornamentation or burglar alarm tape on glass.

(3) This Coverage Extension applies only if you are a tenant and you are contractually obligated to insure this exposure.

**s. Valuable Papers and Records**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to "valuable papers and records", that:

(a) You own; or

(b) Are owned by others, but in your care, custody or control;

caused by or resulting from a Covered Cause of Loss.

(2) This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

(3) The following exclusions apply to this Coverage Extension:

(a) We will not pay for any loss or damage to "valuable papers and records" caused by or resulting from any errors or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the resulting loss or damage caused by that fire or explosion.

(b) Paragraph **B.1.b.** Earth Movement;

(c) Paragraph **B.1.c.** Governmental Action;

(d) Paragraph **B.1.d.** Nuclear Hazard;

BUSINESSOWNERS

(e) Paragraph **B.1.f.** War and Military Action;

(f) Paragraph **B.1.g.** Water;

(g) Paragraph **B.1.h.** Neglect; and

(h) Paragraph **B.2.g.**

No other exclusions in Paragraph **B.** Exclusions apply to this Coverage Extension. However, if any exclusions are added by endorsement to this Coverage Form, such exclusions will apply to this Coverage Extension.

(4) The most we will pay under this Coverage Extension for loss of or damage to "valuable papers and records" in any one occurrence while in transit or at a premises other than the described premises is $25,000.

(5) The most we will pay under this Coverage Extension for loss of or damage to "valuable papers and records" in any one occurrence at each described premises is $25,000 or the amount shown in the Declarations for Valuable Papers and Records, whichever is greater.

(6) Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   a. **Ordinance or Law**

   (1) The enforcement of any ordinance or law:

   (a) Regulating the construction, use or repair of any property; or

   (b) Requiring the tearing down of any property, including the cost of removing its debris.

   (2) This exclusion, Ordinance or Law, applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   b. **Earth Movement**

   (1) Earthquake, including any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased; or

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface;

   all whether naturally occurring or due to man made or other artificial causes.

   But if Earth Movement, as described in Paragraphs (1) through (4) above results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire or volcanic action, we will pay for the loss or damage caused by that fire or volcanic action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano, when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

Copyright, The Travelers Indemnity Company, 2004

MP T1 02 02 05

(b) Ash, dust, or particulate matter; or

(c) Lava flow.

All volcanic eruptions that occur within any 168–hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and done at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure or fluctuation of power or other utility service supplied to the described premises, however caused, if the cause of the failure or fluctuation occurs away from the described premises.

But if the failure or fluctuation of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage resulting from that Covered Cause of Loss.

**f. War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by

governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water or sewage that backs up or overflows from a sewer, drain or sump; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings;

all whether naturally occurring or due to man made or other artificial causes.

But if Water, as described in Paragraphs (1) through (4) above results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. Neglect**

Neglect of an insured to use reasonable means to save and preserve property from further damage at and after the time of loss.

**i. Collapse of Buildings**

Collapse of buildings meaning an abrupt falling down or caving in of a building or any part of a building with the result being that the building or part of a building cannot be occupied for its intended purpose.

(1) This exclusion does not apply to collapse of buildings if caused only by one or more of the following:

(a) A "specified cause of loss" or breakage of building glass;

(b) Decay, insect or vermin damage that is hidden from view, unless the presence of such decay or insect or vermin damage is known to an insured prior to collapse;

 Copyright, The Travelers Indemnity Company, 2004

BUSINESSOWNERS

**(c)** Weight of people or personal property;

**(d)** Weight of rain that collects on a roof; or

**(e)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of construction, remodeling or renovation; or

**(f)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs after construction, remodeling, or renovation is complete and is caused in part by a cause of loss listed in Paragraphs **(a)** through **(d)** above.

In the event collapse results in a Covered Cause of Loss, we will only pay for the resulting loss or damage by that Covered Cause of Loss.

**(2)** We will not pay for loss of or damage to the following types of property, if otherwise covered in this Coverage Form under Paragraphs **(1)(b)** through **(1)(f)** above, unless the loss or damage is a direct result of the collapse of a building:

**(a)** Awnings, gutters and downspouts;

**(b)** Outdoor radio or television antennas (including microwave or satellite dishes) and their lead-in wiring, masts or towers;

**(c)** Fences;

**(d)** Piers, wharves and docks;

**(e)** Beach or diving platforms or appurtenances;

**(f)** Retaining walls;

**(g)** Walks, roadway and other paved surfaces;

**(h)** Yard fixtures; or

**(i)** Outdoor swimming pools.

**(3)** A building or part of a building that:

**(a)** Is in imminent danger of abruptly falling down or caving in; or

**(b)** Suffers a substantial impairment of structural integrity;

is not considered to have collapsed but is considered to be in a state of imminent collapse.

**(4)** With respect to buildings in a state of imminent collapse, we will not pay for loss or damage unless the state of imminent collapse first manifests itself during the policy period and is caused only by one or more of the following which occurs during the policy period:

**(a)** A "specified cause of loss" or breakage of glass;

**(b)** Weight of people or personal property;

**(c)** Weight of rain that collects on a roof; or

**(d)** Use of defective material or methods in construction, remodeling or renovation if the state of imminent collapse occurs during the course of construction, remodeling or renovation.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical current, including electric arcing that disturbs electrical devices, appliances or wires unless caused by a "specified cause of loss".

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

**(2)** Rust, corrosion, fungus, decay, deterioration, wet or dry rot, mold, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

Copyright, The Travelers Indemnity Company, 2004

**MP T1 02 02 05**

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision;

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature;

(c) Marring or scratching;

(d) Changes in flavor, color, texture or finish;

(e) Evaporation or leakage; or

(8) Contamination by other than "pollutants".

But if an excluded cause of loss that is listed in Paragraphs (1) through (8) above results in a "specified cause of loss", building glass breakage or "breakdown" to "covered equipment" (only if otherwise a Covered Cause of Loss), we will pay for the loss or damage caused by that "specified cause of loss", building glass breakage or "breakdown" to "covered equipment" (only if otherwise a Covered Cause of Loss).

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protection sys-

tems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the water supply if the heat is not maintained.

h. Dishonest or criminal acts by you, or any of your partners, "members", officers, "managers", "employees" (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your "employees" (including leased employees), but "theft" by "employees" (including leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property.

j. Rain, snow, sand, dust, ice or sleet to personal property in the open.

k. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, k. does not apply to damage to glass caused by chemicals applied to the glass.

l. Default on any credit sale, loan, or similar transaction.

m. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This exclusion does not apply to "money" and "securities".

BUSINESSOWNERS

**n.** Loss of property or that part of any loss, the proof of which as to its existence or amount is dependent on:

    **(1)** Any inventory computation; or

    **(2)** A profit and loss computation.

**o.** The transfer of property to a person or to a place outside the described premises on the basis of unauthorized instructions.

**p.** Loss of "money" or "securities" caused by or resulting from accounting or arithmetic errors or omissions.

**q.** The cost of correcting or making good the damage to personal property attributable to such property being processed, manufactured, tested, repaired, restored, retouched or otherwise being worked upon.

**3.** We will not pay for loss or damage caused by or resulting from any of the following under Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** and **b.** below results in a Covered Cause of Loss, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions, but this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

    **(1)** Planning, zoning, development, surveying, siting;

    **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    **(3)** Materials used in repair, construction, renovation or remodeling; or

    **(4)** Maintenance;

of part or all of any property on or off the described premises.

If an excluded cause of loss that is listed in Paragraphs **(1)** through **(4)** above results in a Covered Cause of Loss, we will pay for the resulting loss or damage caused by that Covered Cause of Loss. But we will not pay for:

    **(1)** Any cost of correcting or making good the fault, inadequacy or defect itself, including any cost incurred to tear down, tear out, repair or replace any part of any property to correct the fault, inadequacy or defect; or

    **(2)** Any resulting loss or damage by a Covered Cause of Loss to the property that has the fault, inadequacy or defect until the fault, inadequacy or defect is corrected.

**4. Business Income and Extra Expense Exclusions**

We will not pay for:

**a.** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

    **(1)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference by strikers or other persons at the location of the rebuilding, repair or replacement; or

    **(2)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and the period of Extended Business Income; or

**b.** Any other consequential loss.

**C. LIMITS OF INSURANCE**

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations, Schedules, Coverage Forms, or endorsements.

**2. Inflation Guard**

**a.** When a percentage for Inflation Guard is shown in the Declarations, the Limit of Insurance for property to which this coverage applies will automatically increase by that annual percentage.

**b.** The amount of increase will be:

    **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, multiplied by

Copyright, The Travelers Indemnity Company, 2004
**MP T1 02 02 05**

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), multiplied by

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

Example:

If:

The applicable Building limit is   $100,000
The annual percentage increase is                                  8%
The number of days since the beginning of the policy year (or last policy change) is                                    146
The amount of increase is $100,000 x .08 x (146/365) =      $3,200

3. **Business Personal Property Limit – Seasonal Increase**

   a. The Limit of Insurance for Business Personal Property shown in the Declarations will automatically increase by 25% to provide for seasonal variations.

   b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

      (1) The 12 months immediately preceding the date the loss or damage occurs; or

      (2) The period of time you have been in business as of the date the loss or damage occurs.

## D. DEDUCTIBLES

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Businessowners Property Coverage Deductible shown in the Declarations. We will then pay the amount of covered loss or damage in excess of that Deductible. But we will not pay more than the applicable Limit of Insurance.

2. Regardless of the amount of the Businessowners Property Coverage Deductible, the most we will deduct from any loss or damage under the Building Glass Coverage Extension

in any one occurrence is the Building Glass Deductible shown in the Declarations.

3. The Businessowners Property Coverage Deductible does not apply to any of the following:

   a. Fire Department Service Charge;

   b. Business Income and Extra Expense;

   c. Arson and Theft Reward; and

   d. Accounts Receivable.

4. If more than one deductible applies to loss or damage in any one occurrence, we will apply each deductible separately. But the total of all deductible amounts applied in any one occurrence will not exceed the largest applicable deductible.

## E. PROPERTY LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the value of the property, the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property, the amount of Net Income and operating expense or the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties in the Event of Loss or Damage**

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken. This duty does not ap-

BUSINESSOWNERS

ply to loss or damage arising from "employee dishonesty" and "forgery" or alteration.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** For loss or damage from other than "employee dishonesty" or "forgery" or alteration send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** For loss or damage resulting from "employee dishonesty" or "forgery" or alteration, give us a detailed, sworn proof of loss within 120 days after you discover a loss or situation that

may result in loss of or damage to Covered Property.

**(9)** Cooperate with us in the investigation and settlement of the claim.

**(10)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment – Building and Personal Property**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to Paragraph **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of Paragraph **e.** below or any applicable provision which amends or supersedes these valuation conditions.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property, except as provided in the Ordinance or Law Additional Coverage.

**c.** We will give notice of our intentions within 30 days after we receive the proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

Copyright, The Travelers Indemnity Company, 2004

MP T1 02 02 05

Travelers Doc Mgmt 143 of 395

Exhibit A, Page 160

**e.** We will determine the value of Covered Property in the event of covered loss or damage as follows:

**(1)** At replacement cost (without deduction for depreciation), except as provided in Paragraphs **(2)** through **(18)** below.

**(a)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(b)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also applies:

**a)** If the conditions in Paragraphs **(i)** and **(ii)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth under Paragraph **e.(7)** below; and

**b)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**(c)** We will not pay more for loss or damage on a replacement cost basis than the least of Paragraphs **(i)**, **(ii)** or **(iii)** subject to Paragraph **(d)** below:

**(i)** The Limit of Insurance applicable to the lost or damaged property;

**(ii)** The cost to replace the lost or damaged property with other property:

**a)** Of comparable material and quality; and

**b)** Used for the same purpose; or

**(iii)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in Paragraph **(ii)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**(d)** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the Declarations indicate that Actual Cash Value applies to Buildings or Business Personal Property, Paragraph **(1)** above does not apply to the property for which Actual Cash Value is indicated.

**(3)** Personal Property of others at the amount for which you are liable plus the cost of labor, materials or services furnished or arranged by you on personal property of others, not to exceed the replacement cost.

**(4)** The following property at actual cash value:

**(a)** Used or second-hand merchandise held in storage or for sale;

**(b)** Household furnishings; and

**(c)** Personal effects.

**(5)** "Fine Arts" as follows:

**(a)** If there is a schedule of "fine arts" on file which includes a description and value of the lost or damaged item, we will pay the value as stated in the schedule for that

BUSINESSOWNERS

item if there is a total loss to that item. If there is a partial loss to an item, we will pay the cost of reasonably restoring or repairing that item.

(b) For "fine arts" without a schedule on file as described in Paragraph (a) above, the value of "fine arts" will be the least of the following amounts:

(i) Market value of the lost or damaged item at the time and place of loss;

(ii) The cost of reasonably restoring the lost or damaged item; or

(iii) The cost of replacing that lost or damaged item with property substantially the same.

(6) Glass at the cost of replacement with safety glazing material if required by law.

(7) Tenants' Improvements and Betterments at:

(a) Replacement cost if you make repairs promptly.

(b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(ii) Divide the amount determined in Paragraph (i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing, if others pay for repairs or replacement.

(8) "Valuable Papers and Records" at the cost of restoration or replacement. To the extent that the contents of the "valuable papers and records"

are not restored or replaced, the "valuable papers and records" will be valued at the cost of replacement with blank material of substantially identical type.

(9) "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

(10) Property in transit (other than "stock" you have sold) at the amount of invoice, including your prepaid or advanced freight charges and other charges which may have accrued or become legally due from you since the shipment. If you have no invoice, actual cash value will apply.

(11) "Money" at its face value.

(12) "Securities" at their value at the close of business on the day the loss is discovered.

(13) Accounts Receivable as follows:

(a) If you cannot accurately establish the amount of Accounts Receivable outstanding as of the time of loss, we will:

(i) Determine the total of the average monthly amounts of Accounts Receivable for the 12 months immediately preceding the month in which the loss occurs; and

(ii) Adjust that total for any normal fluctuations in the amount for Accounts Receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

(b) If you can accurately establish the amount of Accounts Receivable outstanding, that amount will be used in the determination of loss.

(c) The following will be deducted from the total amount of Accounts Receivable, however that amount is established:

(i) The amount of the accounts for which there was no loss;

Copyright, The Travelers Indemnity Company, 2004

MP T1 02 02 05

    **(ii)** The amount of the accounts that you are able to re-establish or collect;

    **(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

    **(iv)** All unearned interest and service charges.

**(14)** "Electronic Data Processing Equipment" at replacement cost as of the time and place of loss, without deduction for physical deterioration, depreciation, obsolescence or depletion. However, in the event replacement of "Electronic Data Processing Equipment" with identical property is impossible, the replacement cost will be the cost of items that are similar to the damaged or destroyed equipment and intended to perform the same function, but which may include technological advances.

"Electronic Data Processing Equipment" that is obsolete or no longer used by you will be valued at actual cash value.

**(15)** "Electronic Data Processing Data and Media" for which duplicates do not exist will be valued as follows:

    **(a)** The cost of blank media; and

    **(b)** Your cost to research, replace or restore the lost electronic data on lost, damaged or destroyed "Electronic Data Processing Data and Media" but only if the lost electronic data is actually replaced or restored.

**(16)** Duplicate "Electronic Data Processing Data and Media" at the cost of:

    **(a)** Blank media; and

    **(b)** Labor to copy the electronic data, but only if the electronic data is actually copied.

**(17)** The value of United States Government Internal Revenue taxes and custom duties and refundable state and local taxes paid or fully determined on the following property held for sale will not be considered in de-termining the value of Covered Property:

    **(a)** Distilled spirits;

    **(b)** Wines;

    **(c)** Rectified products; or

    **(d)** Beer.

**(18)** Lottery tickets at their initial cost to you except for winning tickets at their redeemed value.

**f.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property, if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**g.** We have the right but not the duty to defend you against suits arising from claims of owners of property. We will do so at our expense.

**h.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss provided you have complied with all of the terms of this policy; and

    **(1)** We have reached agreement with you on the amount of loss; or

    **(2)** An appraisal award has been made.

**i.** At our option, we may make a partial payment toward any claim, subject to the policy provisions and our normal adjustment process. To be considered for partial claim payment, you must submit a partial sworn proof of loss with supporting documentation. Any applicable policy deductibles must be satisfied before any partial payments are made.

**5. Loss Payment – Business Income and Extra Expense**

**a.** The amount of Business Income loss will be determined based on:

    **(1)** The Net Income of the business before the direct physical loss or damage occurred;

    **(2)** The likely Net Income of the business if no physical loss or damage occurred, but not including any likely increase in Net Income attributable to

BUSINESSOWNERS

an increase in the volume of business as a result of favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All reasonable and necessary expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** All reasonable and necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c.** We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including "stock") at

the described premises or elsewhere; or

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**e.** We will pay for covered loss or damage within 30 days after we receive your sworn proof of loss provided you have complied with all of the terms of this policy; and

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**6.** **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay the recovery expenses and the expenses to repair the recovered property, subject to the applicable Limit of Insurance.

**7.** **Noncumulative Limit**

No Limit of Insurance cumulates from policy period to policy period.

**F.** **COMMERCIAL PROPERTY CONDITIONS**

**1.** **Concealment, Misrepresentation or Fraud**

This Coverage Form is void in any case of fraud by you. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The Covered Property;

**c.** Your interest in the Covered Property; or

**d.** A claim under this Coverage Form.

**2.** **Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more premises will not affect coverage at any premises where, at the time of loss or damage, the breach of condition does not exist.

Copyright, The Travelers Indemnity Company, 2004

MP T1 02 02 05

3. **Insurance Under Two or More Coverages**

   If two or more coverages under this Coverage Form apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

4. **Legal Action Against Us**

   No one may bring a legal action against us under this Coverage Form unless:

   **a.** There has been full compliance with all of the terms of this Coverage Form; and

   **b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

5. **Liberalization**

   If we adopt any revision that would broaden the coverage under this Coverage Form without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Form.

6. **No Benefit to Bailee**

   No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

7. **Other Insurance**

   **a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Form. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Form bears to the Limits of Insurance of all insurance covering on the same basis.

   **b.** If there is other insurance covering the same loss or damage, other than that described in Paragraph **a.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

8. **Policy Period, Coverage Territory**

   Under this Coverage Form:

   **a.** We cover loss or damage you sustain through acts committed or events occurring:

   **(1)** During the policy period shown in the Declarations; and

   **(2)** Within the coverage territory; and

   **b.** The coverage territory is:

   **(1)** The United States of America (including its territories and possessions);

   **(2)** Puerto Rico; and

   **(3)** Canada.

9. **Transfer of Rights of Recovery Against Others to Us.**

   If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   **a.** Prior to a loss to your Covered Property or Covered Income; or

   **b.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   **(1)** Someone insured by this insurance;

   **(2)** A business firm:

   **(a)** Owned or controlled by you; or

   **(b)** That owns or controls you; or

   **(3)** Your tenant.

   This will not restrict your insurance.

10. **Coinsurance**

   If a Coinsurance percentage is shown in the Declarations, the following condition applies.

   **a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss multiplied by the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

   Instead, we will determine the most we will pay using the following steps:

   **(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

   **(2)** Divide the Limit of Insurance of the property by the figure determined in step **(1)**;

   **(3)** Multiply the total amount of the covered loss, before the application of

BUSINESSOWNERS

any deductible, by the figure determined in step **(2)**; and

**(4)** Subtract the deductible from the figure determined in step **(3)**.

We will pay the amount determined in step **(4)** or the limit of insurance, whichever is less.

For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No. 1 (Under insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percent for it is | 90% |
| The Limit of Insurance for it is | $112,500 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $112,500/$225,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

Example No. 2 (Adequate Insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for it is | $225,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $225,000 ($250,000 x 90%).

Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** Coinsurance does not apply to:

**(1)** "Money" and "securities";

**(2)** Additional Coverages;

**(3)** Coverage Extensions; or

**(4)** Loss or damage in any one occurrence totaling less than $2,500.

**11. Mortgageholders**

**a.** The term, mortgageholder, includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Form, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Form at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership or occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Form will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Form:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's rights to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued in-

           Copyright, The Travelers Indemnity Company, 2004           **MP T1 02 02 05**

Travelers Doc Mgmt   149 of 395

Exhibit A, Page 166

terest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

    **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. PROPERTY DEFINITIONS**

**1.** **"Banking Premises"** means the interior of that portion of any building which is occupied by a banking institution or similar safe depository.

**2.** **"Breakdown"**

  **a.** Means:

    **(1)** Failure of pressure or vacuum equipment;

    **(2)** Mechanical failure, including rupture or bursting caused by centrifugal force; or

    **(3)** Electrical failure including arcing;

    that causes physical damage to "covered equipment" and necessitates its repair or replacement; and

  **b.** Does not mean:

    **(1)** Malfunction, including but not limited to adjustment, alignment, calibration, cleaning or modification;

    **(2)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

    **(3)** Damage to any vacuum tube, gas tube, or brush;

    **(4)** Damage to any structure or foundation supporting the "covered equipment" or any of its parts;

    **(5)** The functioning of any safety or protective device; or

**(6)** The cracking of any part on any internal combustion gas turbine exposed to the products of combustion.

**3.** **"Communication Supply Services"**

  **a.** Means property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

    **(1)** Communication transmission lines, including fiber optic transmission lines;

    **(2)** Coaxial cables; and

    **(3)** Microwave radio relays, except satellites; and

  **b.** Does not mean overhead transmission lines.

**4.** **"Covered Equipment"**

  **a.** Means the following types of equipment:

    **(1)** Equipment designed and built to operate under internal pressure or vacuum other than weight of contents;

    **(2)** Electrical or mechanical equipment that is used in the generation, transmission or utilization of energy;

    **(3)** Fiber optic cable; and

    **(4)** Hoists and cranes;

  **b.** Does not mean any:

    **(1)** "Electronic Data Processing Equipment";

    **(2)** "Electronic Data Processing Data and Media";

    **(3)** Part of pressure or vacuum equipment that is not under internal pressure of its contents or internal vacuum;

    **(4)** Insulating or refractory material;

    **(5)** Pressure vessels and piping that are buried below ground and require the excavation of materials to inspect, remove, repair or replace;

    **(6)** Structure, foundation, cabinet or compartment supporting or containing the "covered equipment" or part of the "covered equipment" including penstock, draft tube or well casing;

    **(7)** Vehicle, aircraft, self-propelled equipment or floating vessel, including any

BUSINESSOWNERS

equipment mounted on or used solely with any vehicle, aircraft, self-propelled equipment or floating vessel;

**(8)** Elevator or escalator, but not excluding any electrical machine or apparatus mounted on or used with this equipment; or

**(9)** Equipment or any part of such equipment manufactured by you for sale.

**5. "Diagnostic Equipment"** means any:

**a.** Equipment; or

**b.** Apparatus;

used solely for research, diagnostic, medical, surgical, therapeutic, dental or pathological purposes.

**6. "Electronic Data Processing Data and Media"**

**a.** Means any of the following used in your computer operations:

**(1)** Data stored as or on, created or used on, or transmitted to or from computer software (including systems and applications) on electronic data processing, recording or storage media such as hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment;

**(2)** The electronic media on which the data is stored; and

**(3)** Programming records and instructions used for "Electronic Data Processing Equipment"; and

**b.** Does not mean "Valuable Papers and Records".

**7. "Electronic Data Processing Equipment"**

**a.** Means any of the following equipment used in your operations:

**(1)** Electronic data processing equipment, facsimile machines, word processors, multi-functional telephone equipment and laptop and portable computers; and

**(2)** Any component parts and peripherals of such equipment, including related surge protection devices; and

**b.** Does not mean equipment used to operate production type of:

**(1)** Machinery; or

**(2)** Equipment.

**8. "Electronic Vandalism"** means any acts by persons, other than "employees", involving any of the following:

**a.** Willful or malicious destruction of computer programs, content, instructions or other electronic or digital data stored within computer systems; or

**b.** Unauthorized computer code or programming that:

**(1)** Deletes, distorts, corrupts or manipulates computer programs, contents, instructions or other electronic or digital data, or otherwise results in damage to computers or computer systems or networks to which is introduced;

**(2)** Replicates itself, impairing the performance of computers or computer systems or networks; or

**(3)** Gains remote control access to data and programming within computers or computers systems or networks to which it is introduced, for uses other than those intended for authorized users of the computers or computer systems or networks.

**9. "Employee(s)"**

**a.** Means:

**(1)** Any natural person:

**(a)** While in your service (and for 30 days after termination of service);

**(b)** Whom you compensate directly by salary, wages or commissions; and

**(c)** Whom you have the right to direct and control while performing services for you;

**(2)** Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the premises; or

Page 36 of 39       Copyright, The Travelers Indemnity Company, 2004       **MP T1 02 02 05**

(3) Your directors or trustees while acting as a member of any of your elected or appointed committees to perform on your behalf specific, as distinguished from general, directorial acts; and

b. Does not mean any agent, broker, person leased to you by a labor leasing firm, factor, commission merchant, consignee, independent contractor or representative of the same general character.

10. **"Employee Dishonesty"** means only dishonest acts, committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you, a partner, a "member", or a "manager" with the manifest intent to:

a. Cause you to sustain loss; and also

b. Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(1) The "employee"; or

(2) Any person or organization intended by the "employee" to receive that benefit.

11. **"Fine Arts"**

a. Means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelains, rare glass, bric-a-brac, and similar property with historical value, or artistic merit; and

b. Does not mean any glass that is part of a building or structure.

12. **"Forgery"** means the signing of the name of another person or organization with intent to deceive. "Forgery" does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity for any purpose.

13. **"Interior of any building or structure"** means all portions of the building or structure that are within the exterior facing surface material of the building or structure.

14. **"Maintenance Fees"** means the regular payment made to you by unit-owners and used to service the common property.

15. **"Manager"** means a person serving in a directorial capacity for a limited liability company.

16. **"Member"** means an owner of a limited liability company represented by its membership interest, who also may service as a "manager".

17. **"Money"** means currency and coins in current use, bank notes, travelers checks, register checks and money orders held for sale to the public.

18. **"Operations"** means your business activities occurring at the described premises and the tenantability of the described premises.

19. **"Period of Restoration"**

a. Means the period of time that:

(1) Begins:

(i) For Business Income coverage:

a) With the date of direct physical loss or damage, if the Declarations show Immediately for Period of Restoration – Time Period; or

b) 72 hours after the time of direct physical loss or damage, if the Declarations show 72 hours for Period of Restoration – Time Period; or

(ii) For Extra Expense coverage with the date of direct physical loss or damage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

(2) Ends on the earlier of:

(i) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(ii) The date when business is resumed at a new permanent location; and

b. Does not mean any increased period required due to the enforcement of any law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

BUSINESSOWNERS

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**20. "Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste, and any unhealthful or hazardous building materials (including but not limited to asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

**21. "Power Generating Equipment"**

  **a.** Means the following types of equipment or apparatus:

   **(1)** Pressure;

   **(2)** Mechanical; or

   **(3)** Electrical;

   used in or associated with the generation of electric power; and

  **b.** Does not mean such equipment that is used solely to generate emergency power that is less than or equal to 1000KW.

**22. "Power Supply Services"**

  **a.** Means the following types of property supplying electricity, steam or gas to the described premises:

   **(1)** Utility generating plants;

   **(2)** Switching stations;

   **(3)** Substations;

   **(4)** Transformers; and

   **(5)** Transmission lines; and

  **b.** Does not mean overhead transmission lines.

**23. "Production Equipment"**

  **a.** Means any:

   **(1)** Production machinery; or

   **(2)** Process machinery;

   that processes, shapes, forms or grinds:

   **(1)** Raw materials;

   **(2)** Materials in process; or

   **(3)** Finished products; and

  **b.** Includes "covered equipment" that is used solely with or forms an integral part of the:

   **(1)** Production;

   **(2)** Process; or

   **(3)** Apparatus.

**24. "Rental Value"** means Business Income that consists of:

  **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including the fair rental value of any portion of the described premises which is occupied by you; and

  **b.** Continuing normal operating expenses incurred in connection with that premises, including:

   **(1)** Payroll; and

   **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**25. "Securities"** means all negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes revenue or other stamps in current use, tokens, tickets and credit card slips for sales made by you and held by you for reimbursement from companies issuing credit cards, but does not include "money". Lottery tickets held for sale are not securities.

**26. "Specified Causes of Loss"** means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

  **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

   **(1)** The cost of filling sinkholes; or

   **(2)** Sinking or collapse of land into underground man-made cavities.

   Copyright, The Travelers Indemnity Company, 2004   **MP T1 02 02 05**

Travelers Doc Mgmt   153 of 395

Exhibit A, Page 170

BUSINESSOWNERS

   b.  Falling objects does not include loss of or damage to:

     **(1)** Personal Property in the open; or

     **(2)** The "interior of a building or structure", or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   c.  Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) that is located on the described premises and contains water or steam.

**27. "Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

**28. "Suspension"** means:

   a.  The partial or complete cessation of your business activities; or

   b.  That a part or all of the described premises is rendered untenantable.

**29. "Theft"** means any act of stealing.

**30. "Vacant"** means the following:

   **(1)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

   **(2)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

     **(a)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; or

     **(b)** Used by the building owner to conduct customary operations.

**31. "Valuable Papers and Records"**

   a.  Means inscribed, printed or written:

     **(1)** Documents;

     **(2)** Manuscripts; or

     **(3)** Records;

    including abstracts, books, deeds, drawings, films, maps or mortgages; and

   b.  Does not mean "money" or "securities" or "Electronic Data Processing Data and Media".

**32. "Water Supply Services"** means the following types of property supplying water to the described premises:

   a.  Pumping stations; and

   b.  Water mains.

BUSINESSOWNERS
ISSUE DATE: 02/01/2019

POLICY NUMBER: 680-9M304995-19-42

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAUSES OF LOSS – EARTHQUAKE SPRINKLER LEAKAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

## SCHEDULE

**A. LIMITS OF INSURANCE**

| Premises/Bldg. No. | LIMITS OF INSURANCE | |
| --- | --- | --- |
| | Occurrence Limit | Annual Aggregate Limit |
| 001/001 | $300,000 | $300,000 |

If more than one Annual Aggregate Limit applies, the most we will pay during any one policy year is the largest of the Annual Aggregate Limits shown.

**B. DEDUCTIBLES**

| Premises/Bldg. No. | | |
| --- | --- | --- |
| 001/001 | $5,000 | In any occurrence |
| | $ | In any one occurrence at each Premises Location |

**MP T3 27 07 03**         Copyright, The Travelers Indemnity Company, 2003         Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BUSINESSOWNERS

## C. COVERED CAUSES OF LOSS

Covered Causes of Loss and "specified cause of loss" is revised to include the following only for the premises locations, building number(s) shown in the schedule above:

EARTHQUAKE SPRINKLER LEAKAGE,meaning loss or damage to Covered Property resulting from sprinkler leakage caused by:

1. Earthquake, meaning a shaking or trembling of the earth's crust, caused by underground volcanic or tectonic forces or by breaking or shifting of rock beneath the surface of the ground from natural causes.

2. Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

All losses due to earthquake shock or volcanic eruptions that occur within any 168-hour period will constitute a single occurrence. The expiration of this policy will not reduce the 168-hour period. We will not pay for loss or damage caused by earthquakes or volcanic eruptions which began before the effective date of this insurance.

## D. PROVISIONS THAT DO NOT APPLY TO THIS ENDORSEMENT

1. The provisions of the Earth Movement Exclusion do not apply to the coverage specifically provided by this endorsement. All other exclusions and limitations continue to apply.

2. The following provisions of forms and endorsements that may be attached to this policy do not apply to this endorsement:

   a. The Additional Condition – Coinsurance;

   b. Deductible; or

   c. Limits of Insurance.

## E. DEDUCTIBLES

The following deductible provisions apply to the Premises Locations, Building Number(s) which are shown in the Schedule above:

1. When a dollar amount is shown in the Schedule the following applies:

   a. We will not pay for loss or damage in any one occurrence until the total amount of loss or damage for all coverages exceeds the Deductible shown in the Schedule. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limits of Insurance; or

   b. When stated in the Schedule above we will not pay for loss or damage in any one occurrence at each premises location until the total amount of loss or damage for all coverages at each premises location exceeds the applicable Deductible shown in the Schedule up to the applicable Limit of Insurance.

2. When Business Income coverage is included, Business Income coverage is included in the occurrence Deductible shown in the Schedule above.

3. No Deductible applies to Extra Expense.

## F. LIMITS OF INSURANCE

The most we will pay for loss caused by any earthquake sprinkler leakage is:

1. The Limit(s) of Insurance that applies to any occurrence stated in the Schedule above, even if the loss or damage involves more than one coverage. Amounts payable under any Additional Coverage or Coverage Extensions do not increase the Limit(s) of Insurance. This limit is part of, and does not increase, the Limits of Insurance that apply under this policy.

2. The Limit(s) of Insurance in the Schedule above that applies to any one occurrence subject to the Annual Aggregate Limit(s) for all losses occurring in any one policy year commencing with the inception or anniversary date of this endorsement, whichever is less.

3. If more than one Annual Aggregate limit applies in any one occurrence, the most we will pay during the policy period is the largest of the Annual Aggregate Limits shown.

## G. The most we will pay for loss or damage for Newly Acquired or Constructed Property or Newly Acquired Property Coverage Extensions under this endorsement is a total of $100,000 in any one occurrence and in any one policy year.

Copyright, The Travelers Indemnity Company, 2003
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**MP T3 27 07 03**

POLICY NUMBER: 680-9M304995-19-42

BUSINESSOWNERS
ISSUE DATE: 02/01/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# Restaurant and Perishable Goods Premier Endorsement

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

### SCHEDULE

Computer Fraud and Funds Transfer Fraud Limit of Insurance: $ 10,000

Food Contamination Costs Limit of Insurance: $ 25,000

The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

1. The following **Additional Coverage** is added to paragraph **A.6.:**

   **Blanket Coverage Limit of Insurance**

   We will pay up to $250,000 in any one occurrence as a Blanket Coverage Limit of Insurance for the sum of all covered loss at each described premises under the coverages described in paragraphs **a.** through **c.** below. You may apportion this limit among these coverages as you choose.

   Unless otherwise stated, this Blanket Coverage Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for the following coverages.

   **a. Accounts Receivable**

   Within the Blanket Coverage Limit of Insurance, when a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, we will pay for direct physical loss of or damage to your records of accounts receivable (including those on electronic data processing media) on or away from each described premises, including while in transit, caused by or resulting from a Covered Cause of Loss. Credit card company media will be considered accounts receivable until delivered to the credit card company.

   This coverage applies as described in Paragraphs **A.7.a.(2)** and **A.7.a.(3)** and is subject to the provisions that apply to those Paragraphs.

   **b. Excess Debris Removal**

   (1) Within the Blanket Coverage Limit of Insurance, we will pay your expense to remove debris of Covered Property, other than outdoor trees, shrubs, plants and

   lawns as described in the Outdoor Trees, Shrubs, Plants and Lawns Coverage Extension, caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   (2) Debris Removal does not apply to costs to:

   (a) Extract "pollutants" from land or water; or

   (b) Remove, restore or replace polluted land or water.

   (3) When the debris removal expense exceeds the 25% limitation in **Additional Coverage – Debris Removal** in **Section A.6.c.(3)** or when the sum of the debris removal expense and the amount we pay for the direct physical loss of or damage to Covered Property exceeds the applicable Limit of Insurance, we will pay up to the Blanket Coverage Limit of Insurance for debris removal expense in any one occurrence, at each described premises.

   **c. Valuable Papers and Records**

   Within the Blanket Coverage Limit of Insurance, when a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, we will pay for direct physical loss of or damage to "valuable papers and records" that:

   (a) You own; or

   (b) Are owned by others, but in your care, custody or control;

   caused by or resulting from a Covered Cause of Loss.

**MP T3 66 08 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BUSINESSOWNERS

This coverage applies as described in Paragraphs **A.7.s.(2)** and **A.7.s.(3)** and is subject to the provisions that apply to those Paragraphs.

With respect to property of others covered under this Additional Coverage, the owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary and not to contribute with such other insurance.

2. With respect to **Extended Business Income,** the time frame referenced in Paragraph **A.3.c.(2)(b)** is increased from sixty consecutive days to ninety consecutive days.

3. The limit applicable to the **Additional Coverage-Arson and Theft Reward** is increased by $25,000.

4. The limit applicable to the **Additional Coverage-Claim Data Expense** is increased from $5,000 to $25,000.

5. The limit applicable to the **Additional Coverage-Newly Acquired or Constructed Property** for Building is increased from $500,000 to $1,000,000.

6. The limit applicable to the **Additional Coverage-Newly Acquired or Constructed Property** for Business Personal Property is increased from $250,000 to $500,000.

7. With respect to the **Additional Coverage-Ordinance or Law,** coverage is extended to include tenant improvements and betterments as described in Paragraph **A.1.b.(3)** if:

   (1) You are a tenant; and

   (2) A Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises.

8. The limit applicable to the **Additional Coverage-Outdoor Trees, Shrubs, Plants and Lawns** is increased from $3,000 to $5,000.

9. The following **Additional Coverages** are added to Paragraph **A.6.:**

   a. **Brands or Labels**

   If a limit of insurance is shown in the Declarations for Business Personal Property and if branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or part of the property at an agreed or appraised value. If so, you may:

   (1) Stamp the word Salvage on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

   (2) Remove the brands and labels, if doing so will not physically damage the merchandise or its containers to comply with the law.

   We will pay reasonable costs you incur to perform the activity described in Paragraphs **(1)** and **(2)** above.

   Payments under this Additional Coverage are subject to and not in addition to the applicable Limits of Insurance.

   b. **Contract Penalty Clause**

   (1) We will pay contract penalties you incur as a result of your failure to deliver your products or services within the time required under the terms of a written contract. But this Additional Coverage only applies if the failure is solely due to direct physical loss of or damage to property at the described premises caused by or resulting from a Covered Cause of Loss.

   (2) The most we will pay under this Additional Coverage is $1,000 for the sum of all covered contract penalties arising out of all Covered Causes of Loss occurring during each separate 12 month period of this policy beginning with the effective date of this endorsement.

   c. **Identity Fraud Expense**

   (1) We will pay for Expenses incurred by an Insured Person as a direct result of any one Identity Fraud first discovered or learned of by such Insured Person during the policy period.

   Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others against an Insured Person, is considered to be one Identity Fraud, even if a series of acts continues into a subsequent policy period.

   (2) With respect to this Additional Coverage:

   (a) Expenses means:

   (i) Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies;

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

MP T3 66 08 15

(ii) Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors;

(iii) Lost income resulting from:

a) Time taken off work to complete fraud affidavits; or

b) Meeting with or talking to law enforcement agencies, credit agencies or legal counsel;

up to a total payment of $5,000, subject to a maximum of $200 per day;

(iv) Loan application fees for reapplying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information;

(v) Reasonable attorney fees to:

a) Defend lawsuits brought against an Insured Person by merchants, vendors, suppliers, financial institutions or their collection agencies;

b) Remove any criminal or civil judgments wrongly entered against an Insured Person; or

c) Challenge the accuracy or completeness of any information in a consumer credit report;

(vi) Charges for long distance telephone calls to:

a) Merchants;

b) Law enforcement agencies;

c) Financial institutions or similar credit grantors; or

d) Credit agencies; or

(vii) Reasonable fees for professional financial advice or professional credit advice.

(b) Identity Fraud means:

The act of knowingly transferring or using, without lawful authority, a means of identification of an Insured Person with the intent to commit, or

to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law; and

(c) Insured Person means:

(i) For sole proprietorships;

The individual who is the sole proprietor of the Named Insured shown in the Declarations;

(ii) For partnerships;

Any individual that is a partner of the Named Insured shown in the Declarations;

(iii) For corporations or any other type of organization;

The Chief Executive Officer, and any individual who has an ownership interest of at least 20% of the Named Insured shown in the Declarations; or

(iv) For religious institutions;

The individual who is the senior pastoral "employee" of the Named Insured shown in the Declarations.

(3) The following additional exclusions apply to this Additional Coverage:

We will not pay for:

(a) Expenses incurred due to any fraudulent, dishonest or criminal act by:

(i) An Insured Person;

(ii) Any person aiding or abetting an Insured Person; or

(iii) Any authorized representative of an Insured Person;

whether acting alone or in collusion with others;

(b) Expenses incurred that are not related to the identity of an individual; or

(c) Loss other than Expenses. Account balances which arise out of fraudulent or unauthorized charges would be one example of Loss other than Expenses.

(d) An Identity Fraud discovered during such time that an individual was not

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BUSINESSOWNERS

an Insured Person.

**(4)** This Additional Coverage does not apply to Expenses otherwise covered under the Unauthorized Business Card Use Additional Coverage.

**(5)** Regardless of the amount of the Businessowners Property Coverage Deductible shown in the Declarations, the most we will pay under this Additional Coverage for any one Identity Fraud is $250.

**(6)** The most we will pay under this Additional Coverage is $15,000 for the sum of all covered Expenses arising out of all Identity Fraud against an Insured Person discovered during each separate 12 month period of this policy beginning with the effective date of this endorsement.

**(7)** In order for coverage to be provided under this Additional Coverage, you must:

Send to us, within 60 days after our request, receipts, bills or other records that support your claim for Expenses under Identity Fraud coverage.

**d. Lease Assessment**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, we will pay for your share of any assessment charged:

**(a)** To all tenants by the building owner;

**(b)** Pursuant to a written lease agreement; and

**(c)** As a result of direct physical loss or damage by a Covered Cause of Loss to building property you occupy.

**(2)** The most we will pay for loss under this Additional Coverage is $2,500 in any one occurrence.

**e. Lost Key Consequential Loss**

**(1)** We will pay for consequential loss to keys and locks if a master key to buildings, rooms or compartments that are Covered Property, or house Covered Property, at the described premises is lost or damaged from a Covered Cause of Loss. We will pay for the necessary costs you incur to:

**(a)** Replace keys; and

**(b)** Either:

**(i)** Readjust existing locks to accept new keys; or

**(ii)** Replace existing locks, but only if necessary or less expensive than the cost of adjusting the existing locks.

**(2)** Paragraph **B.2.h.** does not apply to this Additional Coverage, except with respect to dishonest or criminal act by you or any of your partners, directors or trustees.

**(3)** Paragraph **B.2.m.** does not apply to this Additional Coverage.

**(4)** The most we will pay for loss or damage under this Additional Coverage is $2,500 at each described premises.

**f. Theft of Clients' Property Coverage**

**(1)** If **Additional Coverage – Employee Dishonesty** is provided within this Coverage Form, the following coverage is added and is subject to the **Additional Coverage – Employee Dishonesty** provisions:

**Theft Of Clients' Property Coverage**

We will also pay for loss of or damage to "money", "securities" and "other property" sustained by your "client" resulting directly from "theft" committed by any of your "employees", acting alone or in collusion with other persons.

The property covered under this coverage is limited to property:

**(a)** That your "client" owns or leases; or

**(b)** That your "client" holds for others;

while the property is on your "client's" premises. However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization, including your "client". Any claim for loss that is covered under this coverage must be presented by you.

**(2)** With respect to the coverage provided by this Additional Coverage, Paragraph **A.6.d.(6)** under **Additional Coverage – Employee Dishonesty** is replaced with the following:

The most we will pay for the coverage provided under this Additional Coverage in any one occurrence is $10,000.

**(3)** With respect to the coverage provided by

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**MP T3 66 08 15**

this Additional Coverage, Paragraph **D. DEDUCTIBLES** is replaced by the following:

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $500. We will then pay the amount of loss or damage in excess of the deductible subject to the limit in paragraph **(2)** above. No other deductible applies to theft of clients' property coverage.

**(4)** With respect to the coverage provided by this Additional Coverage, Paragraph **A.2.b.** and **A.2.c.** is replaced with the following:

**b.** Automobiles, motortrucks and other vehicles subject to motor vehicle registration.

**(5)** With respect to coverage provided under this Additional Coverage Paragraph **A.2. Property Not Covered** does not apply, except for Subparagraphs **a., b., e., g.** and **j.**

**(6)** With respect to coverage provided under this Additional Coverage the following definitions are added to Paragraph **G. PROPERTY DEFINITIONS:**

**(a)** **"Other property"** means any tangible property other than "money" and "securities" that has intrinsic value.

**(b)** **"Client"** means any entity for whom you perform services under a written agreement.

**g. Unauthorized Business Card Use**

**(1)** We will pay for your loss of "money" or charges and costs you incur that result directly from the unauthorized use of credit, debit or charge card accounts issued in your business name, including:

**(a)** Fund transfer cards;

**(b)** Charge plates; or

**(c)** Telephone cards.

**(2)** With respect to this Additional Coverage, occurrence means an act or series of related acts involving one or more persons; or an act or event, or a series of related acts or events not involving any person is considered one occurrence.

**(3)** The most we will pay under this

Additional Coverage in any one occurrence is $5,000, regardless of the number of premises involved.

**h.   Utility Services – Direct Damage**

**(1)** We will pay for loss of or damage to Covered Property caused by the interruption of services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

**(a)** "Water Supply Services";

**(b)** "Communication Supply Services"; or

**(c)** "Power Supply Services".

**(2)** With respect to this Additional Coverage, Paragraphs **G.3.b.** and **G.22.b** are deleted.

**(3)** The most we will pay for loss or damage under this Additional Coverage is $25,000 at each described premises, but we will not pay more than $100,000 in any one occurrence, regardless of the number of premises involved.

**(4)** Payments under this Additional Coverage are subject to and not in addition to the applicable Limit of Insurance.

**10.** The following Additional Coverage is added, but only with respect to described premises to which no Ordinance or Law – Coverage A applies other than as provided under Paragraph **A.6.k.:**

**Ordinance or Law – Coverage A – Coverage For Loss to the Undamaged Portion of the Building**

**(1)** If a Limit of Insurance is shown in the Declarations for Building, in the event of damage by a Covered Cause of Loss we will pay for loss in value of the undamaged portion of the building as a consequence of enforcement of the minimum requirements of any ordinance or law that requires the demolition of undamaged parts of the same building.

**(2)** The coverage provided by this Additional Coverage apply only if both **(2)(a)** and **(2)(b)** are satisfied and are then subject to the qualifications set forth in **(3).**

**(a)** The ordinance or law:

**(i)** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described

**MP T3 66 08 15**          © 2015 The Travelers Indemnity Company. All rights reserved.          Page 5 of 16

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BUSINESSOWNERS

premises; and

(ii) Is in force at the time of loss.

But coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this Additional Coverage.

**(b)** **(i)** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

**(ii)** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

**(iii)** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Additional Coverage even if the building has also sustained covered direct physical damage.

**(3)** In the situation described in **(2)(b)(ii)** above, we will not pay the full amount of loss otherwise payable under the terms of this Additional Coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of this Additional Coverage.

**(4)** We will not pay under this Additional Coverage for:

**(a)** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot; or

**(b)** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet rot or dry rot.

**(5)** **Specific or Blanket Insurance**

**(a)** **Specific Insurance**

With respect to the building insured on a "specific insurance" basis that has sustained covered direct physical damage, we will pay under this Additional Coverage for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building as described in paragraph **(6)(b)(i)** and **(6)(b)(ii)** below.

**(b)** **Blanket Insurance**

With respect to the building insured on a "blanket insurance" basis that has sustained covered direct physical damage, we will pay under this Additional Coverage for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building as described in paragraph **(6)(c)** and **(6)(d)** below.

**(c)** As used in this Additional Coverage, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance.

**(d)** This Additional Coverage is included in the Limit of Insurance shown in the Declarations as applicable to the covered building. This Additional Coverage does not increase the Limit of Insurance.

**(6)** **Loss Payment**

**(a)** The following loss payment provision is subject to the apportionment procedures set forth in Paragraphs **(2)** and **(3)** above.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**MP T3 66 08 15**

BUSINESSOWNERS

**(b)** When there is a loss in value of an undamaged portion of a building to which this Additional Coverage applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**Specific Insurance**

**(i)** If Replacement Cost coverage applies on a "specific insurance" basis and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

    **a)** The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

    **b)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(ii)** If Replacement Cost coverage applies on a "specific insurance" basis and the property is not repaired or replaced, or if the optional Actual Cash Value is applicable on a "specific insurance" basis to real property, we will not pay more than the lesser of:

    **a)** The actual cash value of the building at the time of loss; or

    **b)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(c) Blanket Insurance**

If Replacement Cost coverage applies on a "blanket insurance" basis and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

**(i)** The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable

quality of the original property insured; or

**(ii)** The value individually stated for the covered building on the latest statement of values on file with us. If, at the time of loss, there is no statement of values on file with us or the value for the covered building or structure is not individually stated on the latest statement of values on file with us, the value of the building or structure will be determined by multiplying:

    **a)** The total reported building and structure value; by

    **b)** The proportion that the square footage of the individual building or structure bears to the total square footage of all buildings and structures contemplated in the total reported building and structure value.

**(d)** If Replacement Cost coverage applies on a "blanket insurance" basis and the property is not repaired or replaced, or if the optional Actual Cash Value is applicable on a "blanket insurance" basis to real property, we will not pay more than the lesser of:

**(i)** The actual cash value of the building at the time of loss; or

**(ii)** The value individually stated for the covered building on the latest statement of values on file with us. If, at the time of loss, there is no statement of values on file with us or the value for the covered building or structure is not individually stated on the latest statement of values on file with us, the value of the building or structure will be determined by multiplying:

    **a)** The total reported building and structure value; by

    **b)** The proportion that the square footage of the individual building or structure bears to the total

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

square footage of all buildings and structures contemplated in the total reported building and structure value.

(7) The terms of this Additional Coverage apply separately to each building to which this Additional Coverage applies.

(8) Under this Additional Coverage we will not pay for loss due to any ordinance or law that:

(a) You were required to comply with before the loss, even if the building was undamaged; and

(b) You failed to comply with.

11. The following **Coverage Extensions** under Paragraph **A.7.** are changed as follows:

a. **Business Income and Extra Expense From Dependent Property**

(1) Paragraph **A.7.d.(4)(a)** is replaced by the following:

Applies to Dependent Property premises located worldwide; and

(2) The limit applicable to the **Coverage Extension – Business Income and Extra Expense From Dependent Property** is increased from $10,000 to $50,000.

b. The limit applicable to the **Coverage Extension – Business Income and Extra Expense – Newly Acquired Premises** is increased from $250,000 to $500,000.

c. The expiration days applicable to the **Coverage Extension – Newly Acquired or Constructed Property** for Business Income and Extra Expense is increased from 90 days to 180 days.

d. Two of the limits applicable to the **Coverage Extension – Electronic Data Processing** are changed as follows:

(1) The limit applicable to "Electronic Data Processing Equipment" and to "Electronic Data Processing Data and Media" while in transit or at premises other than the described premises is increased from $25,000 to $75,000.

(2) The limit applicable to loss or damage to "Electronic Data Processing Data and Media" caused by or resulting from "electronic vandalism" is increased from $25,000 to $50,000.

e. The limit applicable to the **Coverage Extension – Non-owned Detached Trailers** is increased from $5,000 to $25,000.

f. The limit applicable to the **Coverage Extension – Ordinance or Law – Increased "Period of Restoration"** is increased from $25,000 to $50,000.

12. The following **Coverage Extensions** are added to Paragraph **A.7.:**

a. **Business Income and Extra Expense –Boil-Water Order**

(1) When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur due to the "suspension" of your "operations" at the described premises caused by or resulting from a "boil-water order" due to a Covered Cause of Loss.

(2) The most we will pay under this Coverage Extension is $10,000 at each described premises for the sum of all covered loss of Business Income and Extra Expense arising out of all "boil-water orders" occurring during each separate 12 month period of this policy beginning with the effective date of this endorsement.

(3) The coverage for Business Income and Extra Expense will begin 24 hours after the time the "boil-water order" goes into effect and will apply for a period of seven consecutive days after coverage begins.

(4) This Coverage Extension does not apply to any "boil-water order" while access to the described premises is prohibited by action of civil authority.

(5) With respect to this Coverage Extension, the following definition is provided:

**"Boil-water order"** means an advisory, notice, order or other communication issued by a governmental, health or water authority, requiring that water at the described premises should be boiled before consumption or use, due to actual or potential contamination.

b. **Business Income and Extra Expense at Client or Virtual Office Premises**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

MP T3 66 08 15

(1) When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur due to the "suspension" of your business activities occurring at a "client or virtual office premises" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage caused by or resulting from a Covered Cause of Loss at a "client or virtual office premises".

(2) With respect to this Coverage Extension, the "period of restoration" definition under Paragraph **G. PROPERTY DEFINITIONS** is replaced by the following:

**"Period of Restoration"** means the period of time that:

(a) Begins 24 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the "client or virtual office premises"; and

(b) Ends on the earlier of:

(i) The date when the property at the "client or virtual office premises" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(ii) The date when "client or virtual office premises" is resumed at a new permanent location; and

(c) Does not include any increased period required due to the enforcement of any ordinance or law that:

(i) Regulates the construction, use or repair, or requires the tearing down of any property; or

(ii) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

(3) This Coverage Extension applies to "client or virtual office premises" located

within the Coverage Territory.

(4) We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume your business activities at a "client or virtual office premises" in whole or in part, by using any other available:

(a) Source of materials; or

(b) Outlet for your products.

(5) This Coverage Extension does not apply to loss caused by or resulting from loss or damage to property:

(a) At the premises of a "dependent property";

(b) At any location to which the Business Income and Extra Expense Newly Acquired Premises Coverage Extension applies; or

(c) In the due course of transit.

(6) The most we will pay under this Coverage Extension for the sum of Business Income and Extra Expense you incur in any one occurrence is $25,000 regardless of the number of "client or virtual office premises" involved.

(7) Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

c. **Business Personal Property at Client or Virtual Office Premises**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at any described premises, you may extend that insurance to apply to direct physical loss of or damage to Business Personal Property caused by or resulting from a Covered Cause of Loss while such property is located at a "client or virtual office premises".

(2) This Coverage Extension also applies to personal property that is:

(a) Owned by an "employee"; and

(b) Used for your business;

while such property is located at a "client or virtual office premises" and sustains direct physical loss or damage caused by or resulting from a Covered Cause of Loss.

(3) This Coverage Extension does not apply to property:

BUSINESSOWNERS

**(a)** Otherwise covered under the following Additional Coverages;

**(i)** Blanket Coverage Limit of Insurance – Accounts Receivable;

**(ii)** Blanket Coverage Limit of Insurance Valuable Papers and Records; or

**(iii)** Fine Arts.

**(b)** Otherwise covered under the following Coverage Extensions:

**(i)** Accounts Receivable;

**(ii)** Business Personal Property Off Premises;

**(iii)** Electronic Data Processing;

**(iv)** Sales Representative's Samples; or

**(v)** Valuable Papers and Records.

**(4)** The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $25,000 regardless of the number of "client or virtual office premises" involved.

**(5)** Payments under this Coverage Extension are in addition to the applicable Limits of Insurance.

**d. Civil Authority – Homicide or Suicide**

**(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur caused by action of civil authority that prohibits access to the described premises due to a homicide or suicide occurring at such premises.

**(2)** The coverage for Business Income and Extra Expense will begin immediately after the time of that action and will apply for a period of one week after coverage begins.

**e. Computer Fraud and Funds Transfer Fraud**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to:

**(a)** Loss of or damage to Business Personal Property resulting directly from the use of any computer to fraudulently cause a transfer of that property from inside the building at the described premises or "banking premises":

**(i)** To a person (other than a "messenger") outside those premises; or

**(ii)** To a place outside those premises.

**(b)** Loss of "money" and "securities" resulting directly from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "money" and "securities" from your "transfer account".

**(2)** With respect to the coverage provided by this Coverage Extension, Paragraph **B. Exclusions** is amended as follows:

**(a)** Paragraph **B.2.o.** does not apply.

**(b)** Paragraph **B.2.i.** does not apply.

**(c)** The following exclusion is added:

We will not pay for loss or damage caused by or resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such ca**rds.**

**(3)** With respect to this Coverage Extension, occurrence means an act or series of related acts involving one or more persons; or an act or event, or a series of related acts or events not involving any person is considered one occurrence.

**(4)** The most we will pay under this Coverage Extension in any one occurrence is the limit of insurance shown in the above schedule, regardless of the number of premises involved.

**f. Covered Leasehold Interest – Undamaged Improvements and Betterments**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to your interest as tenant in improvements and betterments, as defined in Section **A.1.b.(3)** of this Coverage Form, which are not damaged or destroyed, but which you lose due to the cancellation of your lease by your landlord. The cancellation

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**MP T3 66 08 15**

of your lease by your landlord must:

(a) Result from direct physical loss of or damage to property at the described premises where your improvements and betterments are located, caused by or resulting from a Covered Cause of Loss; and

(b) Be permitted in accordance with the conditions of your written lease agreement.

(2) The most we will pay in any one occurrence under this Coverage Extension is:

(a) The applicable Business Personal Property Limit of Insurance; or

(b) $25,000;

whichever is less.

**g. Deferred Payments**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to your interest in such business personal property that is sold by you under an installment plan, conditional sale, trust agreement or other deferred payment plan when, as a result of direct physical loss of or damage to such property:

(a) Occurring within the Coverage Territory at any location, or in transit, after delivery to buyers; and

(b) Caused by a Covered Cause of Loss;

the buyer refuses to continue payments owed to you for such property and, as a result, you repossess the remaining damaged property of value, if any.

(2) The value of your loss under this Coverage Extension will be determined as follows:

(a) In the event of partial loss to property, the value of your loss will be:

(i) The unpaid balance shown on your books as due from the buyer for such property, excluding any interest or fees due; minus

(ii) The actual cash value of the repossessed damaged property.

(b) In the event of a total loss to property, the value of your loss will

be the unpaid balance shown on your books as due from the buyer for such property, excluding any interest or fees due.

(3) The following is added to **A.2. Property And Costs Not Covered**, but only with respect to this Coverage Extension.

Personal property sold by you under an installment plan, conditional sale, trust agreement or other deferred payment plan after delivery to the purchasers ex-cept as provided in the Deferred Pay-ments Coverage Extension;

(4) The most we will pay in any one occurrence under this Coverage Extension is $25,000.

**h. Food Contamination Costs**

(1) When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary "food contamination expense" you incur due to the "suspension" of your "operations" during the "period of restoration". The "suspension" must be required by a "Public Health Authority" due to discovery of, suspicion of, or exposure to "food contamination" at the described premises.

(2) The following exclusions do not apply to this Coverage Extension if such excluded causes of loss result in any "food contamination" to which this Coverage Extension applies:

(a) Exclusion **B.2.d.(7)(d)**, changes in flavor, color, texture or finish;

(b) Exclusion **B.2.d.(8)**, contamination by other than "pollutants";

(c) Exclusion, **B.2.k.**, Pollution; and

In addition, any Exclusion of Loss Due to Virus or Bacteria endorsement which is applicable to this Coverage Form does not apply to "food contamination" that results from a "communicable disease" to which this Coverage Extension applies.

(3) We will not pay any fines or penalties levied against you by the "Public Health Authority" as a result of the discovery or suspicion of "food contamination" at the described premises.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BUSINESSOWNERS

(4) The most we will pay under this Coverage Extension for the sum of all covered loss and expenses during each separate 12 month period of this policy beginning with the effective date of this endorsement is the Limit of Insurance shown in the Schedule above for Food Contamination.

(5) Payments under this Coverage Extension are in addition to the applicable Limits of Insurance.

(6) The following **PROPERTY DEFINITIONS** are added with respect to this Coverage Extension:

(a) **"Communicable Diseases"** a viral or bacterial micro-organism that induces or is capable of inducing physical illness or disease.

(b) **"Food Contamination"** means a condition in your food which has caused, or is suspected of causing, food poisoning of one or more of your patrons. Such "food contamination" must result from:

(i) Tainted food purchased by you;

(ii) Food which has been improperly processed, stored, handled or prepared in the course of your "operations"; or

(iii) A "Communicable Disease" transmitted by one or more of your "employees".

(c) **"Food Contamination Expense"** means:

(i) Your costs to clean and sanitize your machinery and equipment as directed by the "Public Health Authority";

(ii) Your costs to replace your food declared contaminated by the "Public Health Authorities";

(iii) Your extra costs of advertising including, but not limited to, the expense of telephone, radio, television, newspaper and other media announcements.

(iv) Your expense to provide necessary medical tests or vaccinations for your "employees" who are potentially infected by the "food

contamination". However, we will not pay for any expense that is otherwise covered under a Workers' Compensation policy.

(d) **"Public Health Authority"** means any governmental authority having jurisdiction over your "operations" relating to health and hygiene standards necessary to protect the general public.

(e) **"Period of Restoration"**

With respect to this Coverage Extension means the period of time that:

(i) Begins 24 hours after you receive notification from the "Public Health Authority" that your "operations" are to be temporary closed; and

(ii) Ends with the notifications from the same "Public Health Authority" that your "operations" can be resumed.

i. **Limited Building Coverage – Tenant Obligation**

(1) If:

(a) You are a tenant;

(b) A Limit of Insurance is shown in the Declarations for Business Personal Property; and

(c) You are contractually obligated to repair or replace that part of a building you occupy as a tenant;

at the described premises, you may extend that insurance to apply to direct physical loss of or damage to that part of a building you occupy as a tenant caused by or resulting from a Covered Cause of Loss other than "theft" or attempted "theft".

(2) This Coverage Extension does not apply to any otherwise covered:

(a) Building glass; or

(b) Tenants improvements and betterments as described in Paragraph **A.1.b.(3)**.

(3) The most we will pay under this Coverage Extension in any one occurrence is $50,000 at each described premises.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**MP T3 66 08 15**

**j. Property in Transit**

(1) When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur due to the "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage caused by or resulting from a Covered Cause of Loss to Covered Property while in the due course of transit at your risk within the Coverage Territory.

(2) This Coverage Extension does not apply to loss caused by or resulting from loss or damage to:

(a) Shipments by a government postal service, except by registered mail;

(b) Export shipments once:

(i) The shipment is loaded onboard the export conveyance; or

(ii) Coverage under an Ocean Marine or other insurance policy covering the shipment begins;

whichever is earlier;

(c) Import shipments until:

(i) The shipment is unloaded from the importing conveyance; or

(ii) Coverage under an Ocean Marine or other insurance policy covering the property ends;

whichever is later;

(d) Property of others for which you are responsible while acting as a common or contract carrier, freight forwarder, freight consolidator, or freight broker or public warehouseman;

(e) Property within a conveyance or container caused by "theft" while the conveyance or container is unattended unless the portion of the conveyance or container containing the property is fully enclosed and securely locked, and the "theft" is by forcible entry of which there is visible evidence; or

(f) The transporting conveyance.

(3) With respect to this Coverage Extension,

the "period of restoration" definition under Paragraph **G. PROPERTY DEFINITIONS** is replaced by the following:

**"Period of Restoration"** means the period of time that:

(a) Begins 24 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss in the due course of transit;

(b) Ends on the date when the property in the due course of transit should be repaired, rebuilt or replaced with reasonable speed and similar quality; and

(c) Does not include any increased period required due to the enforcement of any ordinance or law that:

(i) Regulates the construction, use or repair, or requires the tearing down of any property; or

(ii) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

(4) We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume your business activities in the due course of transit in whole or in part, by using any other available:

(a) Source of materials; or

(b) Outlet for your products.

(5) This Coverage Extension does not apply to loss caused by or resulting from loss or damage to property:

(a) At the premises of a "dependent property";

(b) At any location to which the Business Income and Extra Expense at Client or Virtual Office Premises Coverage Extension applies; or

(c) At any location to which the Business Income and Extra Expense Newly Acquired Premises Coverage Extension applies.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BUSINESSOWNERS

(6) The most we will pay under this Coverage Extension for the sum of Business Income and Extra Expense you incur in any one occurrence is $25,000. This limit applies regardless of the number of locations involved.

(7) Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

**k. Sales Representative's Samples**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property, you may extend that insurance to apply to:

(a) Samples of your stock in trade (including containers); and

(b) Similar property of others;

while such property is in the custody of your sales representatives, or agents, or yourself while acting as a sales representative, including while in transit.

(2) We will not pay for loss or damage caused by "theft" of Covered Property from an unattended vehicle. But we will pay for "theft" of Covered Property from an unattended vehicle if at the time of the "theft", all the vehicle's doors, windows and compartments were closed and locked and there are visible signs that the "theft" was a result of forced entry.

(3) The most we will pay for loss or damage for property in the custody of any one sales representative in any one occurrence is $25,000.

**l. Spoilage Coverage**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to Perishable Stock caused by or resulting from a covered cause of loss described in Paragraph **(3)** below and not excluded in Paragraph **(4)** below.

(2) This Coverage Extension does not apply to Perishable Stock while located:

(a) On buildings;

(b) In the open; or

(c) In vehicles.

(3) With respect to this Coverage Extension,

covered cause of loss means the following:

(a) **Breakdown or Contamination**, meaning:

(i) Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; or

(ii) Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the described premises; or

(b) **Power Outage**, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

(4) The following exclusions apply to this Coverage Extension:

(a) We will not pay for loss or damage caused directly or indirectly by any of the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

(i) Manual disconnecting of any refrigeration, cooling, heating or humidity control system from the source of electric power;

(ii) Terminating of electric power due to throwing or turning off any switch or other device usual to the shutting off of electric power, on the described premises; or

(iii) Intentional decision of an electric utility company or other source of electric power not to provide sufficient power or the inability of such company or source to provide sufficient power, due to lack of fuel, governmental order or lack of generating capacity to meet the demand.

(b) Paragraph **B.1.b.** Earth Movement;

(c) Paragraph **B.1.c.** Governmental Action;

(d) Paragraph **B.1.d.** Nuclear Hazard;

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**MP T3 66 08 15**

**(e)** Paragraph **B.1.f.** War and Military Action;

**(f)** Paragraph **B.1.g.** Water; and

**(g)** Paragraph **B.1.h.** Neglect.

No other exclusions in Paragraph **B. Exclusions** apply to this Coverage Extension. However, if any exclusions are added by endorsement to this Coverage Form, such exclusions will apply to this Coverage Extension.

**(5)** With respect to this Coverage Extension, Perishable Stock means personal property:

**(a)** Maintained under controlled conditions for its preservation; and

**(b)** Susceptible to loss or damage if the controlled temperature or humidity conditions change.

**(6)** The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $10,000, regardless of the number of premises involved.

**m. Undamaged Parts of Stock in Process**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to the reduction in value of the undamaged remaining parts of "stock" which becomes unmarketable when the reduction is caused by direct physical loss or damage from a Covered Cause of Loss to other parts of "stock".

**(2)** The most we will pay under this Coverage Extension in any one occurrence is $25,000.

**n. Utility Services – Time Element**

**(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the loss of Business Income or Extra Expense caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

**(a)** "Water Supply Services";

**(b)** "Communication Supply Services"; or

**(c)** "Power Supply Services".

**(2)** We will only pay for loss of Business Income you sustain and Extra Expense you incur after 48 consecutive hours following the direct physical loss or damage to the following property not on the described premises;

**(a)** "Water Supply Services";

**(b)** "Communication Supply Services"; or

**(c)** "Power Supply Services".

This Coverage Extension does not apply to any reduction of income after service has been restored to your premises.

**(3)** With respect to this Coverage Extension, Paragraphs **G.3.b** and **G.22.b** are deleted.

**(4)** The most we will pay for loss under this Coverage Extension is $50,000 at each described premises, but we will not pay more than $100,000 in any one occurrence, regardless of the number of premises involved.

**o. Water or Sewage Back Up and Sump Overflow**

**(1)** When the Declarations show that you have coverage for Building or Business Personal Property, you may extend that insurance to apply to direct physical loss of or damage to Covered Property at the described premises caused by or resulting from water or sewage that backs up or overflows from a sewer, drain or sump that is inside a building at the described premises.

**(2)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may also extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur caused by or resulting from water or sewage that backs up or overflows from a sewer, drain or sump that is inside a building at the described premises.

**(3)** Paragraph **B.1.g.(3)** does not apply to this Coverage Extension.

**(4)** The most we will pay under this Coverage Extension in any one occurrence is $50,000, regardless of the number of described premises involved. Amounts payable under any coverage, including any Additional Coverage or

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BUSINESSOWNERS

Coverage Extension, do not increase this limit.

**13.** The following is added to Paragraph **E. PROPERTY LOSS CONDITIONS:**

**Pairs, sets or parts:**

(1) In case of loss to any part of a pair or set we may at our option:

   (a) Repair or replace any part to restore the pair or set to its value before the loss; or

   (b) Pay the difference between the value of the pair or set before and after the loss.

(2) In case of loss to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**14.** The following is added to Paragraph **F. COMMERCIAL PROPERTY CONDITIONS:**

**Unintentional Errors In Description**

Your error in how you describe the address of a location in the Location Schedule shall not prejudice coverage afforded by this policy, provided such error is not intentional. Any such error shall be reported and corrected when discovered and appropriate premium charged.

**15.** The following definitions are added to Paragraph **G. PROPERTY DEFINITIONS:**

**a.** **"Client or Virtual Office Premises"** means the interior of that portion of any building occupied by an "employee", including:

(1) An "employee's" residence; or

(2) A client's business location.

Client or virtual office premises does not include any location that is described in the Declarations or reported to or accepted by us for coverage under this Coverage Form.

**b.** **"Fraudulent instruction"** means:

(1) An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

(2) A written instruction (other than those described in Paragraph **A.6.i.**) issued by you, which was forged or altered by someone other than you without your knowledge or consent or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

(3) An electronic, telegraphic, cable, teletype, telefacsimile, telephone or written instruction initially received by you which purports to have been transmitted by an "employee" but which was in fact fraudulently transmitted by someone else without your or the "employee's" knowledge or consent.

**c.** **"Fungus"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**d.** **"Messenger"** means you, or a relative of yours, or any of your partners or "members", or any "employee" while having care and custody of property outside the premises.

**e.** **"Transfer account"** means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "money" and "securities":

(1) By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

(2) By means of written instructions (other than those described in Paragraph **A.6.i.**) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**MP T3 66 08 15**

POLICY NUMBER: 680-9M304995-19-42

BUSINESSOWNERS
ISSUE DATE: 02/01/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

## SCHEDULE*

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable | Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|---|---|---|
| 001 | 001 | P-1,P-9 | | | |

1. The following is added to the:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM
BUSINESSOWNERS PROPERTY COVERAGE STANDARD FORM

**PROTECTIVE SAFEGUARDS**

a. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

b. The protective safeguards to which this endorsement applies are identified by the following symbols:

"P-1"  Automatic Sprinkler System, including related supervisory services

Automatic Sprinkler System means:

(1) Any automatic fire protective or extinguishing system, including connected:

(a) Sprinklers and discharge nozzles;

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations

Includes Material Copyrighted by Insurance Services Office, Inc.
ISO Commercial Risk Services, Inc.

**MP T3 07 03 97**

Page 1 of 2

BUSINESSOWNERS

(b) Ducts, pipes, valves and fittings;

(c) Tanks, their component parts and supports; and

(d) Pumps and private fire protection mains.

(2) When supplied from an automatic fire protective system:

(a) Non-automatic fire protective systems; and

(b) Hydrants, standpipes and outlets.

"P-9" Protective system covering cooking surface as described in application for insurance on file with the company

2. The following is added to the EXCLUSION section of:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM
BUSINESSOWNERS PROPERTY COVERAGE STANDARD FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

a. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

b. Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

Includes Material Copyrighted by Insurance Services Office, Inc.
ISO Commercial Risk Services, Inc.

**MP T3 07 03 97**

BUSINESSOWNERS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

The federal Terrorism Risk Insurance Act of 2002 as amended ("TRIA") establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in TRIA) caused by "Acts Of Terrorism" (as defined in TRIA). "Act Of Terrorism" is defined in Section 102(1) of TRIA to mean any act that is certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The Federal Government's share of compensation for such Insured Losses is established by TRIA and is a percentage of the amount of such Insured Losses in excess of each Insurer's "Insurer Deductible" (as defined in TRIA), subject to the "Program Trigger" (as defined in TRIA). Through 2020, that percentage is established by TRIA as follows:

85% with respect to such Insured Losses occurring in calendar year 2015.

84% with respect to such Insured Losses occurring in calendar year 2016.

83% with respect to such Insured Losses occurring in calendar year 2017.

82% with respect to such Insured Losses occurring in calendar year 2018.

81% with respect to such Insured Losses occurring in calendar year 2019.

80% with respect to such Insured Losses occurring in calendar year 2020.

In no event, however, will the Federal Government be required to pay any portion of the amount of such Insured Losses occurring in a calendar year that in the aggregate exceeds $100 billion, nor will any Insurer be required to pay any portion of such amount provided that such Insurer has met its Insurer Deductible. Therefore, if such Insured Losses occurring in a calendar year exceed $100 billion in the aggregate, the amount of any payments by the Federal Government and any coverage provided by this policy for losses caused by Acts Of Terrorism may be reduced.

The charge for such Insured Losses under this Coverage Part is included in the Coverage Part premium. The charge for such Insured Losses that has been included for this Coverage Part is indicated below, and does not include any charge for the portion of such Insured Losses covered by the Federal Government under TRIA:

- 4% of your total Businessowners Coverage Part premium if your primary location is in a Designated City (as listed below).

- 2% of your total Businessowners Coverage Part premium if your primary location is not in a Designated City (as listed below).

MP T3 25 01 15          © 2015 The Travelers Indemnity Company. All rights reserved.          Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BUSINESSOWNERS

| Designated Cities are: | | | |
|---|---|---|---|
| Albuquerque, NM | El Paso, TX | Miami, FL | San Diego, CA |
| Atlanta, GA | Fort Worth, TX | Milwaukee, WI | San Antonio, TX |
| Austin, TX | Fresno, CA | Minneapolis, MN | San Francisco, CA |
| Baltimore, MD | Honolulu, HI | Nashville-Davidson, TN | San Jose, CA |
| Boston, MA | Houston, TX | New Orleans, LA | Seattle, WA |
| Charlotte, NC | Indianapolis, IN | New York, NY | St. Louis, MO |
| Chicago, IL | Jacksonville, FL | Oakland, CA | Tucson, AZ |
| Cleveland, OH | Kansas City, MO | Oklahoma City, OK | Tulsa, OK |
| Colorado Springs, CO | Las Vegas, NV | Omaha, NE | Virginia Beach, VA |
| Columbus, OH | Long Beach, CA | Philadelphia, PA | Washington, DC |
| Dallas, TX | Los Angeles, CA | Phoenix, AZ | Wichita, KS |
| Denver, CO | Memphis, TN | Portland, OR | |
| Detroit, MI | Mesa, AZ | Sacramento, CA | |

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

MP T3 25 01 15

POLICY NUMBER: 680-9M304995-19-42

BUSINESSOWNERS
ISSUE DATE: 02/01/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# THEFT OF MONEY AND SECURITIES LIMITATION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

**A. Schedule**

Theft of Money and Securities Limit: $ 25,000

**B.** The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

  **1.** The following is added to Paragraph **A.5.** :

   **a.** If "money" and "securities" is otherwise covered at any described premises, the most we will pay for loss or damage by "theft" of any "money" and "securities" in any one occurrence is the limit shown in the schedule above. This limitation does not apply to any otherwise covered loss or damage under the Employee Dishonesty or Forgery or Alteration Additional Coverages.

BUSINESSOWNERS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME AND EXTRA EXPENSE – POLICY LEVEL DOLLAR LIMIT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

1.  Paragraph **A.3.d.(2)** under **Business Income and Extra Expense** is replaced by the following

    **(2)** Actual loss up to a maximum dollar limit, then we will pay for loss of Business Income and Extra Expense up to the limit shown in any one occurrence.

**MP T3 49 10 06**                    © 2006 The St. Paul Travelers Companies, Inc.                    Page 1 of 1

BUSINESSOWNERS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN – SERVICE INTERRUPTION LIMITATION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

**A.** The BUSINESSOWNERS PROPERTY COVER-AGE SPECIAL FORM is changed as follows:

**1.** The following is added to Paragraph **A.7. Coverage Extensions i. Equipment Break-down:**

**(9)** With respect to Service Interruption cov-erage, we will not pay under this Cover-age Extension for loss or damage caused by or resulting from any of the following:

**(a)** Fire;

**(b)** Lightning;

**(c)** Windstorm or hail;

**(d)** Explosion (except for steam or cen-trifugal explosion);

**(e)** Smoke;

**(f)** Aircraft or vehicles;

**(g)** Riot or civil commotion;

**(h)** Vandalism;

**(i)** Sprinkler Leakage;

**(j)** Falling objects;

**(k)** Weight of snow, ice or sleet;

**(l)** Freezing; or

**(m)** Collapse

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDATORY PROVISIONS – GREEN BUILDING AND BUSINESS PERSONAL PROPERTY COVERAGE ENHANCEMENTS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

**A. DEFINITIONS**

As used in this endorsement:

1. **"Green"** means products, materials, methods and processes that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize the environmental impact.

2. **"Green Authority"** means a recognized authority on green building or green products, materials or processes.

**B.** The **BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM** is changed as follows:

1. The following **Additional Coverages** are added:

   a. **Green Building Alternatives – Increased Cost**

   (1) If direct physical loss or damage by a Covered Cause of Loss occurs to a building that is covered property, we will pay for:

   (a) The reasonable additional cost you incur to repair or replace the lost or damaged portions of the building using products or materials that:

   (i) Are "green" alternatives to the products or materials of the lost or damaged property, in accordance with the documented standards of a "Green Authority"; and

   (ii) Are otherwise of comparable quality and function to the damaged property;

   and

   (b) The reasonable additional cost you incur to employ "green" methods or processes of construction, disposal or recycling in the course of the repair and replacement of the lost or damaged building, in accordance with the documented standards of a "Green Authority".

   (2) The insurance provided under this Additional Coverage applies only if replacement cost valuation applies to the lost or damaged building and then only if the building is actually repaired or replaced as soon as reasonably possible after the loss or damage.

   (3) The insurance provided under this Additional Coverage does not apply to any building that has been "vacant" for more than 60 consecutive days before the loss or damage occurs.

   (4) The most we will pay for the additional cost incurred with respect to each building in any one occurrence under this Additional Coverage is determined by:

   (a) Multiplying 5%; times

   (b) The amount we would otherwise pay for the direct physical loss of or damage to the building, prior to application of any applicable deductible.

   (5) However, the most we will pay for the additional cost incurred in any one occurrence, regardless of the number of buildings involved, is $25,000.

© 2007 The Travelers Companies, Inc.

BUSINESSOWNERS

**b. Green Building Reengineering and Re-certification Expense**

(1) If, as a result of direct physical loss or damage by a Covered Cause of Loss to a building that is Covered Property, the pre-loss level of "green" building certification by a "Green Authority" on the building is lost, we will pay for the following reasonable additional expenses you incur to re-attain the pre-loss level of "green" building certification from that "Green Authority":

(a) The reasonable additional expense you incur to hire a qualified engineer or other professional required by the "Green Authority" to be involved in:

(i) Designing, overseeing or documenting the repair or replacement of the lost or damaged building; or

(ii) Testing and recalibrating the systems and mechanicals of the lost or damaged building to verify that the systems and mechanicals are performing in accordance with the design of such systems and mechanicals or the specifications of the manufacturer;

and

(b) The reasonable registration and recertification fees charged by the "Green Authority".

(2) This Additional Coverage applies to the additional expenses described above that you incur to achieve the pre-loss level of "green" building certification in accordance with the standards of the "Green Authority" that exist at the time of repair or replacement, even if the standards have changed since the original certification was achieved.

(3) The insurance provided under this Additional Coverage does not apply to any building that has been "vacant" for more than 60 consecutive days before the loss or damage occurs.

(4) The most we will pay in any one occurrence under this Additional Coverage for:

(a) All expenses incurred with respect to each building is 5% of the sum of:

(i) The amount we pay for the direct physical loss of or damage to the building, including any amount paid under the Green Building Alternatives – Increased Cost Additional Coverage; and

(ii) The deductible amount applied to the loss payment for direct physical loss or damage to the building;

(b) All expenses incurred, regardless of the number of buildings involved, is $25,000.

2. The following **Coverage Extensions** are added:

**a. Green Building and Business Personal Property Alternatives – Increased Period of Restoration**

(1) If:

(a) Direct physical loss or damage by a Covered Cause of Loss occurs to a building at the described premises or Business Personal Property at the described premises to which the Green Business Personal Property Alternatives – Increased Cost Coverage Extension applies; and

(b) The Declarations show that you have coverage for Business Income and Extra Expense;

you may extend that insurance to include the amount of actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur during the increase in the "period of restoration" that is reasonably necessary to:

(i) Repair or replace the lost or damaged portions of the building or Business Personal Property (as described in Green Business Personal

© 2007 The Travelers Companies, Inc.

**MP T3 56 02 08**

BUSINESSOWNERS

Property Alternatives – Increased Cost Coverage Extension) using products or materials that:

a) Are "green" alternatives to the products or materials of the lost or damaged property, in accordance with the documented standards of a "Green Authority"; and

b) Are otherwise of comparable quality and function to the damaged property;

and

(ii) Employ "green" methods or processes of construction, disposal or recycling in the course of the repair and replacement of the lost or damaged building or Business Personal Property (as described in Green Business Personal Property Alternatives – Increased Cost Coverage Extension), in accordance with the documented standards of a "Green Authority";

subject to a maximum of 30 additional days from the date the "period of restoration" would otherwise have ended.

(2) This Coverage Extension is included in, and does not increase, the amount of coverage available based on the applicable Business Income and Extra Expense provision shown in the Declarations.

b. **Green Business Personal Property Alternatives – Increased Cost**

(1) If:

(a) The Declarations show that you have coverage for Business Personal Property; and

(b) Direct physical loss or damage by a Covered Cause of Loss occurs to covered Business Personal Property at the described premises; and

(c) Such loss or damage requires replacement of such property, or with respect to improvements and betterments, requires repair or replacement;

you may extend that insurance to apply to the reasonable additional cost you incur to replace the lost or damaged Business Personal Property, or with respect to improvements and betterments, to repair or replace the lost or damaged portions of such improvements and betterments, using products or materials that:

(i) Are "green" alternatives to the products or materials of the lost or damaged property, in accordance with the documented standards of a "Green Authority"; and

(ii) Are otherwise of comparable quality and function to the damaged property.

(2) With respect to improvements and betterments you may also extend that insurance to apply to the reasonable additional cost you incur to employ "green" methods or processes of construction, disposal or recycling in the course of the repair and replacement of the lost or damaged building, in accordance with the documented standards of a "Green Authority".

(3) The insurance provided under this Coverage Extension applies only if replacement cost valuation applies to the lost or damaged property and then only if the property is actually repaired or replaced as soon as reasonably possible after the loss or damage.

(4) This Coverage Extension does not apply to "stock" or property of others that is in your care, custody or control.

(5) The insurance provided under this Coverage Extension does not apply to Business Personal Property at any building that has been "vacant" for more than 60 consecutive days before the loss or damage occurs.

BUSINESSOWNERS

(6) The most we will pay in any one occurrence under this Coverage Extension for the increased cost incurred with respect to the damaged property to which this Coverage Extension applies is determined by:

(a) Multiplying 5%; times

(b) The amount we would otherwise pay for the direct physical loss of or damage to the business personal property, prior to application of any applicable deductible.

(7) However, the most we will pay for the additional cost incurred in any one occurrence, regardless of the number of described premises involved, is $25,000.

3. The following provision is added to the Loss Payment Loss Condition in Section **E.4.** :

Except as specifically provided under the:

a. Green Building Alternatives — Increased Cost Additional Coverage; and

b. Green Building Reengineering and Recertification Expense Additional Coverage; and

c. Green Business Personal Property Alternatives — Increased Cost Coverage Extension;

the cost to repair, rebuild or replace does not include any increased cost incurred to re-

attain a pre-loss level of "green" building certification from a "Green Authority".

4. This endorsement does not apply to property covered under the Newly Acquired or Constructed Property Additional Coverage.

5. With respect to the Additional Coverages and Coverage Extensions of this endorsement we will not pay for any Business Income or Extra Expense loss caused by or resulting from obtaining "green" building certification from a "Green Authority". However, this does not apply to any increase in the "period of restoration" required to re-attain a pre-loss level of "green" building certification from a "Green Authority" as otherwise covered under the Green Building and Business Personal Property Alternatives — Increased Period of Restoration Coverage Extension.

6. Under the **DEFINITIONS** in **Section G.** the following is added to the definition of "period of restoration":

"Period of restoration" does not include any increased period required to re-attain a pre-loss level of "green" building certification from a "Green Authority". But this does not apply to any increase in the "period of restoration" otherwise covered under the Green Building and Business Personal Property Alternatives — Increased Period of Restoration Coverage Extension.

© 2007 The Travelers Companies, Inc.

**MP T3 56 02 08**

Travelers Doc Mgmt  183 of 395

Exhibit A, Page 200

POLICY NUMBER: 680-9M304995-19-42

BUSINESSOWNERS
ISSUE DATE: 02/01/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLE ASE READ IT CAREFULLY.**

# UTILITY SERVICES – TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

## SCHEDULE

| Prem. Loc. No. | Bldg. No. | Utility Services Limit of Insurance | Water Supply | Communication Supply Property (not including overhead transmission lines) | Communication Supply Property (including overhead transmission lines) | Power Supply Property (not including overhead transmission lines) | Power Supply Property (including overhead transmission lines) |
|---|---|---|---|---|---|---|---|
| 001 | 001 | 25,000 | X | | X | | X |

A.  The BUSINESSOWNERS PROPERTY COVER-AGE SPECIAL FORM is changed as follows:

1.  The following is added to Paragraph **A.7.**:

    **Utility Services – Time Element**

    **(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the loss of Business Income or Extra Expense caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises if such property is indicated by an "X" in the schedule above:

    **(a)** "Water Supply Services";

    **(b)** "Communication Supply Services"; or

    **(c)** "Power Supply Services".

    **(2)** We will pay the actual loss sustained from the initial time of service(s) failure at the described premises but only when the service interruption at the described premises exceeds 24 hours immediately

following the direct physical loss or damage. Coverage does not apply to any reduction of income after service has been restored to your premises.

    **(3)** If there is an "X" in the schedule above under Communication Supply Property (including overhead transmission lines) for the described premises, then Paragraph **G.3.b.** is deleted with respect to this endorsement for such described premises.

    **(4)** If there is an "X" in the schedule above under Power Supply Property (including overhead transmission lines) for the described premises, then Paragraph **G.22.b.** is deleted with respect to this endorsement for such described premises.

    **(5)** The most we will pay for loss under this Coverage Extension in any one occurrence for the described premises is the Utility Services Limit of Insurance shown in the schedule above for such described premises.

POLICY NUMBER: 680-9M304995-19-42

BUSINESSOWNERS
ISSUE DATE: 02/01/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES – DIRECT DAMAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

## SCHEDULE

| Prem. Loc. No. | Bldg. No. | Covered Property | Utility Services Limit of Insurance | Water Supply | Communication Supply Property (**not** including overhead transmission lines) | Communication Supply Property (including overhead transmission lines) | Power Supply Property (**not** including overhead transmission lines) | Power Supply Property (including overhead transmission lines) |
|---|---|---|---|---|---|---|---|---|
| 001 | 001 | BPP | $25,000 | X | | X | | X |

**A.** The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

1. The following is added to Paragraph **A.6.**:

   **Utility Services – Direct Damage**

   (1) We will pay for loss of or damage to Covered Property as indicated in the schedule above, caused by the interruption of services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises if such property is indicated by an "X" in the schedule above:

   (a) "Water Supply Services";

   (b) "Communication Supply Services"; or

   (c) "Power Supply Services".

   (2) If there is an "X" in the schedule above under Communication Supply Property (including overhead transmission lines) for the described premises, then Paragraph **G.3.b.** is deleted with respect to this endorsement for such described premises.

   (3) If there is an "X" in the schedule above under Power Supply Property (including overhead transmission lines) for the described premises, then Paragraph **G.22.b.** is deleted with respect to this endorsement for such described premises.

   (4) The most we will pay for loss under this Additional Coverage in any one occurrence for the described premises is the Utility Services Limit of Insurance shown in the schedule above for such described premises.

   (5) Payments under this Additional Coverage are subject to and not in addition to the applicable Limit of Insurance.

**MP T3 18 02 05**

Copyright, The Travelers Indemnity Company, 2004

Page 1 of 1

POLICY NUMBER: 680-9M304995-19-42

BUSINESSOWNERS
ISSUE DATE: 02/01/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

### SCHEDULE

| Premises Location Number | Building Number | Description of Property |
|---|---|---|
| 001 | 001 | ALL PERISHABLE GOODS |

| Limit of Insurance | Deductible | Refrigeration Maintenance Agreement | Causes of Loss: Breakdown or Contamination | Power Outage | Selling Price |
|---|---|---|---|---|---|
| $50,000 | $500 | X | X | X | X |

A. The BUSINESSOWNERS PROPERTY COVER-AGE SPECIAL FORM is changed as follows:

1. The following is added to Paragraph **A.7.**:

   **Spoilage Coverage**

   (1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises and such described premises is shown in the schedule above, you may extend that insurance to apply to direct physical loss of or damage to Perishable Stock caused by or resulting from a covered cause of loss described in Paragraph **(3)** below and not excluded in Paragraph **(4)** below.

   (2) This Coverage Extension does not apply to Perishable Stock while located:

   (a) On buildings;

   (b) In the open; or

   (c) In vehicles.

   (3) With respect to this Coverage Extension, covered cause of loss means the follow-

ing only if indicated by an "X" in the schedule above:

   (a) **Breakdown or Contamination,** meaning:

   (i) Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; or

   (ii) Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the described premises shown in the schedule; or

   (b) **Power Outage,** meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

MP T9 73 02 05

Copyright, The Travelers Indemnity Company, 2004

Page 1 of 3

BUSINESSOWNERS

**(4)** The following exclusions apply to this Coverage Extension:

**(a)** We will not pay for loss or damage caused directly or indirectly by any of the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

**(i)** Manual disconnecting of any refrigeration, cooling, heating or humidity control system from the source of electric power;

**(ii)** Terminating of electric power due to throwing or turning off any switch or other device usual to the shutting off of electric power, on the premises shown in the schedule above; or

**(iii)** Intentional decision of an electric utility company or other source of electric power not to provide sufficient power or the inability of such company or source to provide sufficient power, due to lack of fuel, governmental order or lack of generating capacity to meet the demand.

**(b)** Paragraph **B.1.b.** Earth Movement;

**(c)** Paragraph **B.1.c.** Governmental Action;

**(d)** Paragraph **B.1.d.** Nuclear Hazard;

**(e)** Paragraph **B.1.f.** War and Military Action;

**(f)** Paragraph **B.1.g.** Water; and

**(g)** Paragraph **B.1.h.** Neglect.

No other exclusions in Paragraph **B.** Exclusions apply to this Coverage Extension. However, if any exclusions are added by endorsement to this Coverage Form, such exclusions will apply to this Coverage Extension.

**(5)** Under this Coverage Extension, the following coverages also apply:

**(a) Claim Mitigation Expense**

We will pay the reasonable expenses you incur to prevent or reduce loss or damage to the extent that such loss or damage is reduced, but such payment will not increase the applicable Limit of Insurance.

**(b) Clean-up and Disposal**

We will pay your expenses to clean-up and dispose of spoiled Covered Property. Payment for Clean-up and Disposal is included within the Limit of Insurance shown in the schedule above.

**(6)** With respect to this Coverage Extension, if Selling price is indicated by an "X" in the schedule above, the following is added to Paragraph **E.4.**:

We will determine the value of finished Perishable Stock in the event of loss or damage at:

**(a)** The selling price, as if no loss or damage had occurred;

**(b)** Less discounts and expenses you otherwise would have had.

**(7)** With respect to this Coverage Extension, Perishable Stock means personal property:

**(a)** Maintained under controlled conditions for its preservation; and

**(b)** Susceptible to loss or damage if the controlled temperature or humidity conditions change.

**(8)** Subject to Paragraph **(9)** below, the most we will pay for loss or damage under this Coverage Extension in any one occurrence is the Limit of Insurance shown in the schedule above.

**(9)** Regardless of the amount of the Businessowners Property Coverage Deductible, we will not pay for loss or damage under this Coverage Extension in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the schedule above. We will then pay the amount of loss or damage in excess of this Deductible, up to the applicable Limit of Insurance.

**(10)** Paragraph **C.2.** does not apply to this Coverage Extension.

**(11) Refrigeration Maintenance Agreement**

**(a)** If:

**(i)** Breakdown or Contamination is designated by an "X" as a covered cause of loss in the schedule above; and

**(ii)** Refrigeration Maintenance Agreement is shown as applica-

Copyright, The Travelers Indemnity Company, 2004

**MP T9 73 02 05**

BUSINESSOWNERS

ble by an "X" in the schedule above;

then the following condition applies:

You must maintain a Refrigeration Maintenance Agreement as described in Paragraph **(b)** below. If you voluntarily terminate this agreement and do not notify us, the insurance provided by this endorsement under the Breakdown or Contamination covered cause of loss will be automatically suspended at the described premises involved.

**(b)** Refrigeration Maintenance Agreement means a written service contract, between you and the refrigeration service organization, which provides for regular periodic inspection of the refrigeration equipment at the insured location, and the servicing and repair of equipment, including emergency response at the insured location.

**MP T9 73 02 05**          Copyright, The Travelers Indemnity Company, 2004          Page 3 of 3

BUSINESSOWNERS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMIT OF INSURANCE/OCCURRENCE ENDORSEMENT – CALIFORNIA

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

**A.** With respect to the **Additional Coverage – Employee Dishonesty**, Paragraph **A.6.d.** in the BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

**1.** Paragraph **(1)** is replaced by the following:

**(1)** We will pay for loss of or damage to Business Personal Property resulting directly from "employee dishonesty".

We will pay only for loss or damage you sustain through acts committed or events occurring, and whether or not sustained only during the period of this policy. Regardless of the number of years this policy, or any other policy we issued to you, has been in force, and how many premiums were paid, you are not entitled to a separate limit of insurance under each policy or renewal, or for each period for which premiums were paid, or to recovery up to the sum of the limits of insurance of such policies or renewals.

**2.** Paragraph **(7)** is replaced by the following:

**(7)** With respect to this Additional Coverage, occurrence means all loss or losses caused by or involving any "employee", acting alone or in collusion with other persons, or any group of "employees" acting together, even if in collusion with other persons, whether the result of a single act or multiple acts and whether or not sustained only during the period of this policy. All acts by one "employee" acting alone or in collusion with other persons, or by any group of "employees" acting together, and whenever performed, can give rise to only one occurrence.

**3.** Paragraph **(8)** and **(9)** are replaced by the following:

**(8)** If you discover a loss during the period of this policy which you, or your predecessor in interest, sustained during the periods of any prior policy or policies and you, or the predecessor in interest, could have recovered all or part of the loss under the prior policy or policies except that the time within which to discover loss required by the prior policy or policies had expired, we will pay for the loss under this policy, provided, however, that:

**(a)** This policy would have covered the loss had this policy been in force at the time the loss was sustained; and

**(b)** There was no period of time from the commencement of the first such prior policy to the date the loss was discovered when you, or your predecessor in interest, did not have in force insurance to cover that type of loss.

**(9)** The insurance under Paragraph **(8)** is part of, not in addition to the Limit of Insurance described in Paragraph **(6)** above and is limited to the lesser of the amount recoverable under:

**(a)** This Additional Coverage, as of its effective date; or

**(b)** The prior insurance had it remained in effect.

**4.** The following provision is added:

**Loss Covered Under This Insurance And Prior Insurance Issued By Us Or Any Affiliate**

If an occurrence takes place partly within the period of this policy, any Limit of Insurance applicable to such occurrence under this policy shall be reduced by any amount recoverable with respect to such occurrence under any prior policy issued by us, or by any affiliate of ours, to you, or to any affiliate of yours. The most we will pay under any circumstances is the Limit of Insurance under this policy, or the Limit of Insurance under such prior policy, whichever is larger.

**B.** With respect to the **Additional Coverage – Forgery or Alteration**, Paragraph **A.6.i.** in the BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

MP T4 90 05 10 © 2009 The Travelers Indemnity Company Page 1 of 2

BUSINESSOWNERS

1. Paragraph **(1)** is replaced by the following:

   **(1)** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are made or drawn by or drawn upon you, or made or drawn by one acting as an agent or purported to have been so made or drawn

   We will consider signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

   We will pay only for loss or damage you sustain through acts committed or events occurring, and whether or not sustained only during the period of this policy. Regardless of the number of years this policy, or any other policy we issued to you, has been in force, and how many premiums were paid, you are not entitled to a separate limit of insurance under each policy or renewal, or for each period for which premiums were paid, or to recovery up to the sum of the limits of insurance of such policies or renewals.

2. Paragraph **(6)** and **(7)** are replaced by the following:

   **(6)** If you discover a loss during the period of this policy which you, or your predecessor in interest, sustained during the periods of any prior policy or policies and you, or the predecessor in interest, could have recovered all or part of the loss under the prior policy or policies except that the time within which to discover loss required by the prior policy or policies had expired, we will pay for the loss under this policy, provided that:

      **(a)** This policy would have covered the loss had this policy been in force at the time the loss was sustained; and

      **(b)** There was no period of time from the commencement of the first such prior policy to the date the loss was discovered when you, or your predecessor in interest, did not have in force insurance to cover that type of loss.

   **(7)** The insurance under Paragraph **(6)** is part of, not in addition to the Limit of Insurance described in Paragraph **(4)** above and is limited to the lesser of the amount recoverable under:

      **(a)** This Additional Coverage, as of its effective date; or

      **(b)** The prior insurance had it remained in effect.

3. The following provision is added:

   **Loss Covered Under This Insurance And Prior Insurance Issued By Us Or Any Affiliate**

   If an occurrence takes place partly within the period of this policy, any Limit of Insurance applicable to such occurrence under this policy shall be reduced by any amount recoverable with respect to such occurrence under any prior policy issued by us, or by any affiliate of ours, to you, or to any affiliate of yours. The most we will pay under any circumstances is the Limit of Insurance under this policy, or the Limit of Insurance under such prior policy, whichever is larger.

**C.** Paragraph **G.9.** under **PROPERTY DEFINTIONS** is replaced with the following:

9. **"Employee"**

   a. Means:

      **(1)** Any natural person:

         **(a)** While in your service (and for 30 days after termination of service);

         **(b)** Whom you compensate directly by salary, wages or commissions; and

         **(c)** Whom you have the right to direct and control while performing services for you;

      **(2)** Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the premises; or

      **(3)** Your directors or trustees while acting as a member of any of your elected or appointed committees to perform on your behalf specific, as distinguished from general, directorial acts; and

   b. Does not mean any agent, broker, person leased to you by a labor leasing firm, factor, commission merchant, consignee, independent contractor or representative of the same general character.

© 2009 The Travelers Indemnity Company

**MP T4 90 05 10**

BUSINESSOWNERS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – REPLACEMENT COST

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

**A.** The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

**1.** With respect to an "open policy", the following is added to any provision which uses the term actual cash value:

**a.** In the event of a total loss to a building or structure, actual cash value is calculated as the Limit of Insurance applicable to that building or structure or the fair market value of the building or structure, whichever is less.

**b.** In the event of a partial loss to a building or structure, actual cash value is calculated as **b.(1)** or **b.(2)**, whichever is less:

**(1)** The amount it would cost to repair, rebuild or replace the property less a fair and reasonable deduction for physical depreciation of the components of the building or structure that are normally subject to repair or replacement during its useful life. Physical depreciation is based upon the condition of the property at the time of loss;

**(2)** The Limit of Insurance applicable to the property.

**c.** In the event of a partial or total loss to Covered Property other than a building or structure, actual cash value is calculated as **c.(1)** or **c.(2)**, whichever is less:

**(1)** The amount it would cost to repair or replace the property less a fair and reasonable deduction for physical depreciation, based on the condition of the property at the time of loss;

**(2)** The Limit of Insurance applicable to the property.

**d.** An "open policy" is a policy under which the value of Covered Property is not fixed at policy inception, but is determined at the time of loss in accordance with policy provisions on valuation.

**2.** Paragraph **E.4.e.(1)(b)** under **Loss Payment-Building and Personal Property** is replaced by the following:

**(b)** We will not pay on a replacement cost basis for any loss or damage until the lost or damaged property is actually repaired or replaced. Prior to such repair or replacement, we will pay the actual cash value of the lost or damaged property as described in Paragraph A.1. of this endorsement. If the actual cash value does not exhaust the applicable limit of insurance, we will then pay the difference between the actual cash value and the replacement cost, provided that the repair or replacement is completed:

**(i)** Within 12 months after we pay the actual cash value; or

**(ii)** Within 24 months after we pay the actual cash value if the loss or damage relates to a state of emergency as described in Section 8558 of the Government Code;

unless we extend the time period for good cause.

Nothing in this Paragraph **(b)** constitutes a waiver of our right to deny the claim for any valid reason or to restrict payment in cases of suspected fraud.

**3.** Paragraph **E.4.e.(7)** under **Loss Payment-Building and Personal Property** is replaced by the following:

**(7)** Tenants' Improvements and Betterments at:

**(a)** Replacement cost in accordance with the terms set forth in Paragraph **(1)(b)** above.

**MP T5 08 01 06**        Includes the copyrighted material of Insurance Services Office, Inc. with its permission.        Page 1 of 2
Includes the copyrighted material of The St. Paul Travelers Companies, Inc.

Travelers Doc Mgmt  191 of 395

Exhibit A, Page 208

**(b)** A proportion of your original cost if the property is not repaired or replaced. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

---

Page 2 of 2

Includes the copyrighted material of Insurance Services Office, Inc. with its permission.
Includes the copyrighted material of The St. Paul Travelers Companies, Inc.

**MP T5 08 01 06**

# GENERAL LIABILITY

# GENERAL LIABILITY

**DECLARATIONS PREMIUM SCHEDULE**
**Issue Date: 02/01/2019**

**Policy Number:** 680-9M304995-19-42

This Schedule applies to the Declarations for the period of 01/29/2019 to 01/29/2020.

It shows all of your known rating classes as of the effective date.  Any exceptions will be so noted.  This includes all locations you own, rent or occupy.

| STATE | ZIP | CLASS DESCRIPTION/CODE NUMBER | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|-------|-----|-------------------------------|------------------------|-------|-----------------|
| CA | 90071 | FRUITS, VEGETABLES AND PROCESSED FOODS-L | s 25,000 | .467 | 12 |
| CA | 90071 | FINE DINING | s 2,100,000 | 3.272 | 6,872 |
| CA | 90071 | Liquor Liab - Subject to Premium Audit | s 525,000 | 4.211 | 2,211 |

**Premium Base Legend:**

| Premium Base | How Rates Apply | Premium Base | How Rates Apply |
|--------------|-----------------|--------------|-----------------|
| a = area | per 1000 sq. feet | s = gross sales | per $1000 of gross sales |
| c = cost | per $1000 of total cost | u = units | per unit |
| e = employees | per employee | t = | This premium base is reserved |
| m = admissions | per 1000 of admissions | | for unusual applications. Base |
| p = payroll | per $1000 of payroll | | and how rates apply are shown |
| r = receipts | per $1000 of receipts | | above. |

**CG T0 07 04 09**

Exhibit A, Page 212

### KEY TO DECLARATIONS PREMIUM SCHEDULE

**ABBREVIATIONS:**

– CLASS DESCRIP – means CLASS DESCRIPTION

– LOC/BLDG NO. – means LOCATION/BUILDING NUMBER

– OPN NO. – means OPERATION NUMBER

– PREM/OPS – means PREMISES/OPERATIONS

– PROD/C-OPS – means PRODUCTS/COMPLETED OPERATIONS

**PREMIUM BASE:**

| Key Letter | Premium Base | How Rates Apply |
|---|---|---|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| m | Admissions | per 1,000 admissions |
| p | Payroll | per $1,000 of payroll |
| s | Gross Sales | per $1,000 of gross sales |
| t | (see note * below) | (see note * below) |
| u | Units | per unit |

*Premium base t is used for a number of rarely used premium bases. The specific base and how rates apply are shown with the Class Description on the DECLARATIONS-PREMIUM SCHEDULE.

CG T0 08 07 86

TABLE OF CONTENTS

# COMMERCIAL GENERAL LIABILITY
## COVERAGE FORM
## CG 00 01 10 01

SECTION I—COVERAGES

Beginning on Page

Coverage A -
   Bodily Injury and Property       Insuring Agreement ............................................................1
   Damage Liability

                        Exclusions ........................................................................2

Coverage B -
   Personal and Advertising         Insuring Agreement ............................................................5
   Injury Liability

                        Exclusions ........................................................................5

Coverage C -
   Medical Payments                 Insuring Agreement ............................................................7

                        Exclusions ........................................................................7

   Supplementary Payments ........................................................................ 7

SECTION II—WHO IS AN INSURED.....................................................................8

SECTION III—LIMITS OF INSURANCE ...............................................................10

SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS.........................10

   Bankruptcy ........................................................................10
   Duties in the Event of Occurrence, Claim or Suit........................................10
   Legal Action Against Us ...................................................11
   Other Insurance ...............................................................11
   Premium Audit .................................................................12
   Representations ...............................................................12
   Separation of Insureds .....................................................12
   Transfer of Rights of Recovery Against Others To Us.................................12
   When We Do Not Renew ....................................................12

SECTION V—DEFINITIONS ...............................................................................12

CG T0 34 11 03

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

 © ISO Properties Inc., 2000

COMMERCIAL GENERAL LIABILITY

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such

Travelers Doc Mgmt  199 of 395

Exhibit A, Page 216

premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the

"bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

   © ISO Properties Inc., 2000

COMMERCIAL GENERAL LIABILITY

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.  Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h.  Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.  War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j.  Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Travelers Doc Mgmt   201 of 395
Exhibit A, Page 218

COMMERCIAL GENERAL LIABILITY

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.   Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.   Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.   Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)**   A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)**   A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.   Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)**   "Your product";

**(2)**   "Your work"; or

**(3)**   "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.   Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III – Limits Of Insurance**.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.   Insuring Agreement**

**a.**   We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)**   The amount we will pay for damages is limited as described in Section **III – Limits Of Insurance**; and

**(2)**   Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.**   This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2.   Exclusions**

This insurance does not apply to:

**a.   Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

COMMERCIAL GENERAL LIABILITY

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding

Page 6 of 16                    © ISO Properties Inc., 2000                    **CG 00 01 10 01**

COMMERCIAL GENERAL LIABILITY

to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

1. **Insuring Agreement**

   a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises you own or rent;

      (2) On ways next to premises you own or rent; or

      (3) Because of your operations;

      provided that:

      (1) The accident takes place in the "coverage territory" and during the policy period;

      (2) The expenses are incurred and reported to us within one year of the date of the accident; and

      (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

      (1) First aid administered at the time of an accident;

      (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

      (3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

   We will not pay expenses for "bodily injury":

   a. **Any Insured**

      To any insured, except "volunteer workers".

   b. **Hired Person**

      To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   c. **Injury On Normally Occupied Premises**

      To a person injured on that part of premises you own or rent that the person normally occupies.

   d. **Workers Compensation And Similar Laws**

      To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

   e. **Athletics Activities**

      To a person injured while taking part in athletics.

   f. **Products-Completed Operations Hazard**

      Included within the "products-completed operations hazard".

   g. **Coverage A Exclusions**

      Excluded under Coverage A.

   h. **War**

      Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents   or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e. All costs taxed against the insured in the "suit".

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment

COMMERCIAL GENERAL LIABILITY

interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

© ISO Properties Inc., 2000
**CG 00 01 10 01**

Travelers Doc Mgmt  205 of 395

Exhibit A, Page 222

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

COMMERCIAL GENERAL LIABILITY

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C**;

   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage **B** .

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person

© ISO Properties Inc., 2000

**CG 00 01 10 01**

or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contrib-

Travelers Doc Mgmt  208 of 395

Exhibit A, Page 225

COMMERCIAL GENERAL LIABILITY

ute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in a. above;

(2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

© ISO Properties Inc., 2000

**CG 00 01 10 01**

Travelers Doc Mgmt  209 of 395

Exhibit A, Page 226

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property

damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical

Travelers Doc Mgmt  210 of 395

Exhibit A, Page 227

COMMERCIAL GENERAL LIABILITY

device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      **(1)** Power cranes, shovels, loaders, diggers or drills; or

      **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

      **(1)** Equipment designed primarily for:

         **(a)** Snow removal;

         **(b)** Road maintenance, but not construction or resurfacing; or

         **(c)** Street cleaning;

      **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

      **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      **(1)** Products that are still in your physical possession; or

      **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         **(a)** When all of the work called for in your contract has been completed.

         **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         **(c)** When that part of the work done at a job site has been put to its intended

© ISO Properties Inc., 2000

**CG 00 01 10 01**

Travelers Doc Mgmt  211 of 395

Exhibit A, Page 228

use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

   **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

   **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

   **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured

must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

   **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

     **(a)** You;

     **(b)** Others trading under your name; or

     **(c)** A person or organization whose business or assets you have acquired; and

   **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

   **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

   **(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

   **(1)** Work or operations performed by you or on your behalf; and

   **(2)** Materials, parts or equipment furnished in connection with such work or operations.

COMMERCIAL GENERAL LIABILITY

**b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    **(2)** The providing of or failure to provide warnings or instructions.

© ISO Properties Inc., 2000

**CG 00 01 10 01**

Travelers Doc Mgmt  213 of 395

Exhibit A, Page 230

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – POLLUTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Paragraph **f.(2) Pollution**, Part **2. Exclusions** of **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted and replaced by the following:

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, re-move, contain, treat, detoxify or neutral-ize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a gov-ernmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neu-tralizing, or in any way responding to, or assessing the effects of "pollutants".

Copyright, The Travelers Indemnity Company, 2003

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDATORY ENDORSEMENT – PRODUCTS-COMPLETED OPERATIONS HAZARD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "products-completed operations hazard" **Section V – Definitions** is amended by deleting item **16.b. (3)** and replacing it with:

(3) Products or operations for which the classification, listed in the Declarations, in a policy schedule or in our manual of rules, states that the products-completed operations are subject to the General Aggregate Limit.

**CG D3 09 11 03**            Copyright, The Travelers Indemnity Company, 2003            Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

**A. AMENDMENT OF DEFINITION OF PERSONAL AND ADVERTISING INJURY**

The following replaces the definition of "personal and advertising injury" in the **DEFINITIONS** Section:

"Personal and advertising injury" means "personal injury" or "advertising injury".

**B. AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION – EXCEPTION FOR DAMAGES BECAUSE OF PERSONAL INJURY ASSUMED BY NAMED INSURED IN AN INSURED CONTRACT**

1. The following is added to Exclusion **e., Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

   This exclusion also does not apply to liability for damages because of "personal injury" assumed by you in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "personal injury", provided that:

   (1) Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

   (2) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution pro-ceeding in which damages to which this insurance applies are alleged.

2. The following replaces the third sentence of

Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B:**

Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage A – Bodily Injury And Property Damage Liability or Paragraph **2.e.** of Section I – Coverage **B** – Personal and Advertising Injury Liability, such payments will not be deemed to be damages because of "bodily injury", "property damage" or "personal injury", and will not reduce the limits of insurance.

3. The following replaces the first paragraph of Paragraph **f.** of the definition of "insured contract" in the **DEFINITIONS** Section:

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

**C. ADDITION OF ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION EXCLUSION**

The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal injury" or "advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**D. AMENDMENT OF OTHER EXCLUSIONS**

1. The following replaces Exclusion **b., Material**

**CG D4 71 01 15**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 4

**Published With Knowledge Of Falsity**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**b. Material Published With Knowledge Of Falsity**

"Personal injury" or "advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the insured with knowledge of its falsity.

**2.** The following replaces Exclusion **c., Material Published Prior To Policy Period**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**c. Material Published Or Used Prior To Policy Period**

**(1)** "Personal injury" or "advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

**(2)** "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

**3.** The following replaces Exclusion **f., Breach Of Contract**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**f. Breach Of Contract**

"Advertising injury" arising out of a breach of contract.

**4.** The following replaces Exclusion **g., Quality Or Performance of Goods – Failure To Conform To Statements**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**5.** The following replaces Exclusion **h., Wrong Description Of Prices**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**h. Wrong Description Of Prices**

"Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**6.** The following replaces Exclusion **i., Infringement Of Copyright, Patent, Trademark, Or Trade Secret**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**i. Intellectual Property**

"Personal injury" or "advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

**(1)** Copyright;

**(2)** Patent;

**(3)** Trade dress;

**(4)** Trade name;

**(5)** Trademark;

**(6)** Trade secret; or

**(7)** Other intellectual property rights or laws.

This exclusion does not apply to:

**(1)** "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

**(2)** Any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

**7.** The following replaces Exclusion **j., Insureds In Media And Internet Type Businesses**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**j. Insureds In Media And Internet Type Businesses**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG D4 71 01 15**

"Personal injury" or "advertising injury" arising out of an offense committed by an insured whose business is:

**(1)** Advertising, "broadcasting" or publishing;

**(2)** Designing or determining content of web-sites for others; or

**(3)** An Internet search, access, content or service provider.

This exclusion does not apply to Paragraphs **a.(1), (2)** and **(3)** of the definition of "personal injury".

For the purposes of this exclusion:

**(1)** Creating and producing correspondence written in the conduct of your business, bulletins, financial or annual reports, or newsletters about your goods, products or services will not be considered the business of publishing; and

**(2)** The placing of frames, borders or links, or advertising, for you or others anywhere on the Internet will not, by itself, be considered the business of advertising, "broadcasting" or publishing.

**8.** The following replaces Paragraph **(2)** of Exclusion **n., Pollution-Related,** in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**(2)** Claim or suit by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**E. AMENDMENT OF WHO IS AN INSURED**

The following replaces the introductory phrase of Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED:**

**(1)** "Bodily injury" or "personal injury":

**F. AMENDMENT OF LIMITS OF INSURANCE**

The following replaces Paragraph **4.** of **SECTION III – LIMITS OF INSURANCE:**

Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all

"personal injury" and "advertising injury" sustained by any one person or organization.

**G. ADDITIONAL DEFINITIONS**

The following is added to the **DEFINITIONS** Section:

"Advertising injury":

**a.** Means injury, other than "personal injury", caused by one or more of the following offenses:

**(1)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

**(2)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

**(a)** Appropriates a person's name, voice, photograph or likeness; or

**(b)** Unreasonably places a person in a false light; or

**(3)** Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

"Broadcasting" means transmitting any audio or visual material for any purpose:

**a.** By radio or television; or

**b.** In, by or with any other electronic means of communication, such as the Internet, if that material is part of:

**(1)** Radio or television programming being transmitted;

**(2)** Other entertainment, educational, instructional, music or news programming being transmitted; or

**(3)** Advertising transmitted with any of such programming.

"Personal injury":

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses:

  **(1)** False arrest, detention or imprisonment;

  **(2)** Malicious prosecution;

  **(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

  **(4)** Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

or

  **(5)** Oral or written publication, including publication by electronic means, of material that:

    **(a)** Appropriates a person's name, voice, photograph or likeness; or

    **(b)** Unreasonably places a person in a false light.

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

"Slogan":

**a.** Means a phrase that others use for the purpose of attracting attention in their advertising.

**b.** Does not include a phrase used as, or in, the name of:

  **(1)** Any person or organization, other than you; or

  **(2)** Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

"Title" means a name of a literary or artistic work.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG D4 71 01 15

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OTHER INSURANCE – ADDITIONAL INSUREDS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), Paragraph **4. (Other Insurance)**, is amended as follows:

1. The following is added to Paragraph **a. Primary Insurance:**

   However, if you specifically agree in a written contract or written agreement that the insurance provided to an additional insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such additional insured which covers such additional insured as a named insured, and we will not share with that other insurance, provided that:

   **a.** The "bodily injury" or "property damage" for which coverage is sought occurs; and

   **b.** The "personal injury" or "advertising injury" for which coverage is sought arises out of an offense committed

   subsequent to the signing and execution of that contract or agreement by you.

2. The first Subparagraph **(2)** of Paragraph **b. Excess Insurance** regarding any other primary insurance available to you is deleted.

3. The following is added to Paragraph **b. Excess Insurance**, as an additional subparagraph under Subparagraph **(1):**

   That is available to the insured when the insured is added as an additional insured under any other policy, including any umbrella or excess policy.

**CG D0 37 04 05**     Copyright 2005 The St. Paul Travelers Companies, Inc. All rights reserved.     Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# XTEND ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE –** This endorsement broadens coverage. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the **PROVISIONS** of this endorsement carefully to determine rights, duties, and what is and is not covered.

**A.** Broadened Named Insured

**B.** Damage To Premises Rented To You Extension
- Perils of fire, explosion, lightning, smoke, water
- Limit increased to $300,000

**C.** Blanket Waiver of Subrogation

**D.** Blanket Additional Insured– Managers or Lessors of Premises

**E.** Blanket Additional Insured – Lessor of leased Equipment

**F.** Incidental Medical Malpractice

**G.** Personal Injury – Assumed by Contract

**H.** Extension of Coverage – Bodily Injury

**I.** Injury to Co-Employees and Co-Volunteer Workers

**J.** Aircraft Chartered with Crew

**K.** Non-Owned Watercraft – Increased from 25 feet to 50 feet

**L.** Increased Supplementary Payments
- Cost for bail bonds increased to $2,500
- Loss of earnings increased to $500 per day

**M.** Knowledge and Notice of Occurrence or Offense

**N.** Unintentional Omission

**O.** Reasonable Force – Bodily Injury or Property Damage

## PROVISIONS

### A. BROADENED NAMED INSURED

1. The Named Insured in Item **1.** of the Declarations is as follows:

   The person or organization named in Item **1.** of the Declarations and any organization, other than a partnership or joint venture, over which you maintain ownership or majority interest on the effective date of the policy. However, coverage for any such organization will cease as of the date during the policy period that you no longer maintain ownership of, or majority interest in, such organization.

2. WHO IS AN INSURED (Section **II**) Item **4.a.** is deleted and replaced by the following:

   **a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier, unless reported in writing to us within 180 days.

3. This Provision **A.** does not apply to any person or organization for which coverage is excluded by endorsement.

### B. DAMAGE TO PREMISES RENTED TO YOU EXTENSION

1. The last paragraph of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

   Exclusions **c.** through **n.** do not apply to damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

   **a.** Fire;

   **b.** Explosion;

   **c.** Lightning;

   **d.** Smoke resulting from such fire, explosion, or lightning; or

   **e.** Water.

   A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section **III**).

2. This insurance does not apply to damage to premises while rented to you, or temporarily

Travelers Doc Mgmt  221 of 395

Exhibit A, Page 238

COMMERCIAL GENERAL LIABILITY

occupied by you with permission of the owner, caused by:

**a.** Rupture, bursting, or operation of pressure relief devices;

**b.** Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water;

**c.** Explosion of steam boilers, steam pipes, steam engines, or steam turbines.

**3.** Part **6.** of LIMITS OF INSURANCE (Section III) is deleted and replaced by the following:

Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under COVERAGE A. for damages because of "property damage" to any one premises while rented to you, or temporarily occupied by you with permission of the owner, caused by fire, explosion, lightning, smoke resulting from such fire, explosion, or lightning, or water. The Damage To Premises Rented To You Limit will apply to all damage proximately caused by the same "occurrence", whether such damage results from fire, explosion, lightning, smoke resulting from such fire, explosion, or lightning, or water, or any combination of any of these.

The Damage To Premises Rented To You Limit will be the higher of:

**a.** $300,000; or

**b.** The amount shown on the Declarations for Damage To Premises Rented To You Limit.

**4.** Under DEFINITIONS (Section **V**), Paragraph **a.** of the definition of "insured contract" is amended so that it does not include that portion of the contract for a lease of premises that indemnifies any person or organization for damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

**a.** Fire;

**b.** Explosion;

**c.** Lightning;

**d.** Smoke resulting from such fire, explosion, or lightning; or

**e.** Water.

**5.** This Provision **B.** does not apply if coverage for Damage To Premises Rented To You of

COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is excluded by endorsement.

**C. BLANKET WAIVER OF SUBROGATION**

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of premises owned or occupied by or rented or loaned to you; ongoing operations performed by you or on your behalf, done under a contract with that person or organization; "your work"; or "your products". We waive this right where you have agreed to do so as part of a written contract, executed by you prior to loss.

**D. BLANKET ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES**

WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (referred to below as "additional insured") with whom you have agreed in a written contract, executed prior to loss, to name as an additional insured, but only with respect to liability arising out of the ownership, maintenance or use of that part of any premises leased to you, subject to the following provisions:

**1.** Limits of Insurance. The limits of insurance afforded to the additional insured shall be the limits which you agreed to provide, or the limits shown on the Declarations, whichever is less.

**2.** The insurance afforded to the additional insured does not apply to:

**a.** Any "occurrence" that takes place after you cease to be a tenant in that premises;

**b.** Any premises for which coverage is excluded by endorsement; or

**c.** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**3.** The insurance afforded to the additional insured is excess over any valid and collectible insurance available to such additional insured, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

**E. BLANKET ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT**

WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (referred to below as "additional insured") with

Copyright, The Travelers Indemnity Company, 2003

CG D1 86 11 03

Travelers Doc Mgmt  222 of 395

Exhibit A, Page 239

COMMERCIAL GENERAL LIABILITY

whom you have agreed in a written contract, executed prior to loss, to name as an additional insured, but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such additional insured, subject to the following provisions:

1. Limits of Insurance. The limits of insurance afforded to the additional insured shall be the limits which you agreed to provide, or the limits shown on the Declarations, whichever is less.

2. The insurance afforded to the additional insured does not apply to:

   a. Any "occurrence" that takes place after the equipment lease expires; or

   b. "Bodily injury" or "property damage" arising out of the sole negligence of such additional insured.

3. The insurance afforded to the additional insured is excess over any valid and collectible insurance available to such additional insured, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

F. INCIDENTAL MEDICAL MALPRACTICE

1. The definition of "bodily injury" in DEFINITIONS (Section V) is amended to include "Incidental Medical Malpractice Injury".

2. The following definition is added to DEFINITIONS (Section V):

   "Incidental medical malpractice injury" means bodily injury, mental anguish, sickness or disease sustained by a person, including death resulting from any of these at any time, arising out of the rendering of, or failure to render, the following services:

   a. Medical, surgical, dental, laboratory, x-ray or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages;

   b. The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances; or

   c. First aid.

   d. "Good Samaritan services". As used in this Provision F., "Good Samaritan services" are those medical services rendered or provided in an emergency and

for which no remuneration is demanded or received.

3. Paragraph 2.a.(1)(d) of WHO IS AN INSURED (Section II) does not apply to any registered nurse, licensed practical nurse, emergency medical technician or paramedic employed by you, but only while performing the services described in paragraph 2. above and while acting within the scope of their employment by you. Any "employees" rendering "Good Samaritan services" will be deemed to be acting within the scope of their employment by you.

4. The following exclusion is added to paragraph 2. Exclusions of COVERAGE A. – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

   (This insurance does not apply to:) Liability arising out of the willful violation of a penal statute or ordinance relating to the sale of pharmaceuticals by or with the knowledge or consent of the insured.

5. For the purposes of determining the applicable limits of insurance, any act or omission, together with all related acts or omissions in the furnishing of the services described in paragraph 2. above to any one person, will be considered one "occurrence".

6. This Provision F. does not apply if you are in the business or occupation of providing any of the services described in paragraph 2. above.

7. The insurance provided by this Provision F. shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

G. PERSONAL INJURY – ASSUMED BY CONTRACT

1. The Contractual Liability Exclusion in Part 2., Exclusions of COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages) is deleted and replaced by the following:

   (This insurance does not apply to:)

   Contractual Liability

   "Advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for

COMMERCIAL GENERAL LIABILITY

damages that the insured would have in the absence of the contract of agreement.

2.  Subparagraph **f.** of the definition of "insured contract" (DEFINITIONS – Section **V**) is deleted and replaced by the following:

    f.  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury," "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

3.  This Provision **G.** does not apply if COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY is excluded by endorsement.

## H.  EXTENSION OF COVERAGE – BODILY INJURY

The definition of "bodily injury" (DEFINITIONS – Section **V**) is deleted and replaced by the following:

"Bodily injury" means bodily injury, mental anguish, mental injury, shock, fright, disability, humiliation, sickness or disease sustained by a person, including death resulting from any of these at any time.

## I.  INJURY TO CO-EMPLOYEES AND CO-VOLUNTEER WORKERS

1.  Your "employees" are insureds with respect to "bodily injury" to a co-"employee" in the course of the co-"employee's" employment by you, or to your "volunteer workers" while performing duties related to the conduct of your business, provided that this coverage for your "employees" does not apply to acts outside the scope of their employment by you or while performing duties unrelated to the conduct of your business.

2.  Your "volunteer workers" are insureds with respect to "bodily injury" to a co-"volunteer worker" while performing duties related to the conduct of your business, or to your "employees" in the course of the "employee's" employment by you, provided that this coverage for your "volunteer workers" does not apply while performing duties unrelated to the conduct of your business.

3.  Subparagraphs **2.a.(1)(a)**, **(b)** and **(c)** and **3.a.** of WHO IS AN INSURED (Section **II**) do not apply to "bodily injury" for which insurance is provided by paragraph **1.** or **2.** above.

## J.  AIRCRAFT CHARTERED WITH CREW

1.  The following is added to the exceptions contained in the **Aircraft, Auto Or Watercraft** Exclusion in Part **2.**, **Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

    (This exclusion does not apply to:) Aircraft chartered with crew to any insured.

2.  This Provision **J.** does not apply if the chartered aircraft is owned by any insured.

3.  The insurance provided by this Provision **J.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

## K.  NON-OWNED WATERCRAFT

1.  The exception contained in Subparagraph **(2)** of the **Aircraft, Auto Or Watercraft** Exclusion in Part **2.**, **Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

    (2)  A watercraft you do not own that is:

        (a)  Fifty feet long or less; and

        (b)  Not being used to carry persons or property for a charge;

2.  This Provision **K.** applies to any person who, with your expressed or implied consent, either uses or is responsible for the use of a watercraft.

3.  The insurance provided by this Provision **K.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

## L.  INCREASED SUPPLEMENTARY PAYMENTS

Parts **b.** and **d.** of SUPPLEMENTARY PAYMENTS – COVERAGES A AND B (Section **I** – Coverages) are amended as follows:

1.  In Part **b.** the amount we will pay for the cost of bail bonds is increased to $2500.

Copyright, The Travelers Indemnity Company, 2003   CG D1 86 11 03

COMMERCIAL GENERAL LIABILITY

2. In Part **d.** the amount we will pay for loss of earnings is increased to $500 a day.

## M. KNOWLEDGE AND NOTICE OF OCCURRENCE OR OFFENSE

1. The following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), paragraph **2.** (Duties In The Event of Occurrence, Offense, Claim or Suit):

   Notice of an "occurrence" or of an offense which may result in a claim under this insurance shall be given as soon as practicable after knowledge of the "occurrence" or offense has been reported to any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice.

   Knowledge by other "employee(s)" of an "occurrence" or of an offense does not imply that you also have such knowledge.

2. Notice shall be deemed prompt if given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us as soon as practicable after any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice discovers that the "occurrence", offense or claim may involve this policy.

3. However, this Provision **M.** does not apply as respects the specific number of days within which you are required to notify us in writing of the abrupt commencement of a discharge, release or escape of "pollutants" which causes "bodily injury" or "property damage" which may otherwise be covered under this policy.

## N. UNINTENTIONAL OMISSION

The following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section **IV**), paragraph **6.** (Representations):

The unintentional omission of, or unintentional error in, any information provided by you shall not prejudice your rights under this insurance. However, this Provision **N.** does not affect our right to collect additional premium or to exercise our right of cancellation or nonrenewal in accordance with applicable state insurance laws, codes or regulations.

## O. REASONABLE FORCE – BODILY INJURY OR PROPERTY DAMAGE

The **Expected Or Intended Injury** Exclusion in Part **2.**, **Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages) is deleted and replaced by the following:

(This insurance does not apply to:)

**Expected or Intended Injury or Damage**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. Paragraph 5 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

   Non cumulation of Each Occurrence Limit - If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

2. Paragraph 4 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

   Non cumulation of Personal and Advertising Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal Injury and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".

Copyright, Travelers Indemnity Company, 1997

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED – CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed:

1.  On, from or in connection with the use of any premises described in the Declarations and used by the insured for the sale of food or beverages to be consumed on the premises, or

2.  In connection with the conduct of any operation, when conducted by you or on your behalf,

Paragraph **a.** of the definition of "Products-completed operations hazard" in the DEFINITIONS Section is replaced by the following:

"Products-completed operations hazard":

a.  Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – POLLUTION – COOLING, DEHUMIDIFYING AND WATER HEATING EQUIPMENT EXCEPTION

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

The following replaces Paragraph **(1)(a)(i)** of Exclusion **f., Pollution,** in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

(i)   "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.
Page 1 of 1

Travelers Doc Mgmt  228 of 395

Exhibit A, Page 245

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 02/01/2019

POLICY NUMBER: 680-9M304995-19-42

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NONOWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

## SCHEDULE

Insurance is provided only with respect to those coverages for which a specific premium charge is shown:

| COVERAGE | ADDITIONAL PREMIUM |
| --- | --- |
| Hired Auto Liability | $ INCLUDED |
| Nonowned Auto Liability | $ INCLUDED |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

## PROVISIONS

### A. COVERAGE

If a premium charge is shown in the SCHEDULE above, the insurance provided under **Section I – Coverage A – Bodily Injury And Property Damage Liability** applies to "bodily injury" and "property damage" arising out of the maintenance or use of a "hired auto" or "nonowned auto". Maintenance or use of a "nonowned auto" includes test driving in connection with an "auto business".

### B. EXCLUSIONS

With respect to the insurance provided by this endorsement:

1. The exclusions, under **Section I – Coverage A – Bodily Injury And Property Damage Liability**, other than exclusions **a., b., d., e., f.** and **i.** and the Nuclear Energy Liability Exclusion (Broad Form) are deleted and replaced by the following:

   **a.** "Bodily injury" to:

   (1) Any fellow "employee" of the insured arising out of and in the course of:

   (a) Employment by the insured; or

   (b) Performing duties related to the conduct of the insured's business.

   **b.** "Property damage" to:

   (1) Property owned or being transported by, or rented or loaned to the insured; or

   (2) Property in the care, custody or control of the insured.

### C. WHO IS AN INSURED

**Section II – Who Is An Insured** is replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

1. You;

2. Anyone else including any partner or "executive officer" of yours while using with your permission a "hired auto" or a "nonowned auto" except:

   **a.** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner or lessee of a "nonowned auto" or any agent or "employee" of any such owner or lessee;

   **b.** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household;

   **c.** Your "employee" if the covered "auto" is leased, hired or rented by him or her or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

   **d.** Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

   **e.** Any partner or "executive officer" with respect to any "auto" leased or rented to such partner or officer or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

COMMERCIAL GENERAL LIABILITY

   **f.**  Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

   **g.**  Anyone other than your "employees", partners, a lessee or borrower or any of their "employees", while moving property to or from a "hired auto" or a "nonowned auto"; or

**3.**  Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under **1.** or **2.** above.

**D.**  **AMENDED DEFINITIONS**

The Definition of "insured contract" of **Section V – Definitions** is amended by the addition of the following exceptions to paragraph **f.**:

Paragraph **f.** does not include that part of any contract or agreement:

   **(4)**  That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

   **(5)**  That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**E.**  **ADDITIONAL DEFINITIONS**

**Section V – Definitions** is amended by the addition of the following definitions:

**1.**  "Auto Business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.**  "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include:

   **a.**  Any "auto" you lease, hire or rent under a lease or rental agreement for a period of 180 days or more, or

   **b.**  Any "auto" you lease, hire, rent or borrow from any of your "employees", partners, stockholders, or members of their households.

**3.**  "Nonowned auto" means any "autos" you do not own, lease, hire, rent or borrow that are being used in the course and scope of your business at the time of an "occurrence". This includes "autos" owned by your "employees" or partners or members of their households but only while being used in the course and scope of your business at the time of an "occurrence".

If you are a sole proprietor, "nonowned auto" means any "autos" you do not own, lease, hire, rent or borrow that are being used in the course and scope of your business or personal affairs at the time of an "occurrence".

Copyright, The Travelers Indemnity Company, 2003
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

MP T1 25 11 03

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – PROPERTY DAMAGE

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

**PROVISIONS**

The definition of "property damage" in **SECTION V – DEFINITIONS** is deleted in its entirety and replaced by the following:

"Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

"Property damage" does not include loss of or damage to "electronic media and records".

As used in this definition, "electronic media and records" means:

a. Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

b. Data stored on such media; or

c. Programming records for electronic data processing or electronically controlled equipment.

**CG D2 56 11 03**          Copyright, The Travelers Indemnity Company, 2003          Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, Exclusions of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, Exclusions of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**CG D2 88 11 03**            Copyright, The Travelers Indemnity Company, 2003            Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNSOLICITED COMMUNICATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

   **Unsolicited Communication**

   "Bodily injury" or "property damage" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

2. The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES –**

   **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

   **Unsolicited Communication**

   "Personal injury" or "advertising injury" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

3. The following is added to the **DEFINITIONS** Section:

   "Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

**CG D3 26 10 11**          © 2011 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MOBILE EQUIPMENT REDEFINED – EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following replaces Paragraph **(5)** of Exclusion **g., Aircraft, Auto Or Watercraft,** in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

   **(5)** "Bodily injury" or "property damage" arising out of:

      **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify as "mobile equipment" under the definition of "mobile equipment" if such land vehicle were not subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged; or

      **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

2. The following replaces the definition of "auto" in the **DEFINITIONS** Section:

2. "Auto" means:

   **a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   **b.** Any other land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged.

   However, "auto" does not include "mobile equipment".

3. The following is added as to the definition of "mobile equipment" in the **DEFINITIONS** Section:

   However, "mobile equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged. Such land vehicles are considered "autos".

4. Paragraph **3.** of **SECTION II – WHO IS AN INSURED** is deleted.

© 2014 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Travelers Doc Mgmt  234 of 395

Exhibit A, Page 251

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION – EXCEPTION FOR DAMAGES ASSUMED IN AN INSURED CONTRACT APPLIES ONLY TO NAMED INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following replaces Paragraph **(2)** of Exclusion **b., Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

    **(2)** Assumed by you in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

    **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

    **(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

2. The following replaces the beginning of Paragraph **2.**, and Paragraphs **2.a., b., c., d.** and **e.**, of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES:**

    **2.** If we defend you against a "suit" and your indemnitee is also named as a party to the "suit", we will have the right and duty to defend that indemnitee if all of the following conditions are met:

    **a.** The "suit" against the indemnitee seeks damages for which you have assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

    **b.** This insurance applies to such liability assumed by you;

    **c.** The obligation to defend, or the cost of the defense of, that indemnitee has also been assumed by you in the same "insured contract";

    **d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that we determine that no conflict exists between your interests and the interests of the indemnitee;

    **e.** You and the indemnitee ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend you and the indemnitee; and

3. The following replaces the last sentence of Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES:**

    Our obligation to defend your indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

    **a.** We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

    **b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2., Exclusions,** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

   **Violation Of Consumer Financial Protection Laws**

   "Bodily injury" or "property damage" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "bodily injury" or "property damage" alleged in any claim or "suit" that also alleges any such violation.

2. The following exclusion is added to Paragraph **2., Exclusions,** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

   **Violation Of Consumer Financial Protection Laws**

   "Personal injury" or "advertising injury" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such violation.

3. The following is added to the **DEFINITIONS** Section:

"Consumer financial identity information" means any of the following information for a person that is used or collected for the purpose of serving as a factor in establishing such person's eligibility for personal credit, insurance or employment, or for the purpose of conducting a business transaction:

a. Part or all of the account number, the expiration date or the balance of any credit, debit, bank or other financial account.

b. Information bearing on a person's credit worthiness, credit standing or credit capacity.

c. Social security number.

d. Drivers license number.

e. Birth date.

"Consumer financial protection law" means:

a. The Fair Credit Reporting Act (FCRA) and any of its amendments, including the Fair and Accurate Credit Transactions Act (FACTA);

b. California's Song-Beverly Credit Card Act and any of its amendments; or

c. Any other law or regulation that restricts or prohibits the collection, dissemination, transmission, distribution or use of "consumer financial identity information".

© 2011 The Travelers Indemnity Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

**Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. **COVERAGE A – BODILY INJURY AND PROP-ERTY DAMAGE LIABILITY** – is amended by ad-ding the following additional exclusion:

    (This Insurance does not apply to:)

    "Bodily injury" resulting from or as a consequence of discrimination, whether intentional or unin-tional, based upon a person's sex, sexual prefer-ence, marital status, race, creed, religion, na-tional origin, age, physical capabilities, character-istics or condition, or mental capabilities or con-dition.

2. **COVERAGE B – PERSONAL AND ADVERTIS-ING INJURY LIABILITY** – is amended by adding the following additional exclusion:

    (This insurance does not apply to:)

    "Personal injury" resulting from or as a conse-quence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, charac-teristics or condition, or mental capabilities or condition.

Travelers Doc Mgmt  238 of 395

Exhibit A, Page 255

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – WAR

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

   **2. Exclusions:**

   This insurance does not apply to:

   **i. War**

   "Bodily injury" or "property damage" arising, directly or indirectly, out of:

   **(1)** War, including undeclared or civil war; or

   **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

   regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

   **2. Exclusions:**

   This insurance does not apply to:

   **War**

   "Personal injury" or "advertising injury" arising, directly or indirectly, out of:

   **(1)** War, including undeclared or civil war; or

   **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

   regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE C--MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Under SECTION I, Exclusion f. of COVERAGE C--MEDICAL PAYMENTS - is replaced by the following:

    **f.**   Which occurs away from premises you own or rent and is included within the "products-completed operations hazard."

**CG T3 56 07 86**

Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
CATASTROPHE UMBRELLA POLICY

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

a. Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

b. Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

**CG T4 78 02 90**               Copyright, The Travelers Indemnity Company.               Page 1 of 1

# CYBERFIRST ESSENTIALS

# CYBERFIRST ESSENTIALS



 **TRAVELERS** J                                One Tower Square, Hartford, Connecticut  06183

CYBERFIRST ESSENTIALS                          POLICY NO.: 680-9M304995-19-42
COVERAGE PART DECLARATIONS                     ISSUE DATE: 02-01-19

## THIS COVERAGE IS PROVIDED ON A CLAIMS-MADE BASIS. DEFENSE EXPENSES ARE PAYABLE WITHIN, AND ARE NOT IN ADDITION TO, THE LIMITS OF INSURANCE.

**INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**Policy Period:   From** 01-29-19 **to** 01-29-20    12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

**Information Security Retroactive Date:** 01-29-19

The CyberFirst Essentials Coverage Part consists of these Declarations, the CyberFirst Essentials General Provisions Form and the Coverage Form shown below.

| ITEM 1. | **COVERAGE** |
|---|---|
| | **CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM** |

| ITEM 2. | **LIMITS OF INSURANCE:** | |
|---|---|---|
| | Aggregate Limit | $ 25,000 |
| | Each Wrongful Act Limit | $ 25,000 |

| ITEM 3. | **DEDUCTIBLE:** | |
|---|---|---|
| | Each Wrongful Act Deductible | $ 0 |

**ITEM 4.**    **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

Travelers Doc Mgmt  244 of 395

Exhibit A, Page 261

# CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM

**THIS FORM APPLIES TO EACH OF YOUR CYBER LIABILITY COVERAGE FORMS THAT ARE PART OF YOUR POLICY. EACH OF THOSE COVERAGE FORMS APPLIES ON A CLAIMS-MADE BASIS. DEFENSE EXPENSES ARE PAYABLE WITHIN, AND ARE NOT IN ADDITION TO, THE LIMITS OF INSURANCE. PAYMENT OF DEFENSE EXPENSES WILL REDUCE THE LIMITS OF INSURANCE. PLEASE READ THE ENTIRE FORM CAREFULLY.**

This form contains provisions that apply to each of "your cyber liability coverage forms". Various provisions in this form and "your cyber liability coverage forms" restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Common Policy Declarations, and any other person or organization qualifying as a Named Insured under this insurance. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section VII – Definitions. Some words and phrases that appear in quotation marks in this form are defined in Section II – Definitions of "your cyber liability coverage forms". Each term with a defined meaning shown in "your cyber liability coverage forms", when used in this form, will have the defined meaning shown for that term in "your cyber liability coverage forms".

## SECTION I – COVERAGE

1. **Defense Of Claims Or Suits**

   a. We will have the right and duty to defend the insured against any "claim" or "suit" seeking "damages" for loss to which the insurance provided under one or more of "your cyber liability coverage forms" applies, if no provider of other insurance has a duty to defend the insured against that "claim" or "suit". However, we will have no duty to defend the insured against any "claim" or "suit" seeking "damages" for loss to which the insurance provided under "your cyber liability coverage forms" does not apply.

      When we defend a "claim" or "suit" against an insured, we will pay reasonable "defense expenses". Payment of such "defense expenses" will reduce the Limits of Insurance.

   We may, at our discretion, investigate any "wrongful act" or "claim" and settle any "claim" or "suit". But our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments, settlements or "defense expenses".

   If we notify you that we are willing to pay the amount of a proposed settlement of a "claim" or "suit" and you do not consent to that proposed settlement, in the event of any later settlement or judgment in which the insured incurs "damages" for such "claim" or "suit", the most we will pay for the combined total of "damages" and "defense expenses" incurred for such "claim" or "suit" after the date you refused to give us such consent will be the amount of "damages" we were willing to pay for the proposed settlement.

   b. We will have the right, but not the duty, to defend your indemnitee as if it were an insured under Paragraph **a.** above if all of the following conditions are met:

      (1) The "claim" or "suit" against the indemnitee seeks "damages" for loss for which you are obligated to pay by reason of the assumption of that indemnitee's liability in a contract or agreement that was made before the "wrongful act", including any part of "related wrongful acts", that caused such loss was known by any "described authorized person";

      (2) The insurance provided under one or more of "your cyber liability coverage forms" applies to such liability assumed by you; and

      (3) The obligation to defend, or the cost of the defense of, the indemnitee, has also been assumed by you in the same contract or agreement.

      When we defend a "claim" or "suit" against your indemnitee, we will pay reasonable "defense expenses". Payment of such "defense

CYBER LIABILITY

expenses" will reduce the applicable limit of insurance.

**c.** We will have no other obligation or liability to pay sums or perform acts or services unless explicitly provided for under Supplementary Payments or under "your cyber liability coverage forms".

## 2. Supplementary Payments

We will pay, with respect to any "claim" we are investigating, any "claim" or "suit" we settle or any "claim" or "suit" against an insured we are defending:

**a.** All expenses, other than "defense expenses", we incur.

**b.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We will not be the principal under these bonds, and we do not have to furnish these bonds.

**c.** All reasonable expenses incurred at our request by the insured, who is an individual, to assist us in the investigation or defense of the "claim" or "suit", including actual loss of earnings of up to $1,000 a day by that individual because of time off from work.

**d.** All costs taxed against the insured in the "suit", but only for that part of the judgment we pay.

**e.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**f.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable limit of insurance. If we do not pay part of the judgment for any reason other than it is more than the applicable limit of insurance, we will not pay any interest that accrues on that portion of the judgment.

**g.** The cost of any required appeal bond for any judgment that we appeal, but only for bond amounts for that part of the judgment that is for "damages" to which one of more of "your cyber liability coverage forms" apply and which are within the applicable limit of insurance. We will pay, or reimburse the insured

for, the cost of a higher appeal bond amount if we are required to do so under the law that applies. We will not be the principal under any appeal bond, and we do not have to furnish any appeal bond.

These payments will not reduce the limits of insurance.

Our duty to make such payments ends when we have used up the applicable limit of insurance in the payment of judgments, settlements or "defense expenses".

## 3. Exclusions Applying To All Of Your Cyber Liability Coverage Forms

The following exclusions apply to all coverages provided under "your cyber liability coverage forms". These exclusions are in addition to the exclusions contained in each such coverage form and that apply only to the coverage provided under such coverage form.

The insurance provided under "your cyber liability coverage forms" does not apply to:

**a. Advertising Injury Or Personal Injury**

"Advertising injury" or "personal injury".

**b. Aircraft Products Or Work**

Loss arising out of:

**(1)** Any "aircraft product" provided to others;

**(2)** Any "aircraft work" provided or performed for others; or

**(3)** The "grounding" of any aircraft.

**c. Claims Or Suits By Certain Persons Or Organizations**

Loss for which a "claim" is made or "suit" is brought by or on behalf of any "controlled organization" or "controlling person or organization".

**d. Contractual Liability**

Loss for which the insured is obligated to pay "damages" by reason of the assumption of liability in a contract or agreement that was made after the "wrongful act", including any part of "related wrongful acts", that caused such loss was known by any "described authorized person".

This exclusion does not apply to loss for which the insured would have liability for "damages" without the contract or agreement.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**PR T1 13 02 12**

**e. Criminal, Dishonest, Fraudulent, Or Malicious Wrongful Acts Or Knowing Violations Of Rights Or Laws**

Loss arising out of any criminal, dishonest, fraudulent, or malicious "wrongful act", or any knowing violation of rights or laws, committed:

(1) By the insured; or

(2) With the consent or knowledge of the insured.

This exclusion does not apply to our duty to defend that insured until it has been determined or admitted in a legal proceeding that such "wrongful act" or knowing violation was committed:

(1) By the insured; or

(2) With the consent or knowledge of that insured.

**f. Electrical Or Mechanical Interruption Or Failure**

Loss arising out of an "electrical or mechanical interruption or failure".

This exclusion does not apply if such "electrical or mechanical interruption or failure" was caused by you.

**g. Employment-Related Practices**

Loss to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The "spouse", child, parent, brother or sister of that person as a consequence of loss to that person at whom any of the employment-related practices described in Paragraph (1) above is directed.

This exclusion applies:

(1) Whether the insured may be held liable as an employer or in any other capacity; and

(2) To any obligation to share "damages" with or repay someone else who must pay "damages" because of the loss.

**h. Force Majeure**

Loss arising out of fire, smoke, explosion, lightning, wind, flood, earthquake, volcanic eruption, tidal wave, landslide, hail or act of God .

**i. Government Demands Or Proceedings**

Any demand made or proceeding brought by:

(1) The Federal Trade Commission;

(2) The Federal Communications Commission; or

(3) Any other federal, national, state, local, or foreign government, agency, or entity.

This exclusion does not apply to any "claim" made or "suit" brought by or on behalf of a federal, national, state, local, or foreign government, agency, or entity in its capacity as your customer.

**j. Injunctive Relief**

Any loss, cost or expense arising out of complying with any injunctive or other non-monetary relief or any agreement to provide such relief.

**k. Known Wrongful Acts**

Loss arising out of any "wrongful act", including any part of "related wrongful acts", that any "described authorized person" knew about before the first date we or any of our affiliated insurance companies have continuously provided this or similar coverage to you.

**l. Nuclear Energy**

Loss arising out of the "hazardous properties" of "nuclear material".

**m. Professional Services**

Loss arising out of the providing or failing to provide professional services by or on behalf of the insured while acting or working as any of the following:

(1) Accountant;

(2) Architect or surveyor;

(3) Lawyer;

(4) Insurance agent, broker, company, consultant or representative;

(5) Real estate agent or broker; or

(6) Civil or structural engineer.

This insurance also does not apply to loss arising out of the providing or failing to pro-

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CYBER LIABILITY

vide professional health care services by or on behalf of the insured.

**n. Pollution**

(1) Loss arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. Unsolicited Communications**

Loss arising out of any "unsolicited communication" by or on behalf of any insured.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Common Policy Declarations as:

a. An individual, you and your "spouse" are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your partners or your members, and their "spouses", are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are also insureds, but only with respect to their duties as your managers.

d. A public entity, you are an insured. "Your boards" are also insureds. Your lawfully elected or appointed officials, "executive officers", or directors are also insureds, but only with respect to their duties as your elected or appointed officials, "executive officers", or directors.

e. An organization other than a partnership, joint venture, limited liability company or public en-

tity, you are an insured. Your "executive officers" and directors are also insureds, but only with respect to their duties as your "executive officers" or directors. Your stockholders are also insureds, but only with respect to their liability as your stockholders.

2. Each of the following is also an insured:

a. Your "volunteer workers", but only while performing duties related to the conduct of your business, and your "employees", other than either your managers (if you are a limited liability company) or your "executive officers" (if you are an organization other than a partnership, joint venture, limited liability company or public entity), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

b. Your legal representative if you die, become mentally incompetent, insolvent or bankrupt, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

c. Members of "your boards" (if you are a public entity), but only for the conduct of their duties for you or for "your boards". "Employees" of "your boards" are also insureds, but only for work done within the scope of their employment for "your boards", or their performance of duties related to the conduct of the operations of "your boards".

3. Any organization you newly acquire or form, other than a partnership or joint venture, that has:

a. Gross revenue less than or equal to 10% of your gross revenue at the time of such acquisition or formation will qualify as a Named Insured if there is no other insurance which provides similar coverage to that organization;

b. Gross revenue greater than 10% of your gross revenue at the time of such acquisition or formation will qualify as a Named Insured if there is no other insurance which provides similar coverage to that organization. However coverage under this provision is provided only:

(1) Until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier, if you do not report such organization in writing to us within 90 days after you acquire or form it; or

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

PR T1 13 02 12

CYBER LIABILITY

**(2)** Until the end of the policy period, when that date is later than 90 days after you acquire or form such organization, if you report such organization in writing to us within 90 days after you acquire or form it and we agree in writing that it will continue to be a Named Insured until the end of the policy period.

Coverage under paragraphs **3.a.** and **3.b.** above does not apply to loss caused by a "wrongful act" committed by or on behalf of such organization before you acquired or formed it, unless we agree in writing to cover such loss.

**4.** Any person or organization that is not otherwise an insured under this Coverage Part and that you have agreed in a written contract or agreement to include as an additional insured under this Coverage Part is an insured, but only with respect to liability for loss to which one or more of "your cyber liability coverage forms" applies that:

**a.** Is caused by a "wrongful act" committed after you have signed and executed that contract or agreement; and

**b.** Is caused, in whole or in part, by acts or omissions of you, or any person or organization acting on your behalf, under that contract or agreement.

The limits of insurance provided to such person or organization will be the limits which you agreed to provide in the written contract or agreement, or the limits shown in the Declarations of this Coverage Part, whichever are less.

**5.** Any of your subsidiaries, other than a partnership or joint venture, that is not shown as a Named Insured in the Common Policy Declarations is a Named Insured if:

**a.** You maintain an ownership interest of more than 50% in such subsidiary on the first day of the policy period; and

**b.** Such subsidiary is not an insured under similar other insurance.

No such subsidiary is an insured for loss caused by a "wrongful act" committed:

**a.** Before you maintained an ownership interest of more than 50% in such subsidiary; or

**b.** After the date, if any, during the policy period that you no longer maintain an ownership interest of more than 50% in such subsidiary.

**6.** No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Common Policy Declara-

tions. This paragraph does not apply to any such partnership or joint venture that otherwise qualifies as an insured under Section **II** – Who Is An Insured.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations of this Coverage Part and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** "Claims" made or "suits" brought; or

**c.** Persons or organizations making "claims" or bringing "suits".

The Limits of Insurance will not be reduced by the payment of any applicable deductible.

**2.** The Aggregate Limit is the most we will pay for the sum of all "damages" and "defense expenses" for the combined total of all "claims" or "suits" for loss to which the insurance provided under one or more of "your cyber liability coverage forms" applies.

If no amount is shown for the Aggregate Limit in the Declarations of this Coverage Part, the Aggregate Limit will be the higher of the Each Wrongful Act Limit or $25,000.

**3.** Subject to Paragraph **2.** above, the Each Wrongful Act Limit is the most we will pay for the sum of all "damages" and "defense expenses" for all "claims" or "suits" for loss:

**a.** To which the insurance provided under one or more of "your cyber liability coverage forms" applies; and

**b.** That is caused by the same "wrongful act" or "related wrongful acts".

**4.** When any of "your cyber liability coverage forms" and any other policy or insuring clause in a coverage form or bond written by us or any of our affiliated insurance companies and issued to you or any "controlled organization" or "controlling person or organization" apply or applied to the same "claim" or "suit", the most we will pay for "damages" and "defense expenses" is the highest limit of insurance that applies or applied to the same "claim" or "suit" under any one of those policies or clauses.

This paragraph does not apply to umbrella insurance, or excess insurance, written by us or any of our affiliated insurance companies and issued to you or any "controlled organization" or "controlling person or organization" specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CYBER LIABILITY

## SECTION IV – DEDUCTIBLE

1. The Each Wrongful Act Deductible shown in the Declarations of this Coverage Part and the rules below fix the amount of "damages" and "defense expenses" incurred by, or on behalf of, you or any insured that you will be responsible for paying, regardless of the number of:

   **a.** Insureds;

   **b.** "Claims" made or "suits" brought; or

   **c.** Persons or organizations making "claims" or bringing "suits".

   The Each Wrongful Act Deductible does not apply to payments we make under Supplementary Payments.

2. The Each Wrongful Act Deductible applies to all "damages" and "defense expenses" for all "claims" or "suits" for loss:

   **a.** To which the insurance provided under one or more of "your cyber liability coverage forms" applies; and

   **b.** That is caused by the same "wrongful act" or "related wrongful acts".

3. The Limits of insurance will not be reduced by the amount of any "damages" or "defense expenses" within the deductible amount.

4. The terms of this Coverage Part, including those with respect to:

   **a.** Our right and duty with respect to the defense of "claims" or "suits"; and

   **b.** Your duties in the event of a "wrongful act", "claim" or "suit";

   apply irrespective of the application of the deductible amount.

5. If we settle a "claim" or "suit" for "damages", or pay a judgment for "damages" awarded in a "suit", that are subject to a deductible, we may pay any part or all of the deductible amount. You will promptly reimburse us for such part of the deductible amount as we have paid.

6. If we pay "defense expenses" that are subject to a deductible, you will promptly reimburse us for such part of the deductible amount as we have paid.

7. If you do not reimburse us for a deductible amount that applies to "damages" or "defense expenses", and we are awarded the deductible amount we sought, or any part of that amount, in any legal proceeding against you, you agree to pay us the amount of the award and the following:

   **a.** "Our deductible recovery expenses"; and

   **b.** Interest, from the date of our notice of payment to you, on the deductible amount awarded to us.

## SECTION V – CYBER LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of A Wrongful Act, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of a "wrongful act" which may result in a "claim" or "suit". To the extent possible, notice should include:

   (1) How, when and where the "wrongful act" was committed;

   (2) The nature and location of any loss caused by the "wrongful act";

   (3) The names and addresses of any persons or organizations sustaining such loss, and the names and addresses of any witnesses; and

   (4) The names and addresses of each insured that committed the "wrongful act".

   **b.** If a "claim" is made or "suit" is brought against any insured, you must:

   (1) Immediately record the specifics of the "claim" or "suit" and the date received; and

   (2) Notify us in writing of the "claim" or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

   (2) Authorize us to obtain records and other information;

   (3) Cooperate with us in the investigation, defense or settlement of the "claim" or "suit"; and

   (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of loss to which the insurance provided under any of "your cyber liability coverage forms" may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**PR T1 13 02 12**

any obligation, or incur any expense without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for "damages" from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured, but we will not be liable for "damages" that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. As used in this provision, an agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

**a.** The insurance provided under "your cyber liability coverage forms" is excess over any valid and collectible other insurance that is available to the insured for a loss we cover under this Coverage Part, whether such other insurance is primary, excess, contingent or on any other basis.

As used anywhere in this Coverage Part, other insurance means insurance, or the funding of losses, that is provided by, through or on behalf of:

**(1)** Another insurance company;

**(2)** Any risk retention group;

**(3)** Any self-insurance method or program, including any failure to buy insurance, or decision to not buy insurance, for any reason, in which case the insured will be deemed to be the provider of other insurance; or

**(4)** Any similar risk transfer or risk management method.

Other insurance does not include umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**b.** We will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all such other insurance.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** The premium shown in the Common Policy Declarations may be an advance premium. If it is an advance premium, your policy will contain an endorsement that shows when and how we will compute your earned premium.

If the earned premium is greater than the advance premium, we will send a bill to the first Named Insured shown in the Common Policy Declarations. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the earned premium is less than the advance premium, we will return the excess to the first Named Insured. However, if the earned premium is less than the minimum premium we are allowed to charge, your premium will never be less than such minimum premium.

**c.** If the premium is an advance premium, the first Named Insured shown in the Common Policy Declarations must keep records of the information we need for premium computation and must send us copies of those records at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws or regulations.

**7. Separation Of Insureds**

Except with respect to the limits of insurance, and any rights or duties specifically assigned in this

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CYBER LIABILITY

Coverage Part to the first Named Insured shown in the Common Policy Declarations, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom a "claim" is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover from others all or part of any payment we have made under this Coverage Part in connection with a "claim" or "suit", those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring suit or initiate an alternative dispute resolution proceeding to enforce those rights, or will transfer those rights to us and help us enforce them.

We will apply any amounts recovered in enforcing those rights of recovery in the following order:

a. First, we will reimburse any person or organization (including us or the insured) any amount that person or organization has paid in excess of the limits of insurance.

b. Next, if there is any amount remaining, we will retain an amount equal to the amount we have paid under this Coverage Part in connection with the "claim" or "suit".

c. Then, if there is any amount remaining, we will pay that amount to the insured, including any amounts within any applicable deductible or self-insured retention.

If any amounts are recovered in enforcing those rights of recovery, reasonable expenses incurred in enforcing such rights will be shared among all persons or organizations receiving amounts recovered. Each such person's or organization's share of those expenses is based on the ratio of its amount recovered to the total amounts recovered by all such persons or organizations in enforcing such rights.

If the insured has agreed in a contract or agreement to waive that insured's right of recovery against any person or organization, we waive our right of recovery against such person or organization, but only for payments we make because of loss caused by a "wrongful act" committed subsequent to the execution of the contract or agreement.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Common Policy Declarations written notice of the nonrenewal not less than 30 days before the end of the policy period.

If such notice is mailed, proof of mailing will be sufficient proof of such notice.

**10. Transfer Of Control Of Defense**

Before the applicable limit of insurance is used up, you may take over control of the defense, including the appeal, of any outstanding "claim" or "suit" previously reported to us if:

a. We and you agree; or

b. A court orders you to do so.

If the applicable limit of insurance is used up, we will notify you as soon as practicable of all outstanding "claims" or "suits", so you can arrange to take over control of their defense.

We agree to take whatever steps are necessary during a transfer of control of defense of an outstanding "claim" or "suit" to continue that defense and avoid a default judgment during such transfer. When we take such steps, you agree that we do not waive or give up any of our rights. You also agree to repay the reasonable expenses we incur for such steps taken after the applicable limit of insurance is used up.

**11. When We Are Prohibited From Defending An Insured**

If the laws or regulations of a country or jurisdiction prohibit us from fulfilling our duty to defend an insured, the insured will be responsible for providing that defense. We will repay that insured for the reasonable "defense expenses" incurred to provide such defense. Such payments will reduce the Limits of Insurance. Our duty to make such payments ends when we have used up the applicable limit of insurance in the payment of judgments, settlements or "defense expenses".

**12. When We Are Prohibited From Paying Damages On Behalf Of An Insured**

If the laws or regulations of a country or jurisdiction prohibit us from paying, on behalf of an insured, amounts that the insured must pay as "damages" for loss to which the insurance provided under one or more of "your cyber liability coverage forms" applies, the insured may pay such "damages" with our consent.

If the insured gives us proof of such payments, we will repay the insured for such "damages". But we will only repay the insured for such "damages" up to the applicable limit of insurance.

Page 8 of 13

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

PR T1 13 02 12

### 13. When We Are Prohibited From Paying Supplementary Payments

If the laws or regulations of a country or jurisdiction prohibit us from paying a Supplementary Payment on behalf of an insured, we will repay the insured for such Supplementary Payment that the insured incurs.

### 14. Currency

Payments for "damages", "defense expenses" and Supplementary Payments will be in the currency of the United States of America. At our sole option, we may make these payments in a different currency. Any necessary currency conversion for the payment of "damages" will be calculated based on the rate of exchange published in the next Wall Street Journal subsequent to the date of judgment or settlement. Any necessary currency conversion for the payment of "defense expenses" or Supplementary Payments will be calculated based on the rate of exchange published in the Wall Street Journal immediately preceding the date the payment is processed.

### 15. Limitations On Our Representations And Responsibility

It is understood that we are not an admitted or authorized insurer outside the United States of America, its territories and possessions, Puerto Rico and Canada. We assume no responsibility for the furnishing of certificates of insurance, or for compliance in any way with the laws of other countries relating to insurance.

## SECTION VI – EXTENDED REPORTING PERIODS

1. We will provide one or more Extended Reporting Periods, as described below, if this Coverage Part is cancelled or not renewed, or replaced or renewed by us with insurance that applies on other than a claims-made basis.

2. Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They apply only to "claims" or "suits" for loss caused by a "wrongful act" committed on or after the applicable Retroactive Date sho wn in the Declarations of this Coverage Part and before the end of the policy period.

   The Extended Reporting Periods do not reinstate or increase the limits of insurance. Once in effect, Extended Reporting Periods may not be canceled.

3. A Basic Extended Reporting Period automatically applies to "your cyber liability coverage forms" without additional charge. This period starts with the end of the policy period and lasts for 90 days.

The Basic Extended Reporting Period does not apply to "claims" or "suits" that are covered under any future insurance you purchase, or that would be covered under such insurance but for the exhaustion of its applicable limit of insurance.

4. A Supplemental Extended Reporting Period of unlimited duration is available if this Coverage Part is canceled or not renewed, but only by an endorsement and for an extra charge. This supplemental period replaces the Basic Extended Reporting Period.

   The Supplemental Extended Reporting Period will not go into effect unless we receive all of the following within 90 days after the end of the policy period and you have fulfilled all other duties, and complied with all other conditions and requirements, under this Coverage Part:

   a. A written request from you to purchase the Supplemental Extended Reporting Period Endorsement;

   b. Full payment of the earned premium for all of "your cyber liability coverage forms";

   c. Payment of the additional premium for the Supplemental Extended Reporting Period Endorsement; and

   d. Repayment of any deductible you owe us under this Coverage Part.

   We will determine the additional premium for that endorsement in accordance with our rules and rates. The additional premium will not exceed 200% of the annual premium for this Coverage Part.

   This endorsement will set forth the terms, not inconsistent with this Section VI – Extended Reporting Periods, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" or "suits" first made or brought against any insured during such period is excess over any valid and collectible other insurance available under insurance in force after the Supplemental Extended Reporting Period starts.

## SECTION VII – DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

 © 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Travelers Doc Mgmt  253 of 395
Exhibit A, Page 270

CYBER LIABILITY

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an "advertisement".

2. "Advertising injury" means injury, other than "personal injury", caused by one or more of the following offenses:

a. Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the "claim" is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

b. Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

(1) Appropriates a person's name, voice, photograph or likeness;

(2) Unreasonably places a person in a false light; or

(3) Discloses information about a person's private life; or

c. Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the "claim" is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

3. "Aircraft product" means:

a. Aircraft, including missile, balloon or spacecraft, and any ground support or control equipment used in connection with any aircraft, missile, balloon or spacecraft;

b. Any of "your technology products or services" manufactured for, used in connection with, or incorporated into aircraft, aircraft parts, aircraft equipment or aircraft accessories, including ground handling tools and equipment;

c. Any of "your technology products or services" used for the purpose of guidance, navigation or direction of aircraft whether an aircraft is in flight or on the ground; or

d. Training aids, navigation charts, navigation aids, manuals, blueprints, engineering or other data or advice, services and labor relating to such aircraft or products.

4. "Aircraft work":

a. Means any part of "your technology products or services" in connection with the manufacture, handling, maintenance, operation or use of any aircraft, including, missile, balloon or spacecraft, and any ground support or control equipment used in connection with any aircraft, missile, balloon or spacecraft.

b. Includes:

(1) Software used in connection with, or incorporated into aircraft, aircraft parts, aircraft equipment or aircraft accessories, including ground handling tools and equipment;

(2) Software used at an airport for the purpose of guidance, navigation or direction of aircraft whether an aircraft is in flight or on the ground; and

(3) Training aids, navigation charts, navigation aids, manuals, blueprints, engineering or other data or advice, and services and labor relating to such aircraft or products.

5. "Claim" means a written demand that seeks "damages".

6. "Controlled organization" means any organization in which any insured owns the controlling ownership interest.

7. "Controlling person or organization" means any person or organization that owns the controlling ownership interest in you.

8. "Damages":

a. Means a monetary amount paid to a claimant for loss.

b. Does not include:

(1) Credits.

(2) Voluntary payments.

(3) Amounts actually paid to you by your customer in exchange for products, services or work.

(4) An offset of fees, charges or commissions owed to you by your customer.

(5) Any fine or penalty imposed by law or regulation against the insured.

(6) The portion of any multiplied damage award that exceeds the amount multiplied.

(7) License fees or royalties of any kind.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

PR T1 13 02 12

**(8)** The amount of liquidated damages awarded pursuant to a contract or agreement that exceeds the amount of damages for which the insured would have liability in the absence of such contract or agreement.

**(9)** Fees, costs or expenses awarded pursuant to a prevailing party provision in a contract or agreement.

**(10)** Punitive damages unless such damages are insurable under the applicable law.

**9.** "Defense expenses":

**a.** Means any of the following fees, costs or expenses which can be directly allocated to a particular "claim" or "suit":

**(1)** Fees of attorneys, or other authorized representatives where permitted, for legal services, whether by outside or staff representatives; or

**(2)** Court, alternative dispute resolution, and other specific items of expense, whether incurred by an outside vendor or by one of our employees, including:

**(a)** Expert testimony;

**(b)** Autopsy;

**(c)** Witnesses and summonses;

**(d)** Copies of documents such as birth and death certificates and medical treatment records;

**(e)** Arbitration fees;

**(f)** Fees or costs for surveillance or other professional investigations which are conducted as part of the handling of a "claim" or "suit"; and

**(g)** Fees or costs for loss prevention and engineering services which are conducted as part of handling of a "claim" or "suit".

**b.** Does not include:

**(1)** Our expenses, including salaries, overhead and traveling expenses of our employees, except for those fees, costs or expenses described in Paragraphs **a.(1)** and **a.(2)** above incurred while handling a "claim" or "suit".

**(2)** Fees paid to independent claims professionals or attorneys (hired to perform the function of claim investigation normally performed by claim adjusters), for developing and investigating a "claim" so that a

determination can be made of the cause, extent or responsibility for the loss, including evaluation and settlement of covered "claims".

**10.** "Described authorized person" means:

**a.** You, if you are an individual; or

**b.** Any person while he or she is:

**(1)** Your "spouse", if you are an individual;

**(2)** Your partner or member, or his or her "spouse", if you are a partnership or joint venture;

**(3)** Your manager or member, if you are a limited liability company;

**(4)** Your appointed or elected official, director or "executive officer", if you are a public entity;

**(5)** Your director or "executive officer", if you are an organization other than a partnership, joint venture, limited liability company or public entity; or

**(6)** Your risk manager, or any leader of your legal, finance, risk management or other department that is responsible for insurance matters.

**11.** "Domestic partner" means any person who qualifies as a domestic partner, or party to a civil union, under any:

**a.** Applicable federal, state, local or foreign law; or

**b.** Formal program established by the insured.

**12.** "Electrical or mechanical interruption or failure" means any:

**a.** Electrical disturbance, surge, spike, brownout or blackout; or

**b.** Outage to gas, water, telephone, Internet, cable, satellite, telecommunication or other infrastructure.

**13.** "Employee" includes a "leased worker". "Employee" does not include a prisoner employed by any insured.

**14.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**15.** "Grounding" means the withdrawal of one or more aircraft from flight operations or the imposition of speed, passenger or load restrictions on such aircraft, by reason of the actual, alleged or sus-

CYBER LIABILITY

pected existence of any defect, fault or condition in such aircraft or any part thereof:

**a.** Sold, handled or distributed by the insured; or

**b.** Manufactured, assembled or processed by any other person or organization:

   **(1)** According to specifications, plans, suggestions, orders or drawings of the insured; or

   **(2)** With tools, machinery or other equipment furnished to such persons or organizations by the insured;

whether such aircraft so withdrawn or restricted are owned or operated by the same or different persons or organizations.

**16.** "Hazardous properties" includes radioactive, toxic or explosive properties.

**17.** "Joint powers authority" means any organization formed by two or more public entities that have agreed in a contract or agreement to jointly exercise any power common to them.

**18.** "Leased worker" means a person, other than a prisoner, hired from a labor leasing firm under an agreement between the hirer and that firm to perform duties related to the conduct of the hirer's business.

**19.** "Nuclear material" means any of the following materials defined in the Federal Atomic Energy Act or any of its amendments:

**a.** Source material;

**b.** Special nuclear material; or

**c.** By-product material.

**20.** "Our deductible recovery expenses" means all fees, costs, and expenses incurred by us and our attorneys to recover a deductible amount in a legal proceeding brought by us against you. But if the deductible amount awarded to us is less than the full amount of the deductible payment we sought, "our deductible recovery expenses" will be a proportional amount based on the ratio of the deductible amount awarded to the full amount of the deductible payment we sought.

**21.** "Personal injury" means injury, other than "advertising injury", caused by one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful

eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

**d.** Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the "claim" is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

**e.** Oral or written publication, including publication by electronic means, of material that:

   **(1)** Appropriates a person's name, voice, photograph or likeness;

   **(2)** Unreasonably places a person in a false light; or

   **(3)** Discloses information about a person's private life.

**22.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**23.** "Related wrongful acts" means any of the following:

**a.** "Related errors and omissions wrongful acts", if the CyberFirst Essentials Technology Products Or Services Errors And Omissions Liability Coverage Form is part of your policy.

**b.** "Related information security wrongful acts", if the CyberFirst Essentials Information Security Liability Coverage Form is part of your policy.

**24.** "Slogan" means a phrase that others use for the purpose of attracting attention in their advertising.

**25.** "Spouse" includes a "domestic partner".

**26.** "Suit" means a civil proceeding that seeks "damages". "Suit" includes:

**a.** An arbitration proceeding that seeks such "damages" and to which the insured must submit or submits with our consent; and

**b.** Any other alternative dispute resolution proceeding that seeks such "damages" and to which the insured submits with our consent.

**27.** "Title" means a name of a literary or artistic work.

**28.** "Unsolicited communication":

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**PR T1 13 02 12**

a. Means any form of communication, including facsimile, electronic mail, posted mail or telephone, in which the recipient has not specifically requested the communication.

b. Includes any communication which is made or allegedly made in violation of the Telephone Consumer Protection Act or any of its amendments, or any local or state statute that bars, prohibits or penalizes such communication.

29. "Volunteer worker" means a person, other than a prisoner, who:

a. Is not acting within the course and scope of his or her employment as an "employee" or "leased worker";

b. Donates his or her work; and

c. Is not paid a fee, salary, or other compensation for that work.

30. "Wrongful act " means any of the following:

a. "Information security wrongful act", if the CyberFirst Essentials Information Security Liability Coverage Form is part of your policy.

b. "Errors and omissions wrongful act", if the CyberFirst Essentials Technology Products Or Services Errors And Omissions Liability Coverage Form is part of your policy.

31. "Your boards":

a. Means any board, commission, or other governmental unit or department that:

(1) Is under your jurisdiction; and

(2) Is funded and operated as part of your total operating budget.

b. Does not include any "joint powers authority".

32. "Your cyber liability coverage forms" means the coverage forms that you have purchased, as shown in the Declarations of this Coverage Part.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM

**THIS INSURANCE PROVIDES CLAIMS-MADE COVERAGE. PLEASE READ THE ENTIRE FORM CAREFULLY.**

Various provisions in this coverage form restrict coverage. Your CyberFirst Essentials General Provisions Form also contains provisions that apply to this form, including provisions explaining who is insured under this form and the limits of coverage and deductible that apply to the insurance provided under this form. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Common Policy Declarations, and any other person or organization qualifying as a Named Insured under this insurance. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured in your CyberFirst Essentials General Provisions Form.

The words "policy period" mean the Policy Period for the CyberFirst Essentials Information Security Liability Coverage Form shown in the Declarations of this Coverage Part.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section II – Definitions in this form and Section VII – Definitions in your CyberFirst Essentials General Provisions Form.

## SECTION I – INFORMATION SECURITY LIABILITY COVERAGE

1. **Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as "damages" because of loss to which this insurance applies. The amount we will pay for "damages" is limited as described in Section III – Limits Of Insurance in your CyberFirst Essentials General Provisions Form.

    b. This insurance applies to loss only if:

        (1) The loss is caused by an "information security wrongful act" committed in the "coverage territory";

        (2) The "information security wrongful act" was committed on or after the Information Security Retroactive Date shown in the Declarations of this Coverage Part and before the end of the policy period; and

        (3) A "claim" or "suit" that seeks "damages" because of the loss is first made or brought against any insured, in accordance with Paragraph **e.** below, during the policy period or any Extended Reporting Period we provide under Section VI – Extended Reporting Periods in your CyberFirst Essentials General Provisions Form.

    c. Each "information security wrongful act" in a series of "related information security wrongful acts" will be deemed to have been committed on the date the first wrongful act in that series is committed.

    d. If no Information Security Retroactive Date is shown in the Declarations of this Coverage Part, the Information Security Retroactive Date will be deemed to be the first day of the policy period.

    e. A "claim" or "suit" that seeks "damages" will be deemed to have been first made or brought at the earlier of the following times:

        (1) When we or any "described authorized person" first receives written notice of such claim" or "suit", whichever is first; or

        (2) When we first receive written notice from any insured of a specific "information security wrongful act" that caused the loss which resulted in such "claim" or "suit".

    All "claims" or "suits" that seek "damages" because of loss caused by the same "information security wrongful act" or "related information security wrongful acts" will be deemed to have been first made or brought at the time the first of those "claims" or "suits" is first made or brought against any insured.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CYBER LIABILITY

**f.** A "claim" or "suit" that seeks "damages" will be deemed to have been first made or brought at the time we receive written notice from any insured of a specific "information security wrongful act" only if that notice contains all of the following information:

**(1)** How, when and where the "information security wrongful act" was committed;

**(2)** A description of what happened;

**(3)** A description of what "damages" may result;

**(4)** The identity of the person or organization that may make a "claim" or bring a "suit"; and

**(5)** The identity of each insured that committed the "information security wrongful act".

Notice to us that:

**(1)** All or part of one or more of any insured's acts or omissions may in the future be discovered to be a "information security wrongful act"; or

**(2)** Any insured may in the future receive written notice of a "information security wrongful act", "claim" or "suit";

is not notice of a specific "information security wrongful act".

**2. Exclusions**

The following exclusions apply only to the coverage provided under this form. These exclusions apply in addition to the exclusions in Paragraph **3.** of Section I – Coverage in your CyberFirst Essentials General Provisions Form.

This insurance does not apply to:

**a. Bodily Injury**

"Bodily injury".

**b. Claims Or Suits By Insureds Against Insureds**

Loss for which a "claim" or "suit" is made or brought by or on behalf of any current or former insured against any current or former insured.

This exclusion does not apply to any "claim" or "suit" made or brought by:

**(1)** Any person or organization that:

**a.** Is an insured under Paragraph **4.** of Section II – Who Is An Insured in your CyberFirst Essentials General Provisions Form; or

**b.** Has been added as an additional insured by attachment of an endorsement to this Coverage Part; or

**(2)** Your current or former "employee" for failure to prevent unauthorized access to, or use of, "identity information" of such "employee", but only if such "employee" did not commit or participate in the failure to prevent such unauthorized access or use.

**c. Intellectual Property**

Loss arising out of any actual or alleged infringement or violation of any of the following rights or laws committed by or on behalf of an insured:

**(1)** Copyright;

**(2)** Patent;

**(3)** Trade dress;

**(4)** Trade name;

**(5)** Trade secret;

**(6)** Trademark; or

**(7)** Other intellectual property rights or laws.

**d. Profits**

Disgorgement of profits, accounting or award of profits, or any other return of profits.

**e. Property Damage**

"Property damage".

**SECTION II – DEFINITIONS**

**1.** "Bodily injury":

**a.** Means any harm, including sickness or disease, to the health of a person.

**b.** Includes mental anguish, injury or illness, or emotional distress.

**2.** "Coverage territory" means anywhere in the world, provided that no trade sanction, embargo or similar regulation imposed by the United States of America prohibits us from covering the loss.

**3.** "Identity information" means any of the following information concerning a person:

**a.** Nonpublic personal information as defined in the Gramm-Leach Bliley Act of 1999, or any of its amendments, or any regulation issued pursuant to such Act;

**b.** Medical or health care information, including protected health information as defined in the Health Insurance Portability and Accountability Act of 1996, or any of its amendments, or any regulation issued pursuant to such Act;

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

PR T1 14 02 12

CYBER LIABILITY

c.  Personal information that is protected from unauthorized access or acquisition under any other local, state, federal or foreign law or regulation; or

d.  A driver's license or state identification number; social security number; unpublished telephone number; or credit, debit or charge card number, or other financial account number and any security code, access code, password or PIN number associated with such credit, debit or charge card number or other financial account number.

4.  "Information security wrongful act" means any of the following committed by or on behalf of an insured in the conduct of your business:

a.  Failure to prevent unauthorized access to, or use of, "identity information" of others ; or

b.  Failure to provide notification of any actual or potential unauthorized access to, or use of, "identity information" of others as required by any "security breach notification law" that applies to you.

5.  "Property damage" means physical damage to tangible property of others, including all resulting loss of use of that property.

For the purposes of this insurance, data, including information, facts or programs in any electronic or other format, is not tangible property.

6.  "Related information security wrongful acts" means two or more "information security wrongful acts" that have as a common connection, tie, or link any fact, circumstance, situation, event, transaction, cause, or series of related facts, circumstances, situations, events, transactions, or causes.

7.  "Security breach notification law" means any law or regulation that requires an organization to notify persons that their nonpublic personal information was or may have been accessed or acquired without their authorization.

PR T1 14 02 12

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 3 of 3

CYBER LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COVERAGE FOR FINANCIAL INTEREST IN FOREIGN INSURED ORGANIZATIONS – CYBERFIRST ESSENTIALS

This endorsement modifies insurance provided under the following:

> CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM
> CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM
> CYBERFIRST ESSENTIALS TECHNOLOGY PRODUCTS OR SERVICES ERRORS AND OMISSIONS LIABILITY COVERAGE FORM

**PROVISIONS**

1. The following is added to Paragraph **1., Insuring Agreement**, of **SECTION I** in each liability coverage form shown above that is part of your policy:

   In the event of "foreign cyber liability loss" incurred by a "foreign insured organization", or by any other insured for whom such "foreign insured organization" is liable, we will reimburse the first Named Insured, or any other Named Insured that is not a "foreign insured organization", for such "foreign cyber liability loss" because of its "financial interest" in that "foreign insured organization". For purposes of this insurance, amounts we reimburse under:

   (1) Paragraph **a.** of the definition of "foreign cyber liability loss" will be deemed to be sums that such Named Insured must pay, or becomes legally obligated to pay, as "damages" under this insurance;

   (2) Paragraph **b.** of the definition of "foreign cyber liability loss" will be deemed to be payments we make under Paragraph **2.**, Supplementary Payments, of Section I – Coverage of the CyberFirst Essentials General Provisions Form; and

   (3) Paragraph **c.** of the definition of "foreign cyber liability loss" will be deemed to be "defense expenses" we pay under this insurance.

2. Paragraph **11., When We Are Prohibited From Defending An Insured**, of **SECTION V – CYBER LIABILITY CONDITIONS** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM** is deleted.

3. Paragraph **12., When We Are Prohibited From Paying Damages On Behalf Of An Insured**, of **SECTION V – CYBER LIABILITY CONDITIONS**

   in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM** is deleted.

4. Paragraph **13., When We Are Prohibited From Paying Supplementary Payments**, of **SECTION V – CYBER LIABILITY CONDITIONS** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM** is deleted.

5. The following is added to **SECTION V – CYBER LIABILITY CONDITIONS** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

   **Duties In The Event Of A Claim Or Suit For Foreign Cyber Liability Loss**

   In the event of a "claim" or "suit" for "foreign cyber liability loss" made or brought against a "foreign insured organization", or any other insured for whom such "foreign insured organization" is liable, the first Named Insured must:

   (1) Arrange to investigate and defend such "claim" or "suit";

   (2) Notify us in writing in advance of any proposed settlement of such "claim" or "suit"; and

   (3) Comply with all other conditions of this insurance as if such "claim" or "suit" were made or brought against any insured that is not a "foreign insured organization".

6. The following is added to the **DEFINITIONS** Section in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

   "CyberFirst Essentials first-party coverage" means any of the following coverages, if part of your policy:

   a. Security Breach Notification And Remediation Expenses And Payment Card Expenses Coverage; or

© 2014 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Travelers Doc Mgmt  261 of 395
Exhibit A, Page 278

CYBER LIABILITY

**b.** Crisis Management Service Expenses Coverage.

"Financial interest" means the insurable interest in a "foreign insured organization" because of:

**a.** Sole ownership of, or majority ownership interest in, such "foreign insured organization", either directly or through one or more intervening subsidiaries;

**b.** Indemnification of, or an obligation to indemnify:

    **(1)** Such "foreign insured organization"; or

    **(2)** Any other insured for whom such "foreign insured organization" is liable;

    for a "foreign cyber first-party loss" or "foreign cyber liability loss"; or

**c.** An obligation to obtain insurance for such "foreign insured organization".

"Foreign cyber first-party loss" means loss to which the insurance provided under "CyberFirst Essentials first-party coverage" would have applied but for the fact that the insured that incurred or paid such loss is located in a country or jurisdiction in which we are not licensed to provide such insurance and where providing such insurance would violate the laws or regulations of such country or jurisdiction.

"Foreign cyber liability loss" means:

**a.** Sums that an insured must pay, or becomes legally obligated to pay, as "damages" because of loss to which the insurance provided under "your cyber liability coverage forms" would have applied;

**b.** Payments described in Paragraph **2.**, Supplementary Payments, of Section **I** –

Coverage of the CyberFirst Essentials General Provisions Form that we would have made with respect to:

    **(1)** Any "claim" against an insured or your indemnitee that we would have investigated; or

    **(2)** Any "claim" or "suit" against an insured or your indemnitee that we would have settled or defended; or

**c.** "Defense expenses" that we would have paid in connection with any "claim" or "suit" against an insured or your indemnitee that we would have defended;

but for the fact that such insured or indemnitee is located in a country or jurisdiction in which we are not licensed to provide insurance under "your cyber liability coverage forms" and where providing such insurance would violate the laws or regulations of such country or jurisdiction.

"Foreign insured organization" means any organization that:

**a.** Is an insured under Section **II** – Who Is An Insured of the CyberFirst Essentials General Provisions Form; and

**b.** Is located in a country or jurisdiction in which we are not licensed to provide this insurance and where providing this insurance would violate the laws or regulations of such country or jurisdiction.

**7.** The following replaces the definition of "coverage territory" in the **DEFINITIONS** Section of each liability coverage form shown above that is part of your policy:

"Coverage territory" means anywhere in the world.

© 2014 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
PR T5 21 03 15

POLICY NUMBER: 680-9M304995-19-42

CYBER LIABILITY
ISSUE DATE: 02-01-19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BREACH ESSENTIALS ENDORSEMENT

This endorsement modifies insurance provided under the following:

> CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM
> CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM

**SCHEDULE OF CYBER FIRST-PARTY LIMIT AND DEDUCTIBLE**

| | Limit | Deductible |
|---|---|---|
| **Cyber First-Party Limit and Deductible** | $ 10,000 | $ |

## PROVISIONS

### A. INTRODUCTION

The following is added to the Introductory Note in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM:**

**THE LIMITS OF INSURANCE WILL BE REDUCED BY THE PAYMENT OF YOUR SECURITY BREACH NOTIFICATION AND REMEDIATION EXPENSES, YOUR PAYMENT CARD EXPENSES AND YOUR CRISIS MANAGEMENT SERVICE COVERED BY YOUR CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM.**

### B. CYBER FIRST-PARTY COVERAGES

1. The following is added to Paragraph **1., Insuring Agreement,** of **SECTION I – INFORMATION SECURITY LIABILITY COVERAGE** in the **CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM:**

   **Security Breach Notification And Remediation Expenses And Payment Card Expenses Coverage**

   We will reimburse you for loss to which this insurance applies that is "your security breach notification and remediation expenses" or "your payment card expenses" directly attributed to a "security breach" that:

   (1) Is caused by an "information security wrongful act" committed on or after the Information Security Retroactive Date shown in the Declarations of this Coverage Part and before the end of the policy period;

   (2) Occurs during the policy period; and

   (3) Is first reported to us during the policy period or within 90 days after the end of the policy period.

   But we will not reimburse you for "your payment card expenses" that are "payment card contract penalties" or "chargebacks" unless you have agreed to pay such "payment card contract penalties" or "chargebacks" in a "merchant service agreement" you entered into before such "security breach" occurred.

   Each "security breach" in a series of "related security breaches" will be deemed to occur on the date the first "security breach" in that series occurs.

   A "security breach" will be deemed to have been first reported to us on the date that we first receive a written notice of such "security breach" from any insured or any authorized government entity.

   In the event of a "foreign cyber first-party loss" that is "your security breach notification and remediation expenses" or "your payment card expenses" incurred and paid by a "foreign insured organization", we will reimburse the first Named Insured, or any other Named Insured that is not a "foreign insured organization", for such "foreign cyber first-party loss" because of its "financial interest" in that "foreign insured organization". For purposes of this insurance:

   (1) "Your security breach notification and remediation expenses" that we reimburse as "foreign cyber first-party loss" will be deemed to be "your security breach notification and remediation expenses";

**PR T4 97 03 15**

© 2014 The Travelers Indemnity Company. All rights reserved.

Travelers Doc Mgmt  263 of 395

Exhibit A, Page 280

CYBER LIABILITY

(2) "Your payment card expenses" that we reimburse as "foreign cyber first-party loss" will be deemed to be "your payment card expenses";

under this **Security Breach Notification and Remediation Expenses And Payment Card Expenses Coverage**.

**Crisis Management Service Expenses Coverage**

We will reimburse you for "your crisis management service expenses" that:

(1) Arise out of loss to which this insurance applies that is caused by an "information security wrongful act" committed on or after the Information Security Retroactive Date shown in the Declarations of this Coverage Part and before the end of the policy period;

(2) Are first incurred by you during the policy period; and

(3) Are reported to us during the policy period or within 90 days after the end of the policy period.

Each "information security wrongful act" in a series of "related information security wrongful acts" will be deemed to have been committed on the date the first "information security wrongful act" in that series is committed.

Any of "your crisis management service expenses" that:

(1) Are first incurred by you after the end of the policy period; and

(2) Relate to any of "your crisis management service expenses" that are first incurred by you during the policy period;

will be deemed to have been incurred by you during the policy period.

In the event of a "foreign cyber first-party loss" that is "your crisis management service expenses" incurred and paid by a "foreign insured organization", we will reimburse the first Named Insured, or any other Named Insured that is not a "foreign insured organization", for such "foreign cyber first-party loss" because of its "financial interest" in that "foreign insured organization". For purposes of this insurance, "your crisis management service expenses" that we reimburse as "foreign cyber first-party loss" will be deemed to be "your crisis management service expenses"

under this **Crisis Management Service Expenses Coverage**.

2. The following replaces the third paragraph of Paragraph **1.a., Defense Of Claims Or Suits**, of SECTION I – COVERAGE in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

We may, at our discretion, investigate any "wrongful act" or "claim" and settle any "claim" or "suit". But our right and duty to defend ends when we have used up the:

a. Aggregate Limit in the payment of:

(1) Judgments, settlements or "defense expenses"; and

(2) Loss that is "your cyber first-party loss"; or

b. Each Wrongful Act Limit in the payment of judgments, settlements or "defense expenses".

3. The following replaces the last paragraph of Paragraph **2., Supplementary Payments**, of SECTION I – COVERAGE in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

Our duty to make such payments ends when we have used up the:

a. Aggregate Limit in the payment of:

(1) Judgments, settlements or "defense expenses"; and

(2) Loss that is "your cyber first-party loss"; or

b. Each Wrongful Act Limit in the payment of judgments, settlements or "defense expenses".

4. The following exclusion is added to Paragraph **2., Exclusions**, of SECTION I – IN-FORMATION SECURITY LIABILITY COVERAGE in the **CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM**:

**PCI Attestation Of Compliance**

"Your payment card expenses" if:

(1) You have not attested compliance with the "payment card security standards" by completing and signing a "PCI attestation of compliance" within the twelve months immediately preceding the "security breach"; or

(2) You fraudulently or intentionally misrepresent that you are in compliance with the "payment card security standards" in completing the "PCI attestation of compliance".

## C. LIMITS OF INSURANCE

1. The following is added to **SECTION III – LIMITS OF INSURANCE** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

    Subject to the Aggregate Limit, the Cyber First-Party Limit shown in the Schedule Of Cyber First-Party Limit And Deductible is the most we will pay for the sum of all loss that is "your cyber first-party loss."

2. The following replaces the first paragraph of Paragraph **2.** of **SECTION III – LIMITS OF INSURANCE** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

    The Aggregate Limit is the most we will pay for the sum of all:

    a. "Damages" and "defense expenses" for the combined total of all "claims" or "suits" for loss; and

    b. Loss that is "your cyber first-party loss";

    to which the insurance provided under one or more of "your cyber liability coverage forms" applies.

## D. DEDUCTIBLE

1. The following is added to the last sentence of Paragraph **1.** of **SECTION IV – DEDUCTIBLE** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

    The Each Wrongful Act Deductible does not apply to payments we make for loss that is "your cyber first-party loss".

2. The following is added to **SECTION IV – DEDUCTIBLE** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

    We will not reimburse you for any of "your cyber first-party loss" to which this insurance applies until the amount of such loss exceeds the deductible shown in the Schedule Of Cyber First-Party Limit And Deductible. We will then reimburse you for the amount of such loss in excess of the deductible, up to the limit of insurance shown in the Schedule.

## E. CYBER LIABILITY CONDITIONS

1. The following is added to Paragraph **14., Currency**, of **SECTION V – CYBER LIABILITY CONDITIONS** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

    Payments for loss that is "your cyber first-party loss" will be in currency of the United States of America. At our sole option, we may make these payments in a different currency. Any necessary currency conversion for such payments will be calculated based on the rate of exchange published in the Wall Street Journal immediately preceding the date the payment is processed.

2. The following is added to **SECTION V – CYBER LIABILITY CONDITIONS** in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

    **Duties In The Event Of A Security Breach**

    a. You must see to it that we are notified in writing as soon as practicable of a "security breach" which may result in "your security breach notification and remediation expenses" or "your payment card expenses". Such notice should include:

       (1) How, when and where the "security breach" occurred; and

       (2) The nature and extent of fees, costs or expenses incurred and paid by you which can be directly attributed to a "security breach".

    b. You must:

       (1) Authorize us to obtain records and other information;

       (2) Cooperate with us in the investigation of the "security breach"; and

       (3) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of loss to which this insurance may also apply.

    **Duties In The Event Of An Information Security Wrongful Act That Causes A Foreign Cyber First-Party Loss**

    In the event an "information security wrongful act" causes a "foreign cyber first-party loss", the first Named Insured must comply with all conditions of this policy as if the insured that incurred and paid such "foreign cyber first-party loss" is not a "foreign insured organization".

 © 2014 The Travelers Indemnity Company. All rights reserved.

CYBER LIABILITY

## F. DEFINITIONS

The following is added to the **DEFINITIONS** Section in the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**:

"Chargebacks":

a. Means "payment card" charge reversals because of the fraudulent use of "payment cards" or "identity information".

b. Includes transaction fees assessed to process such "payment card" charge reversals.

"Merchant service agreement" means a contract between you and an acquiring bank or other acquiring institution that establishes the terms and conditions for accepting and processing "payment card" transactions.

"Payment card" means a credit card, debit card or charge card issued by a financial institution.

"Payment card contract penalties":

a. Means fines or penalties incurred by you after a "security breach" because of non-compliance with the "payment card security standards".

b. Does not include:

(1) Fines or penalties assessed because of not promptly reporting a "security breach";

(2) Fines or penalties assessed because of failure to properly validate system security according to the "payment card security standards"; or

(3) Any interchange fees or changes in interchange fee schedules.

"Payment card security standards" means:

a. The most current edition of security standards contained in:

(1) The Payment Card Industry Data Security Standards program (PCI DSS);

(2) Visa's Cardholder Information Security Program (CISP);

(3) MasterCard's Site Data Protection program (SDP);

(4) American Express's Data Security Operating Policy; or

(5) Discover's Information Security and Compliance program (DISC); or

b. Other security standards similar to those in Paragraphs **a.(1)** through **a.(5)** above that

you have agreed to in a "merchant service agreement" with a financial institution;

that apply to you.

"PCI attestation of compliance" means the declaration of compliance status with the Payment Card Industry Data Security Standards program found in the "PCI self-assessment questionnaire" that applies to you.

"PCI forensic investigation" means a professional review of your computer systems by a "qualified forensic investigator" to determine your compliance with the "payment card security standards".

"PCI self-assessment questionnaire" means the questionnaire, developed by the Payment Card Industry Security Standards Council, that assists you in self-evaluation of your compliance with the "payment card security standards".

"Qualified forensic investigator" means an organization approved by the applicable "payment card" issuing bank to conduct forensic investigations after a "security breach".

"Qualified security assessor" means a person or organization certified by the Payment Card Industry Security Standards Council to assess compliance with "payment card security standards".

"Related security breaches" means two or more "security breaches" that have as a common connection, tie, or link any fact, circumstance, situation, event, transaction, cause, or series of related facts, circumstances, situation, events, transactions, or causes.

"Security breach" means unauthorized access to, or acquisition of, "identity information" owned, licensed, maintained or stored by you.

"Security breach notification law" means any law or regulation that requires an organization to notify persons that their nonpublic personal information was or may have been accessed or acquired without their authorization.

"Software and hardware upgrade and scanning services expenses" means:

a. Fees, costs or expenses for a "PCI forensic investigation" arising out of a written notification by a "payment card" issuing bank, merchant bank, acquiring bank or other acquiring institution that you are a likely common point of purchase source of a "security breach" or otherwise involved in a "security breach" to determine if you are in compliance with the "payment card security standards";

© 2014 The Travelers Indemnity Company. All rights reserved.

PR T4 97 03 15

**b.** Costs or expenses to purchase and install anti-virus software, point-of-sale systems software, firewall protection software, or firewall protection hardware that satisfies the requirements of the "payment card security standards", if, after a "security breach", it is determined through a "PCI forensic investigation" that you are out of compliance with the "payment card security standards"; or

**c.** Costs for the scanning services of a "qualified security assessor" to certify that your upgraded software and hardware systems meet the requirements of the "payment card security standards", but only for the first such scanning services after your software or hardware systems, or both, are upgraded.

"Your crisis management service expenses":

**a.** Means the reasonable fees, costs or expenses incurred and paid by you in:

    **(1)** Retaining a public relations consultant or firm, or a crisis management consultant or firm; or

    **(2)** Planning or executing your public relations campaign;

to mitigate any actual or potential negative publicity generated from loss to which this insurance applies.

**b.** Does not include fees, costs or expenses you incur to comply with any law or regulation.

"Your cyber first-party loss" means loss that is:

**a.** "Your security breach notification and remediation expenses";

**b.** "Your payment card expenses"; or

**c.** "Your crisis management service expenses".

"Your payment card expenses":

**a.** Means any of the following reasonable fees, costs or expenses incurred and paid by you which are directly attributed to a "security breach":

    **(1)** "Software and hardware upgrade and scanning services expenses";

    **(2)** "Payment card contract penalties"; or

    **(3)** "Chargebacks".

**b.** Does not include:

    **(1)** Remuneration paid to your regular "employees" for work beyond their normal scheduled hours;

    **(2)** Fees, costs, or expenses of outside consultants retained by you, unless we agree to reimburse you for such fees, costs, or expenses;

    **(3)** Amounts that you voluntarily agree to pay to any person whose "identity information" was accessed or acquired without his or her authorization;

    **(4)** Fees, costs, or expenses in:

        **(a)** Retaining a public relations consultant or firm, or a crisis management consultant or firm; or

        **(b)** Planning or executing your public relations campaign;

    to mitigate any actual or potential negative publicity generated from the "security breach"; or

    **(5)** "Your security breach notification and remediation expenses".

"Your security breach notification and remediation expenses":

**a.** Means any of the following reasonable fees, costs or expenses incurred and paid by you which can be directly attributed to a "security breach":

    **(1)** Forensic fees, costs or expenses to determine the cause of the "security breach" and the persons whose "identity information" was accessed or acquired without their authorization.

    **(2)** Fees, costs or expenses to develop documents or materials to notify the persons whose "identity information" was accessed or acquired without their authorization.

    **(3)** Costs of mailings or other communications required to notify the persons whose "identity information" was accessed or acquired without their authorization.

    **(4)** Costs of providing 365 days of credit monitoring services to persons whose "identity information" was accessed or acquired without their authorization, starting with the date that you first notify such persons of the "security breach".

    **(5)** Costs of establishing and maintaining a call center to be used by persons whose "identity information was accessed or acquired without their authorization.

CYBER LIABILITY

**(6)** Any other fees, costs, or expenses necessary to comply with any "security breach notification law" that applies to you.

**b.** Does not include:

**(1)** Remuneration paid to your regular "employees" for work beyond their normal scheduled hours.

**(2)** Fees, costs, or expenses of outside consultants retained by you, unless we agree to reimburse you for such fees, costs, or expenses.

**(3)** Fines or penalties imposed by law or that any insured has agreed to pay for any reason.

**(4)** Amounts that you voluntarily agree to pay to any person whose "identity information" was accessed or acquired without his or her authorization.

**(5)** "Your crisis management service expenses".

© 2014 The Travelers Indemnity Company. All rights reserved.
**PR T4 97 03 15**

Travelers Doc Mgmt  268 of 395

Exhibit A, Page 285

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF ADVERTISING INJURY AND PERSONAL INJURY DEFINITIONS – INFORMATION SECURITY LIABILITY

This endorsement modifies insurance provided under the following:

CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM

## PROVISIONS

1. The following replaces the definition of "advertising injury" in the **DEFINITIONS** Section of the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**, but only for the purpose of the insurance provided under your CyberFirst Essentials Information Security Liability Coverage Form:

   "Advertising injury" means injury, other than "personal injury", caused by one or more of the following offenses:

   a. Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the "claim" is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

   b. Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

      (1) Appropriates a person's name, voice, photograph or likeness; or

      (2) Unreasonably places a person in a false light; or

   c. Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the "claim" is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

2. The following replaces the definition of "personal injury" in the **DEFINITIONS** Section of the **CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM**, but only for the purpose of the insurance provided under your CyberFirst Essentials Information Security Liability Coverage Form:

   "Personal injury" means injury, other than "advertising injury", caused by one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

   d. Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the "claim" is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

   e. Oral or written publication, including publication by electronic means, of material that:

      (1) Appropriates a person's name, voice, photograph or likeness; or

      (2) Unreasonably places a person in a false light.

 © 2015 The Travelers Indemnity Company. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA MANDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

    CYBERFIRST ESSENTIALS LIABILITY COVERAGE

## PROVISIONS

1. The following replaces Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition:

    **2. All Policies In Effect For 60 Days Or Less**

    If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured at the mailing address shown in the policy and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

    **a.** 10 days before the effective date of cancellation if we cancel for:

        **(1)** Nonpayment of premium; or

        **(2)** Discovery of fraud by:

            **(a)** Any insured or his or her representative in obtaining this insurance; or

            **(b)** You or your representative in pursuing a claim under this policy.

    **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

    **3. All Policies In Effect For More Than 60 Days**

    **a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

        **(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

        **(2)** Discovery of fraud or material misrepresentation by:

            **(a)** Any insured or his or her representative in obtaining this insurance; or

            **(b)** You or your representative in pursuing a claim under this policy.

        **(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

        **(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

        **(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

        **(6)** A determination by the Commissioner of Insurance that the:

            **(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

            **(b)** Continuation of the policy coverage would:

                **(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

                **(ii)** Threaten our solvency.

        **(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added,

---

**PR F3 46 02 12**

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

CYBER LIABILITY

increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**2.** The following condition is added and supersedes any provision to the contrary:

**When We Do Not Renew**

**1.** Subject to the provisions of Paragraphs **2.** and **3.** below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

**2.** We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the Declarations.

**3.** We are not required to send notice of nonrenewal in the following situations:

**a.** If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **1.** above.

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to you, in accordance with the timeframes shown in Paragraph **1.**, to renew the insurance under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

**3.** The following replaces the term "spouse" wherever it appears in the policy:

Spouse or registered domestic partner under California law.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

PR F3 46 02 12

# LIQUOR LIABILITY

# LIQUOR LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIQUOR LIABILITY COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

## PROVISIONS

**A.** The following is added to **Section I – Coverage A – Bodily Injury And Property Damage Liability** Paragraph **1. Insuring Agreement:**

    **f.** "Bodily injury" or "property damage" arising out of the "liquor liability hazard" shall be deemed to be caused by an "occurrence".

**B.** **Section III – Limits Of Insurance** is amended by replacing item **5.** with the following:

    **5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most that we will pay for the sum of:

        **(a)** Damages under **Coverage A** other than damages arising out of the "liquor liability hazard";

        **(b)** Medical expenses under **Coverage C;** and

        **(c)** Damages arising out of the "liquor liability hazard"

    because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**C.** Under paragraph **2. Exclusions** of **Section I Coverage A – Bodily Injury And Property Damage Liability,** exclusions **b., c., f., g., h., i., j., k., l., m.** and **n.** do not apply to the "liquor liability hazard".

**D.** Only as respects the **PROVISIONS** of this endorsement within the "liquor liability hazard" definition:

    **1.** Under paragraph **2. Exclusions** of **Section I Coverage A – Bodily Injury And Property Damage Liability,** the following exclusions are added:

        **p.** "Bodily injury" or "property damage" arising out of the "liquor liability hazard" does not apply while any required license is suspended or after such license expires, is canceled or revoked.

        **q.** "Bodily injury" or "property damage" arising out of "your product". This exclusion does not apply to "bodily injury" or "property damage" for which the insured or the insured's indemnitees may be liable by reason of

            **(1)** Causing or contributing to intoxication of any person;

            **(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

            **(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

        **r.** "Bodily injury" or "property damage" with respect to which other insurance is afforded or which would be afforded but for the exhaustion of the limits of insurance.

        This exclusion does not apply if the other insurance responds to damages imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage.

**E.** Only as respects the **PROVISIONS** of this endorsement, the following is added to **Section V – Definitions:**

    "Liquor liability hazard" includes all "bodily injury" and "property damage" arising out of the selling, serving or furnishing of any alcoholic beverage.

**F.** Only as respects the **PROVISIONS** of this endorsement, the definition of "bodily injury" in **Section V – Definitions** is deleted and replaced by:

    "Bodily injury" means bodily injury, sickness or disease sustained by a person along with damages for care, loss of services or loss of support including death resulting from any of these.

**MP T1 13 11 03**       Copyright, The Travelers Indemnity Company, 2003       Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# MULTIPLE SUBLINE ENDORSEMENTS

# MULTIPLE SUBLINE ENDORSEMENTS

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION WHEN TWO OR MORE POLICIES APPLY

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**Provisions**

1. Injury, damage or loss might be covered by this policy and also by other policies issued to you by us or any Travelers affiliate. When these other policies contain a provision similar to this one, the amount we will pay is limited. The maximum that we will pay under all such policies combined is the highest limit that applies in any one of these policies.

2. This does not apply to any personal liability policy or to any Umbrella, Excess or Protective Liability Policy.

# INTERLINE ENDORSEMENTS

# INTERLINE
# ENDORSEMENTS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE

This endorsement applies to the insurance provided under the following:

> COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> CYBERFIRST ESSENTIALS LIABILITY COVERAGE PART
> CYBERFIRST LIABILITY COVERAGE
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EMPLOYMENT PRACTICES LIABILITY* WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT COV-
> ERAGE PART
> ENVIRONMENTAL HAZARD POLICY
> EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
> LAW ENFORCEMENT LIABILITY COVERAGE PART
> LIMITED ABOVE GROUND POLLUTION LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND
> INFORMATION SECURITY LIABILITY COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANS-
> PORTATION
> TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
> Any other Commercial Liability coverage included in this policy that is subject to the federal Terrorism
> Risk Insurance Act of 2002 as amended

## PROVISIONS

The federal Terrorism Risk Insurance Act of 2002 as amended ("TRIA") establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in TRIA) caused by "Acts Of Terror-ism" (as defined in TRIA). Act Of Terrorism is defined in Section 102(1) of TRIA to mean any act that is certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security and the Attorney Gen-eral of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influ-ence the policy or affect the conduct of the United States Government by coercion.

The Federal Government's share of compensation for such Insured Losses is established by TRIA and is a per-centage of the amount of such Insured Losses in excess of each Insurer's "Insurer Deductible" (as defined in TRIA), subject to the "Program Trigger" (as defined in TRIA). Through 2020, that percentage is established by TRIA as follows:

85% with respect to such Insured Losses occurring in calendar year 2015.

84% with respect to such Insured Losses occurring in calendar year 2016.

83% with respect to such Insured Losses occurring in calendar year 2017.

82% with respect to such Insured Losses occurring in calendar year 2018.

81% with respect to such Insured Losses occurring in calendar year 2019.

80% with respect to such Insured Losses occurring in calendar year 2020.

**IL T3 68 01 15**
© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Page 1 of 2

In no event, however, will the Federal Government be required to pay any portion of the amount of such Insured Losses occurring in a calendar year that in the aggregate exceeds $100 billion, nor will any Insurer be required to pay any portion of such amount provided that such Insurer has met its Insurer Deductible. Therefore, if such Insured Losses occurring in a calendar year exceed $100 billion in the aggregate, the amount of any payments by the Federal Government and any coverage provided by this policy for losses caused by Acts Of Terrorism may be reduced.

For each coverage provided by this policy that applies to such Insured Losses, the charge for such Insured Losses is included in the premium for such coverage. The charge for such Insured Losses that has been included for each such coverage is indicated below, and does not include any charge for the portion of such Insured Losses covered by the Federal Government under TRIA.

- **1%** **of each applicable Commercial Liability Coverage premium.**

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**IL T3 68 01 15**

Travelers Doc Mgmt  281 of 395

Exhibit A, Page 298

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COMMON POLICY CONDITIONS – PROHIBITED COVERAGE – UNLICENSED INSURANCE AND TRADE OR ECONOMIC SANCTIONS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following is added to the Common Policy Conditions:

**Prohibited Coverage – Unlicensed Insurance**

1. With respect to loss sustained by any insured, or loss to any property, located in a country or jurisdiction in which we are not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.

2. We do not assume responsibility for:

   a. The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because we are not licensed to provide insurance in such country or jurisdiction; or

   b. The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which we are not licensed to provide insurance.

**Prohibited Coverage – Trade Or Economic Sanctions**

We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

1. Any trade or economic sanction under any law or regulation of the United States of America; or

2. Any other applicable trade or economic sanction, prohibition or restriction.

 © 2014 The Travelers Indemnity Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CYBERFIRST ESSENTIALS LIABILITY COVERAGE PART
> CYBERFIRST LIABILITY COVERAGE
> DELUXE PROPERTY COVERAGE PART
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EMPLOYMENT PRACTICES LIABILITY⁺ WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT COV-
>    ERAGE PART
> ENVIRONMENTAL HAZARD POLICY
> EQUIPMENT BREAKDOWN COVERAGE PART
> EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
> LAW ENFORCEMENT LIABILITY COVERAGE PART
> LIMITED ABOVE GROUND POLLUTION LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND
>    INFORMATION SECURITY LIABILITY COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF
>    TRANSPORTATION
> TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
> Any other Coverage Part or Coverage Form included in this policy that is subject to the federal Terrorism
>    Risk Insurance Act of 2002 as amended

The following is added to this policy. This provision can limit coverage for any loss arising out of a "certified act of terrorism" if such loss is otherwise covered by this policy. This provision does not apply if and to the extent that coverage for the loss is excluded or limited by an exclusion or other coverage limitation for losses arising out of "certified acts of terrorism" in another endorsement to this policy.

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our insurer deductible under "TRIA", we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of "TRIA", to be an act of terrorism pursuant to "TRIA". The criteria contained in "TRIA" for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to "TRIA"; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"TRIA" means the federal Terrorism Risk Insurance Act of 2002 as amended.

**IL T4 14 01 15**               © 2015 The Travelers Indemnity Company. All rights reserved.                               Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
FARM COVERAGE PART

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense, rental value or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

© 2013 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

Travelers Doc Mgmt  285 of 395

Exhibit A, Page 302

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

IL 00 21 09 08

Travelers Doc Mgmt  286 of 395

Exhibit A, Page 303

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
> FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
> FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
> STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by fire:

We do not provide coverage to the insured ("insured") who, whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** That insured's ("insured's") interest in the Covered Property; or

**4.** A claim under this Coverage Part or Coverage Form.

**C.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by a Covered Cause of Loss other than fire:

This Coverage Part is void if any insured ("insured"), whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** An insured's ("insured's") interest in the Covered Property; or

**4.** A claim under this Coverage Part or Coverage Form.

**D.** Except as provided in **E.,** the **Appraisal** Condition is replaced by the following:

If we and you disagree on the value of the property or the amount of loss ("loss"), either may make written request for an appraisal of the loss ("loss"). If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss ("loss"). If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**E.** The Appraisal Condition in:

**1.** Business Income (And Extra Expense) Coverage Form **CP 00 30;** and

**2.** Business Income (Without Extra Expense) Coverage Form **CP 00 32;**

is replaced by the following:

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written request for an appraisal of the loss. If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A

**IL 01 04 09 07**                     © ISO Properties, Inc., 2006                     Page 1 of 2

Travelers Doc Mgmt  287 of 395

Exhibit A, Page 304

decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

© ISO Properties, Inc., 2006

**IL 01 04 09 07**

Travelers Doc Mgmt  288 of 395

Exhibit A, Page 305

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2. All Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for:

**(1)** Nonpayment of premium; or

**(2)** Discovery of fraud by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3. All Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the oc-

currence, after the effective date of the policy, of one or more of the following:

**(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure

Travelers Doc Mgmt  289 of 395

Exhibit A, Page 306

materially increases any of the risks insured against.

(6) A determination by the Commissioner of Insurance that the:

(a) Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

(b) Continuation of the policy coverage would:

(i) Place us in violation of California law or the laws of the state where we are domiciled; or

(ii) Threaten our solvency.

(7) A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**B.** The following provision is added to the **Cancellation** Common Policy Condition:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this policy solely because the first Named Insured has:

(1) Accepted an offer of earthquake coverage; or

(2) Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This restriction **(c.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

(1) Commercial Property Coverage Part – Causes Of Loss – Special Form; or

(2) Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

**C.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

**1.** Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

**2. Residential Property**

This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

© Insurance Services Office, Inc., 2012

**IL 02 70 09 12**

Travelers Doc Mgmt  290 of 395

Exhibit A, Page 307

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** We may elect not to renew such coverage for any reason, except as provided in **b., c.** and **d.** below.

**b.** We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

**(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

**(2)** The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

**(3)** We have:

**(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

**(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

**c.** We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority, that included an earthquake policy premium surcharge.

**d.** We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This restriction **(d.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

**(2)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

**3.** We are not required to send notice of nonrenewal in the following situations:

**a.** If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between us and a member of our insurance group.

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1.**

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **C.1.**, to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

# POLICYHOLDER NOTICES

# POLICYHOLDER NOTICES

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

**PN T4 54 01 08**

Page 1 of 1

# IMPORTANT NOTICE

## PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS
### (MP T3 07 03 97)

**PLEASE READ THIS NOTICE CAREFULLY.**

**YOUR POLICY INCLUDES A PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS (MP T3 07 03 97).**

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR LOCAL COMPANY REPRESENTATIVE IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND ANY NOTICE YOU RECEIVE FROM US, THE PROVISIONS OF YOUR POLICY PREVAIL.**

The Protective Safeguards Endorsement included as part of your policy indicates that the building you own or occupy has an Automatic Sprinkler System or a protective system covering a cooking surface, or both. It is important to understand that, as a building owner or a tenant, you have certain duties as described within the Protective Safeguards Endorsement with respect to any protective device identified in the Protective Safeguards Endorsement schedule. Our obligation to pay for loss or damage caused by or resulting from fire is subject to the terms and conditions of the Protective Safeguards Endorsement.

Please review the terms and conditions of the Protective Safeguards Endorsement carefully.

**PN MP 57 04 17**          © 2017 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1

# IMPORTANT NOTICE –
# JURISDICTIONAL INSPECTIONS

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR LOCAL COMPANY REPRESENTATIVE IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF THE POLICY PREVAIL.**

Dear Policyholder;

Many states and some cities issue certificates permitting the continued operation of certain equipment such as boilers, water heaters, pressure vessels, etc. Periodic inspections are normally required to renew these certificates. In most jurisdictions, insurance company employees who have been licensed are authorized to perform these inspections.

If:

- You own or operate equipment that requires a certificate from a state or city to operate legally, and
- We Insure that equipment under this Policy, and
- You would like us to perform the next required inspection;

Then;

Call this toll-free number – **1-800-425-4119**

When you call this number, our representative will ask you for the following information:

- Name of your business (as shown on this Policy)
- Policy Number
- Location where the equipment is located. Including Zip Code.
- Person to contact and phone number for scheduling of inspection
- Type of equipment requiring inspection
- Certificate inspection date and certificate number

Or;

Fill in the form on the reverse side of this notice and fax it to the toll-free number indicated on that form.

Please note the following:

- Your jurisdiction may charge you a fee for renewing a certificate. It is your responsibility to pay such a fee.
- All the provisions of the INSPECTIONS AND SURVEYS Condition apply to the inspections described in this notice.

# REMINDER

If new equipment is installed or old equipment replaced that requires a jurisdictional inspection please let us know by calling our toll-free number listed above.

# REQUEST FOR JURISDICTIONAL INSPECTION

Name of
Business:_____

(As Shown on Policy)

Policy
Number: _____

Location of Equipment:

City                          State                          ZipCode

Person to Contact for Scheduling Inspection:_____

Telephone Number of Person to Contact: _____

| Equipment Type | Certificate Number | Certificate Expiration Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Fax Form to 1-877-764-9535**

Completed by:_____   Phone Number: _____

**PN MP 38 01 11**

Travelers Doc Mgmt  297 of 395
Exhibit A, Page 314



**TRAVELERS**

Thank you for choosing Travelers for your Cyber insurance needs. As a value-added service, your company now has access to the Travelers **eRisk Hub®, powered by NetDiligence®**.

The Travelers eRisk Hub is a private web-based portal containing information and technical resources that can assist you in the prevention of network, cyber and privacy events and support you in a timely response if an incident occurs. The Travelers eRisk Hub portal features news, content and services from leading practitioners in risk management, computer forensics, forensic accounting, crisis communications, legal counsel, and other highly-specialized segments of cyber risk.

Please note the following:

1.  The Travelers eRisk Hub portal is a private site provided to customers of Travelers. Please do not share portal access instructions with anyone outside your organization. You are responsible for maintaining the confidentiality of the **Access Code** provided.

2.  You must register to use the portal. Ideal candidates include your company's Risk Manager, Compliance Manager, Privacy Officer, IT Operations Manager and Legal Counsel.

3.  The Travelers eRisk Hub contains a directory of experienced providers of cyber risk management and breach recovery services. Travelers does not specifically endorse these companies or their respective services. Before you engage any of these companies, we urge you to conduct your own due diligence to ensure the companies and their services meet your needs. Unless otherwise indicated or approved, payment for services provided by these companies is your responsibility.

4.  Should you experience a data breach event, you may choose to call the Breach Coach® listed in the portal for immediate triage assistance. Your initial consultation of up to one half-hour is free of charge. Please be aware that the Breach Coach service is provided by a third-party law firm. Therefore, contacting the Breach Coach does NOT satisfy the claim or event notification requirements of your policy.  If you wish to report a claim or event to Travelers visit us at: **https://www.travelers.com/claim/index.aspx.**

To register for the Travelers eRisk Hub:

1.  Go to **https://www.eriskhub.com/travelers.php.**

2.  Complete the registration form. Your **Access Code** is **13881**.

3.  Once registered, you can access the portal immediately.

This material does not amend, or otherwise affect, the provisions or coverages of any insurance policy or bond issued by Travelers. It is not a representation that coverage does or does not exist for any particular claim or loss under any such policy or bond. Coverage depends on the facts and circumstances involved in the claim or loss, all applicable policy or bond provisions, and any applicable law.

**To Our Valued Customer,**

**Each year, homeowners and business owners across the nation sustain significant weather-related property damage due to floods. These can include losses caused by waves, tidal waters, the overflow of a body of water, the rapid accumulation or runoff of surface water, and mudslide. In nearly all cases, these flood losses cannot be prevented or even anticipated. And, in many instances, the losses are devastating.**

**Most standard property insurance policies, including most of our policies, do <u>not</u> provide coverage for flood losses. While flood coverage is often available – primarily through the <u>National Flood Insurance Program</u> – it is rarely purchased. Unfortunately, each year we find that some policyholders are surprised and disappointed to learn that damages they have suffered as a direct result of flood are not covered under the policies they have purchased.**

**Please review your insurance coverage with your agent or Company representative. As you consider the need for flood insurance, keep in mind that floods can, and do, occur in locations all over the country. They are not limited to coastal areas or locations with nearby rivers or streams. Several inches of rain falling over a short period of time can cause flood damage, even in normally dry areas that are not prone to flooding.**

**For further information about Flood Insurance, contact your agent or company representative, or contact the National Flood Insurance Program directly.**

Travelers Doc Mgmt  299 of 395

Exhibit A, Page 316

**TRAVELERS** ☂

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

|  |  |
|---|---|
| Named Insured: | PEZ SEAFOOD DTLA, LLC |
|  | AND AS PER IL T8 00 |
| Policy Number: | 680-9M304995-19-42 |
| Policy Effective Date: | 01/29/2019 |
| Policy Expiration Date: | 01/29/2020 |
| Issue Date: | 06/26/2019 |
| ADDITIONAL   Premium $ | 2,442.00 |

Effective from 06/25/19  at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

On the Businessowners Coverage Part Declarations, Fine Arts Limit of
Insurance is changed as follows:
from:25000            to:750000

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing
on the policy:
IL T0 07 09 87

NAME AND ADDRESS OF AGENT OR BROKER

E BROOX RANDALL & SONS
4751 WILSHIRE BLVD STE 350

LOS ANGELES                    CA   90010

Countersigned by

_____
Authorized Representative

DATE: 06/26/2019

**IL T0 07 09 87**   (Page 1 of 1 )

Office:  BREA/LA/ORANGE CA

**POLICY NUMBER:** 680-9M304995-19-42

**EFFECTIVE DATE:** 01/29/2019

**ISSUE DATE:** 06/26/2019

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | | |
|---|---|---|
| * | IL T0 07 09 87 | CHANGE ENDORSEMENT |
| | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| | MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| | IL T3 15 09 07 | COMMON POLICY CONDITIONS |

BUSINESSOWNERS

| | |
|---|---|
| MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
| MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| MP T3 27 07 03 | CAUSES OF LOSS - EARTHQUAKE SPRINKLER LEAKAGE |
| MP T3 66 08 15 | RESTAURANT AND PERISHABLE GOODS PREMIER ENDORSEMENT |
| MP T3 07 03 97 | PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS |
| MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| MP T3 41 02 05 | THEFT OF MONEY AND SECURITIES LIMITATION |
| MP T3 49 10 06 | BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL DOLLAR LIMIT ENDORSEMENT |
| MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
| MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| MP T3 17 02 05 | UTILITY SERVICES - TIME ELEMENT |
| MP T3 18 02 05 | UTILITY SERVICES - DIRECT DAMAGE |
| MP T9 73 02 05 | SPOILAGE COVERAGE |
| MP T4 90 05 10 | LIMIT OF INS/OCCURRENCE ENDT - CALIFORNIA |
| MP T5 08 01 06 | CALIFORNIA CHANGES - REPLACEMENT COST |

COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| CG T0 07 04 09 | DECLARATIONS PREMIUM SCHEDULE |
| CG T0 08 07 86 | KEY TO DECLARATIONS PREMIUM SCHEDULE |
| CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
| CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
| CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
| CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
| CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
| CG D1 86 11 03 | XTEND ENDORSEMENT |
| CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   1   OF   3

POLICY NUMBER: 680-9M304995-19-42

EFFECTIVE DATE: 01/29/2019

ISSUE DATE: 06/26/2019

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | |
|---|---|
| CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
| CG T4 91 11 88 | ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION |
| CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |

CYBERFIRST ESSENTIALS LIABILITY ENDORSEMENTS

| | |
|---|---|
| PR T0 22 02 12 | CYBERFIRST ESSENTIALS COVERAGE PART DECLARATIONS |
| PR T1 13 02 12 | CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM |
| PR T1 14 02 12 | CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM |
| PR T5 21 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN INSURED ORGANIZATIONS-CYBERFIRST ESSENTIALS |
| PR T4 97 03 15 | BREACH ESSENTIALS ENDORSEMENT |
| PR T5 14 01 15 | AMEND OF AI AND PI DEFINITIONS - INFORMATION SECURITY LIABILITY |
| PR F3 46 02 12 | CALIFORNIA MANDATORY ENDORSEMENT |

LIQUOR LIABILITY

| | |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01                                    PAGE:   2   OF   3

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  06/26/2019

INTERLINE ENDORSEMENTS (CONTINUED)

| | |
|---|---|
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL T8 00 01 19 | GENERAL PURPOSE ENDORSEMENT |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 04 09 07 | CALIFORNIA CHANGES |
| IL 02 70 09 12 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |

POLICY HOLDER NOTICES

| | |
|---|---|
| PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |
| PN MP 57 04 17 | IMP NOT PROT SAFEGUARDS SPRK AND REST |
| PN MP 38 01 11 | IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   3   OF   3

# TRAVELERS J

One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| | |
|---|---|
| **Named Insured:** | PEZ SEAFOOD DTLA, LLC |
| | AND AS PER IL T8 00 |
| **Policy Number:** | 680-9M304995-19-42 |
| **Policy Effective Date:** | 01/29/2019 |
| **Policy Expiration Date:** | 01/29/2020 |
| **Issue Date:** | 07/17/2019 |
| **Premium $** | NIL |

Effective from  07/12/19  at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

Additional Insureds are added to the policy as provided under the attached endorsement(s):

CG T4 91

The following forms and/or endorsements is/are included with this change. These forms are added to the policy or replace forms already existing on the policy:
CG T4 91 11 88
IL T0 07 09 87

NAME AND ADDRESS OF AGENT OR BROKER
E BROOX RANDALL & SONS
4751 WILSHIRE BLVD STE 350

LOS ANGELES                      CA   90010

Countersigned by

_____
Authorized Representative

DATE: 07/17/2019
_____

IL T0 07 09 87    (Page 1 of 1)

Office:  BREA/LA/ORANGE CA

**POLICY NUMBER:**  680-9M304995-19-42

**EFFECTIVE DATE:**  01/29/2019

**ISSUE DATE:**  07/17/2019

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | | |
|---|---|---|
| * | IL T0 07 09 87 | CHANGE ENDORSEMENT |
| | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| | MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| | IL T3 15 09 07 | COMMON POLICY CONDITIONS |

BUSINESSOWNERS

| | |
|---|---|
| MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
| MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| MP T3 27 07 03 | CAUSES OF LOSS - EARTHQUAKE SPRINKLER LEAKAGE |
| MP T3 66 08 15 | RESTAURANT AND PERISHABLE GOODS PREMIER ENDORSEMENT |
| MP T3 07 03 97 | PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS |
| MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| MP T3 41 02 05 | THEFT OF MONEY AND SECURITIES LIMITATION |
| MP T3 49 10 06 | BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL DOLLAR LIMIT ENDORSEMENT |
| MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
| MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| MP T3 17 02 05 | UTILITY SERVICES - TIME ELEMENT |
| MP T3 18 02 05 | UTILITY SERVICES - DIRECT DAMAGE |
| MP T9 73 02 05 | SPOILAGE COVERAGE |
| MP T4 90 05 10 | LIMIT OF INS/OCCURRENCE ENDT - CALIFORNIA |
| MP T5 08 01 06 | CALIFORNIA CHANGES - REPLACEMENT COST |

COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| CG T0 07 04 09 | DECLARATIONS PREMIUM SCHEDULE |
| CG T0 08 07 86 | KEY TO DECLARATIONS PREMIUM SCHEDULE |
| CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
| CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
| CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
| CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
| CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
| CG D1 86 11 03 | XTEND ENDORSEMENT |
| CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**IL T8 01 01 01**

PAGE:   1   OF   3

**POLICY NUMBER:** 680-9M304995-19-42

**EFFECTIVE DATE:** 01/29/2019

**ISSUE DATE:** 07/17/2019

COMMERCIAL GENERAL LIABILITY (CONTINUED)

|  |  |
|---|---|
| CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
| * CG T4 91 11 88 | ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION |
| CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |

CYBERFIRST ESSENTIALS LIABILITY ENDORSEMENTS

|  |  |
|---|---|
| PR T0 22 02 12 | CYBERFIRST ESSENTIALS COVERAGE PART DECLARATIONS |
| PR T1 13 02 12 | CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM |
| PR T1 14 02 12 | CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM |
| PR T5 21 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN INSURED ORGANIZATIONS-CYBERFIRST ESSENTIALS |
| PR T4 97 03 15 | BREACH ESSENTIALS ENDORSEMENT |
| PR T5 14 01 15 | AMEND OF AI AND PI DEFINITIONS - INFORMATION SECURITY LIABILITY |
| PR F3 46 02 12 | CALIFORNIA MANDATORY ENDORSEMENT |

LIQUOR LIABILITY

|  |  |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

|  |  |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

|  |  |
|---|---|
| IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

Travelers Doc Mgmt 306 of 395

Exhibit A, Page 323

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  07/17/2019


INTERLINE ENDORSEMENTS  (CONTINUED)

|  |  |
|---|---|
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL T8 00 01 19 | GENERAL PURPOSE ENDORSEMENT |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 04 09 07 | CALIFORNIA CHANGES |
| IL 02 70 09 12 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |

POLICY HOLDER NOTICES

|  |  |
|---|---|
| PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |
| PN MP 57 04 17 | IMP NOT PROT SAFEGUARDS SPRK AND REST |
| PN MP 38 01 11 | IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**IL T8 01 01 01**                                             PAGE:   3   OF   3

# GENERAL LIABILITY

# GENERAL LIABILITY

POLICY NUMBER:  680-9M304995-19-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  07/17/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

FSP-SOUTH FLOWER STREET ASSOCIATES, LLC THE STATE OF CALIFORNIA PUBLIC
 EMPLOYEES RETIREMENT SYSTEM, AGENCY OF THE STATE OF CALIFORNIA COMMON
WEALTH PARTNERS MANAGEMENT SERVICES, L.P FIFTH STREET PROPERTIES LLC C
OMMONWEALTH PACIFIC, LLC

C/O COMMONWEALTH PARTNERS,ATTN: BATZY
515 SOUTH FLOWER STREET, SUITE 3220
LOS ANGELES            CA 90071

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the
Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of  1

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  07/17/2019

POLICY NUMBER:  680-9M304995-19-42

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of person or organization:**

SKYLIGHT CALIFORNIA, LLC ITS PARENT AND ALL OTHER AFFILIATES ATLAS CAP
ITAL GROUP, LLC ITS OFFICERS, AGENTS AND EMPLOYEES ROW DTLA EVENTS, LL
C DTLA PARENT JV, LLC ACG PROPERTY MANAGEMENT, LLC ALAMEDA SQUARE OWNE
R, LLC ALAMADA SQUARE MEZZ, LL

90 CHURCH STREET
PO BOX 3454
NEW YORK              NY 10008

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of  1

POLICY NUMBER:   680-9M304995-19-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:   07/17/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

ALTAMED HEALTH SERVICES CORPORATION ALTAMED FOOD AND WINE FESTIVAL 201 9

2040 CAMFIELD AVE
LOS ANGELES          CA 90040

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

CG T4 91 11 88

Copyright, Insurance Services Office, Inc., 1984

Page 1 of 1

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 07/17/2019

POLICY NUMBER:  680-9M304995-19-42

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

SONY PICTURES STUDIOS INC., SONY PICTURES ENTERTAINMENT INC., AND THEIR PARENT COMPANIES, SUBSIDIARIES, RELATED AND AFFILIATED COMPANIES AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, REPRESENTATIVES, ASSIGNS, AND SUBCONTRACTO

10202 WEST WASHINGTON BLVD.
CULVER CITY            CA 90232

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

|  |  |
|---|---|
| **Named Insured:** | PEZ SEAFOOD DTLA, LLC AND AS PER IL T8 00 |
| **Policy Number:** | 680-9M304995-19-42 |
| **Policy Effective Date:** | 01/29/2019 |
| **Policy Expiration Date:** | 01/29/2020 |
| **Issue Date:** | 07/30/2019 |
| **Premium $** | NIL |

Effective from 07/30/19 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

On the Businessowners Coverage Part Declarations (Loss Payee), the
following Loss Payee(s) is/are added:

| PREM LOC. NO. | BLDG NO. | LOSS PAYEE NAME and MAILING ADDRESS |
|---|---|---|
| 1 | 1 | VEND LEASE, LLC ISAOA PO BOX 979127 MIAMI, FL 33197 |

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing
on the policy:
IL T0 07 09 87
MP T0 25 02 05
CP 12 18 10 12

NAME AND ADDRESS OF AGENT OR BROKER

E BROOX RANDALL & SONS
4751 WILSHIRE BLVD STE 350

LOS ANGELES                 CA   90010

Countersigned by

_____
Authorized Representative

DATE: 07/30/2019

IL T0 07 09 87   (Page 1 of 1)

Office: BREA/LA/ORANGE CA

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  07/30/2019

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

```
   *   IL T0 07 09 87      CHANGE ENDORSEMENT
       IL T0 19 02 05      COMMON POLICY DECLARATIONS
       MP T0 01 02 05      BUSINESSOWNERS COVERAGE PART DECLARATIONS
   *   IL T8 01 01 01      FORMS ENDORSEMENTS AND SCHEDULE NUMBERS
       IL T3 15 09 07      COMMON POLICY CONDITIONS


   BUSINESSOWNERS

   *   MP T0 25 02 05      SPECIAL PROVISIONS - LOSS PAYEE
   *   CP 12 18 10 12      LOSS PAYABLE PROVISIONS
       MP T1 30 02 05      TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART -
                           DELUXE PLAN
       MP T1 02 02 05      BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM
       MP T3 27 07 03      CAUSES OF LOSS - EARTHQUAKE SPRINKLER LEAKAGE
       MP T3 66 08 15      RESTAURANT AND PERISHABLE GOODS PREMIER ENDORSEMENT
       MP T3 07 03 97      PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED
                           LOCATIONS AND RESTAURANTS
       MP T3 25 01 15      FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE
       MP T3 41 02 05      THEFT OF MONEY AND SECURITIES LIMITATION
       MP T3 49 10 06      BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL
                           DOLLAR LIMIT ENDORSEMENT
       MP T3 50 11 06      EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION
       MP T3 56 02 08      AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS
                           PERSONAL PROP COV ENHANCEMENTS
       MP T3 17 02 05      UTILITY SERVICES - TIME ELEMENT
       MP T3 18 02 05      UTILITY SERVICES - DIRECT DAMAGE
       MP T9 73 02 05      SPOILAGE COVERAGE
       MP T4 90 05 10      LIMIT OF INS/OCCURRENCE ENDT - CALIFORNIA
       MP T5 08 01 06      CALIFORNIA CHANGES - REPLACEMENT COST


   COMMERCIAL GENERAL LIABILITY

       CG T0 07 04 09      DECLARATIONS PREMIUM SCHEDULE
       CG T0 08 07 86      KEY TO DECLARATIONS PREMIUM SCHEDULE
       CG T0 34 11 03      TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY
                           COVERAGE FORM CG 00 01 10 01
       CG 00 01 10 01      COMMERCIAL GENERAL LIABILITY COVERAGE FORM
       CG D2 55 11 03      AMENDMENT OF COVERAGE - POLLUTION
       CG D3 09 11 03      AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD
       CG D4 71 01 15      AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING
                           INJURY LIABILITY
       CG D0 37 04 05      OTHER INSURANCE - ADDITIONAL INSUREDS
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  07/30/2019

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | |
|---|---|
| CG D1 86 11 03 | XTEND ENDORSEMENT |
| CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |
| CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
| CG T4 91 11 88 | ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION |
| CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |

CYBERFIRST ESSENTIALS LIABILITY ENDORSEMENTS

| | |
|---|---|
| PR T0 22 02 12 | CYBERFIRST ESSENTIALS COVERAGE PART DECLARATIONS |
| PR T1 13 02 12 | CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM |
| PR T1 14 02 12 | CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM |
| PR T5 21 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN INSURED ORGANIZATIONS-CYBERFIRST ESSENTIALS |
| PR T4 97 03 15 | BREACH ESSENTIALS ENDORSEMENT |
| PR T5 14 01 15 | AMEND OF AI AND PI DEFINITIONS - INFORMATION SECURITY LIABILITY |
| PR F3 46 02 12 | CALIFORNIA MANDATORY ENDORSEMENT |

LIQUOR LIABILITY

| | |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01                                      PAGE:   2  OF  3

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  07/30/2019

INTERLINE ENDORSEMENTS  (CONTINUED)

| | |
|---|---|
| IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL T8 00 01 19 | GENERAL PURPOSE ENDORSEMENT |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 04 09 07 | CALIFORNIA CHANGES |
| IL 02 70 09 12 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |

POLICY HOLDER NOTICES

| | |
|---|---|
| PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |
| PN MP 57 04 17 | IMP NOT PROT SAFEGUARDS SPRK AND REST |
| PN MP 38 01 11 | IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   3   OF   3

# BUSINESSOWNERS



# BUSINESSOWNERS



**TRAVELERS J**                                    One Tower Square, Hartford, Connecticut  06183

**SPECIAL PROVISIONS:**                    **POLICY NO.:**  680-9M304995-19-42
**LOSS PAYEE:**                                    **ISSUE DATE:** 07/30/2019

| PREMISES LOCATION NUMBER | BUILDING NUMBER | LOSS PAYEE NAME AND MAILING ADDRESS |
|---|---|---|
| 001 | 001 | VEND LEASE, LLC ISAOA<br>C/O INSURANCE SERVICE CENTER<br>PO BOX 979127 |
|  |  | MIAMI                              FL 33197 |

**MP T0 25 02 05**     (Page 1  of 1  )

POLICY NUMBER:   680-9M304995-19-42

COMMERCIAL PROPERTY
ISSUE DATE: 07/30/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Location Number: 001 | Building Number: 001 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): C.1 |
|---|---|---|
| **Description Of Property:** BPP - LEASE EQUIPEMENT | | |
| **Loss Payee Name:** VEND LEASE, LLC ISAOA C/O INSURANCE SERVICE CENTER **Loss Payee Address:** PO BOX 979127 MIAMI                    FL 33197 | | |
| Location Number: | Building Number: | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): |
| **Description Of Property:** **Loss Payee Name:** **Loss Payee Address:** | | |
| Location Number: | Building Number: | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): |
| **Description Of Property:** **Loss Payee Name:** **Loss Payee Address:** | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**CP 12 18 10 12**                    © Insurance Services Office, Inc., 2011                    Page 1  of 3

COMMERCIAL PROPERTY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

  **1. Loss Payable Clause**

  For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

   **a.** Adjust losses with you; and

   **b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

  **2. Lender's Loss Payable Clause**

   **a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

    **(1)** Warehouse receipts;

    **(2)** A contract for deed;

    **(3)** Bills of lading;

    **(4)** Financing statements; or

    **(5)** Mortgages, deeds of trust, or security agreements.

   **b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

    **(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

    **(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

    **(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

     **(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

     **(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

     **(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

    All of the terms of this Coverage Part will then apply directly to the Loss Payee.

    **(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

     **(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

     **(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

    At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

   **c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

   **d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

© Insurance Services Office, Inc., 2011

COMMERCIAL PROPERTY

**3. Contract Of Sale Clause**

   **a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

   **b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

     **(1)** Adjust losses with you; and

     **(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   **c.** The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

   **a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

   **b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   **c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

© Insurance Services Office, Inc., 2011

Travelers Doc Mgmt  323 of 395
Exhibit A, Page 340

**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| | | |
|---|---|---|
| Named Insured: | PEZ SEAFOOD DTLA, LLC | |
| | AND AS PER IL T8 00 | |
| Policy Number: | 680-9M304995-19-42 | |
| Policy Effective Date: | 01/29/2019 | |
| Policy Expiration Date: | 01/29/2020 | |
| Issue Date: | 08/06/2019 | |
| RETURN      Premium $ | -1,971.00 | |

Effective from 08/06/19  at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

On the Businessowners Coverage Part Declarations, Fine Arts Limit of
Insurance is changed as follows:
from:750000            to:25000

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing
on the policy:
IL T0 07 09 87

NAME AND ADDRESS OF AGENT OR BROKER

E BROOX RANDALL & SONS
4751 WILSHIRE BLVD STE 350

LOS ANGELES                    CA   90010

Countersigned by

_____
      Authorized Representative

DATE: 08/06/2019
_____

IL T0 07 09 87   (Page 1 of 1)

Office:  BREA/LA/ORANGE CA

**POLICY NUMBER:** 680-9M304995-19-42

**EFFECTIVE DATE:** 01/29/2019

**ISSUE DATE:** 08/06/2019

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

```
 *   IL T0 07 09 87    CHANGE ENDORSEMENT
     IL T0 19 02 05    COMMON POLICY DECLARATIONS
     MP T0 01 02 05    BUSINESSOWNERS COVERAGE PART DECLARATIONS
 *   IL T8 01 01 01    FORMS ENDORSEMENTS AND SCHEDULE NUMBERS
     IL T3 15 09 07    COMMON POLICY CONDITIONS
```

BUSINESSOWNERS

```
     MP T0 25 02 05    SPECIAL PROVISIONS - LOSS PAYEE
     CP 12 18 10 12    LOSS PAYABLE PROVISIONS
     MP T1 30 02 05    TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART -
                       DELUXE PLAN
     MP T1 02 02 05    BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM
     MP T3 27 07 03    CAUSES OF LOSS - EARTHQUAKE SPRINKLER LEAKAGE
     MP T3 66 08 15    RESTAURANT AND PERISHABLE GOODS PREMIER ENDORSEMENT
     MP T3 07 03 97    PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED
                       LOCATIONS AND RESTAURANTS
     MP T3 25 01 15    FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE
     MP T3 41 02 05    THEFT OF MONEY AND SECURITIES LIMITATION
     MP T3 49 10 06    BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL
                       DOLLAR LIMIT ENDORSEMENT
     MP T3 50 11 06    EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION
     MP T3 56 02 08    AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS
                       PERSONAL PROP COV ENHANCEMENTS
     MP T3 17 02 05    UTILITY SERVICES - TIME ELEMENT
     MP T3 18 02 05    UTILITY SERVICES - DIRECT DAMAGE
     MP T9 73 02 05    SPOILAGE COVERAGE
     MP T4 90 05 10    LIMIT OF INS/OCCURRENCE ENDT - CALIFORNIA
     MP T5 08 01 06    CALIFORNIA CHANGES - REPLACEMENT COST
```

COMMERCIAL GENERAL LIABILITY

```
     CG T0 07 04 09    DECLARATIONS PREMIUM SCHEDULE
     CG T0 08 07 86    KEY TO DECLARATIONS PREMIUM SCHEDULE
     CG T0 34 11 03    TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY
                       COVERAGE FORM CG 00 01 10 01
     CG 00 01 10 01    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
     CG D2 55 11 03    AMENDMENT OF COVERAGE - POLLUTION
     CG D3 09 11 03    AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD
     CG D4 71 01 15    AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING
                       INJURY LIABILITY
     CG D0 37 04 05    OTHER INSURANCE - ADDITIONAL INSUREDS
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01                                      PAGE:   1   OF   3

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  08/06/2019

COMMERCIAL GENERAL LIABILITY (CONTINUED)

```
    CG D1 86 11 03    XTEND ENDORSEMENT
    CG D2 03 12 97    AMEND - NON CUMULATION OF EACH OCC
    CG M3 01 02 05    PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED -
                      CHANGES
    CG T4 91 11 88    ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION
    CG D4 13 04 08    AMEND COVG - POLLUTION-EQUIP EXCEPTION
    MP T1 25 11 03    HIRED AUTO AND NON-OWNED AUTO LIABILITY
    CG D2 56 11 03    AMENDMENT OF COVERAGE - PROPERTY DAMAGE
    CG D2 88 11 03    EMPLOYMENT-RELATED PRACTICES EXCLUSION
    CG D3 26 10 11    EXCLUSION - UNSOLICITED COMMUNICATION
    CG D3 56 05 14    MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES
                      SUBJECT TO MOTOR VEHICLE LAWS
    CG D4 21 07 08    AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS
    CG D6 18 10 11    EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION
                      LAWS
    CG D7 46 01 15    EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR
                      PERSONAL INFORMATION
    CG D1 42 01 99    EXCLUSION - DISCRIMINATION
    CG D2 42 01 02    EXCLUSION - WAR
    CG T3 56 07 86    AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED
                      PRODUCTS HAZARD INCLUSION)
    CG T4 78 02 90    EXCLUSION - ASBESTOS
```

CYBERFIRST ESSENTIALS LIABILITY ENDORSEMENTS

```
    PR T0 22 02 12    CYBERFIRST ESSENTIALS COVERAGE PART DECLARATIONS
    PR T1 13 02 12    CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM
    PR T1 14 02 12    CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY
                      COVERAGE FORM
    PR T5 21 03 15    COVG FOR FINANCIAL INTEREST IN FOREIGN INSURED
                      ORGANIZATIONS-CYBERFIRST ESSENTIALS
    PR T4 97 03 15    BREACH ESSENTIALS ENDORSEMENT
    PR T5 14 01 15    AMEND OF AI AND PI DEFINITIONS - INFORMATION SECURITY
                      LIABILITY
    PR F3 46 02 12    CALIFORNIA MANDATORY ENDORSEMENT
```

LIQUOR LIABILITY

```
    MP T1 13 11 03    LIQUOR LIABILITY COVERAGE ENDORSEMENT
```

MULTIPLE SUBLINE ENDORSEMENTS

```
    CG T3 33 11 03    LIMITATION WHEN TWO OR MORE POLICIES APPLY
```

INTERLINE ENDORSEMENTS

   * TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**IL T8 01 01 01**

PAGE:   2   OF   3

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  08/06/2019


INTERLINE ENDORSEMENTS (CONTINUED)

```
    IL T3 68 01 15    FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE
    IL T4 12 03 15    AMNDT COMMON POLICY COND-PROHIBITED COVG
    IL T4 14 01 15    CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
    IL T3 82 05 13    EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA
    IL T8 00 01 19    GENERAL PURPOSE ENDORSEMENT
    IL 00 21 09 08    NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD
                      FORM)
    IL 01 04 09 07    CALIFORNIA CHANGES
    IL 02 70 09 12    CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL
```

POLICY HOLDER NOTICES

```
    PN T4 54 01 08    IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND
                      BROKER COMPENSATION
    PN MP 57 04 17    IMP NOT PROT SAFEGUARDS SPRK AND REST
    PN MP 38 01 11    IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01                                    PAGE:   3   OF   3

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| | |
|---|---|
| Named Insured: | PEZ SEAFOOD DTLA, LLC |
| | DBA: PEZ CANTINA |
| Policy Number: | 680-9M304995-19-42 |
| Policy Effective Date: | 01/29/2019 |
| Policy Expiration Date: | 01/29/2020 |
| Issue Date: | 03/14/2019 |
| Premium $ | NIL |

Effective from 03/25/19  at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

Additional Insureds are added to the policy as provided under the attached endorsement(s):

CG T4 91

The following forms and/or endorsements is/are included with this change. These forms are added to the policy or replace forms already existing on the policy:
IL T0 07 09 87
CG T4 91 11 88

NAME AND ADDRESS OF AGENT OR BROKER
E BROOX RANDALL & SONS
4751 WILSHIRE BLVD STE 350

LOS ANGELES                    CA   90010

Countersigned by

_____
Authorized Representative

DATE: 03/14/2019

**IL T0 07 09 87**   (Page 1 of 1 )

Office:  BREA/LA/ORANGE CA

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  03/14/2019

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | | |
|---|---|---|
| * | IL T0 07 09 87 | CHANGE ENDORSEMENT |
| | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| | MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| | IL T3 15 09 07 | COMMON POLICY CONDITIONS |

BUSINESSOWNERS

| | |
|---|---|
| MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
| MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| MP T3 27 07 03 | CAUSES OF LOSS - EARTHQUAKE SPRINKLER LEAKAGE |
| MP T3 66 08 15 | RESTAURANT AND PERISHABLE GOODS PREMIER ENDORSEMENT |
| MP T3 07 03 97 | PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS |
| MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| MP T3 41 02 05 | THEFT OF MONEY AND SECURITIES LIMITATION |
| MP T3 49 10 06 | BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL DOLLAR LIMIT ENDORSEMENT |
| MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
| MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| MP T3 17 02 05 | UTILITY SERVICES - TIME ELEMENT |
| MP T3 18 02 05 | UTILITY SERVICES - DIRECT DAMAGE |
| MP T9 73 02 05 | SPOILAGE COVERAGE |
| MP T4 90 05 10 | LIMIT OF INS/OCCURRENCE ENDT - CALIFORNIA |
| MP T5 08 01 06 | CALIFORNIA CHANGES - REPLACEMENT COST |

COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| CG T0 07 04 09 | DECLARATIONS PREMIUM SCHEDULE |
| CG T0 08 07 86 | KEY TO DECLARATIONS PREMIUM SCHEDULE |
| CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
| CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
| CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
| CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
| CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
| CG D1 86 11 03 | XTEND ENDORSEMENT |
| CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   1   OF   3

**POLICY NUMBER:** 680-9M304995-19-42

**EFFECTIVE DATE:** 01/29/2019

**ISSUE DATE:** 03/14/2019

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | | |
|---|---|---|
| | CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
| * | CG T4 91 11 88 | ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION |
| | CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| | MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| | CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| | CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| | CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| | CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| | CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| | CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| | CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| | CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| | CG D2 42 01 02 | EXCLUSION - WAR |
| | CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
| | CG T4 78 02 90 | EXCLUSION - ASBESTOS |

CYBERFIRST ESSENTIALS LIABILITY ENDORSEMENTS

| | |
|---|---|
| PR T0 22 02 12 | CYBERFIRST ESSENTIALS COVERAGE PART DECLARATIONS |
| PR T1 13 02 12 | CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM |
| PR T1 14 02 12 | CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM |
| PR T5 21 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN INSURED ORGANIZATIONS-CYBERFIRST ESSENTIALS |
| PR T4 97 03 15 | BREACH ESSENTIALS ENDORSEMENT |
| PR T5 14 01 15 | AMEND OF AI AND PI DEFINITIONS - INFORMATION SECURITY LIABILITY |
| PR F3 46 02 12 | CALIFORNIA MANDATORY ENDORSEMENT |

LIQUOR LIABILITY

| | |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |

\* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

Travelers Doc Mgmt  330 of 395

Exhibit A, Page 347

POLICY NUMBER: 680-9M304995-19-42

EFFECTIVE DATE: 01/29/2019

ISSUE DATE: 03/14/2019

INTERLINE ENDORSEMENTS (CONTINUED)

| | |
|---|---|
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 04 09 07 | CALIFORNIA CHANGES |
| IL 02 70 09 12 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |

POLICY HOLDER NOTICES

| | |
|---|---|
| PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |
| PN MP 57 04 17 | IMP NOT PROT SAFEGUARDS SPRK AND REST |
| PN MP 38 01 11 | IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   3   OF   3

# GENERAL LIABILITY



# GENERAL LIABILITY

POLICY NUMBER:   680-9M304995-19-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  03/14/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

SONY PICTURES STUDIOS INC., SONY PICTURES ENTERTAINMENT INC., AND THEI
R PARENT COMPANIES, SUBSIDIARIES, RELATED AND AFFILIATED COMPANIES AND
 THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, REPRESENTATI
VES, ASSIGNS, AND SUBCONTRACTO

10202 WEST WASHINGTON BLVD.
CULVER CITY            CA 90232

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

**TRAVELERS J**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| | |
|---|---|
| **Named Insured:** | PEZ SEAFOOD DTLA, LLC |
| | AND AS PER IL T8 00 |
| **Policy Number:** | 680-9M304995-19-42 |
| **Policy Effective Date:** | 01/29/2019 |
| **Policy Expiration Date:** | 01/29/2020 |
| **Issue Date:** | 05/02/2019 |
| **Premium $** | NIL |

Effective from 01/29/19 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

On the Common Policy Declarations, Item 1. Named Insured, is changed
to:
  PEZ SEAFOOD DTLA, LLC
  AND AS PER IL T8 00

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing
on the policy:
IL T8 00 01 19
IL T0 07 09 87

NAME AND ADDRESS OF AGENT OR BROKER

E BROOX RANDALL & SONS
4751 WILSHIRE BLVD STE 350

LOS ANGELES                    CA   90010

Countersigned by

_____
Authorized Representative

DATE: 05/02/2019
_____

**IL T0 07 09 87**   (Page 1 of 1 )

Office: BREA/LA/ORANGE CA

POLICY NUMBER:   680-9M304995-19-42

EFFECTIVE DATE:   01/29/2019

ISSUE DATE:   05/02/2019

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

```
*   IL T0 07 09 87      CHANGE ENDORSEMENT
    IL T0 19 02 05      COMMON POLICY DECLARATIONS
    MP T0 01 02 05      BUSINESSOWNERS COVERAGE PART DECLARATIONS
*   IL T8 01 01 01      FORMS ENDORSEMENTS AND SCHEDULE NUMBERS
    IL T3 15 09 07      COMMON POLICY CONDITIONS
```

BUSINESSOWNERS

```
    MP T1 30 02 05      TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART -
                        DELUXE PLAN
    MP T1 02 02 05      BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM
    MP T3 27 07 03      CAUSES OF LOSS - EARTHQUAKE SPRINKLER LEAKAGE
    MP T3 66 08 15      RESTAURANT AND PERISHABLE GOODS PREMIER ENDORSEMENT
    MP T3 07 03 97      PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED
                        LOCATIONS AND RESTAURANTS
    MP T3 25 01 15      FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE
    MP T3 41 02 05      THEFT OF MONEY AND SECURITIES LIMITATION
    MP T3 49 10 06      BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL
                        DOLLAR LIMIT ENDORSEMENT
    MP T3 50 11 06      EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION
    MP T3 56 02 08      AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS
                        PERSONAL PROP COV ENHANCEMENTS
    MP T3 17 02 05      UTILITY SERVICES - TIME ELEMENT
    MP T3 18 02 05      UTILITY SERVICES - DIRECT DAMAGE
    MP T9 73 02 05      SPOILAGE COVERAGE
    MP T4 90 05 10      LIMIT OF INS/OCCURRENCE ENDT - CALIFORNIA
    MP T5 08 01 06      CALIFORNIA CHANGES - REPLACEMENT COST
```

COMMERCIAL GENERAL LIABILITY

```
    CG T0 07 04 09      DECLARATIONS PREMIUM SCHEDULE
    CG T0 08 07 86      KEY TO DECLARATIONS PREMIUM SCHEDULE
    CG T0 34 11 03      TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY
                        COVERAGE FORM CG 00 01 10 01
    CG 00 01 10 01      COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    CG D2 55 11 03      AMENDMENT OF COVERAGE - POLLUTION
    CG D3 09 11 03      AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD
    CG D4 71 01 15      AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING
                        INJURY LIABILITY
    CG D0 37 04 05      OTHER INSURANCE - ADDITIONAL INSUREDS
    CG D1 86 11 03      XTEND ENDORSEMENT
    CG D2 03 12 97      AMEND - NON CUMULATION OF EACH OCC
```

· * TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01                           PAGE:   1   OF   3

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  05/02/2019

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | | |
|---|---|---|
| CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
| CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |

CYBERFIRST ESSENTIALS LIABILITY ENDORSEMENTS

| | |
|---|---|
| PR T0 22 02 12 | CYBERFIRST ESSENTIALS COVERAGE PART DECLARATIONS |
| PR T1 13 02 12 | CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM |
| PR T1 14 02 12 | CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM |
| PR T5 21 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN INSURED ORGANIZATIONS-CYBERFIRST ESSENTIALS |
| PR T4 97 03 15 | BREACH ESSENTIALS ENDORSEMENT |
| PR T5 14 01 15 | AMEND OF AI AND PI DEFINITIONS - INFORMATION SECURITY LIABILITY |
| PR F3 46 02 12 | CALIFORNIA MANDATORY ENDORSEMENT |

LIQUOR LIABILITY

| | |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   2  OF  3

**POLICY NUMBER:** 680-9M304995-19-42

**EFFECTIVE DATE:** 01/29/2019

**ISSUE DATE:** 05/02/2019

INTERLINE ENDORSEMENTS (CONTINUED)

```
      IL T3 82 05 13    EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA
*     IL T8 00 01 19    GENERAL PURPOSE ENDORSEMENT
      IL 00 21 09 08    NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD
                        FORM)
      IL 01 04 09 07    CALIFORNIA CHANGES
      IL 02 70 09 12    CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL
```

POLICY HOLDER NOTICES

```
      PN T4 54 01 08    IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND
                        BROKER COMPENSATION
      PN MP 57 04 17    IMP NOT PROT SAFEGUARDS SPRK AND REST
      PN MP 38 01 11    IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS
```

\* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**IL T8 01 01 01**

PAGE:   3   OF   3

GENERAL PURPOSE ENDORSEMENT

POLICY NUMBER:  680-9M304995-19-42

**RESTAURANT PAC PLUS**

ISSUE DATE:       05/02/2019

The Named Insured is amended to read:

PEZ SEAFOOD DTLA, LLC
DBA: PEZ CANTINA
DBA: PEZ POWDER

Travelers Doc Mgmt  339 of 395
Exhibit A, Page 356

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

|  |  |
|---|---|
| **Named Insured:** | PEZ SEAFOOD DTLA, LLC |
|  | AND AS PER IL T8 00 |
| **Policy Number:** | 680-9M304995-19-42 |
| **Policy Effective Date:** | 01/29/2019 |
| **Policy Expiration Date:** | 01/29/2020 |
| **Issue Date:** | 05/29/2019 |
| **Premium $** | NIL |

Effective from 05/21/19 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

On the Common Policy Declarations, Item 1, Named Insured, is changed to:
 PEZ SEAFOOD DTLA, LLC
 AND AS PER IL T8 00

Additional Insureds are added to the policy as provided under the attached endorsement(s):

CG T4 91

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing on the policy:
CG T4 91 11 88
IL T0 07 09 87

NAME AND ADDRESS OF AGENT OR BROKER
E BROOX RANDALL & SONS
4751 WILSHIRE BLVD STE 350

LOS ANGELES                    CA   90010

Countersigned by

_____
        Authorized Representative

DATE: 05/29/2019

IL T0 07 09 87   (Page 1 of 1)

Office:  BREA/LA/ORANGE CA

POLICY NUMBER:   680-9M304995-19-42

EFFECTIVE DATE:   01/29/2019

ISSUE DATE:   05/29/2019

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | | |
|---|---|---|
| * | IL T0 07 09 87 | CHANGE ENDORSEMENT |
| | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| | MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| | IL T3 15 09 07 | COMMON POLICY CONDITIONS |

BUSINESSOWNERS

| | |
|---|---|
| MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
| MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| MP T3 27 07 03 | CAUSES OF LOSS - EARTHQUAKE SPRINKLER LEAKAGE |
| MP T3 66 08 15 | RESTAURANT AND PERISHABLE GOODS PREMIER ENDORSEMENT |
| MP T3 07 03 97 | PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS |
| MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| MP T3 41 02 05 | THEFT OF MONEY AND SECURITIES LIMITATION |
| MP T3 49 10 06 | BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL DOLLAR LIMIT ENDORSEMENT |
| MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
| MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| MP T3 17 02 05 | UTILITY SERVICES - TIME ELEMENT |
| MP T3 18 02 05 | UTILITY SERVICES - DIRECT DAMAGE |
| MP T9 73 02 05 | SPOILAGE COVERAGE |
| MP T4 90 05 10 | LIMIT OF INS/OCCURRENCE ENDT - CALIFORNIA |
| MP T5 08 01 06 | CALIFORNIA CHANGES - REPLACEMENT COST |

COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| CG T0 07 04 09 | DECLARATIONS PREMIUM SCHEDULE |
| CG T0 08 07 86 | KEY TO DECLARATIONS PREMIUM SCHEDULE |
| CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
| CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
| CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
| CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
| CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
| CG D1 86 11 03 | XTEND ENDORSEMENT |
| CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   1   OF   3

POLICY NUMBER: 680-9M304995-19-42

EFFECTIVE DATE: 01/29/2019

ISSUE DATE: 05/29/2019

COMMERCIAL GENERAL LIABILITY (CONTINUED)

|  |  |
|---|---|
| CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
| * CG T4 91 11 88 | ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION |
| CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |

CYBERFIRST ESSENTIALS LIABILITY ENDORSEMENTS

|  |  |
|---|---|
| PR T0 22 02 12 | CYBERFIRST ESSENTIALS COVERAGE PART DECLARATIONS |
| PR T1 13 02 12 | CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM |
| PR T1 14 02 12 | CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM |
| PR T5 21 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN INSURED ORGANIZATIONS-CYBERFIRST ESSENTIALS |
| PR T4 97 03 15 | BREACH ESSENTIALS ENDORSEMENT |
| PR T5 14 01 15 | AMEND OF AI AND PI DEFINITIONS - INFORMATION SECURITY LIABILITY |
| PR F3 46 02 12 | CALIFORNIA MANDATORY ENDORSEMENT |

LIQUOR LIABILITY

|  |  |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

|  |  |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

|  |  |
|---|---|
| IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   2   OF   3

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  05/29/2019

INTERLINE ENDORSEMENTS  (CONTINUED)

| | |
|---|---|
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL T8 00 01 19 | GENERAL PURPOSE ENDORSEMENT |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 04 09 07 | CALIFORNIA CHANGES |
| IL 02 70 09 12 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |

POLICY HOLDER NOTICES

| | |
|---|---|
| PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |
| PN MP 57 04 17 | IMP NOT PROT SAFEGUARDS SPRK AND REST |
| PN MP 38 01 11 | IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   3   OF   3

# GENERAL LIABILITY

# GENERAL LIABILITY

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER:  680-9M304995-19-42

ISSUE DATE:  05/29/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

ALTAMED HEALTH SERVICES CORPORATION ALTAMED FOOD AND WINE FESTIVAL 201
9


2040 CAMFIELD AVE
LOS ANGELES          CA 90040


WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  05/29/2019

POLICY NUMBER:  680-9M304995-19-42

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

SONY PICTURES STUDIOS INC., SONY PICTURES ENTERTAINMENT INC., AND THEI
R PARENT COMPANIES, SUBSIDIARIES, RELATED AND AFFILIATED COMPANIES AND
 THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, REPRESENTATI
VES, ASSIGNS, AND SUBCONTRACTO

10202 WEST WASHINGTON BLVD.
CULVER CITY          CA 90232

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of  1

# TRAVELERS J

One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

|  |  |
|---|---|
| **Named Insured:** | PEZ SEAFOOD DTLA, LLC AND AS PER IL T8 00 |
| **Policy Number:** | 680-9M304995-19-42 |
| **Policy Effective Date:** | 01/29/2019 |
| **Policy Expiration Date:** | 01/29/2020 |
| **Issue Date:** | 06/05/2019 |
| **Premium $** | NIL |

Effective from 06/15/19 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

Additional Insureds are added to the policy as provided under the attached endorsement(s):

CG T4 91

The following forms and/or endorsements is/are included with this change. These forms are added to the policy or replace forms already existing on the policy:
CG T4 91 11 88
IL T0 07 09 87

NAME AND ADDRESS OF AGENT OR BROKER

E BROOX RANDALL & SONS
4751 WILSHIRE BLVD STE 350

LOS ANGELES                    CA   90010

Countersigned by

_____
Authorized Representative

DATE: 06/05/2019

IL T0 07 09 87   (Page 1 of 1)

Office: BREA/LA/ORANGE CA

**POLICY NUMBER:** 680-9M304995-19-42

**EFFECTIVE DATE:** 01/29/2019

**ISSUE DATE:** 06/05/2019

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | | |
|---|---|---|
| * | IL T0 07 09 87 | CHANGE ENDORSEMENT |
| | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| | MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| | IL T3 15 09 07 | COMMON POLICY CONDITIONS |

BUSINESSOWNERS

| | |
|---|---|
| MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
| MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| MP T3 27 07 03 | CAUSES OF LOSS - EARTHQUAKE SPRINKLER LEAKAGE |
| MP T3 66 08 15 | RESTAURANT AND PERISHABLE GOODS PREMIER ENDORSEMENT |
| MP T3 07 03 97 | PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS |
| MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| MP T3 41 02 05 | THEFT OF MONEY AND SECURITIES LIMITATION |
| MP T3 49 10 06 | BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL DOLLAR LIMIT ENDORSEMENT |
| MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
| MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| MP T3 17 02 05 | UTILITY SERVICES - TIME ELEMENT |
| MP T3 18 02 05 | UTILITY SERVICES - DIRECT DAMAGE |
| MP T9 73 02 05 | SPOILAGE COVERAGE |
| MP T4 90 05 10 | LIMIT OF INS/OCCURRENCE ENDT - CALIFORNIA |
| MP T5 08 01 06 | CALIFORNIA CHANGES - REPLACEMENT COST |

COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| CG T0 07 04 09 | DECLARATIONS PREMIUM SCHEDULE |
| CG T0 08 07 86 | KEY TO DECLARATIONS PREMIUM SCHEDULE |
| CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
| CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
| CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
| CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
| CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
| CG D1 86 11 03 | XTEND ENDORSEMENT |
| CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

Travelers Doc Mgmt 349 of 395
Exhibit A, Page 366

**POLICY NUMBER:**  680-9M304995-19-42

**EFFECTIVE DATE:**  01/29/2019

**ISSUE DATE:**  06/05/2019

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | |
|---|---|
| CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
| * CG T4 91 11 88 | ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION |
| CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |

CYBERFIRST ESSENTIALS LIABILITY ENDORSEMENTS

| | |
|---|---|
| PR T0 22 02 12 | CYBERFIRST ESSENTIALS COVERAGE PART DECLARATIONS |
| PR T1 13 02 12 | CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM |
| PR T1 14 02 12 | CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM |
| PR T5 21 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN INSURED ORGANIZATIONS-CYBERFIRST ESSENTIALS |
| PR T4 97 03 15 | BREACH ESSENTIALS ENDORSEMENT |
| PR T5 14 01 15 | AMEND OF AI AND PI DEFINITIONS - INFORMATION SECURITY LIABILITY |
| PR F3 46 02 12 | CALIFORNIA MANDATORY ENDORSEMENT |

LIQUOR LIABILITY

| | |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   2   OF   3

**POLICY NUMBER:**  680-9M304995-19-42

**EFFECTIVE DATE:**  01/29/2019

**ISSUE DATE:**  06/05/2019

INTERLINE ENDORSEMENTS (CONTINUED)

| | |
|---|---|
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL T8 00 01 19 | GENERAL PURPOSE ENDORSEMENT |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 04 09 07 | CALIFORNIA CHANGES |
| IL 02 70 09 12 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |

POLICY HOLDER NOTICES

| | |
|---|---|
| PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |
| PN MP 57 04 17 | IMP NOT PROT SAFEGUARDS SPRK AND REST |
| PN MP 38 01 11 | IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**IL T8 01 01 01**

PAGE:   3   OF   3

# GENERAL LIABILITY



# GENERAL LIABILITY

POLICY NUMBER:   680-9M304995-19-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  06/05/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

SKYLIGHT CALIFORNIA, LLC ITS PARENT AND ALL OTHER AFFILIATES ATLAS CAP
ITAL GROUP, LLC ITS OFFICERS, AGENTS AND EMPLOYEES ROW DTLA EVENTS, LL
C DTLA PARENT JV, LLC ACG PROPERTY MANAGEMENT, LLC ALAMEDA SQUARE OWNE
R, LLC ALAMADA SQUARE MEZZ, LL

90 CHURCH STREET
PO BOX 3454
NEW YORK                        NY 10008

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**              Copyright, Insurance Services Office, Inc., 1984              Page 1 of  1

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  06/05/2019

POLICY NUMBER:  680-9M304995-19-42

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
   COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

ALTAMED HEALTH SERVICES CORPORATION ALTAMED FOOD AND WINE FESTIVAL 201
9


2040 CAMFIELD AVE
LOS ANGELES            CA 90040


WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of  1

COMMERCIAL GENERAL LIABILITY
POLICY NUMBER:   680-9M304995-19-42                 ISSUE DATE:   06/05/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

SONY PICTURES STUDIOS INC., SONY PICTURES ENTERTAINMENT INC., AND THEI
R PARENT COMPANIES, SUBSIDIARIES, RELATED AND AFFILIATED COMPANIES AND
 THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, REPRESENTATI
VES, ASSIGNS, AND SUBCONTRACTO

10202 WEST WASHINGTON BLVD.
CULVER CITY          CA 90232

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**        Copyright, Insurance Services Office, Inc., 1984        Page 1 of 1

# TRAVELERS J

One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| | |
|---|---|
| Named Insured: | PEZ SEAFOOD DTLA, LLC |
| | AND AS PER IL T8 00 |
| Policy Number: | 680-9M304995-19-42 |
| Policy Effective Date: | 01/29/2019 |
| Policy Expiration Date: | 01/29/2020 |
| Issue Date: | 08/27/2019 |
| Premium $ | NIL |

Effective from 08/27/19 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

Additional Insureds are added to the policy as provided under the attached endorsement(s):

CG T4 91

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing on the policy:
CG T4 91 11 88
IL T0 07 09 87

NAME AND ADDRESS OF AGENT OR BROKER

E BROOX RANDALL & SONS
4751 WILSHIRE BLVD STE 350

LOS ANGELES                    CA  90010

Countersigned by

_____
Authorized Representative

DATE: 08/27/2019
_____

IL T0 07 09 87   (Page 1 of 1 )

Office:  BREA/LA/ORANGE CA

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  08/27/2019


LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS


| | | |
|---|---|---|
| * | IL T0 07 09 87 | CHANGE ENDORSEMENT |
| | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| | MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| | IL T3 15 09 07 | COMMON POLICY CONDITIONS |

BUSINESSOWNERS

| | |
|---|---|
| MP T0 25 02 05 | SPECIAL PROVISIONS - LOSS PAYEE |
| CP 12 18 10 12 | LOSS PAYABLE PROVISIONS |
| MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
| MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| MP T3 27 07 03 | CAUSES OF LOSS - EARTHQUAKE SPRINKLER LEAKAGE |
| MP T3 66 08 15 | RESTAURANT AND PERISHABLE GOODS PREMIER ENDORSEMENT |
| MP T3 07 03 97 | PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS |
| MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| MP T3 41 02 05 | THEFT OF MONEY AND SECURITIES LIMITATION |
| MP T3 49 10 06 | BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL DOLLAR LIMIT ENDORSEMENT |
| MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
| MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| MP T3 17 02 05 | UTILITY SERVICES - TIME ELEMENT |
| MP T3 18 02 05 | UTILITY SERVICES - DIRECT DAMAGE |
| MP T9 73 02 05 | SPOILAGE COVERAGE |
| MP T4 90 05 10 | LIMIT OF INS/OCCURRENCE ENDT - CALIFORNIA |
| MP T5 08 01 06 | CALIFORNIA CHANGES - REPLACEMENT COST |

COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| CG T0 07 04 09 | DECLARATIONS PREMIUM SCHEDULE |
| CG T0 08 07 86 | KEY TO DECLARATIONS PREMIUM SCHEDULE |
| CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
| CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
| CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
| CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
| CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   1   OF   3

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  08/27/2019

COMMERCIAL GENERAL LIABILITY (CONTINUED)

```
        CG D1 86 11 03    XTEND ENDORSEMENT
        CG D2 03 12 97    AMEND - NON CUMULATION OF EACH OCC
        CG M3 01 02 05    PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED -
                          CHANGES
   *    CG T4 91 11 88    ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION
        CG D4 13 04 08    AMEND COVG - POLLUTION-EQUIP EXCEPTION
        MP T1 25 11 03    HIRED AUTO AND NON-OWNED AUTO LIABILITY
        CG D2 56 11 03    AMENDMENT OF COVERAGE - PROPERTY DAMAGE
        CG D2 88 11 03    EMPLOYMENT-RELATED PRACTICES EXCLUSION
        CG D3 26 10 11    EXCLUSION - UNSOLICITED COMMUNICATION
        CG D3 56 05 14    MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES
                          SUBJECT TO MOTOR VEHICLE LAWS
        CG D4 21 07 08    AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS
        CG D6 18 10 11    EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION
                          LAWS
        CG D7 46 01 15    EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR
                          PERSONAL INFORMATION
        CG D1 42 01 99    EXCLUSION - DISCRIMINATION
        CG D2 42 01 02    EXCLUSION - WAR
        CG T3 56 07 86    AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED
                          PRODUCTS HAZARD INCLUSION)
        CG T4 78 02 90    EXCLUSION - ASBESTOS

CYBERFIRST ESSENTIALS LIABILITY ENDORSEMENTS

        PR T0 22 02 12    CYBERFIRST ESSENTIALS COVERAGE PART DECLARATIONS
        PR T1 13 02 12    CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM
        PR T1 14 02 12    CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY
                          COVERAGE FORM
        PR T5 21 03 15    COVG FOR FINANCIAL INTEREST IN FOREIGN INSURED
                          ORGANIZATIONS-CYBERFIRST ESSENTIALS
        PR T4 97 03 15    BREACH ESSENTIALS ENDORSEMENT
        PR T5 14 01 15    AMEND OF AI AND PI DEFINITIONS - INFORMATION SECURITY
                          LIABILITY
        PR F3 46 02 12    CALIFORNIA MANDATORY ENDORSEMENT

LIQUOR LIABILITY

        MP T1 13 11 03    LIQUOR LIABILITY COVERAGE ENDORSEMENT

MULTIPLE SUBLINE ENDORSEMENTS

        CG T3 33 11 03    LIMITATION WHEN TWO OR MORE POLICIES APPLY

INTERLINE ENDORSEMENTS
```

    * TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

Travelers Doc Mgmt  359 of 395
Exhibit A, Page 376

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  08/27/2019

INTERLINE ENDORSEMENTS  (CONTINUED)

| | |
|---|---|
| IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL T8 00 01 19 | GENERAL PURPOSE ENDORSEMENT |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 04 09 07 | CALIFORNIA CHANGES |
| IL 02 70 09 12 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |

POLICY HOLDER NOTICES

| | |
|---|---|
| PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |
| PN MP 57 04 17 | IMP NOT PROT SAFEGUARDS SPRK AND REST |
| PN MP 38 01 11 | IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   3   OF   3

# GENERAL LIABILITY



# GENERAL LIABILITY

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER:  680-9M304995-19-42

ISSUE DATE:  08/27/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of person or organization:**

IMG COLLEGE, LLC, AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, RBO C; THE CITY OF PASADENA ("CITY"), AND RG CANNING ENTERPRISES

540 NORTH TRADE STREET
WINSTON-SALEM          NC 27101

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  08/27/2019

POLICY NUMBER:  680-9M304995-19-42

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
    COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

FSP-SOUTH FLOWER STREET ASSOCIATES, LLC THE STATE OF CALIFORNIA PUBLIC
  EMPLOYEES RETIREMENT SYSTEM, AGENCY OF THE STATE OF CALIFORNIA COMMON
WEALTH PARTNERS MANAGEMENT SERVICES, L.P FIFTH STREET PROPERTIES LLC C
OMMONWEALTH PACIFIC, LLC

C/O COMMONWEALTH PARTNERS,ATTN: BATZY
515 SOUTH FLOWER STREET, SUITE 3220
LOS ANGELES            CA 90071

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**                    Copyright, Insurance Services Office, Inc., 1984                    Page 1 of 1

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  08/27/2019

POLICY NUMBER:  680-9M304995-19-42

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

SKYLIGHT CALIFORNIA, LLC ITS PARENT AND ALL OTHER AFFILIATES ATLAS CAP
ITAL GROUP, LLC ITS OFFICERS, AGENTS AND EMPLOYEES ROW DTLA EVENTS, LL
C DTLA PARENT JV, LLC ACG PROPERTY MANAGEMENT, LLC ALAMEDA SQUARE OWNE
R, LLC ALAMADA SQUARE MEZZ, LL

90 CHURCH STREET
PO BOX 3454
NEW YORK                    NY 10008

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  08/27/2019

POLICY NUMBER:   680-9M304995-19-42

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of person or organization:**

ALTAMED HEALTH SERVICES CORPORATION ALTAMED FOOD AND WINE FESTIVAL 201
9


2040 CAMFIELD AVE
LOS ANGELES            CA 90040


WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  08/27/2019

POLICY NUMBER:  680-9M304995-19-42

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
     COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

SONY PICTURES STUDIOS INC., SONY PICTURES ENTERTAINMENT INC., AND THEI
R PARENT COMPANIES, SUBSIDIARIES, RELATED AND AFFILIATED COMPANIES AND
 THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, REPRESENTATI
VES, ASSIGNS, AND SUBCONTRACTO

10202 WEST WASHINGTON BLVD.
CULVER CITY           CA 90232

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of  1

**TRAVELERS**                                          One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

|  |  |
|---|---|
| **Named Insured:** | PEZ SEAFOOD DTLA, LLC |
|  | AND AS PER IL T8 00 |
| **Policy Number:** | 680-9M304995-19-42 |
| **Policy Effective Date:** | 01/29/2019 |
| **Policy Expiration Date:** | 01/29/2020 |
| **Issue Date:** | 08/28/2019 |
| **Premium $** | NIL |

Effective from 08/28/19 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

On the Businessowners Coverage Part Declarations (Loss Payee), the
following Loss Payee(s) is/are changed:

| PREM LOC. NO. | BLDG NO. | LOSS PAYEE NAME and MAILING ADDRESS |
|---|---|---|
| 1 | 1 | LEAF CAPITAL FUNDING, LLC |
|  |  | PO BOX 979127 |
|  |  | MIAMI, FL 33197 |

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing
on the policy:
IL T0 07 09 87
CP 12 18 10 12

NAME AND ADDRESS OF AGENT OR BROKER

E BROOX RANDALL & SONS
4751 WILSHIRE BLVD STE 350

LOS ANGELES                    CA  90010

Countersigned by

_____
Authorized Representative

DATE: 08/28/2019

**IL T0 07 09 87**   (Page 1 of 1)                      Office:  BREA/LA/ORANGE CA

POLICY NUMBER: 680-9M304995-19-42

EFFECTIVE DATE: 01/29/2019

ISSUE DATE: 08/28/2019

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | | |
|---|---|---|
| * | IL T0 07 09 87 | CHANGE ENDORSEMENT |
| | IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| | MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| * | IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| | IL T3 15 09 07 | COMMON POLICY CONDITIONS |

BUSINESSOWNERS

| | | |
|---|---|---|
| | MP T0 25 02 05 | SPECIAL PROVISIONS - LOSS PAYEE |
| * | CP 12 18 10 12 | LOSS PAYABLE PROVISIONS |
| | MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
| | MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| | MP T3 27 07 03 | CAUSES OF LOSS - EARTHQUAKE SPRINKLER LEAKAGE |
| | MP T3 66 08 15 | RESTAURANT AND PERISHABLE GOODS PREMIER ENDORSEMENT |
| | MP T3 07 03 97 | PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS |
| | MP T3 25 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| | MP T3 41 02 05 | THEFT OF MONEY AND SECURITIES LIMITATION |
| | MP T3 49 10 06 | BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL DOLLAR LIMIT ENDORSEMENT |
| | MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
| | MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| | MP T3 17 02 05 | UTILITY SERVICES - TIME ELEMENT |
| | MP T3 18 02 05 | UTILITY SERVICES - DIRECT DAMAGE |
| | MP T9 73 02 05 | SPOILAGE COVERAGE |
| | MP T4 90 05 10 | LIMIT OF INS/OCCURRENCE ENDT - CALIFORNIA |
| | MP T5 08 01 06 | CALIFORNIA CHANGES - REPLACEMENT COST |

COMMERCIAL GENERAL LIABILITY

| | | |
|---|---|---|
| | CG T0 07 04 09 | DECLARATIONS PREMIUM SCHEDULE |
| | CG T0 08 07 86 | KEY TO DECLARATIONS PREMIUM SCHEDULE |
| | CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
| | CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| | CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
| | CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
| | CG D4 71 01 15 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
| | CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**IL T8 01 01 01**

PAGE:    1    OF    3

**POLICY NUMBER:** 680-9M304995-19-42

**EFFECTIVE DATE:** 01/29/2019

**ISSUE DATE:** 08/28/2019

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | |
|---|---|
| CG D1 86 11 03 | XTEND ENDORSEMENT |
| CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |
| CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
| CG T4 91 11 88 | ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION |
| CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |

CYBERFIRST ESSENTIALS LIABILITY ENDORSEMENTS

| | |
|---|---|
| PR T0 22 02 12 | CYBERFIRST ESSENTIALS COVERAGE PART DECLARATIONS |
| PR T1 13 02 12 | CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM |
| PR T1 14 02 12 | CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM |
| PR T5 21 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN INSURED ORGANIZATIONS-CYBERFIRST ESSENTIALS |
| PR T4 97 03 15 | BREACH ESSENTIALS ENDORSEMENT |
| PR T5 14 01 15 | AMEND OF AI AND PI DEFINITIONS - INFORMATION SECURITY LIABILITY |
| PR F3 46 02 12 | CALIFORNIA MANDATORY ENDORSEMENT |

LIQUOR LIABILITY

| | |
|---|---|
| MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**IL T8 01 01 01**

**PAGE:   2   OF   3**

POLICY NUMBER: 680-9M304995-19-42

EFFECTIVE DATE: 01/29/2019

ISSUE DATE: 08/28/2019

INTERLINE ENDORSEMENTS (CONTINUED)

```
IL T3 68 01 15   FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE
IL T4 12 03 15   AMNDT COMMON POLICY COND-PROHIBITED COVG
IL T4 14 01 15   CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
IL T3 82 05 13   EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA
IL T8 00 01 19   GENERAL PURPOSE ENDORSEMENT
IL 00 21 09 08   NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD
                 FORM)
IL 01 04 09 07   CALIFORNIA CHANGES
IL 02 70 09 12   CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL
```

POLICY HOLDER NOTICES

```
PN T4 54 01 08   IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND
                 BROKER COMPENSATION
PN MP 57 04 17   IMP NOT PROT SAFEGUARDS SPRK AND REST
PN MP 38 01 11   IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**IL T8 01 01 01**

PAGE: 3 OF 3

# BUSINESSOWNERS

# BUSINESSOWNERS

POLICY NUMBER:   680-9M304995-19-42

COMMERCIAL PROPERTY
ISSUE DATE:  08/28/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

> BUILDERS' RISK COVERAGE FORM
> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> CONDOMINIUM ASSOCIATION COVERAGE FORM
> CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
> STANDARD PROPERTY POLICY

### SCHEDULE

| Location Number: 001 | Building Number: 001 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.):  C.1 |
|---|---|---|
| **Description Of Property:**  BPP - LEASE EQUIPEMENT | | |
| **Loss Payee Name:**  LEAF CAPITAL FUNDING, LLC ISAOA C/O INSURANCE SERVICE CE **Loss Payee Address:**  PO BOX 979127       MIAMI                    FL 33197 | | |

| Location Number: | Building Number: | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): |
|---|---|---|
| **Description Of Property:** | | |
| **Loss Payee Name:** **Loss Payee Address:** | | |

| Location Number: | Building Number: | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): |
|---|---|---|
| **Description Of Property:** | | |
| **Loss Payee Name:** **Loss Payee Address:** | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CP 12 18 10 12                          © Insurance Services Office, Inc., 2011                          Page 1  of 3

COMMERCIAL PROPERTY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

(1) Warehouse receipts;

(2) A contract for deed;

(3) Bills of lading;

(4) Financing statements; or

(5) Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

(1) We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

(2) The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

(3) If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(a) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(b) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(c) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

(4) If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(a) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(b) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

Travelers Doc Mgmt 375 of 395
Exhibit A, Page 392

COMMERCIAL PROPERTY

3. **Contract Of Sale Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

   b. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

      (1) Adjust losses with you; and

      (2) Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   c. The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

   b. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   c. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

---

CP 12 18 10 12                © Insurance Services Office, Inc., 2011                Page 3  of 3

**TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**Named Insured:** PEZ SEAFOOD DTLA, LLC
AND AS PER IL T8 00

**Policy Number:** 680-9M304995-19-42
**Policy Effective Date:** 01/29/2019
**Policy Expiration Date:** 01/29/2020
**Issue Date:** 09/11/2019
**Premium $**    NIL

Effective from 09/11/19 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

Additional Insureds are added to the policy as provided under the attached endorsement(s):

CG T4 91

The following forms and/or endorsements is/are included with this change. These forms are added to the policy or replace forms already existing on the policy:
CG T4 91 11 88
IL T0 07 09 87

NAME AND ADDRESS OF AGENT OR BROKER

E BROOX RANDALL & SONS
4751 WILSHIRE BLVD STE 350

LOS ANGELES                    CA   90010

Countersigned by

_____
Authorized Representative

DATE: 09/11/2019

**IL T0 07 09 87**   (Page 1 of 1 )                    Office:  BREA/LA/ORANGE CA

POLICY NUMBER:  680-9M304995-19-42

EFFECTIVE DATE:  01/29/2019

ISSUE DATE:  09/11/2019

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

```
*    IL T0 07 09 87    CHANGE ENDORSEMENT
     IL T0 19 02 05    COMMON POLICY DECLARATIONS
     MP T0 01 02 05    BUSINESSOWNERS COVERAGE PART DECLARATIONS
*    IL T8 01 01 01    FORMS ENDORSEMENTS AND SCHEDULE NUMBERS
     IL T3 15 09 07    COMMON POLICY CONDITIONS
```

BUSINESSOWNERS

```
     MP T0 25 02 05    SPECIAL PROVISIONS - LOSS PAYEE
     CP 12 18 10 12    LOSS PAYABLE PROVISIONS
     MP T1 30 02 05    TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART -
                       DELUXE PLAN
     MP T1 02 02 05    BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM
     MP T3 27 07 03    CAUSES OF LOSS - EARTHQUAKE SPRINKLER LEAKAGE
     MP T3 66 08 15    RESTAURANT AND PERISHABLE GOODS PREMIER ENDORSEMENT
     MP T3 07 03 97    PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED
                       LOCATIONS AND RESTAURANTS
     MP T3 25 01 15    FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE
     MP T3 41 02 05    THEFT OF MONEY AND SECURITIES LIMITATION
     MP T3 49 10 06    BUSINESS INCOME AND EXTRA EXPENSE - POLICY LEVEL
                       DOLLAR LIMIT ENDORSEMENT
     MP T3 50 11 06    EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION
     MP T3 56 02 08    AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS
                       PERSONAL PROP COV ENHANCEMENTS
     MP T3 17 02 05    UTILITY SERVICES - TIME ELEMENT
     MP T3 18 02 05    UTILITY SERVICES - DIRECT DAMAGE
     MP T9 73 02 05    SPOILAGE COVERAGE
     MP T4 90 05 10    LIMIT OF INS/OCCURRENCE ENDT - CALIFORNIA
     MP T5 08 01 06    CALIFORNIA CHANGES - REPLACEMENT COST
```

COMMERCIAL GENERAL LIABILITY

```
     CG T0 07 04 09    DECLARATIONS PREMIUM SCHEDULE
     CG T0 08 07 86    KEY TO DECLARATIONS PREMIUM SCHEDULE
     CG T0 34 11 03    TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY
                       COVERAGE FORM CG 00 01 10 01
     CG 00 01 10 01    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
     CG D2 55 11 03    AMENDMENT OF COVERAGE - POLLUTION
     CG D3 09 11 03    AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD
     CG D4 71 01 15    AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING
                       INJURY LIABILITY
     CG D0 37 04 05    OTHER INSURANCE - ADDITIONAL INSUREDS
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01                                    PAGE:   1   OF   3

**POLICY NUMBER:** 680-9M304995-19-42

**EFFECTIVE DATE:** 01/29/2019

**ISSUE DATE:** 09/11/2019

COMMERCIAL GENERAL LIABILITY (CONTINUED)

|  | CG D1 86 11 03 | XTEND ENDORSEMENT |
|  | CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |
|  | CG M3 01 02 05 | PRODUCTS/COMPLETED OPERATIONS HAZARDS REDEFINED - CHANGES |
| * | CG T4 91 11 88 | ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION |
|  | CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
|  | MP T1 25 11 03 | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
|  | CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
|  | CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
|  | CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
|  | CG D3 56 05 14 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
|  | CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
|  | CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
|  | CG D7 46 01 15 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
|  | CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |
|  | CG D2 42 01 02 | EXCLUSION - WAR |
|  | CG T3 56 07 86 | AMENDMENT OF COVERAGE C - MEDICAL PAYMENTS (LIMITED PRODUCTS HAZARD INCLUSION) |
|  | CG T4 78 02 90 | EXCLUSION - ASBESTOS |

CYBERFIRST ESSENTIALS LIABILITY ENDORSEMENTS

|  | PR T0 22 02 12 | CYBERFIRST ESSENTIALS COVERAGE PART DECLARATIONS |
|  | PR T1 13 02 12 | CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM |
|  | PR T1 14 02 12 | CYBERFIRST ESSENTIALS INFORMATION SECURITY LIABILITY COVERAGE FORM |
|  | PR T5 21 03 15 | COVG FOR FINANCIAL INTEREST IN FOREIGN INSURED ORGANIZATIONS-CYBERFIRST ESSENTIALS |
|  | PR T4 97 03 15 | BREACH ESSENTIALS ENDORSEMENT |
|  | PR T5 14 01 15 | AMEND OF AI AND PI DEFINITIONS - INFORMATION SECURITY LIABILITY |
|  | PR F3 46 02 12 | CALIFORNIA MANDATORY ENDORSEMENT |

LIQUOR LIABILITY

|  | MP T1 13 11 03 | LIQUOR LIABILITY COVERAGE ENDORSEMENT |

MULTIPLE SUBLINE ENDORSEMENTS

|  | CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

INTERLINE ENDORSEMENTS

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE: 2 OF 3

**POLICY NUMBER:**  680-9M304995-19-42

**EFFECTIVE DATE:**  01/29/2019

**ISSUE DATE:**  09/11/2019

INTERLINE ENDORSEMENTS (CONTINUED)

| | |
|---|---|
| IL T3 68 01 15 | FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL T3 82 05 13 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL T8 00 01 19 | GENERAL PURPOSE ENDORSEMENT |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 04 09 07 | CALIFORNIA CHANGES |
| IL 02 70 09 12 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |

POLICY HOLDER NOTICES

| | |
|---|---|
| PN T4 54 01 08 | IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION |
| PN MP 57 04 17 | IMP NOT PROT SAFEGUARDS SPRK AND REST |
| PN MP 38 01 11 | IMPORTANT NOTICE - JURISDICTIONAL INSPECTIONS |

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   3   OF   3

# GENERAL LIABILITY

# GENERAL LIABILITY

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  09/11/2019

POLICY NUMBER:  680-9M304995-19-42

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of person or organization:**

LANCE AND AIME LINDSAY AND THE LINDSAY REVOCABLE TRUST, THEIR MANAGING
 MEMBERS, AGENT AND REPRESENTATIVES


6219 PORTERDALE AVENUE
MALIBU              CA 90265


WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

POLICY NUMBER:   680-9M304995-19-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  09/11/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
    COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Name of person or organization:**

MSM PRODUCTIONS LLC AND IMAGE LOCATIONS, INC

6219 POTERDALE DR.
MALIBU                CA 90265

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**               Copyright, Insurance Services Office, Inc., 1984               Page 1 of 1

POLICY NUMBER:  680-9M304995-19-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  09/11/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

IMG COLLEGE, LLC, AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, RBO
C; THE CITY OF PASADENA ("CITY"), AND RG CANNING ENTERPRISES


540 NORTH TRADE STREET
WINSTON-SALEM          NC 27101


WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

POLICY NUMBER:   680-9M304995-19-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:   09/11/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
    COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

FSP-SOUTH FLOWER STREET ASSOCIATES, LLC THE STATE OF CALIFORNIA PUBLIC
 EMPLOYEES RETIREMENT SYSTEM, AGENCY OF THE STATE OF CALIFORNIA COMMON
WEALTH PARTNERS MANAGEMENT SERVICES, L.P FIFTH STREET PROPERTIES LLC C
OMMONWEALTH PACIFIC, LLC

C/O COMMONWEALTH PARTNERS,ATTN: BATZY
515 SOUTH FLOWER STREET, SUITE 3220
LOS ANGELES                CA 90071

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984                    Page 1 of 1

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  09/11/2019

POLICY NUMBER:  680-9M304995-19-42

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

SKYLIGHT CALIFORNIA, LLC ITS PARENT AND ALL OTHER AFFILIATES ATLAS CAP
ITAL GROUP, LLC ITS OFFICERS, AGENTS AND EMPLOYEES ROW DTLA EVENTS, LL
C DTLA PARENT JV, LLC ACG PROPERTY MANAGEMENT, LLC ALAMEDA SQUARE OWNE
R, LLC ALAMADA SQUARE MEZZ, LL

90 CHURCH STREET
PO BOX 3454
NEW YORK                    NY 10008

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the
Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**       Copyright, Insurance Services Office, Inc., 1984       Page 1 of 1

POLICY NUMBER:   680-9M304995-19-42

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  09/11/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
   COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of person or organization:**

ALTAMED HEALTH SERVICES CORPORATION ALTAMED FOOD AND WINE FESTIVAL 2019

2040 CAMFIELD AVE
LOS ANGELES          CA 90040

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

CG T4 91 11 88                Copyright, Insurance Services Office, Inc., 1984                Page 1 of  1

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER:  680-9M304995-19-42

ISSUE DATE:  09/11/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of person or organization:**

SONY PICTURES STUDIOS INC., SONY PICTURES ENTERTAINMENT INC., AND THEIR PARENT COMPANIES, SUBSIDIARIES, RELATED AND AFFILIATED COMPANIES AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, REPRESENTATIVES, ASSIGNS, AND SUBCONTRACTO

10202 WEST WASHINGTON BLVD.
CULVER CITY           CA 90232

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**TRAVELERS**

TRAVELERS
DBS - 189 9M304995 680    190129
P.O. BOX 26385
RICHMOND, VA 23260-6385

**Notice of Cancellation**

Account 5109C2218

Page 1 of 3

189

PEZ SEAFOOD DTLA, LLC
400 S HOPE ST STE 120
LOS ANGELES CA  90071

**YOUR INSURANCE POLICY IS SUBJECT TO CANCELLATION.   PLEASE
SEE REVERSE SIDE FOR NOTICE OF CANCELLATION.**

**TRAVELERS**

**NOTICE OF CANCELLATION**
**FOR NON-PAYMENT OF PREMIUM**

Insuring Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Commercial Package
**POLICY NO.** 9M304995 680
**Issue Date** 04/15/19
**ACCOUNT** 5109C2218
Page 2 of 3

| Named Insured and Mailing Address | PEZ SEAFOOD DTLA, LLC<br>400 S HOPE ST STE 120<br>LOS ANGELES CA 90071 |
|---|---|

Agent  E BROOX RANDALL & SONS

Please contact your agent
if you have any questions.
PHONE: (323) 936-1010

**EFFECTIVE DATE OF CANCELLATION:     MAY 05, 2019**

Your policy is cancelled at 12:01 a.m. on the EFFECTIVE DATE OF CANCELLATION shown above due to non-payment of premium. PLEASE PAY THE MINIMUM DUE BY THE EFFECTIVE DATE OF CANCELLATION. If we receive the PAST DUE amount, but less than the MINIMUM DUE amount, by the EFFECTIVE DATE OF CANCELLATION, we will rescind the cancellation notice. If we receive less than the PAST DUE amount or if we receive your payment after the EFFECTIVE DATE OF CANCELLATION, we will deposit your payment, keep any premium due us and send any refund due you, if necessary.  HOWEVER, YOUR POLICY WILL REMAIN CANCELLED.

| Premium Information | | |
|---|---|---|

POLICY NUMBER  9M304995 680          POLICY PERIOD 01/29/19 To 01/29/20

| | | | |
|---|---|---|---|
| Previous balance | $9,322.00 | Pay | |
| Installment charge | +6.00 | Either | MINIMUM DUE    $2,351.00 |
| Late Payment Charge | +10.00 | Amount | TOTAL DUE    $9,338.00 |
| | | By | DUE DATE    MAY 05, 2019 |

We consider a payment made on the day we receive it, not the day it is mailed or sent.

The MINIMUM DUE shown above includes:

    $1,164.50 that is PAST DUE and was due on 04/04/19;
    $1,164.50 that is  due on 05/05/19;
        $6.00 for PAST DUE installment charges;
        $6.00 for current installment charge;
       $10.00 for late payment charge.

*Please detach the return stub and mail with your payment in the enclosed envelope to:*
TRAVELERS CL REMITTANCE CENTER, PO BOX 660317, DALLAS, TX 75266-0317.
·······································································     648844J   2019105  9373  189 073044

**Payment Coupon**  *Make checks payable to: TRAVELERS*

E BROOX RANDALL & SONS
PEZ SEAFOOD DTLA, LLC

5109C2218     9M304995 680

Include Account Number on the check.

☐   Change of Address?
     Place an "X" here.
     Print changes on reverse side.

| TOTAL BALANCE |
|---|
| $9,338.00 |

TRAVELERS CL REMITTANCE CENTER
PO BOX 660317
DALLAS, TX 75266-0317

**PAYMENT MUST BE RECEIVED BY**
MAY 05, 2019

*C*

| MINIMUM DUE |
|---|
| $2,351.00 |

| AMOUNT ENCLOSED |
|---|

9935313039033232313840393939391700023510000093380065

 **TRAVELERS**

**Notice of Cancellation**

Account 5109C2218

Page 3 of 3

The policy number shown above consists of your CL policy number and policy form.  For the complete policy number refer to your policy paper.

This bill is rendered by The Travelers            affiliated company indicated on the policy shown on this notice.

You have been notified herewith that this Company will no longer be carrying your insurance. If you wish to replace your policy you should make an effort to obtain insurance through another company in the voluntary market. If you have difficulty in procuring replacement coverage in the voluntary market, you possibly may obtain basic fire insurance coverages through the California Fair Plan Association.  Insurance through the Association is available only in certain areas of the state. For further information or assistance in obtaining basic property insurance through the FAIR Plan, please contact your agent or broker or the Plan at 1-213-487-0111 or 1-800-339-4099 (in California only).

A late charge has been assessed on your account because we have not received your previous minimum due. This account level charge is listed on this notice. An account level bill or other notice(s) may also be mailed to you today.

If you are paying with a check from a Personal Checking Account, you authorize us to either use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check.  If you are paying with a check from a Business Checking account, we will process the payment as a check.

******************************** QUESTIONS? ********************************

If you have any questions about this statement, please contact your Agent, Travelers Billing Customer Service or the Travelers on-line Telephone Inquiry Service.  To reach the Travelers Billing Customer Service or the Telephone Inquiry dial 1-800-252-2268 and follow the instructions.
Your 9 character billing account number is: --- 5109C2218.

648844J   2019105  9373  189 073044

**TRAVELERS**

E BROOX RANDALL & SONS
4751 WILSHIRE BLVD STE 350
LOS ANGELES  CA  90010-3849

Date of this Notice                05/02/19
Account No.   5109C2218

PEZ SEAFOOD DTLA, LLC
400 S HOPE ST STE 120
LOS ANGELES CA  90071

Please contact your agent
with any questions, future
policy changes and all
address changes.

E BROOX RANDALL & SONS
(323) 936-1010

**Insuring Company:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

---

# REINSTATEMENT NOTICE

We are pleased to tell you that your policy has been reinstated.

| POLICYHOLDER | POLICY IDENTIFICATION NUMBER |
|---|---|
| PEZ SEAFOOD DTLA, LLC | 9M304995 680 |
| TYPE OF INSURANCE | POLICY PERIOD |
| Commercial Package | 01/29/19 To 01/29/20 |

Receipt of funds dishonored upon presentment is not a valid means of reinstatement.  Reinstatement will only occur when all conditions have been met.  If these conditions have not been met the reinstatement will be null and void.

We understand that circumstances will occasionally cause a payment to arrive late, but please be aware that if future payments don't reach us on time, WE MAY REQUIRE FULL PAYMENT OF THE OUTSTANDING BALANCE ON YOUR POLICY.  Please contact your Travelers            representative if you have any questions concerning this notice. Thank you for your business.

648826R     2019122    9386    189 073044

**TRAVELERS**

TRAVELERS
707 WEST MAIN ST.   SUITE 300
SPOKANE, WA 99201

10/01/2019

PEZ SEAFOOD DTLA, LLC DBA: PEZ CANTINA
  DBA: PEZ POWDER THOMPSON RESTAURANT G
400 S HOPE ST STE 120
LOS ANGELES CA 90071

**INSURING COMPANY:**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Policy Number: 680  9M304995                    Renewal Effective Date: 01-29-2020

**THIS IS NOT AN OFFER TO RENEW YOUR POLICY. THIS NOTICE IS INTENDED TO MAKE YOU AWARE OF CERTAIN COVERAGE CHANGES TO YOUR POLICY IF WE RENEW IT. YOUR STATE INSURANCE DEPARTMENT MAY ALSO REQUIRE US TO NOTIFY YOU OF OTHER CHANGES IF WE RENEW IT.**

**IF WE RENEW YOUR POLICY, IT WILL INCLUDE COVERAGE CHANGES FROM YOUR PREVIOUS POLICY. THE IMPORTANT COVERAGE CHANGES ARE IDENTIFIED IN THIS NOTICE. PLEASE READ THIS NOTICE CAREFULLY.**

**IF WE DO NOT RENEW YOUR POLICY, WE WILL PROVIDE YOU WITH NOTICE OF NONRENEWAL CONSISTENT WITH APPLICABLE STATE REQUIREMENTS.**

Dear Valued Policyholder:

We are excited to inform you about changes to the structure of your commercial general liability (CGL) insurance. We are implementing a new proprietary CGL Coverage Form that will update and further simplify our approach to that coverage. Our new CGL coverage form is more closely aligned with ISO's current CGL coverage form, and it includes numerous provisions previously contained in our proprietary mandatory endorsements and several coverage enhancements that have been provided in our commonly used XTEND™ endorsements.  In addition, we have updated many of our CGL endorsements for improved readability and consistency across our portfolio of policy forms.

To complement these CGL policy form changes, we are also transitioning our Liquor Liability (LL) coverage to ISO's current LL coverage form, modified by a proprietary Liquor Liability Amendatory Endorsement. This transition will improve consistency and coordination of CGL and LL coverages.

Your new Travelers CGL policy will contain coverage terms and conditions substantially similar to those in your expiring Travelers CGL policy. Also, in order to make this transition to our new proprietary policy forms as easy as possible for you, we will adjust any claims for CGL coverage under your new policy based upon the terms and conditions of either your expiring policy or your new policy, **whichever are broader**. Likewise, if your expiring policy includes LL coverage and you are renewing that coverage with us, we will adjust any claims for LL coverage under your new policy based upon the terms and conditions of either your expiring policy or your new policy, **whichever are broader**. However, this approach to adjustment of claims for CGL and LL coverage is **subject to the following exceptions:**

**PN M1 41 01 19**          © 2019 The Travelers Indemnity Company. All rights reserved.          Page 1 of 2

- Any differences in the insured locations or insurance schedules, or the identity of named insureds or additional insureds.
- Any reductions in coverage that have been requested by you or your agent or broker or to which you or your agent or broker have agreed during renewal negotiations, or any exposures you have elected to insure elsewhere.
- Any reduction in the amount of the limits of insurance shown in any Declarations or endorsement for your new policy from the amount shown for substantially similar coverage in any Declarations or endorsement for your expiring policy.
- Any increase in the amount of any deductible, self-insured retention, retrospective loss limitation, or coinsurance obligation shown in any Declarations or endorsement for your new policy from the amount shown for substantially similar coverage in any Declarations or endorsement for your expiring policy, or any change from a loss-sensitive to guaranteed-cost rating plan or vice versa.

We will apply this approach to claims adjusted under your first new Travelers policy. Any claim adjusted under a subsequent Travelers policy will be adjusted based only upon the terms and conditions of that policy.

Please review your expiring and new Travelers policies carefully, retain your expiring policy, and contact your agent or broker if you have any questions about this letter. We appreciate your business and thank you for choosing to insure with us.

cc: E BROOX RANDALL & SONS           73044
    4751 WILSHIRE BLVD STE 350
    LOS ANGELES CA 90010-3849

          © 2019 The Travelers Indemnity Company. All rights reserved.          **PN M1 41 01 19**

# EXHIBIT 2



ERIC GARCETTI
MAYOR

## Public Order Under City of Los Angeles Emergency Authority

Issue Date: March 15, 2020

**Subject:** New City Measures to Address COVID-19

On March 4, 2020, I declared a local emergency in relation to the arrival of the COVID-19 virus in our community, and on March 12, 2020, I ordered a number of measures to be taken across the City to protect members of the public and City workers from an undue risk of contracting the COVID-19 virus. Our precautions over the past weeks and what we do over the next few days and weeks will determine how well we weather this emergency.

On March 11, 2020, the World Health Organization characterized COVID-19 as a pandemic. The Centers for Disease Control and Prevention advises us that COVID-19 spreads easily from person to person and has issued guidelines recommending that the public adopt policies and routines to enable social distancing wherever possible.

Here in the City of Los Angeles, we must redouble our efforts to maintain hand hygiene, respiratory etiquette, and social distancing. It is absolutely critical that we as a City do everything we can to slow the pace of community spread and avoid unnecessary strain on our medical system. To aid in our efforts, under the emergency authorities vested in my office under the laws of the City of Los Angeles, today I am ordering that a series of temporary restrictions be placed on certain establishments throughout our City in which large numbers of people tend to gather and remain in close proximity. By virtue of authority vested in me as Mayor of the City of Los Angeles pursuant to the provisions of the Los Angeles Administrative Code, Chapter 3, Section 8.29 to promulgate, issue, and enforce rules, regulations, orders, and directives, I hereby declare the following orders to be necessary for the protection of life and property and I hereby order, effective at 11:59 p.m. tonight, until March 31, 2020 at 12:00 p.m., that:

1.    All bars and nightclubs in the City of Los Angeles that do not serve food shall be closed to the public.

2.      Any bars or nightclubs in the City of Los Angeles that serve food may remain open only for purposes of continuing to prepare and offer food to customers via delivery service or to be picked up.  Dine-in food service is prohibited.

3.      All restaurants and retail food facilities in the City of Los Angeles shall be prohibited from serving food for consumption on premises.  Restaurants and retail food facilities may continue to operate for purposes of preparing and offering food to customers via delivery service, to be picked up or for drive-thru.  For those establishments offering food pick-up options, proprietors are directed to establish social distancing practices for those patrons in the queue for pick-up.

4.      The following are exempt from this Order:

      A.  Cafeterias, commissaries, and restaurants located within hospitals, nursing homes, or similar facilities
      B.  Grocery stores
      C.  Pharmacies
      D.  Food banks
      E.  Los Angeles World Airports concessionaires

5.      Trucks and other vehicles engaged in the delivery of grocery items to grocery stores, when such items are to be made available for sale to the public, are hereby exempt from having to comply with any City rules and regulations that limit the hours for such deliveries, including, without limitation, Los Angeles Municipal Code Section 12.22 A.23(b)(3) and Los Angeles Municipal Code Section 114.03.

6.      All movie theaters, live performance venues, bowling alleys and arcades shall be closed to the public.

7.      All gyms and fitness centers shall be closed to the public.

Any violation of the above prohibitions may be referred to the Office of the City Attorney for prosecution under Los Angeles Administrative Code Section 8.77, which provides for fines not to exceed $1,000 or imprisonment not to exceed six months.  Each individual officer should use their discretion in enforcing this order and always keep the intent of the order in mind.

In addition, I hereby issue guidance to the leaders of the City's houses of worship and urge them, in the strongest possible terms, to limit gatherings on their premises and to explore and implement ways to practice their respective faiths while observing social distancing practices.

Finally, I hereby order that no landlord shall evict a residential tenant in the City of Los Angeles during this local emergency period if the tenant is able to show an inability to pay rent due to circumstances related to the COVID-19 pandemic.  These

circumstances include loss of income due to a COVID-19 related workplace closure, child care expenditures due to school closures, health care expenses related to being ill with COVID-19 or caring for a member of the tenant's household who is ill with COVID-19, or reasonable expenditures that stem from government-ordered emergency measures.  Nothing in this subsection shall be construed to mean that the tenant will not still be obligated to pay lawfully charged rent.  Tenants will have up to six months following the expiration of the local emergency period to repay any back due rent.  Tenants may use the protections afforded in this subsection as an affirmative defense in an unlawful detainer action.  This subsection shall remain in effect during the pendency of the local emergency period.

This order may be extended prior to March 31, 2020.

# EXHIBIT 3



ERIC GARCETTI
MAYOR

## Public Order Under City of Los Angeles Emergency Authority

**Issue Date:   March 19, 2020 (Revised April 1, 2020)**

**Subject:     SAFER AT HOME**

The novel coronavirus pandemic is a global emergency that is unprecedented in modern history.  Profoundly impacting our daily lives, it has inspired Angelenos to respond with courage, compassion, wisdom and resolve to overcome this crisis and help each other.

In a short period of time and at an unprecedented scale, residents in every community have embraced urgent social distancing best practices and aggressive hygienic precaution, not just to protect themselves, but to protect others. Angelenos understand with exceptional clarity that there is only one way to get through this difficult moment: together.

The **City's recent emergency orders** — curtailing large public gatherings; temporarily closing many government facilities; closing theaters, bars and entertainment venues; prohibiting restaurants from serving to dine-in customers while permitting take-out, delivery and drive-thru; and a ban on evictions of residential and commercial tenants who cannot pay rent due to financial impacts caused by COVID-19 — have been followed with a willing and generous spirit.

While we have previously taken strong action, now the City must adopt additional emergency measures to further limit the spread of COVID-19.

With this virus, we are safer at home.

Wherever feasible, City residents must isolate themselves in their residences, subject to certain exceptions provided below.  This Order is given because, among other reasons, the COVID-19 virus can spread easily from person to person and it is physically causing property loss or damage due to its tendency to attach to surfaces for prolonged periods of time.




Exhibit A, Page 418

Under the provisions of Section 231(i) of the Los Angeles City Charter and Chapter 3, Section 8.27 of the Los Angeles Administrative Code, I hereby declare the following orders to be necessary for the protection of life and property in the City of Los Angeles, effective on Thursday, March 19, 2020 at 11:59 PM:

1.      Subject only to the exceptions outlined in this Paragraph and Paragraph 5 below, all persons living within the City of Los Angeles are hereby ordered to remain in their homes.  Residents of the City of Los Angeles who are experiencing homelessness are exempt from this requirement.  The City is working, along with partner government agencies and non-governmental organizations, to make more emergency shelters available for the unhoused residents of our City.  City of Los Angeles officials and contracted partners responsible for homelessness outreach shall make every reasonable effort to persuade such residents to accept, if offered, temporary housing or shelter, as the Health Officer of the County of Los Angeles recommends that sheltering individuals will assist in reducing the spread of the virus and will protect the individual from potential exposure by allowing the individual access to sanitation tools.  People at high risk of severe illness from COVID-19 and people who are sick are urged to stay in their residence to the extent possible except as necessary to seek medical care.

2.      Subject only to the exceptions outlined in this Paragraph and Paragraph 5 below, all businesses within the City of Los Angeles are ordered to cease operations that require in-person attendance by workers at a workplace (including, without limitation, indoor malls and indoor shopping centers, including all stores except for those stores considered essential activities or infrastructure under this Order which are directly accessible to the public from the exterior of the mall or shopping center - the interior of the indoor mall or indoor shopping center shall remain closed to the public).  To the extent that business operations may be maintained by telecommuting or other remote means, while allowing all individuals to maintain shelter in their residences, this Order shall not apply to limit such business activities.  A business that fails to cease operation despite not meeting an exception in this Paragraph or Paragraph 5 may be subject to having its water and power services shut off by the Department of Water and Power for not being in compliance with the Order.  The Deputy Mayor of Public Safety, or his written designee, may, after engagement with and a written warning issued to a noncompliant business, refer that business in writing to the Department of Water and Power to shut off water and power services pursuant to this order.  Upon receiving such a written referral, the Department of Water & Power is authorized to shut off water and power services to the noncompliant business operating in violation of the Order

3.      All public and private gatherings of any number of people occurring outside a residence are prohibited, except as to those exempted activities described in this Paragraph and Paragraph 5.  This provision does not apply to gatherings within a single household or living unit.

4.      All travel, including, without limitation, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit is prohibited, subject to the exceptions in Paragraph 5.

5.    <u>Exceptions</u>.  People may lawfully leave their residence while this Order is in effect only to engage in the following activities:

~~(i) First 24-hour allowance. This Order shall not apply, for a 24-hour period following the effective date above, to allow employees and business owners to access to their workplaces to gather belongings or address other administrative needs, so long as social distancing requirements are followed. Such workplaces shall remain closed to the public in accordance with this Order.~~

(ii) <u>Essential Activities</u>.  To engage in certain essential activities, including, without limitation, visiting a health or veterinary care professional, obtaining medical supplies or medication, obtaining grocery items (including, without limitation, canned food, dry goods, fresh fruits and vegetables, pet supplies, fresh or frozen meats, fish, and poultry, any other household consumer products and products necessary to maintain the safety and sanitation of residences and other buildings) for their household or to deliver to others, or for legally mandated government purposes.  In addition, any travel related to (a) providing care for minors, the elderly, dependents, persons with dis**abilities, or other vulnerable persons; (b) returning to one's place of residence from outside the City; (c) travelling to one's place of residence located outside the City; (d)** compliance with an order of law enforcement or court shall be exempt from this Order; or (e) legally mandated government purposes.  Persons engaging in these essential activities are required to maintain reasonable social distancing practices.  This includes maintaining a distance of at least six-feet away from others, frequently washing hands with soap and water for at least twenty seconds or using hand sanitizer, covering coughs or sneezes (into the sleeve or elbow, not hands), regularly cleaning high-touch surfaces, and not shaking hands.

(iii) <u>Outdoor Activities</u>.  To engage in passive outdoor activity and recreation, provided that the individuals comply with social distancing requirements, including, without limitation, walking, running, cycling; use of scooters, roller skates, skateboards, or other personal mobility devices; or travel in a vehicle with household members to a location where it is possible to walk, run or ride a bike, horseback ride or operate personal mobility devices, while maintaining social distancing practices. Indoor and outdoor playgrounds for children, except those located within childcare centers, shall be closed for all purposes.  The City of Los Angeles, following the recommendations and directives of the County Department of Public Health, shall cancel its recreational and cultural programming and close its beaches, park trails, trail heads, and park facilities. Parks shall remain open for passive recreational activities while practicing social **distancing.  "Recreation and cultural programming" refers to recreational and cultural** activities, indoor and outdoor sports leagues, aquatics classes, instructional courses, and group sessions on City-**owned and operated park land.  "Park facilities," which shall be closed to the public, refers to the City's Department of Recreation and Parks** facilities, including: skate parks, basketball courts, tennis courts, volleyball courts, baseball fields, Venice Boardwalk (except as necessary to travel to an essential business), Griffith Observatory, Travel Town, Griffith Park train rides and pony rides, the Cabrillo Marine Museum, Sherman Oaks Castle, EXPO Center, and aquatics facilities.

Census Centers located at Recreation and Parks facilities may remain open, provided strict adherence to social distancing practices.

(iv) <u>Work in Support of Essential Activities</u>.  To perform work providing essential products and services or to otherwise carry out activities specifically permitted in this Order.

(v) To care for or support a friend, family member, or pet in another household.

(vi) <u>Emergency Personnel</u>.  All first responders, gang and crisis intervention workers, public health workers, emergency management personnel, emergency dispatchers, law enforcement personnel, and related contractors and others working for emergency services providers are categorically exempt from this Order.

(vii) <u>Essential Activities Exempt</u>.  Certain business operations and activities are exempt from the provisions of this Order, on the grounds that they provide services that are recognized to be critical to the health and well-being of the City.  These include:

(a)　All healthcare operations, including hospitals, clinics, dentists, pharmacies, pharmaceutical and biotechnology companies, medical and scientific research, laboratories, healthcare suppliers, home healthcare services providers, veterinary care providers, mental and behavioral health providers, substance use providers, physical therapists and chiropractors, cannabis dispensaries, or any related and/or ancillary healthcare services, manufacturers and suppliers. Healthcare operations does not include fitness and exercise gyms and similar facilities.

(b)　Grocery stores, water retailers, farm and produce stands, supermarkets, convenience stores, warehouse stores, food banks, and other establishments engaged in the retail sale of canned food, dry goods, fresh fruits and vegetables, pet food and medication supply (but not grooming or training), fresh or frozen meats, fish, and poultry, any other household consumer products (such as construction supplies, cleaning and personal care products). This includes stores that sell groceries and sell other non-grocery products, and products necessary to maintaining the safety, sanitation, and essential operation of residences.  Certified farmers markets may operate only if they are able to obtain written approval from the Bureau of Street Services (BSS) and only according to the guidelines set forth by BSS.

(c)　Food cultivation, including farming, livestock, and fishing.

(d)　Organizations and businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals (including gang prevention and intervention, domestic violence, and homeless services agencies).

(e)　Newspapers, television news, radio, magazine, podcast and journalism.

(f)　Gas service stations, auto part supply, mobile auto repair operations, auto repair shops (including, without limitation, auto repair shops that operate adjacent to or otherwise in connection with an used or retail auto dealership), bicycle repair shops and related facilities.  No auto dealership may operate, with the exception of its auto service and part stores.  Fully automated or self-service car

washes are permitted to operate; car washes that require personnel are not permitted to operate.

(g)     Banks, credit unions, financial institutions and insurance companies.

(h)     Hardware and building supply stores, day labor centers, and nurseries.

(i)     Plumbers, electricians, exterminators, custodial/janitorial workers, handyman services, funeral home workers and morticians, moving services, HVAC installers, carpenters, day laborers, landscapers, gardeners, property managers and leasing agents, private security personnel and other service providers who provide services to maintain the safety, sanitation, and essential operation to properties and other essential activities discussed in this subsection.

(j)     Businesses providing mailing and shipping services, boxes and packaging, and post office boxes.

(k)     Educational institutions -- including public and private K-12 schools, colleges, and universities -- for purposes of facilitating distance learning or performing essential functions provided that social distancing of six-feet per person is maintained.

(l)     Laundromats, dry cleaners, and laundry service providers.

(m)     Restaurants and retail food facilities that prepare and offer food to customers, but only via delivery service, to be picked up, or drive-thru.  For those establishments offering food pick-up options, proprietors are directed to establish social distancing practices for those patrons in the queue for pick-up.  This includes maintaining a distance of at least six-feet away from others.  Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and carry out basis only.  Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or any other gathering site. Cafeterias, commissaries, and restaurants located within hospitals, nursing homes, or similar facilities are also exempt from this Order.  Social distancing shall be maintained at a distance of at least six-feet away from others

(n)     Businesses that supply or provide storage for products needed for people to work from home.

(o)     Businesses that supply other essential businesses with the support, services, or supplies necessary to operate, provided that strict social distancing is maintained.  This section includes, without limitation, utility companies.

(p)     Individuals and businesses that ship or deliver groceries, food, beverages or goods directly to residences or businesses, including rail and trucking.

(q)     Airlines, taxis, ride sharing services, car rental companies, and other private transportation services providing transportation services necessary for essential activities and other purposes expressly authorized in this Order.

(r)     Home-based care for disabled persons, seniors, adults, or children.

(s)     Residential facilities and shelters for homeless residents, disabled persons, seniors, adults, children and animals.

(t)     Professional services, such as legal, leasing and real estate transactions, payroll or accounting services, when necessary to assist in compliance

with legally mandated activities.  Open houses and in-person showings of housing for lease and sale are prohibited.

(u)     Childcare facilities providing services that enable employees exempted in this Order to work as permitted.  To the extent possible, childcare facilities must operate under the following mandatory conditions:

(1) Childcare must be carried out in stable groups of 12 or fewer (**"stable" means that the same 12 or fewer children are in the same** group each day).

(2) Children shall not change from one group to another.

(3) If more than one group of children is cared for at one facility, each group shall be in a separate room.  Groups shall not mix with each other.

(4) Childcare providers shall remain solely with one group of children.

(v)     Hotels, motels, shared rental units and similar facilities.

(w)    Military/Defense Contractors/FFRDC (Federally Funded Research and Development Centers).  For purposes of this Order, essential personnel may leave their residence to provide any service or perform any work deemed essential for national security including, without limitation, defense, intelligence, and aerospace development and manufacturing for the Department of Defense, the Intelligence Community, and NASA and other federal government, and or United States Government departments and agencies.  Essential personnel include prime, sub-prime, and supplier contractor employees, at both the prime contract level and any supplier level at any tier, working on federal United States Government contracts, such as contracts for national intelligence and national security requirements.

(viii)   <u>Government Employees</u>.  This Order does not apply to employees of government agencies working within the course and scope of their public service employment.  Employees of the City of Los Angeles shall follow any current or future directives issued by the Mayor.

(ix)    <u>Essential Infrastructure</u>.  Individuals may leave their residences to provide any services or goods or perform any work necessary to to build, operate, maintain or manufacture essential infrastructure, including without limitation construction of commercial, office and institutional buildings, residential buildings and housing; airport operations, food supply, concessions, and construction; port operations and construction; water, sewer, gas, electrical, oil extraction and refining; roads and highways, public transportation and rail; solid waste collection, removal, and recycling; flood control and watershed protection; internet and telecommunications systems (including the provision of essential global, national, and local infrastructure for computing services, business infrastructure, communications, phone retail sales and servicing, and web-based services); and manufacturing and distribution companies deemed essential to the supply chains of the industries referenced in this Paragraph, provided that they carry out those services and that work in compliance with social distancing practices as prescribed by the Centers for Disease Control and Prevention and the Los Angeles County Department of Public Health, to the extent possible.

6.      To the extent that this Order is in conflict with earlier Orders, this Order shall supersede the others.

7.      Failure to comply with this Order shall constitute a misdemeanor subject to fines and imprisonment.  I hereby urge the Los Angeles Police Department and the City Attorney to vigorously enforce this Order via Sections 8.77 and 8.78 of the Los Angeles Administrative Code.

8       If any subsection, sentence, clause, phrase, or word of this Order or any application of it to any person, structure, or circumstance is held to be invalid or unconstitutional by a decision of a court of competent jurisdiction, then such decision shall not affect the validity of the remaining portions or applications of this Order.

This order shall be in place until April 19, 2020, and it may be extended prior to that time.

# EXHIBIT 4



ERIC GARCETTI
MAYOR

## Public Order Under City of Los Angeles Emergency Authority

### Issue Date:   March 19, 2020 (Revised April 10, 2020)

**Subject:     SAFER AT HOME**

The novel coronavirus pandemic is a global emergency that is unprecedented in modern history.  Profoundly impacting our daily lives, it has inspired Angelenos to respond with courage, compassion, wisdom and resolve to overcome this crisis and help each other.

In a short period of time and at an unprecedented scale, residents in every community have embraced urgent social distancing best practices and aggressive hygienic precaution, not just to protect themselves, but to protect others. Angelenos understand with exceptional clarity that there is only one way to get through this difficult moment: together.

The City's recent emergency orders — curtailing large public gatherings; temporarily closing many government facilities; closing theaters, bars and entertainment venues; prohibiting restaurants from serving to dine-in customers while permitting take-out, delivery and drive-thru; and a ban on evictions of residential and commercial tenants who cannot pay rent due to financial impacts caused by COVID-19 — have been followed with a willing and generous spirit.

While we have previously taken strong action, now the City must adopt additional emergency measures to further limit the spread of COVID-19.

With this virus, we are safer at home.

Wherever feasible, City residents must isolate themselves in their residences, subject to certain exceptions provided below.  This Order is given because, among other reasons, the COVID-19 virus can spread easily from person to person and it is physically causing property loss or damage due to its tendency to attach to surfaces for prolonged periods of time

Under the provisions of Section 231(i) of the Los Angeles City Charter and Chapter 3, Section 8.27 of the Los Angeles Administrative Code, I hereby declare the following orders to be necessary for the protection of life and property in the City of Los Angeles, effective on Friday, April, 10, 2020 at 11:59 PM:

1.      Subject only to the exceptions outlined in this Paragraph and Paragraph 5 below, all persons living within the City of Los Angeles are hereby ordered to remain in their homes.  Residents of the City of Los Angeles who are experiencing homelessness are exempt from this requirement.  The City is working, along with partner government agencies and non-governmental organizations, to make more emergency shelters available for the unhoused residents of our City.  City of Los Angeles officials and contracted partners responsible for homelessness outreach shall make every reasonable effort to persuade such residents to accept, if offered, temporary housing or shelter, as the Health Officer of the County of Los Angeles recommends that sheltering individuals will assist in reducing the spread of the virus and will protect the individual from potential exposure by allowing the individual access to sanitation tools.  People at high risk of severe illness from COVID-19 and people who are sick are urged to stay in their residence to the extent possible except as necessary to seek medical care.

2.      Subject only to the exceptions outlined in this Paragraph and Paragraph 5 below, all businesses within the City of Los Angeles are ordered to cease operations that require in-person attendance by workers at a workplace (including, without limitation, indoor malls and indoor shopping centers, including all stores except for those stores considered essential activities or infrastructure under this Order which are directly accessible to the public from the exterior of the mall or shopping center - the interior of the indoor mall or indoor shopping center shall remain closed to the public).  To the extent that business operations may be maintained by telecommuting or other remote means, while allowing all individuals to maintain shelter in their residences, this Order shall not apply to limit such business activities.  A business that fails to cease operation despite not meeting an exception in this Paragraph or Paragraph 5 may be subject to having its water and power services shut off by the Department of Water and Power for not being in compliance with the Order.  The Deputy Mayor of Public Safety, or his written designee, may, after engagement with and a written warning issued to a noncompliant business, refer that business in writing to the Department of Water and Power to shut off water and power services pursuant to this order.  Upon receiving such a written referral, the Department of  Water & Power is authorized to shut off water and power services to the noncompliant business operating in violation of the Order

3.      All public and private gatherings of any number of people occurring outside a residence are prohibited, except as to those exempted activities described in this Paragraph and Paragraph 5.  This provision does not apply to gatherings within a single household or living unit.

4.      All travel, including, without limitation, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit is prohibited, subject to the exceptions in Paragraph 5.

5.      <u>Exceptions</u>.  People may lawfully leave their residence while this Order is in effect only to engage in the following activities:

~~(i) First 24 hour allowance. This Order shall not apply, for a 24-hour period following the effective date above, to allow employees and business owners to access to their workplaces to gather belongings or address other administrative needs, so long as social distancing requirements are followed. Such workplaces shall remain closed to the public in accordance with this Order.~~

(ii) <u>Essential Activities</u>.  To engage in certain essential activities, including, without limitation, visiting a health or veterinary care professional, obtaining medical supplies or medication, obtaining grocery items (including, without limitation, canned food, dry goods, fresh fruits and vegetables, pet supplies, fresh or frozen meats, fish, and poultry, any other household consumer products and products necessary to maintain the safety and sanitation of residences and other buildings) for their household or to deliver to others, or for legally mandated government purposes.  In addition, any travel related to (a) providing care for minors, the elderly, dependents, persons with disabilities, or other vulnerable persons; (b) returning to one's place of residence from outside the City; (c) travelling to one's place of residence located outside the City; (d) compliance with an order of law enforcement or court shall be exempt from this Order; or (e) legally mandated government purposes.  Persons engaging in these essential activities are required to maintain reasonable social distancing practices.  This includes maintaining a distance of at least six-feet away from others, frequently washing hands with soap and water for at least twenty seconds or using hand sanitizer, covering coughs or sneezes (into the sleeve or elbow, not hands), regularly cleaning high-touch surfaces, and not shaking hands.

(iii) <u>Outdoor Activities</u>.  Travel for purposes of or to engage in passive outdoor activity and recreation, provided that the individuals comply with social distancing requirements, including, without limitation, walking, running, cycling; use of scooters, roller skates, skateboards, or other personal mobility devices; or travel in a vehicle with household members to a location where it is possible to walk, run or ride a bike, horseback ride or operate personal mobility devices, while maintaining social distancing practices. Indoor and outdoor playgrounds for children, except those located within childcare centers, shall be closed for all purposes.  The City of Los Angeles, following the recommendations and directives of the County Department of Public Health, shall cancel its recreational and cultural programming and close its beaches, public beach parking lots, beach access points, piers, park trails, trail heads, and park facilities. Parks shall remain open for passive recreational activities while practicing social distancing.  "Recreation and cultural programming" refers to recreational and cultural activities, indoor and outdoor sports leagues, aquatics classes, instructional courses, and group sessions on City-owned and operated park land.  "Park facilities," which shall

be closed to the public, refers to the City's Department of Recreation and Parks facilities, including: skate parks, basketball courts, tennis courts, volleyball courts, baseball fields, Venice Boardwalk (except as necessary to travel to an essential business), Griffith Observatory, Travel Town, Griffith Park train rides and pony rides, the Cabrillo Marine Museum, Sherman Oaks Castle, EXPO Center, and aquatics facilities. Census Centers located at Recreation and Parks facilities may remain open, provided strict adherence to social distancing practices.

(iv) <u>Work in Support of Essential Activities</u>.  To perform work providing essential products and services or to otherwise carry out activities specifically permitted in this Order.

(v) To care for or support a friend, family member, or pet in another household.

(vi) <u>Emergency Personnel</u>.  All first responders, gang and crisis intervention workers, public health workers, emergency management personnel, emergency dispatchers, law enforcement personnel, and related contractors and others working for emergency services providers are categorically exempt from this Order.

(vii) <u>Essential Activities Exempt</u>.  Certain business operations and activities are exempt from the provisions of this Order, on the grounds that they provide services that are recognized to be critical to the health and well-being of the City.  These include:

(a)      All healthcare operations, including hospitals, clinics, dentists, pharmacies, pharmaceutical and biotechnology companies, medical and scientific research, laboratories, healthcare suppliers, home healthcare services providers, veterinary care and pet day care providers (excluding pet grooming and training), mental and behavioral health providers, substance use providers, physical therapists and chiropractors, cannabis dispensaries, or any related and/or ancillary healthcare services, manufacturers and suppliers. Healthcare operations does not include fitness and exercise gyms and similar facilities.

(b)      Grocery stores, water retailers, farm and produce stands, supermarkets, convenience stores, warehouse stores, food banks, and other establishments engaged in the retail sale of canned food, dry goods, fresh fruits and vegetables, pet food and medication supply (but not grooming or training), fresh or frozen meats, fish, and poultry, any other household consumer products (such as construction supplies, cleaning and personal care products). This includes stores that sell beer, wine, and liquor, groceries and other non-grocery products, and products necessary to maintaining the safety, sanitation, and essential operation of residences. The portions of wineries, breweries and tap rooms that provide tastings to the public are closed. Certified farmers markets may operate only if they are able to obtain written approval from the Bureau of Street Services (BSS) and only according to the guidelines set forth by BSS.

(c)      Food cultivation, including farming, livestock, and fishing.

(d)      Organizations and businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise

needy individuals (including gang prevention and intervention, domestic violence, and homeless services agencies).

   (e)  Newspapers, television news, radio, magazine, podcast and journalism.

   (f)  Gas service stations, auto part supply, mobile auto repair operations, auto repair shops (including, without limitation, auto repair shops that operate adjacent to or otherwise in connection with an used or retail auto dealership), bicycle repair shops and related facilities.  No auto dealership may operate, with the exception of its auto service and part stores.  Fully automated or self-service car washes are permitted to operate; car washes that require personnel are not permitted to operate.

   (g)  Banks, credit unions, financial institutions and insurance companies, and pawn shops.

   (h)  Hardware and building supply stores, day labor centers, and nurseries.

   (i)  Plumbers, electricians, custodial/janitorial workers, handyman services, funeral home workers and morticians, moving services, HVAC installers, carpenters, day laborers, landscapers, gardeners, exterminators, property managers and leasing agents, private security personnel and other service providers who provide services to maintain the safety, sanitation, and essential operation to properties and other essential activities discussed in this subsection.

   (j)  Businesses providing mailing and shipping services, boxes and packaging, and post office boxes.

   (k)  Educational institutions -- including public and private K-12 schools, colleges, and universities -- for purposes of facilitating distance learning or performing essential functions provided that social distancing of six-feet per person is maintained.

   (l)  Laundromats, dry cleaners, and laundry service providers.

   (m)  Restaurants and retail food facilities that prepare and offer food to customers, but only via delivery service, to be picked up, or drive-thru.  For those establishments offering food pick-up options, proprietors are directed to establish social distancing practices for those patrons in the queue for pick-up.  This includes maintaining a distance of at least six-feet away from others.  Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and carry out basis only.  Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or any other gathering site. Cafeterias, commissaries, and restaurants located within hospitals, nursing homes, or similar facilities are also exempt from this Order.  Social distancing shall be maintained at a distance of at least six-feet away from others

   (n)  Businesses that supply or provide storage for products needed for people to work from home.

   (o)  Businesses that supply other essential businesses with the support, services, or supplies necessary to operate, provided that strict social distancing is maintained.  This section includes, without limitation, utility companies.

(p)      Individuals and businesses that ship, truck, transport, or provide logistical support to deliver groceries, food, goods, or services directly to residences, or businesses engaged in essential activities or essential infrastructure.

(q)      Airlines, taxis, ride sharing services, car rental companies, and other private transportation services providing transportation services necessary for essential activities and other purposes expressly authorized in this Order.

(r)      Home-based care for disabled persons, seniors, adults, or children.

(s)      Residential facilities and shelters for homeless residents, disabled persons, seniors, adults, children and animals.

(t)      Professional services, such as legal, leasing and real estate transactions, payroll or accounting services, when necessary to assist in the permitting, inspection, construction, transfer and recording of ownership of housing, and when necessary to achieve compliance with legally mandated activities.  Vacant units and real property may be shown, provided that appointments and other residential viewings must occur virtually or, if a virtual viewing is not feasible, by appointment with no more than two visitors at a time residing within the same household or living unit and one individual showing the unit (except that in-person visits are not allowed when the occupant is still residing in the residence);

(u)      Childcare facilities providing services that enable employees exempted in this Order to work as permitted.  To the extent possible, childcare facilities must operate under the following mandatory conditions:

(1) Childcare must be carried out in stable groups of 12 or fewer ("stable" means that the same 12 or fewer children are in the same group each day).

(2) Children shall not change from one group to another.

(3) If more than one group of children is cared for at one facility, each group shall be in a separate room.  Groups shall not mix with each other.

(4) Childcare providers shall remain solely with one group of children.

(v)      Hotels, motels, shared rental units and similar facilities.

(w)      Military/Defense Contractors/FFRDC (Federally Funded Research and Development Centers).  For purposes of this Order, essential personnel may leave their residence to provide any service or perform any work deemed essential for national security including, without limitation, defense, intelligence, and aerospace development and manufacturing for the Department of Defense, the Intelligence Community, and NASA and other federal government, and or United States Government departments and agencies.  Essential personnel include prime, sub-prime, and supplier contractor employees, at both the prime contract level and any supplier level at any tier, working on federal United States Government contracts, such as contracts for national intelligence and national security requirements.

(x)      Businesses that manufacture or sell personal protective equipment or cloth or fabric face coverings, and businesses that sell materials for purposes of assembling such face coverings, subject to the following conditions: for manufacturers, at least 50% of daily production must consist of personal

protective equipment, cloth or fabric face covering or other essential products; for retail businesses, their products may be available to purchasers by delivery or pick-up but may not be open to the public.  Nothing in this subsection shall be construed to allow otherwise non-essential businesses to render themselves essential for purposes of this Order by adopting similar sales protocols.

(viii)    Government Employees.  This Order does not apply to employees of government agencies working within the course and scope of their public service employment.  Employees of the City of Los Angeles shall follow any current or future directives issued by the Mayor.

(ix)    Essential Infrastructure.  Individuals may leave their residences to provide any services or goods or perform any work necessary to to build, operate, maintain or manufacture essential infrastructure, including without limitation construction of public health operations, commercial, office and institutional buildings, residential buildings and housing; airport operations, food supply, concessions, and construction; port operations and construction; water, sewer, gas, electrical, oil extraction and refining; roads and highways, public transportation and rail; solid waste collection, removal, and recycling; flood control and watershed protection; internet and telecommunications systems (including the provision of essential global, national, and local infrastructure for computing services, business infrastructure, communications, phone retail sales and servicing, and web-based services); and manufacturing and distribution companies deemed essential to the supply chains of the industries referenced in this Paragraph, provided that they carry out those services and that work in compliance with social distancing practices as prescribed by the Centers for Disease Control and Prevention and the Los Angeles County Department of Public Health, to the extent possible.

(x)    Non-Essential Businesses.  Businesses regarded under this Order as "non-essential" may be permitted to conduct minimum basic operations including inventory, security, custodial services, payroll and employee benefits processing, and any reasonable activity designed to maximize the ability for its employees to work remotely from their homes.

6.    Public Notice of Social Distancing Protocols.  The owner, manager, or operator of any business engaged in Essential Activities or Essential Infrastructure under Paragraph 5, shall prepare and post by no later than 11:59 p.m. on April 15, 2020, a Social Distancing Protocol for each of their facilities within the City of Los Angeles.  The Social Distancing Protocol must be (i) substantially in the form attached to this Order as Appendix A; (ii) posted at or near the entrance to the facility so that it is easily viewable by the public and employees; and (iii) provided to each employee performing work at the facility.  All such businesses shall implement the Social Distancing Protocol and provide evidence of its implementation to any authority enforcing this Order upon demand.

The City of Los Angeles has adopted the County of Los Angeles Department of Public Health Social Distancing Protocol, available for download at http://coronavirus.lacity.org/socialdistancingprotocol

Social Distancing Protocols must observe the following safety guidelines:

a)    limit the number of people who may enter into the facility at any one time to ensure that people in the facility can easily maintain, at all times, a minimum six (6) foot distance from others;

b)    designate where lines may form at a facility, marking six (6) foot increments at a minimum, establishing where individuals should stand to maintain adequate social distancing;

c)    provide hand sanitizer, soap and water, or effective disinfectant at or near the entrance of the facility and in other appropriate areas for use by the public and employees;

d)    post a sign in a conspicuous place at all public entries that instructs members of the public to not enter if they are experiencing symptoms of respiratory illness, including fever or cough, and to maintain social distancing from one another;

e)    regularly disinfect high-touch surfaces, including, without limitation all payment portals, pens, and styluses after each use.  Businesses engaged in essential activities and essential infrastructure are encouraged to offer touch-less payment mechanisms, if feasible;

f)    provide employees and contracted workers whose duties require close contact (within 6 feet for 10 minutes or more) with other employees and/or the public with cloth face coverings;

g)    require that members of the public who enter the facility wear a face covering during their time in the facility; and

h)    adhere to communicable disease control recommendations provided by the Los Angeles County Department of Public Health, including guidance for cleaning and disinfecting the site. See guidance posted at www.publichealth.lacounty.gov/media/Coronavirus/.

7.    To the extent that this Order is in conflict with earlier Orders, this Order shall supersede the others.

8.    Failure to comply with this Order shall constitute a misdemeanor subject to fines and imprisonment.  I hereby urge the Los Angeles Police Department and

the City Attorney to vigorously enforce this Order via Sections 8.77 and 8.78 of the Los Angeles Administrative Code.

9.      If any subsection, sentence, clause, phrase, or word of this Order or any application of it to any person, structure, or circumstance is held to be invalid or unconstitutional by a decision of a court of competent jurisdiction, then such decision shall not affect the validity of the remaining portions or applications of this Order.

This order shall be in place until May 15, 2020, and it may be extended prior to that time.

Dated: April 10, 2020 at Los Angeles, California
Time: _____

Filed with the City Clerk
Date: _____
Time: _____
By: _____

# EXHIBIT 5

COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH
ORDER OF THE HEALTH OFFICER



## HEALTH OFFICER ORDER FOR THE CONTROL OF COVID-19
Temporary Prohibition of Group Events and Gatherings
Required Social Distancing Measures
Closure of Certain Businesses
Date Order Issued: March 16, 2020

**Please read this Order carefully. Violation of or failure to comply with this Order is a crime punishable by fine, imprisonment, or both. (California Health and Safety Code § 120295; Los Angeles County Code § 11.02.080.)**

**SUMMARY OF THE ORDER:** During a State of Emergency, California law empowers the County of Los Angeles Health Officer (Health Officer) to take measures necessary to protect the public from the spread of the Novel Coronavirus (COVID-19) within the County of Los Angeles. In accordance with the Centers for Disease Control's (CDC) Interim Guidance for Large Events and Mass Gatherings (March 15, 2020); the California Department of Public Health's Mass Gathering Guidance (March 11, 2020); Governor Newsom's Guidance Regarding Bars and Restaurants (March 15, 2020); and Mayor Eric Garcetti's Emergency Public Order – New City Measures to Address COVID-19 (March 15, 2020), the Health Officer is ordering significant protective measures to stem or slow the spread of COVID-19 within the greater Los Angeles community.

Because of the rapid spread of COVID-19 and the need to protect the most vulnerable members of our community, this Order prohibits all indoor public and private gatherings and all outdoor public and private events within a confined space, where at least 50 people are expected to be in attendance at the same time. This Order applies within the County of Los Angeles Public Health Jurisdiction, beginning March 16, 2020 and continues through March 31, 2020, subject to the terms and conditions more particularly set forth below.

For all gatherings that are not prohibited, the Health Officer orders the event and gathering holders and venues to implement the following infection control precautions: (1) enforce social distancing within the confined space by requiring attendees to be separated by six (6) feet; (2) provide access to hand washing facilities with soap and water or hand sanitizer that contains at least 60 percent alcohol; (3) post a sign in a conspicuous place at the public entry to the venue instructing members of the public to not attend if they are experiencing symptoms of respiratory illness, including fever or cough; and (4) adhere to communicable disease control recommendations provided by the Los Angeles County Department of Public Health.

Further, this Health Officer Order, in accordance Mayor Eric Garcetti's Emergency Public Order – New City Measures to Address COVID-19, requires all permanent food facilities to limit their services to only preparing and offering food to customers via delivery service, via pick up for take-out dining only, or via drive thru.

This Order immediately requires closing the following types of businesses:

(1) Bars and Nightclubs that do not serve food.

(2) Gyms and Fitness Centers.

(3) Movie Theaters, Live Performance Theaters, Bowling Alleys, and Arcades.

The County Health Officer will continue to monitor COVID-19 disease spread, State and CDC recommendations, and the impact of the required measures, and as needed, may revisit, extend, expand, or otherwise modify this Order to protect the public's health.

HOA.102820213.1
Health Officer Order for the Control of COVID-19: Temporary Prohibition of Group Events and Gatherings, Required Social Distancing Measures, and Closure of Certain Businesses
Page 1 of 5                                                                                          3/16/2020

Exhibit A, Page 436

COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH
ORDER OF THE HEALTH OFFICER



---

**UNDER THE AUTHORITY OF THE CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040, 101085, AND 120175, THE COUNTY OF LOS ANGELES HEALTH OFFICER ORDERS:**

1. Effective March 16, 2020, and continuing through March 31, 2020, all public and private group events and mass gatherings, as defined below, of 50 or more people are prohibited anywhere within the Los Angeles County Public Health Jurisdiction.

2. For public and private events and gatherings attended by between 10-49 members of the public, held in a confined or enclosed space, and not prohibited by this Order, the organizer of the event and the owner, manager, or operator of the venue holding the event or gathering shall:

   a. Enforce social distancing measures by requiring attendees who remain at the event for over 10 minutes to be separated by at least six (6) feet from other attendees during the entirety of the event or gathering. Persons who attend the event or gathering as a group, e.g., a group of family members or household contacts, may sit or remain together, but groups of attendees must be separated by a distance of at least six (6) feet.

   b. Provide access to hand washing facilities with soap and water or with hand sanitizer that contains at least 60 percent alcohol.

   c. Post a sign in a conspicuous place at all public entries to the venue that instructs members of the public to not attend if they are experiencing symptoms of respiratory illness, including fever or cough.

   d. Adhere to communicable disease control recommendations provided by the Los Angeles County Department of Public Health, including guidance for cleaning and disinfecting the site. See guidance posted at www.publichealth.lacounty.gov/media/Coronavirus/.

3. Effective immediately, and in accordance with Governor Newsom's Guidance and Mayor Garcetti's New City Measures to Address COVID-19, all permanent food facilities, as defined by Health and Safety Code § 113849, may only prepare and offer food that is provided to customers via delivery service, via pick-up for takeout dining, and via drive-thru. Bars and night clubs that offer food to consumers may remain open only for purposes of continuing to prepare and offer food to consumers via delivery service, via pick-up, or drive-thru. Permanent food facilities that provide and offer food to consumers for pick up must require patrons or groups of patrons who are ordering food and beverages to be and remain at least six (6) feet apart from each other while inside the facility.

4. Further, the Health Officer orders the immediate closure of the following types of businesses:

   a. Bars and Nightclubs that do not serve food.

   b. Movie theaters, live performance venues, bowling alleys, and arcades.

   c. Gyms and fitness centers.

   d. Wineries, Breweries, and Tap Rooms that provide tastings.

5. This Order does not supersede any stricter limitation imposed by a local public entity within the Los Angeles County Public Health Jurisdiction.

## REASONS FOR THE ORDER

6. This Order is based upon scientific evidence and best practices, as currently known and available, to protect members of the public from avoidable risk of serious illness and death resulting from the spread of COVID-19, as well as to protect the healthcare system from a surge of cases into its emergency rooms and hospitals. The Order supports the California Department of Public Health and the CDC's efforts to institute necessary social distancing measures to reduce community transmission of COVID-19.

HOA.102820213.1
Health Officer Order for the Control of COVID-19: Temporary Prohibition of Group Events and Gatherings, Required Social Distancing Measures, and Closure of Certain Businesses
Page 2 of 5                                                                                           3/16/2020

Exhibit A, Page 437

COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH
ORDER OF THE HEALTH OFFICER



7. Existing community transmission of COVID-19 in Los Angeles County presents a substantial and significant risk of harm to the health of residents. Currently, there is no vaccine available to protect against and no specific treatment for COVID-19. As of March 16, 2020, there have been at least 9 cases of COVID-19 and 1 death reported in Los Angeles County.

8. The virus that causes COVID-19 can be spread easily through person-to-person contact. This risk of transmission is increased when people are in close proximity. All group events and gatherings pose an increased risk for transmission of COVID-19 and thus, are a substantial risk to public health. Circumstances associated with Group Events and Mass Gatherings, smaller events and gatherings, and the public's presence in businesses where it is usual for patrons to have extended close contact, that are likely to exacerbate the spread of COVID-19 include, without limitation: (a) the increased likelihood that these events, gatherings, and businesses will attract people from a geographic area with known COVID-19 community transmission, (b) the prolonged time period during which large numbers of people are in close proximity, (c) the difficulty in tracing and controlling additional exposures when large numbers of people attend a single event, and (d) the inability to ensure both that attendees are not infected with COVID-19 and will follow adequate hygienic and social distancing practices.

9. In the absence of a specific immunization or treatment for COVID-19, social distancing is the only and most readily available tool to prevent this disease. Increasing social distancing and limiting gatherings are proven ways to slow transmission of communicable diseases. Accordingly, to reduce the community transmission of COVID-19, the Health Officer has ordered the temporary prohibition of all Group Events and Mass Gatherings, as defined in Sections 10, 11 and 12, and is also requiring the closure of certain businesses where it is usual practice for patrons to remain in close proximity.

### DEFINITIONS

10. For purposes of this Order, Group Events and Mass Gatherings are any gathering, assembly, event, or convening that brings together or is likely to bring together 50 or more persons at the same time in an indoor or outdoor confined or enclosed space, for any purpose including a business, cultural, religious, athletic, entertainment, social, or other special event. These types of Group Events and Mass Gatherings are likely to result in situations where people will be within six (6) feet of each other for an extended period of time (greater than 10 minutes).

11. Group Events and Mass Gatherings include, without limitation: (a) any convention, arena, or meeting space with fixed seating or other set-up where seating is placed adjacent to each other in rows; (b) any space where event attendees stand in close proximity to each other, such as a concert or other performance that includes "standing room only" sections; (c) an admission or concession line/queue; and (d) a confined or closed outdoor space: (i) that is enclosed by a fence, physical barrier, or other structure and (ii) where people are within six (6) feet of one another for more than ten (10) minutes. Specific examples include, but are not limited to, conventions, conferences, training activities, concerts, and athletic events.

12. This Order is intended to deter the spread of COVID-19 by preventing people from being in unnecessary close contact. Certain activities are essential to the functioning of the County and the well-being of our residents and must continue. Accordingly, the requirements in this Order do not apply to the following sites or situations where residents must obtain or participate in essential governmental, educational, or other essential services (those that meet basic human needs): (a) attendance at regular school classes, work, or essential services; (b) places where people are in transit or waiting for transit including airports or bus or train stations or terminals; (c) grocery stores and retail stores; (d) congregate living situations, including dormitories; or (e) hospitals and healthcare facilities.

HOA.102820213.1
Health Officer Order for the Control of COVID-19: Temporary Prohibition of Group Events and Gatherings, Required Social Distancing Measures, and Closure of Certain Businesses
Page 3 of 5                                                                                                              3/16/2020

Exhibit A, Page 438

COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH
ORDER OF THE HEALTH OFFICER



a. This Order does not prohibit use of enclosed spaces where 50 or more people may be present at different times during the day, as long as 50 or more people are not present in the space at the same time.

b. This Order does not apply to specific permanent food facilities:

    i. Cafeterias, commissaries, and retail food facilities located within hospitals, nursing homes, governmental buildings that provide essential services to the public, or within other licensed health care facilities.

    ii. Grocery stores and pharmacies.

    iii. Charitable or governmental organization providing meals to the indigent population.

    iv. Concessionaires or food services within any airport within the Los Angeles County Public Health jurisdiction.

## ADDITIONAL TERMS

13. This Order does not, in any way, restrict: (a) first responder access to the site(s) named in this Order during an emergency or (b) local, state or federal officers, investigators, or medical or law enforcement personnel from carrying out their lawful duties at the site(s) named in this Order.

14. The entities subject to this Order that are not required to close may otherwise remain open for business and perform essential functions and operations during the duration of this Order.

15. The County shall promptly provide copies of this Order by: (a) posting it on the Los Angeles Department of Public Health's website (www.publichealth.lacounty.gov), (b) posting it at the Kenneth Hahn Hall of Administration located at 500 West Temple Street, Los Angeles, CA 90012, (c) providing it to any member of the public requesting a copy, (d) issuing a press release to publicize the Order throughout the county, and (e) by serving via email on large facilities known to the County's Health Officer that are likely to be subject to this Order (but service via email is not required for compliance).

a. The owner, manager, or operator of any facility that is likely to be impacted by this Order is strongly encouraged to post a copy of this Order onsite and to provide a copy to any member of the public requesting a copy.

b. Because guidance may change, the owner, manager, or operator of any facility that is subject to this Order is ordered to consult the Los Angeles County Department of Public Health's website (www.publichealth.lacounty.gov) daily to identify any modifications to the Order and is required to comply with any updates until the Order is terminated.

16. If any subsection, sentence, clause, phrase, or word of this Order or any application of it to any person, structure, gathering, or circumstance is held to be invalid or unconstitutional by a decision of a court of competent jurisdiction, then such decision will not affect the validity of the remaining portions or applications of this Order.

17. This Order is issued in accordance with, and incorporates by reference, the March 4, 2020 Proclamation of a State of Emergency issued by Governor Gavin Newsom and the March 4, 2020 declarations of a local and public health emergency issued by the Los Angeles County Board of Supervisors and Los Angeles County Health Officer, respectively, and as they may be supplemented.

HOA.102820213.1
Health Officer Order for the Control of COVID-19: Temporary Prohibition of Group Events and Gatherings, Required Social Distancing Measures, and Closure of Certain Businesses
Page 4 of 5
3/16/2020

Exhibit A, Page 439

COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH
ORDER OF THE HEALTH OFFICER



18. To protect the public's health, the Health Officer may take additional action(s) for failure to comply with this Order. Violation of this Order is a misdemeanor punishable by imprisonment, fine or both under California Health and Section Code Section 120295 *et seq.* Further, pursuant to Sections 26602 and 41601 of the California Government Code and Section 101029 of the California Health and Safety Code, the Health Officer requests that the Sheriff and the Chiefs of Police in all cities located in the Los Angeles County Public Health Jurisdiction ensure compliance with and enforcement of this Order.

**IT IS SO ORDERED:**

Date: _MARCH 16, 2020_

Muntu Davis, MD, MPH

Health Officer, County of Los Angeles

HOA.102820213.1
Health Officer Order for the Control of COVID-19: Temporary Prohibition of Group Events and Gatherings, Required Social Distancing Measures, and Closure of Certain Businesses
Page 5 of 5                                                                                                                3/16/2020

Exhibit A, Page 440

# EXHIBIT 6



**TRAVELERS**

P.O. Box 430
Buffalo, NY 14240
(720)963-7216)

Ms. Marina Pacheco, Esq.                                                        4/30/2020
Kabateck, LLP
633 West Fifth Street, Suite 3200
Los Angeles, CA 90071

| | |
|---|---|
| **Insured:** | Pez Seafood DTLA, LLC and As Per IL T8 00 ("Pez") |
| **Policy #:** | 680-9M304995 |
| **Claim/File#:** | FEE4257 |
| **Date of Loss:** | 3/02/2020 (as reported) |
| **Underwriting Company:** | Travelers Property Casualty Company of America |

Dear Attorney Pacheco,

This letter will follow our recent discussions with you and your client, Pez, regarding the above-referenced claim. We have carefully reviewed both the information provided by your client, and the terms of their policy with the Travelers Property Casualty Company of America ("Travelers"). Based on the foregoing, we have concluded that there is no coverage for the claimed loss of income and food spoilage. The reasons for our conclusion are set forth below.

**The Claimed Loss**

Your client presented a claim for loss of income related to the worldwide pandemic caused by the SARS-CoV-2 virus (the "COVID-19 Pandemic"). Prior to the receipt of your letter of representation, dated 4/13/2020, we spoke to your client, Bret Thompson, on 4/6/2020. Mr. Thompson advised that business volume had begun to decline as of the first week of March because of the ongoing COVID-19 Pandemic. As of 3/14/2020[1], the Mayor of Los Angeles ordered that their business, and others, stop providing dine-in service to prevent the spread of the COVID-19 Pandemic [hereinafter that order is referred to as the "Governmental Order"]. Mr. Thompson also advised, and the Governmental Order states, that Pez was permitted to have customers come to their establishment to pick up take-out orders and was also permitted to provide delivery service. Mr. Thompson further advised that the business was voluntarily closed down completely on 3/19/2020 due to poor sales from the take-out and delivery service, and remains closed pursuant to various extensions of the Governmental Order.

In addition, Mr. Thompson also advised that they were unable to sell all of their perishable food stock before it spoiled, decayed or expired. Mr. Thompson reported no physical damage to his premises or business property, and no actual or suspected food poisoning.

---

[1] In the conversation Mr. Thompson stated the Governmental Order date was March 14, 2020, however City of Los Angeles records indicate the order by Mayor Garcetti was announced on March 15, 2020 and went into effect at 12:00am PST on March 16, 2020.

Your client's policy includes two coverages that, under certain circumstances, may afford coverage for a loss of income.  The first is Business Income and Extra Expense Coverage, and the second is Civil Authority Coverage.  Each is discussed separately below.

**Business Income and Extra Expense Coverage**

Under certain circumstances, the Businessowners Property Coverage Special Form may afford coverage for a loss of business income.  That coverage provides in pertinent part:

> **3.      Business Income and Extra Expense**
>
>                                   \*\*\*
>
> **(2)**      We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration".  The "suspension" must be caused by direct *physical loss of or damage to property* at the described premises. The loss or damage must be caused by or result from a *Covered Cause of Loss*….

<u>See</u> Businessowners Property Coverage Special Form (MP T1 02 02 05) at 2-3 (emphasis added).

The presence or possible presence of the SARS-CoV-2 virus would not constitute "direct physical loss or damage to property" within the meaning of the policy.  Because the claimed limitations on your business operations were, as presented by you, the result of the Governmental Order (as opposed to "direct physical loss or damage to property at the described premises," 401 S. Grand Ave. Los Angeles, CA), this Business Income and Extra Expense coverage does not apply to your loss.

In addition, in order for this coverage to apply, the suspension of operations must have been caused by direct physical loss or damage that resulted from a Covered Cause of Loss.  As stated on pages 3-4 of Businessowners Property Coverage Special Form (MP T1 02 02 05), Covered Causes of Loss are "RISKS OF DIRECT PHYSICAL LOSS" that are not otherwise limited or excluded.   Your policy includes, among other exclusions, an exclusion for "loss or damage caused by or resulting from any virus" -- such as the SARS-CoV-2 virus -- "that induces or is capable of inducing . . . illness or disease."   As explained in more detail below in the discussion of policy exclusions, your claim does not implicate a Covered Cause of Loss, as is required in order for Business Income and Extra Expense coverage to apply.

**Civil Authority Coverage**

Under certain circumstances, the Businessowners Property Coverage Special Form may afford coverage for a loss of income due to a Civil Authority action.  That coverage provides in pertinent part:

> **7.      Coverage Extensions**
>
>                                   \*\*\*
>
> **g.      Civil Authority**
>
> **(1)**      When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that

> insurance to apply to the actual loss of Business Income you
> sustain and reasonable and necessary Extra Expense you incur
> caused by action of civil authority that *prohibits access to the
> described premises*. The civil authority action must be due to
> *direct physical loss of or damage to property* at locations, other
> than described premises, that are within 100 miles of the
> described premises, caused by or resulting from a *Covered
> Cause of Loss.*

<u>See</u> Businessowners Property Coverage Special Form (MP T1 02 02 05) at pages 15-16 (emphasis added).

Thus, there are three elements, *all of which* must be satisfied, in order for Civil Authority coverage to apply.  We will address each of those elements as they relate to your claim:

1. **A civil authority must prohibit access to the described premises:**  We have reviewed the Governmental Order.  This requirement for Civil Authority coverage is not satisfied because the Governmental Order does not prohibit access to your premises.

1. **The prohibited access to the described premises must be due to direct physical loss of or damage to property at other locations, other than the described premises, that are within 100 miles of the described premises:**  This requirement for Civil Authority coverage is not satisfied. The presence or feared presence of SARS-CoV-2 virus would not constitute "direct physical loss or damage to property" within the meaning of your policy.  Accordingly, the Governmental Order was not issued due to "direct physical loss of or damage to property" within the meaning of your policy. It was issued as part of the governmental efforts to slow the spread of the COVID-19 Pandemic.

2. **The direct physical loss or damage to property must be caused by or resulting from a Covered Cause of Loss:**  This requirement for Civil Authority coverage is not satisfied.  Your policies include, among other exclusions, an exclusion for "loss or damage caused by or resulting from any virus" -- such as the SARS-CoV-2 virus -- "that induces or is capable of inducing . . . illness or disease."  As explained in more detail below in the discussion of policy exclusions, your claim does not implicate a Covered Cause of Loss.

Therefore, because not all of the requirements that must be satisfied in order for Civil Authority coverage to apply are present in your claim, Civil Authority coverage does not apply.

**Policy Exclusions**

As noted above, the Business Income and Extra Expense Coverage, and the Civil Authority Coverage all require direct physical loss or damage caused by a Covered Cause of Loss. As also noted above, Covered Causes of Loss are "RISKS OF DIRECT PHYSICAL LOSS" that are not otherwise limited or excluded.

Your client's policy, however, includes an "Exclusion of Loss Due to Virus or Bacteria," which provides in relevant part:

A.  The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and
endorsements that comprise this Coverage Part or Policy, including but not limited
to forms or endorsements that cover property damage to buildings or personal
property and *forms or endorsements that cover business income*, extra expense,
rental value or *action of civil authority*.

B.   We will not pay for loss or damage caused by or resulting from *any virus*, bacterium
or other microorganism *that induces or is capable of inducing physical distress,
illness or disease.*

\*\*\*

See Endorsement entitled "Exclusion of Loss Due to Virus or Bacteria" (IL T3 82 05 13) (emphasis added).

This exclusion expressly applies to the Business Income and Civil Authority coverages, and the SARS-CoV-2 virus is capable of inducing physical distress, illness or disease, i.e., COVID-19. Thus, there is no coverage for your claimed loss of business income. To the extent you claim physical damage to your real property due to the presence of SARS-CoV-2 virus, the "virus" exclusion quoted above also applies to all forms and endorsements that cover property damage to buildings and personal property.

The policy includes additional exclusions that provide in pertinent part:

1.  We will not pay for loss or damage caused directly or indirectly by any of the following. Such
loss or damage is excluded regardless of any other cause or event that contributes
concurrently or in any sequence to the loss. These exclusions apply whether or not the loss
event results in widespread damage or affects a substantial area.

a.  **Ordinance or Law**
    (1) The enforcement of any ordinance or law:
        (a) Regulating the construction, *use* or repair of any property; or
        (b) Requiring the tearing down of any property, including the cost of removing the
            debris.
    (2) This exclusion, Ordinance or Law, applies whether the loss results from:
        (a) An ordinance or law that is enforced even if the property has not been damaged;

2.  We will not pay for loss or damage caused by or resulting from any of the
following:

\*\*\*

b.  Delay, loss of use or loss of market.

\*\*\*

[d.]  (8) Contamination by other than "pollutants".

\*\*\*

3.  We will not pay for loss or damage caused by or resulting from any of the
following under Paragraphs **a.** through **c.** ...

> **b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

<u>See</u> Businessowners Property Coverage Special Form (MP T1 02 02 05) at pages 22-26 (emphasis added).

The "Ordinance or Law" exclusion quoted applies to the extent that your claimed loss of business income was caused by the Governmental Order "[r]egulating the . . . use" of your property. The "loss of use" exclusion" quoted above also applies to the extent that your claimed loss of business income was caused by any loss of use of your business premises. To the extent that your claimed loss of business income was caused by the loss of a market for your tenant's products and/or services, the "loss of market" exclusion quoted above also applies. To the extent that you claim that your loss is caused by or results from alleged contamination, your claimed loss of business income is also excluded by the exclusion for loss caused by or resulting from "[c]ontamination by other than 'pollutants'" quoted above. The "Acts or decisions" exclusion quoted above also applies to the extent that your claimed loss of business income was caused by an act or decision of the management of your business.

There are additional reasons why your client's food spoilage loss is not covered, which will be explained in further detail below.

**Food Spoilage**

Under certain circumstances the Businessowners Property Coverage Special Form may afford coverage for food spoilage. That coverage provides in pertinent part:

**q. Spoilage – Consequential Loss**

  **(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to consequential loss to your Business Personal Property *caused by a change in*:

  **(a)** *Temperature*; or

  **(b)** *Humidity*;

  caused by or resulting from a *Covered Cause of Loss to any of the following types of equipment* situated within the building at the described premises:

  **(a)** Refrigerating;

  **(b)** Cooling;

  **(c)** Humidifying;

  **(d)** Air-conditioning;

  **(e)** Heating;

  **(f)** Generating or converting power; or

  **(g)** Connections, supply or transmission lines and pipes associated with the above equipment.

<u>See</u> Businessowners Property Coverage Special Form (MP T1 02 02 05) at page 21 (emphasis added).

Because the loss of food products was not related to a change in temperature or humidity, and there was no change in temperature or humidity caused by any direct physical loss or damage by a Covered Cause of Loss to any of the types of equipment listed above, this coverage does not apply. The virus exclusion, loss of market exclusion and Acts or Decisions exclusions quoted above also apply.

Under certain circumstances the Restaurant and Perishable Goods Premier Endorsement provides coverage for food contamination costs.

**h.  Food Contamination Costs**

**(1)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary "food contamination expense" you incur due to the "suspension" of your "operations" during the "period of restoration". The "suspension" must be required by a "Public Health Authority" due to discovery of, suspicion of, or exposure to "*food contamination*" at the described premises.

**(2)** The following exclusions do not apply to this Coverage Extension if such excluded causes of loss result in any "food contamination" to which this Coverage Extension applies:

**(a)** Exclusion **B.2.d.(7)(d)**, changes in flavor, color, texture or finish;

**(b)** Exclusion **B.2.d.(8)**, contamination by other than "pollutants";

**(c)** Exclusion, **B.2.k.,** Pollution; and

In addition, any Exclusion *of* Loss Due to Virus or Bacteria endorsement which is applicable to this Coverage Form does not apply to "food contamination" that results from a "communicable disease" to which this Coverage Extension applies.

\* \* \*

**(6)** The following **PROPERTY DEFINITIONS** are added with respect to this Coverage Extension:

**(a)** **"Communicable Diseases"** a viral or bacterial micro-organism that induces or is capable of inducing physical illness or disease.

**(b)** **"Food Contamination"** means a condition in your food which has caused, or is suspected of causing, food poisoning of one or more of your patrons. Such "food contamination" *must result from*:

**(i)** *Tainted food purchased by you;*

**(ii)** Food which has been *improperly processed, stored, handled or prepared* in the course of your "operations"; or

**(iii)** A "*Communicable Disease*" transmitted by o*ne or more of your "employees".*

<u>See</u> Restaurant and Perishable Goods Premier Endorsement (MP T3 66 08 15) at pages 11-12 (emphasis added).

In this case there was no "food contamination" within the definition of the endorsement, so this coverage does not apply. The loss of market exclusion, and Acts or Decisions exclusion, quoted above also apply.

Under certain circumstances the Spoilage Coverage in the Restaurant and Perishable Goods Premier Endorsement and/or the Spoilage Coverage Endorsement provide for the spoilage of food.

1.  The following is added to Paragraph **A.7.**:
    **Spoilage Coverage**

    (1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises and such described premises is shown in the schedule above, you may extend that insurance to apply to direct physical loss of or damage to Perishable Stock caused by or resulting from a covered cause of loss described in Paragraph **(3)** below and not excluded in Paragraph **(4)** below.

    \* \* \*

    (3) With respect to this Coverage Extension, covered cause of loss means the following only if indicated by an "X" in the schedule above:

    (a) **Breakdown or Contamination**, meaning:

    (i) Change in temperature or humidity *resulting from mechanical breakdown* or failure of refrigerating, *cooling or humidity control apparatus or equipment*, only while such equipment or apparatus is at the described premises; or

    (ii) *Contamination by a refrigerant*, only while the refrigerating apparatus or equipment is at the described premises shown in the schedule; or

    (b) **Power Outage**, meaning change in temperature or humidity *resulting from complete or partial interruption of electrical power*, either on or off the described premises, due to conditions beyond your control.

    (4) The following exclusions apply to this Coverage Extension:

    (a) We will not pay for loss or damage caused directly or indirectly by any of the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

    (i) *Manual disconnecting of any refrigeration*, cooling, heating or humidity *control system* from the source of electric power;

See Spoilage Coverage (MP T9 73 02 05) at page 1 (emphasis added).

Because the spoilage of your client's perishable stock was not caused by a change in temperature or humidity caused by or resulting from a Covered Cause of Loss, or by contamination by a refrigerant or a Power Outage as defined by the endorsement, this coverage does not apply to your client's loss. To the extent spoilage of food results from the disconnection of power, such damage is also excluded. The virus exclusion quoted above also applies.

Please note that there may be other terms and conditions that apply to your client's claimed loss. Nothing in this letter shall, nor is it intended to, waive any policy terms or conditions that Travelers determines are now or in the future relevant to this claim. Travelers expressly reserves the right to deny coverage for any valid reason under the policy or at law.

This decision is based on the currently known information. If you have other information not previously provided to us, or are aware of any new or different information or documentation that might lead us to reconsider our decision, please contact me immediately.

Please review the **Legal Action Against Us** condition in the Businessowners Property Coverage Special Form (MP T1 02 02 05) as it contains important information about the period of time in which your client may bring legal action. Enclosed with this letter are additional disclosures that may be required in your client's jurisdiction.

Although we regret that we were unable to be of additional assistance to your client, we hope that this letter provides you with a clear understanding of the basis for our conclusion that the loss is not covered.

If you have any questions, please contact me at (720)963-7216 or wledbett@travelers.com.

Sincerely,

W. Wade Ledbetter, Director
Travelers
Business Insurance Major Case Unit
Phone: (720)785-4900
Fax:     (866)381-6247
Email:   wledbett@travelers.com

CC:  E Broox Randall & Sons
        Via Electronic Mail


Enclosure

## STATE DISCLOSURES

**California**

The State of California requires us to provide the following information.

- Subrogation: We will not pursue recovery of the damages from any parties that may be responsible for the claimed loss - pursuing this would be your responsibility.

- If you believe all or part of the claim has been wrongfully denied or rejected, you may have your claim reviewed by the California Department of Insurance, Consumer Services Division, 300 South Spring Street, South Tower, Los Angeles, CA 90013, (800-927-4357).

- Suit Limitation: Please review the Legal Action Against Us condition which can be found in the **Businessowners Property Coverage Special Form (MP T1 02 02 05), page number 33**. This condition states, in part, that the time limit for bringing action is 2 years after the date of loss.

Please note the time between the date this claim was reported to us and the date of a denial of coverage is not included in the Suit Limitation period. Please understand that we cannot give advice regarding your legal rights. If you have questions regarding the time within which a lawsuit may be brought against us, or any other questions about legal rights regarding the policy or this claim, you may wish to seek legal counsel at your own expense.