**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEZ SEAFOOD DTLA, LLC, | Case No. CV 20-4699-DMG (GJSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE TRAVELERS INDEMNITY COMPANY, et al., | |
| Defendant. | |

This Court having granted Defendant Travelers Property Casualty Company of America's Motion to Dismiss with prejudice by Order dated January 20, 2021,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Pez Seafood DTLA, LLC.

DATED: January 20, 2021

                                                DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE